UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Civil 00-2548 RHK/SRN

Andersen Corporation,

Plaintiff,

v.

ORDER OF RECUSAL

Fiber Composites, LLC,

Defendant.

---

Pursuant to the provisions of 28 U.S.C. §455(a), the undersigned hereby recuses herself in this matter. By separate notice, the parties will be advised by the Clerk of Court as to the new Magistrate Judge on this matter.

DATED: November 27, 2000

Susan Richard Nelson
SUSAN RICHARD NELSON
United States Magistrate Judge

NOV 27 2000
FILED ______
FRANCIS E. DOSAL, CLERK
Judgment Ent'd. ______
Deputy Clerk's Initials ______

Pursuant to a recusal by the Magistrate on this case, the case has now been reassigned to Magistrate Judge Arthur J. Boylan.

NEW CASE NUMBER 00-2548 RHK/AJB

Use this case number for all further filings.