UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Andersen Corporation,<br>Plaintiff<br>v.<br>Fiber Composites, LLC,<br>Defendant | Civ. No. 00-2548 RHK/SRN<br>**STIPULATION AND ORDER EXTENDING TIME TO ANSWER OR OTHERWISE PLEAD TO THE COMPLAINT** |

## STIPULATION

The parties to this litigation hereby stipulate that the Defendant may have to and including January 3, 2001, in which to answer or otherwise respond to the Complaint in this matter.

ANDERSEN CORPORATION

By: Rita Coyle DeMeules

Ronald J. Schutz (#130849)
Rita Coyle DeMeules (#191644)
Scott R. Strand (#147151)
Nicholas G. Leonard (#295450)
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402

Attorneys for Plaintiff

FIBER COMPOSITES, LLC

By: [signature]

John M. Skenyon
FISH & RICHARDSON P.C.
225 Franklin Street
Boston, MA 02110-2804

Attorneys for Defendant

DEC 13 2000
FILED

**ORDER**

Based upon the foregoing Stipulation of the parties, it is hereby ORDERED that the Defendant may have to and including January 3, 2001, in which to answer or otherwise plead to the Complaint.

Dated: December 12th, 2000.

The Honorable Arthur J. Boylan
United States Magistrate Judge