UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Andersen Corporation,

Plaintiff,

v.

Fiber Composites, LLC,

Defendant.

Case No. 00-CV-2548 JEL/JGL

---

**STIPULATION IN SUPPORT OF JOINT MOTION TO EXTEND THE TRIAL DATE AND TO SET SCHEDULE FOR RESPONDING TO SUMMARY JUDGMENT MOTIONS AND PROPOSED ORDER**

---

Pursuant to Local Rule 16.3, Plaintiff Andersen Corporation ("Andersen") and Defendant Fiber Composites, LLC ("Fiber Composites") jointly move the Court through the following Stipulation to grant a limited extension of the trial ready date, for reasons explained more fully below.

As background, the parties exchanged certain opening Expert opinions and reports on July 12, 2002. The current Pretrial Scheduling Order, as amended, requires exchange of rebuttal expert reports by August 26, 2002. Fiber Composites has served two Motions for Summary Judgment. Before responding to those Motions, Andersen has requested the opportunity to depose the witnesses or expert upon whom Fiber Composites does or may rely for purposes of those Motions, including any experts who will submit opinions on August 26, 2002. The parties, through counsel, are working to schedule those depositions as soon as possible after the August 26, 2002 report date.

FILED AUG 19 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

In order to complete this discovery as well as file with the Court the fully briefed Summary Judgment Motions as soon as possible, the parties jointly stipulate and agree to the following.

Andersen shall respond to Fiber Composites' Motions for Summary Judgment within one week (7 days) after completing the depositions of Fiber Composites' expert witnesses or witness who have submitted or will submit Affidavits or opinions in support of those Motions or in rebuttal to Andersen's expert opinions. Fiber Composites shall submit its Reply papers within one week (7 days) after service of Andersen's response, and counsel for the parties will thereafter contact the Court to schedule the hearing on these Motions.

In order to complete this discovery and the Motion briefing process, the parties jointly stipulate and agree that the trial ready date shall be amended to November 1, 2002.

Because the parties have shown that good cause exists to modify the Pretrial Order, the parties respectfully request that the Court grant this Joint Motion for an Extension and enter an Order as set forth in the Proposed Order below.

Dated: August 14, 2002.

**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

By Rita Coyle DeMeules

Ronald J. Schutz (#130849)
Rita Coyle DeMeules (#191644)
Becky R. Thorson (#254861)
Nicholas S. Boebel (#030217X)

800 LaSalle Avenue, Suite 2800
Minneapolis, Minnesota 55402-2015
Phone: (612) 349-8500

**ATTORNEYS FOR ANDERSEN CORPORATION**

Dated: August 14, 2002.

**FISH & RICHARDSON P.C.**

By ______________________________

R. J. Zayed (#309849)
Jonathan E. Singer (#283459)
J. Richard Soderberg (#0305637)

3300 Dain Rauscher Plaza
60 South 6th Street
Minneapolis, MN 55402
Telephone: (612) 335-5070

and

John M. Skenyon
**FISH & RICHARDSON P.C.**
225 Franklin Street
Boston, MA 02110-2804

**ATTORNEYS FOR DEFENDANT FIBER COMPOSITES, LLC.**

**PROPOSED ORDER**

Having considered the parties' Stipulation In Support of Joint Motion to Extend the Trial Date and To Set Schedule for Responding to Summary Judgment Motions, the Court hereby GRANTS the Motion. Andersen shall respond to Fiber Composites' Motions for Summary Judgment within one week (7 days) after completing the depositions of Fiber Composites' expert witnesses. Fiber Composites shall serve its Reply in Support of those Motions within one week (7 days) after service of Andersen's response, and counsel for the parties will contact the Court's Calendar Clerk to obtain the hearing date for the Motions. The case shall be deemed ready for trial by November 1, 2002.

BY THE COURT:

Dated: Aug/19/2002, 2002.

JONATHAN LEBEDOFF
Judge of United States District Court