UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
THIRD DIVISION

ANDERSEN CORPORATION,

Plaintiff,

Civil No. 00-2548 RHK/AJB

v.

ORDER

FIBER COMPOSITES, LLC.,

Defendant.

---

WHEREAS, the Plaintiff has filed a Motion to Disqualify the Law Firm of Fish & Richardson, P.C. to be heard on February 27, 2001, at 1:30 p.m., and

WHEREAS, the Court has received a request by Plaintiff to postpone the Rule 26 Conference currently scheduled for February 21, 2001, until after the Motion to Disqualify has been resolved, and

WHEREAS, the Court has been advised that Defendant's counsel are in agreement with this request,

NOW THEREFORE, IT IS HEREBY ORDERED that the Rule 26 Conference has been postponed until March 27, 2001, at 9:00 a.m.

Dated: 2/5/01

ARTHUR J. BOYLAN
United States Magistrate Judge

Filed FEB 05 2001
Francis E. Dosal, Clerk
Judgment Entered ____
Deputy Clerk's Initials ____