**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

Andersen Corporation,

Plaintiff,

vs.

Fiber Composites, LLC,

Defendant.

Case No.: 00-CV-12548 RHK/AJB

**STIPULATION AND ORDER**

For purposes of protecting confidential information in connection with the Motion to Disqualify to be filed in the above-referenced case, plaintiff Andersen Corporation ("Andersen"), through its counsel of record, and defendant Fiber Composites, LLC ("Fiber Composites"), through its counsel retained in connection with the Motion to Disqualify, have agreed and stipulated to the entry of an Order for the protection of trade secrets and other confidential research, design, development, testing, financial, and business or commercial information.

NOW, THEREFORE, Andersen and Fiber Composites stipulate that the following procedure shall be adopted for the protection of confidential and proprietary information.

Whenever a document or thing produced by any party involves a disclosure of information that the Producing Party deems to be CONFIDENTIAL INFORMATION and wishes to be made subject to this Stipulation and Order, the Producing Party shall designate the appropriate level of confidentiality by marking the document or thing with the following (or similar) legend at the time it is turned over to the Receiving Party or to the Court:



FEB 16 2001

**CONFIDENTIAL INFORMATION**

**CONFIDENTIAL - ATTORNEYS EYES ONLY**

In the event that any documents, things, or information that have been designated CONFIDENTIAL INFORMATION or CONFIDENTIAL-ATTORNEYS EYES ONLY are included with or the contents thereof are in any way disclosed in any pleading, motion, deposition transcript, affidavit, declaration, or other paper filed with the Clerk of the Court, such documents, things, or information and related materials shall be filed with the Clerk of the Court in sealed envelopes prominently marked with the caption of this case, the identity of the party filing the envelope, and the following (or similar) notation:

**CONFIDENTIAL**
**DATED _________, 2001**
**Case No. 00-CV-2548 RHK/AJB**

**THIS ENVELOPE IS NOT TO BE OPENED NOR THE CONTENTS THEREOF DISPLAYED, COPIED, OR REVEALED EXCEPT BY COURT ORDER OR BY AGREEMENT OF THE PARTIES.**

The Clerk of the Court is directed to file under seal any document that is submitted in such sealed envelopes. Unless otherwise ordered by the Court, any document, paper, or thing filed under seal pursuant to this Order shall be kept from public inspection, including inspection by attorneys and parties to other actions. Sealed materials shall be opened or destroyed only upon further order of the Court after appropriate and reasonable notice and opportunity to respond is provided to the parties.

For purposes of the Motion to Disqualify, the parties stipulate that any materials marked CONFIDENTIAL or CONFIDENTIAL ATTORNEYS EYES ONLY may be disclosed to only the following:

a. The attorneys from Robins, Kaplan, Miller & Ciresi, LLP who are counsel of record for Andersen Corporation (Ronald J. Schutz, Rita Coyle DeMeules, Scott R. Strand and Nicholas Leonard);

b. Michael J. Hoover, counsel for Fish & Richardson in connection with the Motion to Disqualify; and

c. The attorneys at the law firm of Fish & Richardson who participated in or were involved with the Andersen RFP process.

However, no material marked as CONFIDENTIAL0ATTORNEYS EYES ONLY may be disclosed to anyone at either Fiber Composites, LLC or Anderson Corporation unless that information has previously been disclosed to that party.

This Stipulation and Order is entered into in connection with the Motion to Disqualify and is without prejudice to either party's right to request or seek a different Stipulation and Order for the protection of confidential information at a later time.

Dated: Feb. 13, 2001.

ROBINS, KAPLAN, MILLER & CIRESI, LLP

By: Rita Coyle DeMeules
Ronald J. Schutz (130849)
Rita Coyle DeMeules (191644)
Scott R. Strand (0147151)
Nicholas G. Leonard (0295450)

2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402
(612) 349-8500

Attorneys for Plaintiff Andersen Corporation

Dated: 2/13, 2001.

By: [signature]
Michael J. Hoover, Esq.

201 Ridgewood Avenue
Minneapolis, MN 55403
(612) 252-0840
Attorney for Fish & Richardson

IT IS SO ORDERED, with the consent of the parties, this 15th day of February, 2001.

[signature]
The Honorable Arthur J. Boylan
United States District Court Magistrate Judge