**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Andersen Corporation,

Plaintiff, Civil No. 00-2548 (RHK/AJB)

vs.

**ORDER**

Fiber Composites, LLC,

Defendant.

---

Before the Court is Plaintiff's appeal from the April 30, 2001 (May 4, 2001) Pretrial Scheduling Order (Amended Pretrial Scheduling Order) of Magistrate Judge Arthur J. Boylan. Finding that said Orders are neither clearly erroneous nor contrary to law, the same (Doc. Nos. 28 and 29) are **AFFIRMED**.

Dated: May 31, 2001

RICHARD H. KYLE
United States District Judge

FILED MAY 31 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD__________
DEPUTY CLERK__________