UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

ANDERSEN CORPORATION,

Plaintiff,

v.

FIBER COMPOSITES, LLC.,

Defendant.

CIV NO. 00-CV-2548 (RHK/AJB)

**ORDER**

This matter came on before the undersigned on the motion of defendant, Fiber Composites, LLC for an Order extending the time for the amendment of pleadings and disclosure of prior art. Based on the file and the record of proceedings before the Court and for good cause shown, IT IS HEREBY ORDERED that:

1. Defendant's Motion is GRANTED;

2. All motions which seek to amend pleadings or add parties must be served by November 1, 2001; and

3. On or before November 1, 2001, defendant shall serve on plaintiff a list of all of the prior art on which it relies, and a complete and detailed explanation of what it alleges the prior art shows and how the prior art invalidates the claim(s) asserted by plaintiff.

**IT IS SO ORDERED.**

Dated: September 27th, 2001

Arthur J. Boylan
United States Magistrate Judge

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENT'D
DEPUTY CLERK