UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

CIV NO.: 00-CV-2548 RHK/AJB

Andersen Corporation,

Plaintiff,

v.

Fiber Composites, LLC,,

Defendant.

**ORDER**

The above-captioned matter came before the undersigned for consideration of the Motion of Plaintiff Andersen Corporation for leave to file a First Amended Complaint. Based upon all the files, records, and proceedings herein, it is ORDERED that:

1. Plaintiff's motion is GRANTED.

Dated: November 5th, 2001

Arthur J. Boylan
United States Magistrate Judge

2301092.1

NOV 06 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK