**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Anderson Corporation,

Plaintiff,

v.

Fiber Composites, LLC,

Defendant.

Civil No. 00-2548 RHK/AJB

**ORDER ON JOINT MOTION FOR MARKMAN HEARING**

This matter is before the Court on Joint Motion of the parties filed August 22, 2001, therein requesting a claims construction hearing pursuant to Markman v. Westview Instruments, Inc. 116 S.Ct. 1384 (1996) [Docket No. 37]. This motion was placed on Magistrate Judge's docket and hearing dates were requested, but the matter has not been referred to the Magistrate Judge and hearing was not held. Plaintiff Andersen Corporation subsequently moved again for claim construction hearing by notice dated October 26, 2001, and hearing before United States District Court Judge Richard H. Kyle is scheduled to commence December 10, 2001. The Magistrate Judge therefore **Orders** that the Joint Motion for Markman hearing dated August 22, 2001, is **denied as moot**.

Dated: 11/28/01

Arthur J. Boylan
United States Magistrate Judge

NOV 28 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK