# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Andersen Corporation,

Plaintiff,

vs.

Fiber Composites, LLC,

Defendant.

Civil No. 00-2548 (RHK/AJB)

**ORDER**

By December 6, 2001, the parties are directed to exchange and file memoranda in response to the "Markman" briefs previously filed; said responsive memoranda shall not exceed ten pages in length.

Dated: November 29, 2001

RICHARD H. KYLE
United States District Judge

NOV 29 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK