**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Andersen Corporation,

Plaintiff,

Civil No. 00-2548 (RHK/AJB)

vs.

**ORDER**

Fiber Composites, LLC,

Defendant.

---

Defendant's Motion for Leave to File Memorandum of Law in Excess of Thirty-Five Pages is **GRANTED**.

Dated: December 3, 2001

RICHARD H. KYLE
United States District Judge

DEC 03 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK