**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Andersen Corporation,

Plaintiff,

Civil No. 00-2548 (RHK/AJB)

vs.

**ORDER**

Fiber Composites, LLC,

Defendant.

---

Before the Court is Andersen Corporation's Appeal from that part of Magistrate Judge Arthur J. Boylan's March 13, 2002, Order denying the Motion for a Protective Order with respect to the deposition of its CEO, Donald Garofalo. The Court has reviewed the submissions of the parties and is satisfied that Judge Boylan's Order is neither clearly erroneous nor contrary to law.[1]

Accordingly, and upon all the files, records and proceedings herein, the Order on the Motion to Compel and Motion for Protective Order (Doc. No. 95) is **AFFIRMED.**

Dated: April 8, 2002

RICHARD H. KYLE
United States District Judge

---

[1]The Court would reach the same conclusion as Judge Boylan if it were reviewing the Order sua sponte or de novo; the appeal is without merit.

APR 0 8 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD.
DEPUTY CLERK