ORIGINAL

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Andersen Corporation,

Plaintiff,

v.

Fiber Composites, LLC,

Defendant.

Case No. 00-CV-2548 RHK/AJB

---

**STIPULATION IN SUPPORT OF JOINT MOTION TO MODIFY CERTAIN DATES IN THE AMENDED PRETRIAL SCHEDULING ORDER AND ~~PROPOSED~~ ORDER**

---

Pursuant to Local Rule 16.3, plaintiff Andersen Corporation ("Andersen") and defendant Fiber Composites, LLC ("Fiber Composites") jointly move this Court through the following Stipulation to modify certain dates related to expert disclosures and set forth in the Amended Pretrial Scheduling Order dated May 4, 2001 (as amended further by the Court's Order of March 13, 2002). The parties have already stipulated to such modification. Further, good cause to modify the Pretrial Order exists as set forth below, and in particular because of the limited scope (expert disclosures) and time (two weeks or less) sought by the proposed modification. The parties do not ask for a hearing on this Motion, but are available should the Court request further input regarding this Motion.

2318068.1

APR 12 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

1. **Discovery That Remains To Be Completed**

This case was filed on November 16, 2000, and the extended fact discovery period allowed by the Court's Order of March 13, 2002 closed on April 2, 2002. The parties need to complete the following fact discovery. Andersen has noticed the depositions of Douglas Mancosh and James Przybylinski, to be taken in April, 2002. Fiber Composites has noticed the deposition of Donald Garofalo, which is scheduled for May 7, 2002.

2. **Discovery That Has Been Completed**

With the exception of expert disclosures and possible depositions following those disclosures, the parties have completed written discovery requests and responses (other than possible Rule 26(e) supplementation), and third-party discovery.

3. **Why All Discovery Has Not Been Completed**

The scheduling of the three depositions identified above were dependent on other events: document production following the Court's March 13 Order (Mancosh and Przybylinski) and Andersen's Appeal of the March 13 Order (Garofalo). The parties prefer to complete these noticed depositions before opening expert reports are exchanged. Therefore, the only modification sought to the Amended Pretrial Scheduling Order is to the dates for the expert disclosures. The proposed modification moves these due dates two weeks or less.

| **Description** | **Present Date** | **Stipulated Date** |
| --- | --- | --- |
| Exchange of Initial Expert Reports | May 1, 2002 | May 15, 2002 |
| Exchange of Rebuttal Expert Reports | June 3, 2002 | June 14, 2002 |

All other dates currently set by the Court's Amended Pretrial Scheduling Order will remain the same. Because the parties have shown that good cause exists to modify the Pretrial Order, the parties

respectfully request that the Court grant this Joint Motion and enter an Order amending the current Scheduling Order accordingly.

Dated: April 12, 2002.

**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

By: Rita Coyle DeMeules
Ronald J. Schutz (#130849)
Rita Coyle DeMeules (#191644)
Becky R. Thorson (#254861)
Nicholas S. Boebel (#030217X)

800 LaSalle Avenue, Suite 2800
Minneapolis, Minnesota 55402-2015
Phone: (612) 349-8500

**ATTORNEYS FOR ANDERSEN CORPORATION**

**FISH & RICHARDSON P.C.**

Dated: April 11, 2002.

By ______________________
R. J. Zayed (#309849)
Jonathan E. Singer (#283459)
J. Richard Soderberg (#0305637)
3300 Dain Rauscher Plaza
60 South 6th Street
Minneapolis, MN 55402
Telephone: (612) 335-5070

John M. Skenyon
**FISH & RICHARDSON P.C.**
225 Franklin Street
Boston, MA 02110-2804

**ATTORNEYS FOR DEFENDANT FIBER COMPOSITES, LLC.**

**PROPOSED ORDER**

Having considered the parties' Stipulation In Support of Joint Motion to Modify Certain Dates in the Amended Pretrial Scheduling Order, the Court hereby GRANTS the Motion. Initial Expert Reports shall be exchanged May 15, 2002. Rebuttal Expert Reports shall be exchanged June 14, 2002.

Dated: 4/12, 2002.

BY THE COURT

Arthur J. Boylan
Magistrate Judge of United States District Court