UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Andersen Corporation,

Plaintiff,

v.

Fiber Composites, LLC,

Defendant.

Case No. 00-CV-2548 RHK/AJB

**STIPULATION IN SUPPORT OF JOINT MOTION TO STAY PENDING PRETRIAL SCHEDULE AND ~~PROPOSED~~ ORDER**

Pursuant to Local Rule 16.3, Plaintiff Andersen Corporation ("Andersen") and Defendant Fiber Composites, LLC ("Fiber Composites") jointly move this Court through the following Stipulation to stay the pending fact discovery, expert discovery, and other pending deadlines in this case for a period of 30 days to facilitate settlement discussions between the parties.

Good cause to modify the Pretrial Order exists because the parties in good faith believe settlement discussions will be constructive to potentially resolve the pending litigation. The parties further believe that the Court's assistance will facilitate settlement discussions. A settlement conference before the Honorable Magistrate Judge Arthur J. Boylan has been scheduled to take place on Tuesday, May 14, 2002, at 9:00 a.m.

The parties stipulate that the stay shall be extended up to and including May 20, 2002. The stay shall expire automatically at 5:00 p.m., May 20, 2002, unless the Court orders otherwise

APR 22 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

pursuant to further stipulation by the parties. If the parties reach a final agreement during the stay, they shall promptly notify the Court.

Additionally, the schedule for various pretrial activities shall be adjusted to accommodate the stay. Specifically, if the stay expires without settlement or further stipulation, the parties shall proceed pursuant to the following schedule:

| | |
|---|---|
| **6/3/02** | **Fact Depositions: date by which the parties agree to reschedule and serve amended notices for the depositions of Douglas Mancosh, James Przybylinski, and Don Garofalo for a date no later than 6/15/02** |
| **6/14/02** | **Exchange of Initial Expert Reports** |
| **7/15/02** | **Exchange Rebuttal Expert Reports** |
| **7/1/02** | **Non-Dispositive Motions Served and Filed** |
| **8/1/02** | **Dispositive Motions Served and Filed** |

In order to facilitate settlement discussions, the parties also jointly stipulate and agree that the trial ready date be moved from September 1, 2002 to October 1, 2002.

Because the parties have shown that good cause exists to modify the Pretrial Order, the parties respectfully request that the Court grant this Joint Motion for a Stay and enter an Order for the Stay and amend the current Scheduling Order accordingly.

Dated: April 19, 2002.

**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

By: ______________________________
Ronald J. Schutz (#130849)
Rita Coyle DeMeules (#191644)
Becky R. Thorson (#254861)
Nicholas S. Boebel (#030217X)

800 LaSalle Avenue, Suite 2800
Minneapolis, Minnesota 55402-2015
Phone: (612) 349-8500

**ATTORNEYS FOR ANDERSEN CORPORATION**

**FISH & RICHARDSON P.C.**

Dated: April 19, 2002.

By ______________________________

R. J. Zayed (#309849)
Jonathan E. Singer (#283459)
J. Richard Soderberg (#0305637)
3300 Dain Rauscher Plaza
60 South 6th Street
Minneapolis, MN 55402
Telephone: (612) 335-5070

John M. Skenyon
**FISH & RICHARDSON P.C.**
225 Franklin Street
Boston, MA 02110-2804

**ATTORNEYS FOR DEFENDANT FIBER COMPOSITES, LLC.**

**PROPOSED ORDER**

Having considered the parties' Stipulation In Support of Joint Motion to Stay and Modify Pretrial and Trial Ready Dates, the Court hereby GRANTS the Motion. The Court grants the parties' request for a Stay through May 20, 2002 to facilitate settlement discussions. A settlement conference will be facilitated by the Court on May 14, 2002 at 9:00 a.m.

The stay shall expire automatically at 5:00 p.m., May 20, 2002, unless the Court orders otherwise pursuant to further stipulation by the parties. If the parties reach a final agreement during the stay, they shall promptly notify the Court.

Additionally, the schedule for various pretrial activities shall be adjusted to accommodate the extended stay. Specifically, if the stay expires without settlement or further stipulation, the parties shall proceed pursuant to the following schedule:

| | |
|---|---|
| 6/3/02: | Fact Depositions: date by which the parties agree to reschedule and serve amended notices for the depositions of Douglas Mancosh, James Przybylinski, and Don Garofalo for a date no later than 6/15/02 |
| 6/14/02 | Exchange of Initial Expert Reports |
| 7/15/02 | Exchange Rebuttal Expert Reports |
| 7/1/02 | Non-Dispositive Motions Served and Filed |
| 8/1/02 | Dispositive Motions Served and Filed |
| 10/1/02 | Trial Ready Date |

BY THE COURT

Dated: 4/22, 2002.

Arthur J. Boylan
Magistrate Judge of United States District Court

2318988.1