**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Andersen Corporation,

Plaintiff,

v.

Fiber Composites, LLC,

Defendant.

Case No. 00-CV-2548 JEL/AJB

---

**STIPULATION IN SUPPORT OF JOINT MOTION TO EXTEND CERTAIN DATES IN THE PRETRIAL SCHEDULE AND ~~PROPOSED~~ ORDER**

---

Pursuant to Local Rule 16.3, Plaintiff Andersen Corporation ("Andersen") and Defendant Fiber Composites, LLC ("Fiber Composites") jointly move the Court through the following Stipulation to grant a limited extension of the deadlines for expert reports and for filing non-dispositive Motions, for reasons explained more fully below.

As background, counsel for the parties have been making reasonable efforts to schedule the depositions that remained to be completed after the expiration on May 20, 2002 of the previously entered stay. The only remaining deposition to be scheduled is that of Mr. Donald Garofalo, Andersen's President and Chief Executive Officer. Both Mr. Garofalo and lead counsel for Andersen, Ronald Schutz, will be out of the country for extended business travel in June and July, 2002. Mr. Schutz and lead counsel for Fiber Composites have discussed the deposition schedule in light of these issues and have agreed that Mr. Garofalo's deposition can be scheduled in July. As of the date of this Stipulation, counsel expect the deposition will take



FILED JUN 12 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

place on July 3, 2002. This date would be after the current date for exchange of opening expert reports (June 14) and less than two weeks before the date for exchange of rebuttal expert reports (July 15).

Fiber Composites believes it is preferable to exchange expert reports and file dispositive motions after all fact witness depositions, including Mr. Garofalo's, have been completed. Andersen believes that the dates for expert reports and dispositive motion filings should remain the same, with counsel for the parties accommodating reasonable requests for supplementation where necessitated by the last fact witness deposition. However, in order to avoid further Motion practice, and to complete fact discovery and the exchange of expert reports in the most expeditious manner, counsel for the parties have agreed that the following extensions of expert report dates and dispositive motion filings are appropriate.

| | |
|---|---|
| **7/12/02** | **Exchange of Initial Expert Reports** |
| **8/09/02** | **Exchange Rebuttal Expert Reports** |
| **8/30/02** | **Dispositive Motions Served and Filed** |

The parties propose that the deadline for non-dispositive Motions remain the same with a single exception. Since Mr. Garofalo's deposition will be taken after the deadline for filing non-dispositive motions, Fiber Composites may have up until one week after that deposition to file a non-dispositive motion, but only with respect to information or discovery that comes to light in Mr. Garofalo's deposition, that was not otherwise available to Fiber Composites before that deposition, and that would be the subject of a non-dispositive motion. No other dates shall be adjusted, and the parties jointly stipulate and agree that the trial ready date shall remain on October 1, 2002.


20003845.1

Because the parties have shown that good cause exists to modify the Pretrial Order, the parties respectfully request that the Court grant this Joint Motion for an Extension and enter an Order for Extending the Deadlines for exchanging expert reports and filing and serving dispositive motions, as set forth in the Proposed Order below.

Dated: June 11, 2002.

**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

By [signature]

Ronald J. Schutz (#130849)
Rita Coyle DeMeules (#191644)
Becky R. Thorson (#254861)
Nicholas S. Boebel (#030217X)

800 LaSalle Avenue, Suite 2800
Minneapolis, Minnesota 55402-2015
Phone: (612) 349-8500
**ATTORNEYS FOR ANDERSEN CORPORATION**

**FISH & RICHARDSON P.C.**

Dated: June 11, 2002.

By [signature]

R. J. Zayed (#309849)
Jonathan E. Singer (#283459)
J. Richard Soderberg (#0305637)
3300 Dain Rauscher Plaza
60 South 6th Street
Minneapolis, MN 55402
Telephone: (612) 335-5070
and
John M. Skenyon
**FISH & RICHARDSON P.C.**
225 Franklin Street
Boston, MA 02110-2804
**ATTORNEYS FOR DEFENDANT FIBER COMPOSITES, LLC.**


60003845.1

**PROPOSED ORDER**

Having considered the parties' Stipulation In Support of Joint Motion to Extend Certain Dates in the Pretrial Schedule, the Court hereby GRANTS the Motion. The schedule for exchanging expert reports shall be as follows:

| | |
|---|---|
| **7/12/02** | **Exchange of Initial Expert Reports** |
| **8/09/02** | **Exchange Rebuttal Expert Reports** |

The deadline for serving and filing dispositive motions shall be **August 30, 2002.** Fiber Composites may no more than one week (7 days) after the currently scheduled Garofalo deposition, file a non-dispositive motion, but only with respect to information or discovery that comes to light in Mr. Garofalo's deposition, that was not otherwise available to Fiber Composites before that deposition, and that would be the subject of a non-dispositive motion All other dates in the Amended Pretrial Schedule shall remain the same, including the trial ready date (October 1, 2002).

BY THE COURT

Dated: 6/11, 2002.

Arthur J. Boylan
Magistrate Judge of United States District Court

**MINNESOTA CHAPTER OF THE FEDERAL BAR ASSOCIATION**

In connection with
The Federal Judiciary

# *28th Annual Federal Court Practice Seminar*

**June 19, 2002**
**8:00 am—5:15 pm**

**Minneapolis Convention Center**
**1301 Second Avenue South**
**Room 208**
**Minneapolis, MN 55402**
**(612) 335-6000**

**The Minnesota Chapter of the Federal Bar Association**

c/o Kelly & Berens, P.A.
80 S. 8th Street, Suite 3720
Minneapolis, MN 55402

NON-PROFIT
ORGANIZATION
U.S. POSTAGE
**PAID**
Minnespolis, MN
Permit No. 2657

**Application Pending for 7.5 CLE Credits including 2 Ethics and 1 Bias Credit**

## *Featured Speakers Include:*

**District of Minnesota**

**Judge David S. Doty**

**Judge Donovan W. Frank**

**Judge Paul A. Magnuson**

**Judge Ann D. Montgomery**

**Judge John R. Tunheim**

**Chief Magistrate Judge Jonathan Lebedoff**

**Magistrate Judge Arthur J. Boylan**

**United States Bankruptcy Court**
**District of Minnesota**

**Judge Robert J. Kressel**

## Morning Session:

| | |
|---|---|
| 7:30-8:00 | **Registration** |
| 8:00-8:15 | **Opening Remarks and Welcome,** ***Judge Ann D. Montgomery*** |
| 8:15-9:00 | **Securities Law Issues in the Wake of Enron,** ***Timothy J. Warren (SEC Midwest Regional Office), Professor Niels Schaumann (William Mitchell College of Law), Karl L. Cambronne (Chestnut & Cambronne)*** |
| 9:00-9:45 | **Current Issues in Employment Law,** ***Judge Paul A. Magnuson, Linda L. Holstein (Parsinen Kaplan Rosberg & Gottlieb PA), John R. McDonald (Meagher & Geer, PLLP), Daniel Oberdorfer (Leonard, Street and Deinard)*** |
| 9:45-10:00 | **Morning Break** |
| 10:00-10:45 | **Current Initiatives in the U.S. Attorneys' Office,** ***Tom Heffelfinger (U.S. Attorneys Office)*** |
| 10:45-11:45 | **Discovery Disputes: Professionalism in the Practice of Law?,** ***Judge David S. Doty, Chief Magistrate Judge Jonathan Lebedoff, Magistrate Judge Arthur J. Boylan,*** |
| 11:45-12:45 | **Lunch (Room 211)** |

11:45-12:45 Lunch (Room 211)

## Afternoon Session:

| | |
|---|---|
| 12:45-1:30 | **The Clerk's Office Can Be Your New Best Friend,** ***Celeste Shahidi, Lou Jean Gleason, Mary Lenner, Gertie Simon, Andy Seldon*** |
| 1:30-2:15 | **How to Effectively Teach and Persuade in Patent or Intellectual Property Cases: Why, When and How,** ***Judge Donovan W. Frank, Becky R. Thorson (Robins, Kaplan, Miller & Ciresi), Stephen J. Davidson (Leonard, Street and Deinard)*** |
| 2:15-3:15 | **Issues in the Wake of 9/11: Racial Profiling --** ***Daniel M. Scott (U.S. Federal Public Defenders' Office);*** **Response by the Department of Justice --** ***Tony Brown (U.S. Attorneys Office)*** |
| 3:15:3:30 | **Afternoon Break** |
| 3:30-4:15 | **Update on Technology Tools for Litigating in Federal Court,** ***Judge John R. Tunheim, Judge Robert J. Kressel, Eric J. Magnuson (Rider, Bennett, Egan & Arundel)*** |
| 4:15-5:15 | **Ethics in "Real Life" Practice Situations,** ***Martin A. Cole (Lawyers Professional Responsibility Office)*** |

## *Seminar Registration*

☐ Member $195.00
☐ Non-Member $225.00

Name ____________________
Firm/Employer ____________________
Address ____________________
____________________
____________________
Phone ____________________
E-Mail ____________________

**Complete registration form and send with check payable to:**

**Minnesota Chapter, FBA**
**c/o Nancy Gustafson**
**Kelly & Berens, P.A.**
**Suite 3720 IDS Center**
**80 South Eighth Street**
**Minneapolis, Minnesota 55402**

**Not a Member? Join the FBA**

*To apply on-line or to download application form go to http://www.fedbar.org and click on "Join the FBA."*

Questions call: Barbara P. Berens, Vice President, Planning, Minnesota Chapter FBA
(612)-349-6171

**Annual Seminar Planning Committee:**

Kristine M. Boylan, Meagher & Geer, P.L.L.P.

Catherine A. McEnroe, Leonard, Street and Deinard

Celeste M. Shahidi, U.S. Courthouse Minneapolis Building

Susan Nolting, U.S. Department of Justice

Maureen Watz Gornik, Warren E. Burger Federal Building