**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

---

ANDERSON CORPORATION,

Plaintiff,

v.

FIBER COMPOSITES, LLC,

Defendant.

Civil No. 00-2548 JEL/AJB

**ORDER**

---

The above matter came before the Court on Defendant's motion for leave to file an amended answer. Rita Coyle DeMeules and Nicholas S. Boebel, ROBINS, KAPLAN, MILLER & CIRESI LLP, appeared on behalf of Plaintiff, Anderson Corporation. J. Richard Soderberg, FISH & RICHARDSON P.C., P.A., appeared on behalf of Defendant, Fiber Composites, LLC. Based on the file, affidavits, memoranda and arguments of counsel,

**IT IS HEREBY ORDERED THAT:**

1. Defendant's motion for leave to file an amended answer is denied [Docket No. 111];

Dated: Jun 13 2002

Arthur J. Boylan
UNITED STATES MAGISTRATE JUDGE

**MEMORANDUM**

Defendant's motion seeks leave to amend its answer to allege the defenses of inequitable conduct and patent misuse. According to the Pretrial Scheduling Order, as amended, all motions which seek to amend the pleadings should have been served by

FILED JUN 14 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

November 1, 2001. Because Defendant did not make the instant motion until May 2002, pursuant to FED. R. CIV. P. 16(b)(6), Defendant must show good cause for modifying the Pretrial Scheduling Order.

The good cause standard "demands a demonstration that the existing schedule 'cannot reasonably be met despite the diligence of the party seeking the extension.'" Archer Daniels Midland Co. v. Aon Risk Services, Inc. of Minnesota, 187 F.R.D. 578, 581-82 (D. Minn. 1999). The question of good cause does not turn on the existence or absence of prejudice to the non-moving party. Id. at 582. After reviewing the materials submitted by the parties, and after hearing argument of counsel, the Court concludes that Defendant has not shown good cause for amending the answer at this late date.

Defendant contends that Plaintiff engaged in inequitable conduct by failing to disclose the existence of the Vannelli window to the Patent and Trademark Office (PTO). Defendant argues that they did not seek to amend the answer earlier because Defendant did not realize the materiality of the Vannelli window until Plaintiff belatedly produced the "Fibrex" document. The Court is not convinced, however, that the Fibrex document was, or should have been, the revelatory document. Defendant had enough information–or had enough information available to it–before November to understand the materiality of the Vannelli window.

Next, Defendant contends that Plaintiff engaged in inequitable conduct by failing to disclose, to the PTO, what was learned from Professor Woodhams at the University of Toronto. Defendant also contends that Plaintiff engaged in inequitable conduct by failing to disclose, to the PTO, what was learned at the Woodfiber-Plastic Composites

Conference in Madison, WI in 1993. Defendant, however, had the documents regarding the Toronto consultation by September 25, 2001. In addition, Defendant had the documents regarding the 1993 conference at least since it served its Prior Art Statement, which is dated November 1, 2001.

Defendant also contends that Plaintiff engaged in inequitable conduct by failing to disclose, to the PTO, printed publications that are material prior art to the patents-in-suit. In its brief, however, Defendant discusses only one such publication, an article by D. Maldas. In response, Plaintiff contends that the Maldas article is cumulative of other prior art before the examiner and therefore, argues that the Maldas article is immaterial as a matter of law. At oral argument, Defendant entirely failed to rebut this contention. The Court concludes, therefore, that even if good cause existed, a claim of inequitable conduct, based on the Maldas article, would be futile.

Lastly, Defendant contends that Plaintiff engaged in, and is engaging in, patent misuse. This allegation relates to a settlement agreement, which resulted from litigation between Plaintiff and Formtech Enterprises. Defendant argues that they did not seek to amend the answer earlier because the settlement agreement was belated produced. It is undisputed, however, that Defendant was aware of the Anderson/Formtech litigation long before the settlement agreement was produced, and that the settlement agreement was available to Defendant, but was merely withheld inadvertently. The Court concludes, therefore, that Defendant has not demonstrated diligence in its discovery efforts.

AJB

MINNESOTA CHAPTER OF THE FEDERAL BAR ASSOCIATION

In connection with
The Federal Judiciary

## *28th Annual Federal Court Practice Seminar*

**June 19, 2002**
**8:00 am—5:15 pm**

**Minneapolis Convention Center**
**1301 Second Avenue South**
**Room 208**
**Minneapolis, MN 55402**
**(612) 335-6000**

**The Minnesota Chapter of the Federal Bar Association**

c/o Kelly & Berens, P.A.
80 S. 8th Street, Suite 3720
Minneapolis, MN 55402

NON-PROFIT
ORGANIZATION
U.S. POSTAGE
**PAID**
Minneapolis, MN
Permit No. 2657

**Application Pending for 7.5 CLE Credits including**
**2 Ethics and 1 Bias Credit**

*Featured Speakers Include:*

**District of Minnesota**

**Judge David S. Doty**

**Judge Donovan W. Frank**

**Judge Paul A. Magnuson**

**Judge Ann D. Montgomery**

**Judge John R. Tunheim**

**Chief Magistrate Judge Jonathan Lebedoff**

**Magistrate Judge Arthur J. Boylan**

**United States Bankruptcy Court**
**District of Minnesota**

**Judge Robert J. Kressel**

## Morning Session:

| | |
|---|---|
| 7:30-8:00 | **Registration** |
| 8:00-8:15 | **Opening Remarks and Welcome,** ***Judge Ann D. Montgomery*** |
| 8:15-9:00 | **Securities Law Issues in the Wake of Enron,** ***Timothy J. Warren (SEC Midwest Regional Office), Professor Niels Schaumann (William Mitchell College of Law), Karl L. Cambronne (Chestnut & Cambronne)*** |
| 9:00-9:45 | **Current Issues in Employment Law,** ***Judge Paul A. Magnuson, Linda L. Holstein (Parsinen Kaplan Rosberg & Gottlieb PA), John R. McDonald (Meagher & Geer, PLLP), Daniel Oberdorfer (Leonard, Street and Deinard)*** |
| 9:45-10:00 | **Morning Break** |
| 10:00-10:45 | **Current Initiatives in the U.S. Attorneys' Office,** ***Tom Heffelfinger (U.S. Attorneys Office)*** |
| 10:45-11:45 | **Discovery Disputes: Professionalism in the Practice of Law?,** ***Judge David S. Doty, Chief Magistrate Judge Jonathan Lebedoff, Magistrate Judge Arthur J. Boylan,*** |
| 11:45-12:45 | **Lunch (Room 211)** |

11:45-12:45 Lunch (Room 211)

## Afternoon Session:

| | |
|---|---|
| 12:45-1:30 | **The Clerk's Office Can Be Your New Best Friend,** ***Celeste Shahidi, Lou Jean Gleason, Mary Lenner, Gertie Simon, Andy Seldon*** |
| 1:30-2:15 | **How to Effectively Teach and Persuade in Patent or Intellectual Property Cases: Why, When and How,** ***Judge Donovan W. Frank, Becky R. Thorson (Robins, Kaplan, Miller & Ciresi), Stephen J. Davidson (Leonard, Street and Deinard)*** |
| 2:15-3:15 | **Issues in the Wake of 9/11: Racial Profiling --** ***Daniel M. Scott (U.S. Federal Public Defenders' Office);*** **Response by the Department of Justice --** ***Tony Brown (U.S. Attorneys Office)*** |
| 3:15:3:30 | **Afternoon Break** |
| 3:30-4:15 | **Update on Technology Tools for Litigating in Federal Court,** ***Judge John R. Tunheim, Judge Robert J. Kressel, Eric J. Magnuson (Rider, Bennett, Egan & Arundel)*** |
| 4:15-5:15 | **Ethics in "Real Life" Practice Situations,** ***Martin A. Cole (Lawyers Professional Responsibility Office)*** |

## Seminar Registration

☐ Member $195.00
☐ Non-Member $225.00

Name ____________________
Firm/Employer ____________________
Address ____________________
____________________
____________________
Phone ____________________
E-Mail ____________________

**Complete registration form and send with check payable to:**

**Minnesota Chapter, FBA**
**c/o Nancy Gustafson**
**Kelly & Berens, P.A.**
**Suite 3720 IDS Center**
**80 South Eighth Street**
**Minneapolis, Minnesota 55402**

**Not a Member? Join the FBA**

*To apply on-line or to download application form go to http://www.fedbar.org and click on "Join the FBA."*

Questions call: Barbara P. Berens, Vice President, Planning, Minnesota Chapter FBA
(612)-349-6171

**Annual Seminar Planning Committee:**

Kristine M. Boylan, Meagher & Geer, P.L.L.P.

Catherine A. McEnroe, Leonard, Street and Deinard

Celeste M. Shahidi, U.S. Courthouse Minneapolis Building

Susan Nolting, U.S. Department of Justice

Maureen Watz Gornik, Warren E. Burger Federal Building