**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Andersen Corporation,

Plaintiff,

v.

Fiber Composites, LLC,

Defendant.

Case No. 00-CV-2548 JEL/JGL

---

**STIPULATION IN SUPPORT OF JOINT MOTION TO EXTEND CERTAIN DATES IN THE PRETRIAL SCHEDULE AND PROPOSED ORDER**

---

Pursuant to Local Rule 16.3, Plaintiff Andersen Corporation ("Andersen") and Defendant Fiber Composites, LLC ("Fiber Composites") jointly move the Court through the following Stipulation to grant a limited extension of the deadlines for serving rebuttal expert reports, for reasons explained more fully below.

As background, the parties exchanged certain opening Expert opinions and reports on July 12, 2002. The current Amended Pretrial Schedules calls for the exchange of rebuttal expert opinions and reports by August 9, 2002. Due to scheduling issues related to expert depositions and exchange of documents, and in order to avoid further Motion practice while completing expert discovery in the most expeditious manner, counsel for the parties have agreed that an extension of the due date for rebuttal expert reports is appropriate. The parties propose that the deadline for serving rebuttal expert reports be extended to **August 26, 2002**, and that all other dates set by the Amended Pretrial Scheduling Order, including the deadline for filing dispositive



FILED JUL 2 _ 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______

Motions, remain the same. No other dates shall be adjusted, and the parties jointly stipulate and agree that the trial ready date shall remain on October 1, 2002.

Because the parties have shown that good cause exists to modify the Pretrial Order, the parties respectfully request that the Court grant this Joint Motion for an Extension and enter an Order for Extending the Deadline for exchanging rebuttal expert reports, as set forth in the Proposed Order below.

Dated: July 24 2002.

**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

By ______________________

Ronald J. Schutz (#130849)
Rita Coyle DeMeules (#191644)
Becky R. Thorson (#254861)
Nicholas S. Boebel (#030217X)
800 LaSalle Avenue, Suite 2800
Minneapolis, Minnesota 55402-2015
Phone: (612) 349-8500
**ATTORNEYS FOR ANDERSEN CORPORATION**

**FISH & RICHARDSON P.C.**

Dated: July 24, 2002.

By ______________________

R. J. Zayed (#309849)
Jonathan E. Singer (#283459)
J. Richard Soderberg (#0305637)
3300 Dain Rauscher Plaza
60 South 6th Street
Minneapolis, MN 55402
Telephone: (612) 335-5070
and
John M. Skenyon
**FISH & RICHARDSON P.C.**
225 Franklin Street
Boston, MA 02110-2804
**ATTORNEYS FOR DEFENDANT FIBER COMPOSITES, LLC.**

20003845.1

**PROPOSED ORDER**

Having considered the parties' Stipulation In Support of Joint Motion to Extend Certain Dates in the Pretrial Schedule, the Court hereby GRANTS the Motion. The schedule for exchanging rebuttal expert reports shall be extended to August 26, 2002. All other dates in the Amended Pretrial Schedule shall remain the same, including the trial ready date (October 1, 2002).

BY THE COURT

Dated: 7-25, 2002.

Jonathan G. Lebedoff
Magistrate Judge of United States District Court

30003845.1