UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

00-CV-2548(JEL/JGL)

ANDERSON CORPORATION, )
Plaintiff, )
v. )
FIBER COMPOSITES LLC., ) ORDER
Defendant, )

Defendant appeals the Order, issued June 14, 2002, by the Honorable Arthur J. Boylan, United States Magistrate Judge.

A district court must set aside any portion of a magistrate's order found to be "clearly erroneous or contrary to law." 28 U.S.C. § 636; Local Rule 72.1(b)(2). The Court has reviewed the record and proceedings below and finds no basis to justify setting aside the Magistrate's Order. The Order is neither clearly erroneous nor contrary to law.

Accordingly, based on the files, records, and proceedings herein, IT IS ORDERED that:

The Magistrate's June 14, 2002 Order [Docket No. 118] is AFFIRMED.

Dated: August 5, 2002

JOAN E. LANCASTER
United States District Judge

AUG 05 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK