UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Andersen Corporation,

Plaintiff,

v.

Fiber Composites, LLC,

Defendant.

CIV NO. 00-CV-2548 JEL/JGL

**[redacted] ORDER**

---

The above-entitled matter came before the undersigned on the Motion of Plaintiff Andersen Corporation pursuant to Local Rule 16.3 for an extension of the Amended Scheduling Order or in the Alternative, For Leave to Bring Motions for Summary Judgment. The Court considered the Motion on the papers submitted by counsel for the parties, Robins, Kaplan, Miller & Ciresi, LLP (Ronald J. Schutz, Rita Coyle DeMeules, Becky Thorson, and Nicholas S. Boebel) for Andersen Corporation; and, Fish & Richardson (R. J. Zayed and John Skenyon, Esq.) for defendant Fiber Composites, LLC. Based on the arguments submitted regarding this Motion, the Court hereby grants Andersen's Motion and orders that Andersen will be allowed to bring its Motions for Summary Judgment, which have already been served upon counsel for Fiber Composites.

Defs. withdrew their motion to strike JGL

Dated: Sept. 11, 2002.

BY THE COURT:

Honorable Jonathan G. Lebedoff
United States District Court Magistrate Judge

20013548

FILED ____
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ____
DEPUTY CLERK ____