UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Andersen Corporation,

Plaintiff,

v.

Civ. No. 00-2548 (JEL/JGL)
ORDER

Fiber Composites, LLC,

Defendant.

This matter comes before the Court on Defendant's motion for leave to file memoranda of law and reply memoranda in excess of the 35-page limit established by D. Minn. R. 7.1(c). The Court has reviewed Defendant's motion and the materials submitted by Plaintiff in opposition to Defendant's motion. Based on that review, IT IS ORDERED THAT:

1. Defendant's motion [Doc. No. 177] is GRANTED.

Date: October 22, 2002

JOAN ERICKSEN LANCASTER
United States District Judge

OCT 22 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTERED
DEPUTY CLERK'S INITIALS