UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Andersen Corporation,

Plaintiff,

v.

Civ. No. 00-2548 (JNE/JGL)
ORDER

Fiber Composites, LLC,

Defendant.

This case is before the Court on Plaintiff's request for permission to file a motion for reconsideration of an Order issued on July 22, 2003. Specifically, Plaintiff asks the Court to reconsider the Order insofar as it denied as moot Plaintiff's motion for partial summary judgment of validity. The Court grants Plaintiff's request. Having reconsidered Plaintiff's motion for partial summary judgment of validity, the Court denies it based on the materials already submitted by the parties. The Court also denies Defendant's request for permission to file a motion for reconsideration. Accordingly, IT IS ORDERED THAT:

1. Plaintiff's motion for reconsideration [Docket No. 216] is GRANTED.

2. Plaintiff's motion for partial summary judgment on the issue of validity [Docket No. 180] is DENIED.

3. Defendant's request for permission to file a motion for reconsideration is DENIED.

Dated: August 26, 2003

JOAN N. ERICKSEN
United States District Judge

AUG 26 2003
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTERED
DEPUTY CLERK'S INITIALS