UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Andersen Corporation,

Plaintiff,

v.

Civ. No. 00-2548 (JNE/JGL)
ORDER

Fiber Composites, LLC,

Defendant.

This case is before the Court on Defendant's appeal from an Order issued by the Honorable Jonathan G. Lebedoff, Chief United States Magistrate Judge, on October 21, 2003. Having reviewed the record, the Court concludes that the Magistrate Judge's Order must be affirmed because it is neither "clearly erroneous" nor "contrary to law." *See* 28 U.S.C. § 636(b)(1)(A) (2000); Fed. R. Civ. P. 72(a); D. Minn. R. 72.1(b)(2). Therefore, IT IS ORDERED THAT:

1. The Magistrate Judge's October 21, 2003, Order [Docket No. 226] is AFFIRMED.

Dated: December 4, 2003

JOAN N. ERICKSEN
United States District Judge

DEC 0 5 2003
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTERED
DEPUTY CLERK'S INITIALS