**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

ANDERSEN CORPORATION,

Plaintiff,

v.

FIBER COMPOSITES, LLC.,

Defendant.

CIV NO. 00-CV-2548 (JNE/JGL)

**MOTION TO WITHDRAW AS COUNSEL**

The undersigned attorney, R. J. Zayed, is moving his practice to Carlson, Caspers, Vandenburgh & Lundquist and effective October 1, 2004 will no longer be a principal with Fish & Richardson P.C., P.A. Defendant, however, will continue to be represented by Fish & Richardson P.C., P.A. Pursuant to Rule 83.7(a) of the Local Rules of the United States District Court for the District of Minnesota, the undersigned attorney hereby moves the Court for leave to withdraw as counsel for Defendant in this case.

Dated: September 30, 2004

s/ R.J. Zayed________________
R.J. Zayed (#309849)

Attorney for Defendant
FIBER COMPOSITES, LLC.

60243418.doc