**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| ANDERSEN CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>FIBER COMPOSITES, LLC.,<br><br>Defendant. | CIV NO. 00-CV-2548 (JNE/JGL) |

**NOTICE OF MOTION TO WITHDRAW AS COUNSEL**

PLEASE TAKE NOTICE THAT R.J. Zayed will and hereby does move the Court for leave to withdraw as counsel for Plaintiff in this case. No oral argument is requested.

Dated: September 30, 2004

s/ R.J. Zayed
R.J. Zayed (#309849)

Attorney for Defendant
FIBER COMPOSITES, LLC.

60249093.doc