# CERTIFICATE OF SERVICE

I certify that on September 30, 2004, I have caused the following documents:

**NOTICE OF MOTION TO WITHDRAW AS COUNSEL;** and

**MOTION TO WITHDRAW AS COUNSEL**

to be filed electronically with the Clerk of Court through ECF, and ECF will send an e-notice of the electronic filing to the following:

**Nicholas Boebel**
nsboebel@rkmc.com smashwill@rkmc.com;gmparish@rkmc.com

**Rita Coyle DeMeules**
maschumacher@rkmc.com

**James M Hall**

**Ronald J Schutz**
rjschutz@rkmc.com

**Scott Ray Strand**
srstrand@rkmc.com lmzimmerman@rkmc.com;scott_strand@msn.com

**Becky R Thorson**
brthorson@rkmc.com scgeorge@rkmc.com

I further certify that I have caused the proposed order to be filed with the court via e-mail to the following judge:

Chief Magistrate Judge Jonathan Lebedoff

and I certify that I have caused a copy of the proposed order to be sent by facsimile and mailed by first class mail, postage paid, as noted below to the following:

Ronald J. Schutz, Esq.
Rita Coyle DeMeules, Esq.
Robins, Kaplan, Miller & Ciresi, L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402

Date: September 30, 2004 s/ R.J. Zayed
R.J. Zayed

60166426.doc