**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

ANDERSEN CORPORATION,

Plaintiff,

v.

FIBER COMPOSITES, LLC.,

Defendant.

CIV NO. 00-CV-2548 (JNE/JGL)

**ORDER**

This matter came on before the undersigned on the motion of R.J. Zayed to withdraw as counsel for Defendant (Docket No. 235). Based on the submissions of R.J. Zayed and the entire record of this case, IT IS HEREBY ORDERED that:

R.J. Zayed's Motion is GRANTED.

IT IS SO ORDERED.

Dated: October 4, 2004

s/Jonathan Lebedoff
Jonathan Lebedoff
Chief U.S. Magistrate Judge