**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

**Civil Trial Calendar**
**The Honorable Joan N. Ericksen**

You appear as counsel of record on one or more of the actions listed on the attached calendar. The cases will be called for trial **Tuesday, April 5, 2005. This calendar will run through the weeks of April 5th, 11th, 18th, and 25th.**

All cases shall be deemed ready for immediate trial commencing **April 5, 2005,** and will be called for trial on an as-needed basis. If you have an unavoidable conflict, you shall **IMMEDIATELY** contact Mrs. Sheri L. Frette, Calendar Clerk for The Honorable Joan N. Ericksen, 778 Federal Courts Building, St. Paul, MN 55101, (651) 848-1230. Any questions regarding this calendar should be directed to Mrs. Frette.

**Under no circumstances will the failure to have completed the taking of depositions or other discovery be deemed justification for a delay or continuance.**

Please follow Rules 39.1 and 39.2 of this district's local rules concerning trial practice. Please read these rules carefully and comply fully as you prepare for trial.

**UNDER THE SPEEDY TRIAL ACT, THE TRIALS OF CRIMINAL CASES MAY BE REQUIRED TO TAKE PRECEDENCE OVER THE TRIALS OF CIVIL CASES.**

Dated: January 25, 2005.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**TRIAL CALENDAR COMMENCING Tuesday, April 5, 2005**
**at 9:30 a.m., before JUDGE JOAN N. ERICKSEN**
**in St. Paul, Minnesota**

---

**JURY TRIAL** **PATENT**

1. Anderson Corporation, Becky R. Thorsen/Nicholas 612/349-8500
Ronald J. Schutz/Scott R. Strand

v. 00cv2548 (JNE/JGL)

Fiber Composites, LLC, Richard Soderberg/Jonathan E. Singer 612/335-5070
John M. Skenyon/Michael 617/542-5070

**ESTIMATED TRIAL TIME: 3 weeks**

---

**JURY TRIAL** **CONTRACT**

2. The Valspar Corporation, et al, Alan G. Carlson/Brian W. Hayes/Dennis C. Bremer/Derek Vandenburgh 612/436-9600
Andrew Ubel III 612/375-7322

v. 01cv10 (JNE/JGL)

Spraylat Corporation, et al, et al, John Connelly/Kenneth A. Liebman/Michelle Paninopoulos 612/766-7000
Blossom Kan/David M. Zensky 212/872-1000
Mitchell P. Hurley

**ESTIMATED TRIAL TIME: 3 weeks**

**____JURY TRIAL** **CIVIL RIGHTS**

| | | | |
|---|---|---|---|
| 3. | Robert K. Murphey, Jr. | James G. Ryan | 612/338-3872 |
| | v. 01cv10 (JNE/JGL) | | |
| | City of Minneapolis, | Caroline M. Bachun | 612/673-2010 |

**ESTIMATED TRIAL TIME: 4-5 days**