**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

ANDERSON CORPORATION,

Plaintiff,

v.

FIBER COMPOSITES, LLC,

Defendant.

00CV2548 (JNE/JGL)

**NOTICE OF PRETRIAL CONFERENCE**

---

**TAKE NOTICE** that the above entitled matter is **scheduled** for **a PRETRIAL CONFERENCE** on Tuesday, March 29, 2005 at 9:30 a.m., before Judge Joan N. Ericksen, Courtroom 3, St. Paul, Minnesota.

DATED: March 8, 2005

RICHARD D. SLETTEN
*Clerk*

s/ Sheri L. Frette
Sheri L. Frette *Deputy Clerk*