**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Andersen Corporation,

Plaintiff,

v.

Fiber Composites, LLC,

Defendant.

**Case No.: 00-CV-2548 (JNE/JGL)**

**PLAINTIFF ANDERSEN'S MOTION IN LIMINE TO COMPEL FIBER COMPOSITES, LLC TO MAKE AVAILABLE ITS WITNESSES TO ANDERSEN DURING TRIAL**

Plaintiff Andersen Corporation moves this Court to compel Fiber Composites LLC to make available its witnesses to Andersen during trial.

The grounds for this motion are set forth and supported in the accompanying memorandum, the arguments of counsel, and all of the papers and proceedings in this matter.

Dated this 18th day of March 2005.

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

/s/ Misti Nelc

Ronald J. Schutz (#130849)
Becky R. Thorson (#254861)
Misti Nelc (#0296090)
Nicholas S. Boebel (#030217X)

2800 LaSalle Plaza
800 LaSalle Ave. S.
Minneapolis, MN 55402-2015
(612) 349-8500

ATTORNEYS FOR PLAINTIFF
ANDERSEN CORPORATION