**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Andersen Corporation,

Plaintiff,

v.

Fiber Composites, LLC,

Defendant.

Case No. 00-CV-2548 JNE/JGL

**PLAINTIFF ANDERSEN'S MEMORANDUM IN SUPPORT OF ITS MOTION IN LIMINE TO COMPEL FIBER COMPOSITES, LLC TO MAKE AVAILABLE ITS WITNESSES TO ANDERSEN DURING TRIAL**

## INTRODUCTION

In the interest of facilitating the orderly presentation of trial testimony, Andersen respectfully requests that this Court enter an Order that any witnesses who will testify live be made available to testify live during the case-in-chief of the opposing party.

## ARGUMENT

This Court has the obligation to ensure that evidence is presented in a manner fair to both parties so as to further the fundamental goal of ascertaining the truth at trial. Fed. R. Evid. 611. In order to avoid the unfairness inherent in asymmetric opportunities to present evidence, courts have compelled parties to make available during the opposing party's case-in-chief witnesses that they may rely upon in their own case-in-chief. *See, e.g., In re Gulf Oil/Cities Service Tender Offer Litigation,* 776 F. Supp. 838, 839 (S.D.N.Y. 1991). Courts have likewise held that a party may not rely on witness testimony if it fails to make the witness available during the opposing party's case. *Id*; *Niebur v. Town of Cicero*, 212 F. Supp. 2d 790, 806 (N.D. Ill. 2002).

This Court should prevent prejudice to either party, and further the truth-seeking function of trial, by requiring that any party who will rely on live testimony from any witness must make that witness available during the case presentation of the opposing party. In circumstances similar to these, courts routinely enter orders mandating that a party not rely on evidence that it makes unavailable to the opposing party. As the trial court held in *In re Gulf Oil*, "if [an employee of defendant] elects to absent himself during plaintiff's case, he will not testify at all." 776 F. Supp. 838, 839 (S.D.N.Y. 1991); *accord Niebur v. Town of Cicero*, 212 F. Supp. 2d 790, 806 (N.D. Ill. 2002). This Court should order Fiber Composites to make witnesses that it may rely on for live testimony during its case available during Andersen's case-in-chief.

## CONCLUSION

Andersen respectfully requests that this Court enter an Order directing Fiber Composites to make any witness it may rely on for live testimony during its case available to testify during Andersen's case-in-chief.

Dated: March 18, 2005

**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

By: ___/s/ Misti Nelc________________________

Ronald J. Schutz (#130849)
Becky R. Thorson (#254861)
Misti Nelc (#296090)
Nicholas S. Boebel (#030217X)

800 LaSalle Avenue, Suite 2800
Minneapolis, Minnesota 55402-2015
Phone: (612) 349-8500

**ATTORNEYS FOR PLAINTIFF ANDERSEN CORPORATION**