**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Andersen Corporation,

Plaintiff,

v.

Fiber Composites, LLC,

Defendant.

**Case No.: 00-CV-2548 (JNE/JGL)**

**[UNDER SEAL]**

**NOTIFICATION OF CONVENTIONAL FILING OF EXHIBIT 1 TO THE DECLARATION OF NICHOLAS S. BOEBEL**

This document is a place holder for the following item(s) which are filed in conventional or physical form with the Clerk's Office:

Exhibit 1 to the Declaration of Nicholas S. Boebel.

If you are a participant in this case, this filing will be served upon you in conventional format.

This filing was not e-filed for the following reason(s):

____ Voluminous Document* (Document number of order granting leave to file conventionally: _________)

____ Unable to Scan Documents (PDF file size larger than the e-filing system allows)

____ Physical Object (description):

____ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

_X_ Item Under Seal * [Document number of protective order: 36]

____ Conformance with the Judicial Conference Privacy Policy (General Order 53) (Document number of redacted version: __________ )

____ Other (description):

Dated this 18th day of March, 2005.

**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

By /s/ Misti Nelc

Ronald J. Schutz (#130849)
Becky R. Thorson (#254861)
Misti Nelc (#0296090)
Nicholas S. Boebel (#030217X)

2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, Minnesota 55402-2015
(612) 349-8500

**ATTORNEYS FOR PLAINTIFF ANDERSEN CORPORATION**