**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Andersen Corporation,

Plaintiff,

v.

Fiber Composites, LLC,

Defendant.

**Case No.: 00-CV-2548 (JNE/JGL)**

---

**PLAINTIFF ANDERSEN'S MOTION IN LIMINE TO PRECLUDE MOHINI SAIN FROM TESTIFYING ON MATTERS NOT CONTAINED IN HIS EXPERT REPORT**

Plaintiff Andersen Corporation moves this Court to preclude Mohini Sain from testifying on matters not contained in his expert report.

The grounds for this motion are set forth and supported in the accompanying memorandum, declaration of Nicholas S. Boebel, attached exhibits, the arguments of counsel, and all of the papers and proceedings in this matter.

Dated this 18th day of March, 2005.

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

/s/ Misti Nelc
Ronald J. Schutz (#130849)
Becky R. Thorson (#254861)
Misti Nelc (#0296090)
Nicholas S. Boebel (#030217X)

2800 LaSalle Plaza
800 LaSalle Ave. S.
Minneapolis, MN 55402-2015
(612) 349-8500

ATTORNEYS FOR PLAINTIFF
ANDERSEN CORPORATION