**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Andersen Corporation,

Plaintiff,

v.

Fiber Composites, LLC,

Defendant.

**Case No.: 00-CV-2548 (JNE/JGL)**

**DECLARATION OF NICHOLAS S. BOEBEL AND EXHIBIT INDEX**

I, NICHOLAS S. BOEBEL, declare:

1. I am an associate with the law firm of Robins, Kaplan, Miller & Ciresi L.L.P., and am one of the attorneys representing plaintiff Andersen Corporation ("Andersen").

2. I submit this declaration and exhibit index in support of plaintiff Andersen's Motion In Limine To Preclude Mohini Sain From Testifying on Matters Not Contained in His Expert Report.

3. I have personal knowledge of the facts stated herein. If called as a witness, I could and would testify competently concerning these matters.

4. Attached hereto as Exhibit 1 is a true and correct copy of *R.C.M. Executive Gallery Corp. v. Rols Capital Co.*, 1996 WL 30457 (S.D.N.Y. Jan. 25, 1996).

5. Attached hereto as Exhibit 2 is a true and correct copy of excerpts of deposition testimony of Mohini Sain dated August 21, 2002.

6. Attached hereto as Exhibit 3 is a true and correct copy of excerpts of the Expert Report of Mohini M. Sain dated July 12, 2002.

To the best of my knowledge and belief, I declare, under penalty of perjury, that all the statements made by me are true.

Dated this 18th day of March, 2005.

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

/s/ Nicholas S. Boebel
Nicholas S. Boebel