**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Andersen Corporation,

Plaintiff,

v.

Fiber Composites, LLC,

Defendant.

**Case No.: 00-CV-2548 (JNE/JGL)**

**PLAINTIFF ANDERSEN'S NOTICE OF MOTION TO EXCLUDE THE TESTIMONY OF FIBER COMPOSITES' EXPERT WITNESSES WITH RESPECT TO CERTAIN ANDERSEN TEST REPORTS AND TECHNICAL DATA**

PLEASE TAKE NOTICE that Plaintiff Andersen Corporation will move this Court, on March 29, 2005 at 9:30 a.m., in Courtroom 3, United States District Court, Federal Building, 316 North Robert Street, St. Paul, Minnesota, for an Order granting Plaintiff Andersen's Motion To Exclude the Testimony of Fiber Composites' Expert Witnesses With Respect to Certain Andersen Test Reports and Technical Data. The grounds for this motion are set forth and supported in the accompanying motion, memorandum, declaration of Nicholas S. Boebel, the arguments of counsel, and all of the papers and proceedings in this matter.

Dated this 18th day of March 2005.

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

/s/ Misti Nelc
Ronald J. Schutz (#130849)
Becky R. Thorson (#254861)
Misti Nelc (#0296090)
Nicholas S. Boebel (#030217X)

2800 LaSalle Plaza
800 LaSalle Ave. S.
Minneapolis, MN 55402-2015
(612) 349-8500

ATTORNEYS FOR PLAINTIFF
ANDERSEN CORPORATION



Word 20127663.1