**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Andersen Corporation,

Plaintiff,

v.

Fiber Composites, LLC,

Defendant.

**Case No.: 00-CV-2548 (JNE/JGL)**

**[UNDER SEAL]**

**NOTIFICATION OF CONVENTIONAL FILING OF PLAINTIFF ANDERSEN'S MEMORANDUM IN SUPPORT OF ITS MOTION TO EXCLUDE THE TESTIMONY OF FIBER COMPOSITES' EXPERT WITNESSES WITH RESPECT TO CERTAIN ANDERSEN TEST REPORTS AND TECHNICAL DATA**

This document is a place holder for the following item(s) which are filed in conventional or physical form with the Clerk's Office:

> Plaintiff Andersen Corporation's Memorandum in Support of Its Motion To Exclude The Testimony of Fiber Composites' Experts Witnesses With Respect To Certain Andersen Test Reports and Technical Data.

If you are a participant in this case, this filing will be served upon you in conventional format.

This filing was not e-filed for the following reason(s):

____ Voluminous Document* (Document number of order granting leave to file conventionally: __________)

____ Unable to Scan Documents (PDF file size larger than the e-filing system allows)

____ Physical Object (description):

____ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

_X_ Item Under Seal * [Document number of protective order: 36]

____ Conformance with the Judicial Conference Privacy Policy (General Order 53) (Document number of redacted version: ___________ )

____ Other (description):

Dated this 18th day of March, 2005.

**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

By /s/ Misti Nelc

Ronald J. Schutz (#130849)
Becky R. Thorson (#254861)
Misti Nelc (#0296090)
Nicholas S. Boebel (#030217X)

2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, Minnesota 55402-2015
(612) 349-8500

**ATTORNEYS FOR PLAINTIFF ANDERSEN CORPORATION**