**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Andersen Corporation,

Plaintiff,

v.

Fiber Composites, LLC,

Defendant.

**Case No.: 00-CV-2548 (JNE/JGL)**

**DECLARATION OF NICHOLAS S. BOEBEL**

I, NICHOLAS S. BOEBEL, declare:

1. I am an associate with the law firm of Robins, Kaplan, Miller & Ciresi L.L.P., and am one of the attorneys representing plaintiff Andersen Corporation ("Andersen").

2. I submit this declaration in support of plaintiff Andersen's Motion To Exclude the Testimony of Fiber Composites' Expert Witnesses With Respect to Certain Andersen Test Reports and Technical Data.

3. I have personal knowledge of the facts stated herein. If called as a witness, I could and would testify competently concerning these matters.

4. Attached hereto as Exhibit 1 is a true and correct copy of excerpts from the Expert Report of Dr. Sain dated July 12, 2002.

5. The following chart contains the dates each of the Fiber Composites Trial Exhibits were produced to Fiber Composites by Andersen:

| **Fiber Composites Trial Exhibit Number** | **Date Document Was Produced By Andersen** | **Bates Label Number** |
|---|---|---|
| Exhibit 31: Andersen Test Report No. 51-74 | March 21, 2002 | A061390-93 |
| Exhibit 32: Andersen Test Report No. 043-92 | July 26, 2001 | A011347-48 |

| | | |
|---|---|---|
| Exhibit 33: Andersen Test Report No. 5-69 | July 26, 2001 | A012026 |
| Exhibit 34: Andersen Test Report No. 25-69 | July 26, 2001 | A012027 |
| Exhibit 35: Andersen Test Report No. 12-84 | July 26, 2001 | A004810 |
| Exhibit 36: Andersen Test Report No. 30-84 | July 26, 2001 | A004809 |
| Exhibit 37: Andersen Test Report No. 142-84 | July 26, 2001 | A004812-14 |
| Exhibit 38: Andersen Test Data | July 26, 2001 | A004236 |
| Exhibit 39: Andersen Test Data | July 26, 2001 | A004192-94 |
| Exhibit 46: Andersen Test Report No. 131-86 | July 26, 2001 | A011462-63 |
| Exhibit 47: Andersen Test Report No. 177-87 | July 26, 2001 | A011340 |
| Exhibit 50: Andersen Test Report No. 23-72 | July 26, 2001 | A012029 |
| Exhibit 51: Andersen Test Report No. 99-76 | July 26, 2001 | A004928-29 |
| Exhibit 52: Andersen Test Report No. 34-72 | July 26, 2001 | A012030-31 |
| Exhibit 53: Andersen Test Report No. 177-87 | July 26, 2001 | A011340 |
| Exhibit 54: Andersen Test Report No. 10-75 | July 26, 2001 | A012040-47 |
| Exhibit 55: Weathering Request No. 34 | July 26, 2001 | A012009 |
| Exhibit 101: Test Results – Modulus as a function of percent wood | December 5, 2001 | A046677-79 |
| Exhibit 102: Test Results – Tensile and Elongation Test Data | July 26, 2001 | A004181-4643 |
| Exhibit 103: Barstad Lab Notebook (1992) | July 26, 2001 | A011359-11444 |
| Exhibit 104: Plummer Lab Notebook (1992) | July 26, 2001 | A006797-7019 |
| Exhibit 105: Plummer Lab Notebook (1991) | July 26, 2001 | A007020-7235 |
| Exhibit 106: Deaner Lab Notebook | August 3, 2001 | A012554-779 |
| Exhibit 110: Tensile Data | September 25, 2001 | A028804-29115 |
| Exhibit 111: Tensile and Equation Data | September 25, 2001 | A029116-229 |
| Exhibit 112: Deaner Lab | August 3, 2001 | A012780-904 |

| | | |
|---|---|---|
| Notebook | | |

To the best of my knowledge and belief, I declare, under penalty of perjury, that all the statements made by me are true.

Dated this 18th day of March, 2005.

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

/s/ Nicholas S. Boebel
Nicholas S. Boebel