**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Andersen Corporation,

Plaintiff,

v.

Fiber Composites, LLC,

Defendant.

**Case No.: 00-CV-2548 (JNE/JGL)**

**DECLARATION OF NICHOLAS S. BOEBEL AND EXHIBIT INDEX**

I, NICHOLAS S. BOEBEL, declare:

1. I am an associate with the law firm of Robins, Kaplan, Miller & Ciresi L.L.P., and am one of the attorneys representing plaintiff Andersen Corporation ("Andersen").

2. I submit this declaration and exhibit index in support of plaintiff Andersen's Motion to Exclude Documents, Exhibits And Testimony Related to The Vannelli Window.

3. I have personal knowledge of the facts stated herein. If called as a witness, I could and would testify competently concerning these matters.

4. Attached hereto as Exhibit 1 is a true and correct copy of United States Patent No. 5,539,027.

5. Attached hereto as Exhibit 2 is a true and correct copy of United States Patent No. 5,486,553.

6. Attached hereto as Exhibit 3 is a true and correct copy of excerpts from the deposition of Giuseppe (Joe) Puppin dated May 23, 2001.

7. Attached hereto as Exhibit 4 is a true and correct copy of a letter dated September 24, 1973 to Mr. Daniel Vannelli from Andersen Corporation bearing the bates numbers A012010-A012012.

8. Attached hereto as Exhibit 5, is a true and correct copy of a letter dated July 26, 2001 to R.J. Zayed from Becky R. Thorson.

9. Attached hereto as Exhibit 6 is a true and correct copy of the Expert Report of Professor Mohini M. Sain dated July 12, 2002.

10. Attached hereto as Exhibit 7 is a true and correct copy of a case entitled ADC Telecommunications, Inc. v. Thomas & Betts Corp., 2001 U.S. Dist. LEXIS 17796 (D. Minn Oct. 18, 2001).

11. Attached hereto as Exhibit 8 is a true and correct copy of a case entitled R.C.M. Executive Gallery Corp. v. Rols Capital Co., 1996 U.S. Dist. LEXIS 639 (S.D.N.Y. Jan. 24, 1996).

To the best of my knowledge and belief, I declare, under penalty of perjury, that all the statements made by me are true.

Dated this 18th day of March, 2005.

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

/s/ Nicholas S. Boebel
Nicholas S. Boebel