# Exhibit 5

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW

ATLANTA
BOSTON
CHICAGO
LOS ANGELES
MINNEAPOLIS
ORANGE COUNTY
SAINT PAUL
WASHINGTON, D.C.

2800 LASALLE PLAZA
800 LASALLE AVENUE
MINNEAPOLIS, MINNESOTA 55402-2015
TELEPHONE (612) 349-8500
FACSIMILE (612) 339-4181
www.rkmc.com

BECKY R. THORSON
(612) 349-8756

July 26, 2001

**VIA MESSENGER**

R. J. Zayed, Esq.
Fish & Richardson
60 South 6th Street, Suite 3300
Minneapolis, MN 55402

Re: Andersen Corporation v. Fiber Composites, LLC
Our File No. 121338-0001

Dear Mr. Zayed:

Enclosed and served upon you in the above-captioned matter are documents responsive to your recent document requests. An invoice for photocopying will follow.

Very truly yours,

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

Becky R. Thorson

bjp
enclosures

**First Document Production (7/26/01):**

| | |
|---|---|
| A000001-000373 | A008521-008824 |
| A000374-000960 | A009498-009991 |
| A000961-001397 | A009992-010264 |
| A0002295-002533 | A010470-010806 |
| A002534-002962 | A010807-010867 |
| A002963-003394 | A010868-011216 |
| A003395-003440 | A011217-011334 |
| A004181-004643 | A011335-011444 |
| A004644-004805 | A011445-011534 |
| A004806-005080 | A011535-011875 |
| A005081-005165 | A012005-012016 |
| A005166-005396 | A012017-012047 |
| A005397-005456 | A012048-012065 |
| A005457-005465 | |
| A006525-006701 | |
| A006702-006796 | |
| A006797-007235 | |
| A007236-007712 | |
| A007713-007769 | |
| A00770-007943 | |
| A007944-008085 | |