**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Andersen Corporation,

Plaintiff,

v.

Fiber Composites, LLC,

Defendant.

**Case No.: 00-CV-2548 (JNE/JGL)**

**CERTIFICATE OF SERVICE**

I hereby certify that on March 18, 2005, I caused the following documents:

1. Plaintiff Andersen's Motion to Exclude Documents, Exhibits And Testimony Related to The Vannelli Window;

2. Plaintiff Andersen's Notice of Motion to Exclude Documents, Exhibits And Testimony Related to The Vannelli Window;

4. Declaration of Nicholas S. Boebel and Exhibit Index;

5. Exhibits 1-2;

6. Exhibit 5; and

7. Exhibits 7-8

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

| | |
|---|---|
| Jonathan E. Singer | singer@fr.com |
| John M. Skenyon | skenyon@fr.com |
| J. Richard Soderberg | soderberg@fr.com |
| Michael E. Zeliger | zeliger@fr.com |

I further certify that I caused the proposed order to be filed with the court via e-mail to the following judge who is hearing the motion:

| | |
|---|---|
| Judge Joan N. Ericksen | joanericksen_chambers@mnd.uscourts.gov |

and I certify that I caused a copy of the proposed order to be mailed by first class mail or Federal Express, as indicated, postage paid, to the following:

**Via U.S. Mail**
Richard J. Soderberg, Esq.
Jonathan Singer, Esq.
FISH & RICHARDSON P.C.
60 South Sixth Street
Suite 3300
Minneapolis, MN 55402

**Via Federal Express**
John M. Skenyon, Esq.
Michael Zeliger, Esq.
FISH & RICHARDSON P.C.
225 Franklin Street
Boston, MA 02110-2804

Dated this 18th day of March, 2005.

By ___/s/ Misti Nelc___________________
Misti Nelc