**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Andersen Corporation,<br><br>Plaintiff,<br><br>v.<br><br>Fiber Composites, LLC,<br><br>Defendant. | **Case No.: 00-CV-2548 (JNE/JGL)**<br><br>**DECLARATION OF NICHOLAS S. BOEBEL AND EXHIBIT INDEX** |

I, NICHOLAS S. BOEBEL, declare:

1. I am an associate with the law firm of Robins, Kaplan, Miller & Ciresi L.L.P., and am one of the attorneys representing plaintiff Andersen Corporation ("Andersen").

2. I submit this declaration and exhibit index in support of plaintiff Andersen's Motion in Limine to Exclude All Evidence and Argument Regarding Its Prior Litigation and Licensing Agreement with Formtech.

3. I have personal knowledge of the facts stated herein. If called as a witness, I could and would testify competently concerning these matters.

4. Attached hereto as Exhibit 1 is a true and correct copy of excerpts from the Expert Report of Christopher C. Barry dated August 26, 2002.

5. Attached hereto as Exhibit 2 is a true and correct copy of excerpts from the Preliminary Report of Carol A. Ludington dated July 12, 2002.

To the best of my knowledge and belief, I declare, under penalty of perjury, that all the statements made by me are true.

Dated this 18th day of March, 2005.

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

/s/ Nicholas S. Boebel
Nicholas S. Boebel