**\UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Andersen Corporation,

Plaintiff,

v.

Fiber Composites, LLC,

Defendant.

**Case No.: 00-CV-2548 (JNE/JGL)**

**DECLARATION OF NICHOLAS S. BOEBEL AND EXHIBIT INDEX**

I, NICHOLAS S. BOEBEL, declare:

1. I am an associate with the law firm of Robins, Kaplan, Miller & Ciresi L.L.P., and am one of the attorneys representing plaintiff Andersen Corporation ("Andersen").

2. I submit this declaration and exhibit index in support of plaintiff Andersen's Motion To Exclude The Testimony of Douglas J. Gardner.

3. I have personal knowledge of the facts stated herein. If called as a witness, I could and would testify competently concerning these matters.

4. Attached hereto as Exhibit 1 is a true and correct copy of Fiber Composites, LLC's witness list.

5. Attached hereto as Exhibit 2 is a true and correct copy of the Court's Order dated October 21, 2003.

6. Attached hereto as Exhibit 3 is a true and correct copy of the Evaluation of Expert Report of Aspen Research Corporation (John Liukkonen), dated August 26, 2002.

7. Attached hereto as Exhibit 4 is a true and correct copy of excerpts from the Supplemental Expert Report of Douglas Gardner, Ph.D., dated September 15, 2003.

8. Attached hereto as Exhibit 5 is a true and correct copy of the paper entitled "On the Manufacture and Testing of Rigid PVC-Wood Composites," by Douglas J. Gardner and Shane O'Neill, dated July 2002.

9. Attached hereto as Exhibit 6 is a true and correct copy of a letter to Professor Douglas J. Gardner from Heidi E. Harvey dated April 15, 2002.

10. Attached hereto as Exhibit 7 is a true and correct copy of *R.C.M. Executive Gallery Corp. v. Mojer*, No. 93 Civ. 8571, 1996 U.S. Dist. LEXIS 639 (S.D.N.Y. Jan. 25, 1996) (unpublished).

11. Attached hereto as Exhibit 8 is a true and correct copy of *In re: Paoli R.R. Yard PCB Litig.*, 2000 U.S. Dist. LEXIS 2529 (E.D. Pa. March 8, 2000).

12. Attached hereto as Exhibit 9 is a true and correct copy of the Expert Report of Dr. John Simonsen in Rebuttal to Expert Opinions and Testimony of Fiber Composites' Expert Dr. Mohini Sain, dated August 23, 2002.

13. Attached hereto as Exhibit 10 is a true and correct copy of an excerpt from the Deposition of Mohini Sain, dated August 21, 2002.

14. Attached hereto as Exhibit 11 is a true and correct copy of the Expert Report of Professor Mohini M. Sain, dated July 12, 2002.

15. Attached hereto as Exhibit 12 is a true and correct copy of an excerpt from the Deposition of Douglas Gardner, Ph.D., dated September 12, 2002.

16. Attached hereto as Exhibit 13 is a true and correct copy of Copies of Email Correspondence Between Mike Zeliger and Doug Gardner, dated April 15 to May 20, 2002.

17. Attached hereto as Exhibit 14 is a true and correct copy of this Court's Order dated November 21, 2002.

To the best of my knowledge and belief, I declare, under penalty of perjury, that all the statements made by me are true.

Dated this 18th day of March, 2005.

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

/s/ Nicholas S. Boebel
Nicholas S. Boebel