UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

ANDERSEN CORPORATION,

Plaintiff,

v.

FIBER COMPOSITES, LLC.,

Defendant.

CIV NO. 00-CV-2548 (JNE/JGL)

**FIBER COMPOSITES' MEMORANDUM IN SUPPORT OF ITS CONDITIONAL MOTION IN LIMINE TO CHANGE THE ORDER OF PROOF**

The defendant, Fiber Composites, hereby moves in limine for an order to change the order of proof at trial, which motion is conditional on this Court's granting of Fiber Composites' motion in limine to preclude the plaintiff, Andersen, from asserting infringement under the doctrine of equivalents at trial. If that motion is granted, the issues remaining to be tried are invalidity and damages. Fiber Composites bears the burden of proving invalidity, while Andersen bears the burden of proving damages. Thus, as damages do not apply unless the patents are valid, a more logical order to the presentation of proof at trial is for invalidity to be tried first.

Dated: March 18, 2005

FISH & RICHARDSON P.C., P.A.

By: s/ Katherine A. Moerke
Jonathan E. Singer (#283459)
Katherine A. Moerke (#312277)
3300 Dain Rauscher Plaza
60 South Sixth Street
Minneapolis, MN 55402
Telephone: (612) 335-5070

John M. Skenyon
Michael E. Zeliger
Fish & Richardson P.C.
225 Franklin Street
Boston, MA 02110-2804
Tel.: (617) 542-5070
Fax: (617) 542-8906

Attorneys for Defendant
FIBER COMPOSITES, LLC.

21050398.doc