# UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

**NOTIFICATION OF CONVENTIONAL FILING OF FIBER COMPOSITES' DECLARATION OF KATHERINE A. MOERKE IN SUPPORT OF ITS MOTION IN LIMINE TO EXCLUDE ROBERT LIUKKONEN'S EXPERT TESTIMONY AS TO THE PROCESS OF EXTRUSION OR PERCENTAGES OF COMPOSITES FOR EXTRUSIONS**

ANDERSEN CORPORATION,

Plaintiff,

v.

Case Number: 00-CV-2548 (JNE/JGL)

FIBER COMPOSITES, LLC.,

Defendants.

This document is a place holder for the following item(s) which are filed in conventional or physical form with the Clerk's Office:

**FIBER COMPOSITES' DECLARATION OF KATHERINE A. MOERKE IN SUPPORT OF ITS MOTION IN LIMINE TO EXCLUDE ROBERT LIUKKONEN'S EXPERT TESTIMONY AS TO THE PROCESS OF EXTRUSION OR PERCENTAGES OF COMPOSITES FOR EXTRUSIONS**

If you are a participant in this case, this filing will be served upon you in conventional format.

This filing was not e-filed for the following reason(s):

___ Voluminous Document* (Document number of order granting leave to file conventionally: ___ )

___ Unable to Scan Documents (PDF file size larger than the e-filing system allows)

___ Physical Object (description):

___ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

_X_ Item Under Seal* (Document number of protective order: **36**)

___ Conformance with the Judicial Conference Privacy Policy (General Order 53)
(Document number of redacted version: ___ )

___ Other (description):

* Filing of these items requires Judicial Approval.

This Notice is e-filed as a place holder in ECF for the documents filed conventionally. A copy of this Notice and a copy of the NEF are filed with the Clerk's Office along with the conventionally filed item(s).