UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

ANDERSEN CORPORATION,

Plaintiff,

v.

FIBER COMPOSITES, LLC.,

Defendant.

CIV NO. 00-CV-2548 (JNE/JGL)

**FIBER COMPOSITES' MOTION IN LIMINE TO LIMIT TESTIMONY OF THE INFRINGEMENT AND INVALIDITY EXPERTS TO MATTERS ADDRESSED IN THEIR EXPERT REPORTS**

The defendant, Fiber Composites, hereby moves in limine for an order limiting the trial testimony of the experts on the infringement and invalidity issues this case to the opinions and underlying evidence as expressly set forth in their respective expert reports submitted under Rule 26(a)(2)(B), as of August 26, 2002.[1] These opinions and the bases for them are well known to both sides. To allow any expert at trial to add any additional opinions or any additional basis for even any existing opinion would violate Rule 26(a)(2)(B) of the Federal Rules of Civil Procedure and be highly prejudicial under Rule 403 of the Federal Rules of Evidence.[2]

[1] This is the date the last rebuttal expert report was due.

[2] Fiber Composites recognizes that supplementation of the damages expert reports is a possibility, although not a necessity. Andersen appears to disagree and insists that there be no supplementation even there.

Dated: March 18, 2005

FISH & RICHARDSON P.C., P.A.

By: s/ Katherine A. Moerke

Jonathan E. Singer (#283459)
Katherine A. Moerke (#312277)
3300 Dain Rauscher Plaza
60 South Sixth Street
Minneapolis, MN 55402
Telephone: (612) 335-5070

John M. Skenyon
Michael E. Zeliger
Fish & Richardson P.C.
225 Franklin Street
Boston, MA 02110-2804
Tel.: (617) 542-5070
Fax: (617) 542-8906

Attorneys for Defendant
FIBER COMPOSITES, LLC.