UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| ANDERSEN CORPORATION,<br>Plaintiff,<br>v.<br>FIBER COMPOSITES, LLC.,<br>Defendant. | CIV NO. 00-CV-2548 (JNE/JGL) |

**FIBER COMPOSITES' MOTION IN LIMINE TO EXCLUDE ANY EVIDENCE OF TESTING NOT PRODUCED IN ITS EXPERT REPORTS ON INFRINGEMENT**

The defendant, Fiber Composites, hereby moves in limine for an order precluding the introduction by the plaintiff, Andersen, of any evidence of testing of Fiber Composites' railing products not produced in discovery and summarized (and attached to) Andersen's expert report of Robert Liukkonen dated July 12, 2002, and supplemented August 1, 2002.

Dated: March 18, 2005

FISH & RICHARDSON P.C., P.A.

By: s/ Katherine A. Moerke

Jonathan E. Singer (#283459)
Katherine A. Moerke (#312277)
3300 Dain Rauscher Plaza
60 South Sixth Street
Minneapolis, MN 55402
Telephone: (612) 335-5070

John M. Skenyon
Michael E. Zeliger
Fish & Richardson P.C.
225 Franklin Street
Boston, MA 02110-2804
Tel.: (617) 542-5070
Fax: (617) 542-8906

Attorneys for Defendant
FIBER COMPOSITES, LLC.