UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| ANDERSEN CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>FIBER COMPOSITES, LLC.,<br><br>Defendant. | CIV NO. 00-CV-2548 (JNE/JGL) |

**FIBER COMPOSITES' MEMORANDUM IN SUPPORT OF ITS MOTION IN LIMINE TO EXCLUDE ANY EVIDENCE OF TESTING NOT PRODUCED IN ITS EXPERT REPORTS ON INFRINGEMENT**

The defendant, Fiber Composites, hereby moves in limine for an order precluding the introduction by the plaintiff, Andersen, of any evidence of testing of Fiber Composites' railing products not produced in discovery and summarized (and attached to) Andersen's expert report of Robert Liukkonen dated July 12, 2002, and supplemented August 1, 2002.

## I. The Record Of Testing Should Have Been Complete With The Expert Reports

Andersen has the burden of proving infringement, and its complete proof of infringement should have been submitted with its expert report of Mr. Liukkonen on infringement, pursuant to Rule 26(a)(2)(B). Fiber Composites responded to this opinion and evidence in its rebuttal expert report on the issue.

During discovery, however, there were references to other tests done by or for Andersen on Fiber Composites' products, as to which privilege/work product objections were made by Andersen. Other subsequent tests could also exist. However, any other tests, other than those produced by Andersen in connection with Mr. Liukkonen's expert report, should be excluded at trial, as the use of any such material would be highly prejudicial to Fiber Composites.

Accordingly, Fiber Composites seeks an order limiting Andersen to the evidence of testing to that included in the expert report of Mr. Liukkonen.

Dated: March 18, 2005

FISH & RICHARDSON P.C., P.A.

By: s/ Katherine A. Moerke

Jonathan E. Singer (#283459)
Katherine A. Moerke (#312277)
3300 Dain Rauscher Plaza
60 South Sixth Street
Minneapolis, MN 55402
Telephone: (612) 335-5070

John M. Skenyon
Michael E. Zeliger
Fish & Richardson P.C.
225 Franklin Street
Boston, MA 02110-2804
Tel.: (617) 542-5070
Fax: (617) 542-8906

Attorneys for Defendant
FIBER COMPOSITES, LLC.

21046535.doc