UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

ANDERSEN CORPORATION,

Plaintiff,

v.

FIBER COMPOSITES, LLC.,

Defendant.

CIV NO. 00-CV-2548 (JNE/JGL)

**FIBER COMPOSITES' MOTION IN LIMINE TO EXCLUDE ANDERSEN FROM INTRODUCING ANY EVIDENCE RELATING TO THE PRIOR ART NOT SPECIFIED IN ANDERSEN'S RESPONSE OF JANUARY 8, 2002**

The defendant, Fiber Composites, hereby moves in limine to exclude Andersen from introducing any evidence relating to the prior art that it did not include in its January 8, 2002 response to Fiber Composites' prior art statement.

Dated: March 18, 2005

FISH & RICHARDSON P.C., P.A.

By: s/ Katherine A. Moerke

Jonathan E. Singer (#283459)
Katherine A. Moerke (#312277)
3300 Dain Rauscher Plaza
60 South Sixth Street
Minneapolis, MN 55402
Telephone: (612) 335-5070

John M. Skenyon
Michael E. Zeliger
Fish & Richardson P.C.
225 Franklin Street
Boston, MA 02110-2804
Tel.: (617) 542-5070
Fax: (617) 542-8906

Attorneys for Defendant
FIBER COMPOSITES, LLC.