UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| ANDERSEN CORPORATION,<br>Plaintiff,<br>v.<br>FIBER COMPOSITES, LLC.,<br>Defendant. | CIV NO. 00-CV-2548 (JNE/JGL) |

**DECLARATION OF KATHERINE A. MOERKE IN SUPPORT OF FIBER COMPOSITES' MOTION IN LIMINE TO EXCLUDE ANDERSEN FROM INTRODUCING ANY EVIDENCE RELATING TO THE PRIOR ART NOT SPECIFIED IN ANDERSEN'S RESPONSE OF JANUARY 8, 2002**

I, Katherine A. Moerke, declare as follows:

1. I am an attorney in the law firm of Fish & Richardson P.C., P.A. and I am counsel for defendant FIBER COMPOSITES, LLC. in the above-captioned matter.

2. Attached as Exhibit A is a true and correct copy of the Pretrial Scheduling Order dated April 30, 2001.

3. Attached as Exhibit B is a true and correct copy of Defendant's Prior Art Statement dated November 1, 2001

4. Attached as Exhibit C is a true and correct copy of Plaintiff Andersen Corporation's Response to Defendant Fiber Composites' Prior Art Statement dated January 8, 2002.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 18, 2005

s/ Katherine A. Moerke
Katherine A. Moerke

60283663.doc