UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| ANDERSEN CORPORATION,<br>Plaintiff,<br>v.<br>FIBER COMPOSITES, LLC.,<br>Defendant. | CIV NO. 00-CV-2548 (JNE/JGL) |

**FIBER COMPOSITES' MOTION IN LIMINE TO LIMIT ANDERSEN'S INFRINGEMENT CONTENTIONS TO THE ACCUSED PRODUCTS MADE WITH FORMULAS AFTER JANUARY 1, 2001**

The defendant, Fiber Composites, hereby moves in limine for an order limiting Andersen's proof of infringement at trial to Fiber Composites' railing products made with its post-January 1, 2001 formulas. This Court has already decided the infringement question for Fiber Composites' railing products made with its pre-January 1, 2001 formulas.

Dated: March 18, 2005

FISH & RICHARDSON P.C., P.A.

By: s/ Katherine A. Moerke

Jonathan E. Singer (#283459)
Katherine A. Moerke (#312277)
3300 Dain Rauscher Plaza
60 South Sixth Street
Minneapolis, MN 55402
Telephone: (612) 335-5070

John M. Skenyon
Michael E. Zeliger
Fish & Richardson P.C.
225 Franklin Street
Boston, MA 02110-2804
Tel.: (617) 542-5070
Fax: (617) 542-8906

Attorneys for Defendant
FIBER COMPOSITES, LLC.