UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| ANDERSEN CORPORATION,<br>Plaintiff,<br>v.<br>FIBER COMPOSITES, LLC.,<br>Defendant. | CIV NO. 00-CV-2548 (JNE/JGL) |

**DECLARATION OF KATHERINE A. MOERKE IN SUPPORT OF FIBER COMPOSITES' MOTION IN LIMINE TO PRECLUDE ANDERSEN FROM ASSERTING INFRINGEMENT UNDER THE DOCTRINE OF EQUIVALENTS**

I, Katherine A. Moerke, declare as follows:

1. I am an attorney in the law firm of Fish & Richardson P.C., P.A. and I am counsel for defendant FIBER COMPOSITES, LLC. in the above-captioned matter.

2. Attached as Exhibit A is a true and correct copy of Excerpts of the Expert Report of Aspen Research Corporation by Robert Liukkonen dated July 12, 2002.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 18, 2005

s/ Katherine A. Moerke
Katherine A. Moerke