UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

ANDERSEN CORPORATION,

Plaintiff,

v.

FIBER COMPOSITES, LLC.,

Defendant.

CIV NO. 00-CV-2548 (JNE/JGL)

**FIBER COMPOSITES' MOTION IN LIMINE TO PRECLUDE ANDERSEN FROM INTRODUCING ANY EVIDENCE CONCERNING ADVICE OF COUNSEL AS IT RELATES TO ANDERSEN'S ALLEGATION OF WILLFUL INFRINGEMENT**

The defendant, Fiber Composites, hereby moves in limine to preclude the plaintiff, Andersen from introducing any evidence, or making argument or attempting to draw any adverse inference relating to whether or not Fiber Composites obtained and relied on advice of counsel regarding the patents-in-suit, pursuant to *Knorr-Bremse Systeme Fuer Nutzfahzeuge GMBH v. Dana Corp.*, 383 F.3d 1337 (Fed. Cir. 2004).

Dated: March 18, 2005

FISH & RICHARDSON P.C., P.A.

By: s/ Katherine A. Moerke

Jonathan E. Singer (#283459)
Katherine A. Moerke (#312277)
3300 Dain Rauscher Plaza
60 South Sixth Street
Minneapolis, MN 55402
Telephone: (612) 335-5070

John M. Skenyon
Michael E. Zeliger
Fish & Richardson P.C.
225 Franklin Street
Boston, MA 02110-2804
Tel.: (617) 542-5070
Fax: (617) 542-8906

Attorneys for Defendant
FIBER COMPOSITES, LLC.