UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| ANDERSEN CORPORATION,<br>Plaintiff,<br>v.<br>FIBER COMPOSITES, LLC.,<br>Defendant. | CIV NO. 00-CV-2548 (JNE/JGL) |

**FIBER COMPOSITES' NOTICE OF MOTIONS IN LIMINE**

PLEASE TAKE NOTICE that the defendant, Fiber Composites, will move this Court on March 29, 2005, at 9:30 a.m. in Courtroom 3, of the Honorable Judge Joan N. Ericksen, located at U.S. District Court, Federal Building, 316 North Robert Street, St. Paul, Minnesota, for Orders granting the following motions in limine. The grounds for these motions are set forth in the accompany Memoranda with Exhibits.

1. Fiber Composites' Conditional Motion in Limine to Change the Order of Proof
2. Fiber Composites' Motion in Limine to Limit Testimony of the Infringement and Invalidity Experts to Matters Addressed in Their Expert Reports
3. Fiber Composites' Motion in Limine to Exclude Andersen from Introducing Any Evidence Relating to the Prior Art Not Specified in Andersen's Response of January 8, 2002
4. Fiber Composites' Motion in Limine to Exclude Any Evidence of Testing Not Produced in Its Expert Reports on Infringement
5. Fiber Composites' Motion in Limine to Limit Andersen's Infringement Contentions to the Accused Products Made with Formulas After January 1, 2001
6. Fiber Composites' Motion in Limine to Preclude Andersen from Asserting at Trial that There Is a Range of Equivalence for the 30%-50% Wood Fiber Limitation in the Claims of the '027 Patent
7. Fiber Composites' Motion in Limine to Preclude Andersen from Asserting Infringement Under the Doctrine of Equivalents

8. Fiber Composites' Motion in Limine to Preclude Andersen from Introducing Any Evidence Concerning Advice of Counsel as it Relates to Andersen's Allegation of Willful Infringement

9. Fiber Composites' Motion in Limine to Preclude Andersen From Using Inadmissible Dcuments of Non-Party Poly One **(Filed Under Seal)**

10. Fiber Composites' Motion in Limine to Exclude Robert Liukkonen's Expert Testimony as to The Process of Extrusion or Percentages of Composites For Extrusions **(Filed Under Seal)**

These Motions are based on this Notice of Motions In Limine, the Motions, the accompanying Memorandums in Support file concurrently herewith, the arguments of counsel, and all the papers and proceedings in this matter.

Dated: March 18, 2005

FISH & RICHARDSON P.C., P.A.

By: s/ Katherine A. Moerke

Jonathan E. Singer (#283459)
Katherine A. Moerke (#312277)
3300 Dain Rauscher Plaza
60 South Sixth Street
Minneapolis, MN 55402
Telephone: (612) 335-5070

John M. Skenyon
Michael E. Zeliger
Fish & Richardson P.C.
225 Franklin Street
Boston, MA 02110-2804
Tel.: (617) 542-5070
Fax: (617) 542-8906

Attorneys for Defendant
FIBER COMPOSITES, LLC.

21048917.doc