UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| ANDERSEN CORPORATION, Plaintiff, v. FIBER COMPOSITES, LLC., Defendant. | **Case No. 00-CV-2548 (JNE/JGL)** **CERTIFICATE OF SERVICE** |

I certify that on March 18, 2005, I caused the following documents:

1. Fiber Composites' Notice of Motions in Limine

2. Fiber Composites' Conditional Motion in Limine to Change the Order of Proof

3. Fiber Composites' Memorandum in Support of Its Conditional Motion in Limine to Change the Order of Proof

4. Fiber Composites' Motion in Limine to Limit Testimony of the Infringement And Invalidity Experts to Matters Addressed in Their Expert Reports

5. Memorandum in Support of Fiber Composites' Motion in Limine to Limit Testimony of the Infringement And Invalidity Experts to Matters Addressed in Their Expert Reports

6. Fiber Composites' Motion in Limine to Exclude Andersen From Introducing Any Evidence Relating to the Prior Art Not Specified in Andersen's Response of January 8, 2002

7. Fiber Composites' Memorandum in Support of Its Motion in Limine to Exclude Andersen From Introducing Any Evidence Relating to the Prior Art Not Specified in Andersen's Response of January 8, 2002

8. Declaration of Katherine A. Moerke in Support of Its Motion in Limine to Exclude Andersen From Introducing Any Evidence Relating to the Prior Art Not Specified in Andersen's Response of January 8, 2002

10. Fiber Composites' Motion in Limine to Exclude Any Evidence of Testing Not Produced in Its Expert Reports on Infringement

11. Fiber Composites' Memorandum in Support of Its Motion in Limine to Exclude Any Evidence of Testing Not Produced in Its Expert Reports on Infringement

12. Fiber Composites' Motion in Limine to Limit Andersen's Infringement Contentions to the Accused Products Made with Formulas After January 1, 2001

13. Fiber Composites' Memorandum in Support of Its Motion in Limine to Limit Andersen's Infringement Contentions to the Accused Products Made with Formulas After January 1, 2001

14. Fiber Composites' Motion in Limine to Preclude Andersen from Asserting at Trial That There is a Range of Equivalence for the 30%-50% Wood Fiber Limitation in the Claims of the '027 Patent

15. Fiber Composites' Memorandum in Support of Its Motion in Limine to Preclude Andersen from Asserting at Trial That There is a Range of Equivalence for the 30%-50% Wood Fiber Limitation in the Claims of the '027 Patent

16. Declaration of Katherine A. Moerke in Support of Its Motion in Limine to Preclude Andersen from Asserting at Trial That There is a Range of Equivalence for the 30%-50% Wood Fiber Limitation in the Claims of the '027 Patent

17. Fiber Composites' Motion in Limine to Preclude Andersen From Asserting Infringement Under the Doctrine of Equivalents

18. Fiber Composites' Memorandum in Support of Its Motion in Limine to Preclude Andersen From Asserting Infringement Under the Doctrine of Equivalents

19. Declaration of Katherine A. Moerke in Support of Its Motion in Limine to Preclude Andersen From Asserting Infringement Under the Doctrine of Equivalents

20. Fiber Composites' Motion in Limine to Preclude Andersen From Introducing Any Evidence Concerning Advice of Counsel as it Relates to Andersen's Allegation of Willful Infringement

21. Fiber Composites Memorandum in Support of Its Motion in Limine to Preclude Andersen From Introducing Any Evidence Concerning Advice of Counsel as it Relates to Andersen's Allegation of Willful Infringement

22. Fiber Composites' Motion in Limine to Preclude Andersen From Using Inadmissible Documents of Non-Party Poly One **(Filed Under Seal)**

23. Fiber Composites' Memorandum in Support of Its Motion in Limine to Preclude Andersen From Using Inadmissible Documents of Non-Party Poly One **(Filed Under Seal)**

24. Declaration of Katherine A. Moerke in Support of Fiber Composites' Memorandum in Support of Its Motion in Limine to Preclude Andersen From Using Inadmissible Documents of Non-Party Poly One **(Filed Under Seal)**

25. Fiber Composites' Motion in Limine to Exclude Robert Liukkonen's Expert Testimony as to The Process of Extrusion or Percentages of Composites For Extrusions **(Filed Under Seal)**

26. Fiber Composites' Memorandum in Support of Its Motion in Limine to Exclude Robert Liukkonen's Expert Testimony as to The Process of Extrusion or Percentages of Composites For Extrusions **(Filed Under Seal)**

27. Declaration of Katherine A. Moerke in Support of Fiber Composites' Motion in Limine to Exclude Robert Liukkonen's Expert Testimony as to The Process of Extrusion or Percentages of Composites For Extrusions **(Filed Under Seal)**

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

**Nicholas Boebel**
nsboebel@rkmc.com smashwill@rkmc.com;gmparish@rkmc.com

**Ronald J Schutz**
rjschutz@rkmc.com

**Scott Ray Strand**
srstrand@rkmc.com lmzimmerman@rkmc.com;scott_strand@msn.com

**Becky R Thorson**
brthorson@rkmc.com scgeorge@rkmc.com

I further certify that I have caused the Proposed Orders to be filed with the court via e-mail to the following judge. No hearing is requested.

**U.S. District Court Judge Joan N. Ericksen**
joanericksen_chambers@mnd.uscourts.gov

and I certify that I have caused copies of the following:

1. Proposed Orders

2. Fiber Composites' Motion in Limine to Preclude Andersen From Using Inadmissible Documents of Non-Party Poly One **(Filed Under Seal)**

3. Fiber Composites' Memorandum in Support of Its Motion in Limine to Preclude Andersen From Using Inadmissible Documents of Non-Party Poly One **(Filed Under Seal)**

4. Declaration of Katherine A. Moerke in Support of Fiber Composites' Memorandum in Support of Its Motion in Limine to Preclude Andersen From Using Inadmissible Documents of Non-Party Poly One **(Filed Under Seal)**

5. Fiber Composites' Motion in Limine to Exclude Robert Liukkonen's Expert Testimony as to The Process of Extrusion or Percentages of Composites For Extrusions **(Filed Under Seal)**

6. Fiber Composites' Memorandum in Support of Its Motion in Limine to Exclude Robert Liukkonen's Expert Testimony as to The Process of Extrusion or Percentages of Composites For Extrusions **(Filed Under Seal)**

7. Declaration of Katherine A. Moerke in Support of Fiber Composites' Motion in Limine to Exclude Robert Liukkonen's Expert Testimony as to The Process of Extrusion or Percentages of Composites For Extrusions **(Filed Under Seal)**

to be sent as noted below to the following:

Ronald J. Schutz, Esq.
Rita Coyle DeMeules, Esq.
Robins, Kaplan, Miller & Ciresi, L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402

**Via Facsimile and U.S. Mail**

Date: March 18, 2005

s/ Katherine A. Moerke
Katherine A. Moerke

60283523.doc