UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| ANDERSEN CORPORATION,<br>Plaintiff,<br>v.<br>FIBER COMPOSITES, LLC.,<br>Defendant. | CIV NO. 00-CV-2548 (JNE/JGL) |

**AMENDED DECLARATION OF KATHERINE A. MOERKE IN SUPPORT OF FIBER COMPOSITES' MOTION IN LIMINE TO PRECLUDE ANDERSEN FROM ASSERTING AT TRIAL THAT THERE IS A LARGE RANGE OF EQUIVALENCE FOR THE 30% - 50% WOOD FIBER LIMITATION IN THE CLAIMS OF THE '027 PATENT**

I, Katherine A. Moerke, declare as follows:

1. I am an attorney in the law firm of Fish & Richardson P.C., P.A. and I am counsel for defendant FIBER COMPOSITES, LLC. in the above-captioned matter.

2. Attached as Exhibit A is a true and correct copy the Preliminary Amendment dated October 20, 1994

3. Attached as Exhibit B is a true and correct copy of the Office Action dated August 8, 1995.

4. Attached as Exhibit C is a true and correct copy of the Amendment and Response dated November 7, 1995.

5. Attached as Exhibit D are true and correct copies of the Notice of Allowability, Reasons for Allowance, and Notice of Allowance and Issue Fee Due.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 21, 2005

s/ Katherine A. Moerke
Katherine A. Moerke

60283670.doc