UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

ANDERSEN CORPORATION,

Plaintiff,

v.

FIBER COMPOSITES, LLC.,

Defendant.

CIV NO. 00-CV-2548 (JNE/JGL)

**EXHIBIT A**

**FIBER COMPOSITES' MOTION IN LIMINE TO PRECLUDE ANDERSEN FROM OFFERING ANY EVIDENCE CONCERNING A RANGE OF EQUIVALENCE FOR THE 30% - 50% WOOD FIBER LIMITATION IN THE CLAIMS OF THE '027 PATENT**

08/326472

9340.333US02 . . . . . . . . . . . . . . . . . . . . . . . PATENT

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicant: Michael J. Deaner et al. Examiner:

Serial # : Group Art Unit:

Filed : Docket: 9340.333US02

Title : ADVANCED POLYMER\WOOD COMPOSITE STRUCTURAL MEMBER

#3/B 12/15/94

## PRELIMINARY AMENDMENT

Hon. Commissioner of Patents
and Trademarks
Washington, D.C. 20231

Dear Sir:

In The Claims

Please cancel claim 1.

Please add the following new claims:

B1 Sub B1

-- 27. A wood-thermoplastic polymer composite structural member, suitable for use as a replacement for a wood structural member, which thermoplastic composite structural member comprises an extrudate having a Youngs modulus of greater than 500,000, and a coefficient of thermal expansion less than $3x10^{-5}$ in/in-°F and which composite member comprises a continuous organic phase comprising polymer comprising vinyl chloride and, dispersed in the continuous phase, an effective amount of a wood fiber having an aspect ratio of at least about 2 to provide structural properties to the composite.

28. The composite of claim 27 wherein the polymer comprises a polymer alloy.

29. The composite structural member of claim 27 wherein the polymer is a homopolymer and the composite has a coefficient of thermal expansion is about $1.5x10^{-5}$ to $2.5x10^{-5}$ in/in-°F.

30. The composite structural member of claim 27 having a rectangular cross-section with a width greater than about 1 cm and a depth greater than about 1 cm.

31. The composite member of claim 27 having a square cross-section with a width greater than about 1 cm.

32. The composite member of claim 27 having a length greater than about 30 cm.

33. The composite member of claim 27 having a shaped member cross-section.

34. The composite member of claim 33 which comprises a jamb.

35. The composite member of claim 33 which comprises a stop.



30

36. The composite member of claim 33 which comprises a rail.

37. The composite member of claim 33 which comprises a casing.

38. The composite member of claim 33 which comprises a sill.

39. The composite member of claim 33 which comprises a stile.

40. The composite member of claim 33 which comprises a grill component.

41. The composite member of claim 33 which comprises a track.

42. The composite member of claim 41 wherein the track comprises a window sash track.

43. The composite member of claim 41 wherein the track comprises a door tack. --

Remarks

Support for the amendment is shown at page 6, lines 15-25 and in the original claims.

Respectfully submitted,

20 Oct 94
Date

Mark DiPietro
Reg. No. 28,707
MERCHANT, GOULD, SMITH, EDELL, WELTER & SCHMIDT, P.A.
1000 Norwest Center
St. Paul, Minnesota 55101-2701
Telephone: (612) 298-1055