UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| ANDERSEN CORPORATION,<br>Plaintiff,<br>v.<br>FIBER COMPOSITES, LLC.,<br>Defendant. | **Case No. 00-CV-2548 (JNE/JGL)**<br><br>**CERTIFICATE OF SERVICE** |

I certify that on March 21, 2005, I caused the following documents:

1. Fiber Composites' Amended Memorandum in Support of Its Motion in Limine to Preclude Andersen from Asserting at Trial That There is a Range of Equivalence for the 30%-50% Wood Fiber Limitation in the Claims of the '027 Patent

2. Amended Declaration of Katherine A. Moerke in Support of Its Motion in Limine to Preclude Andersen from Asserting at Trial That There is a Range of Equivalence for the 30%-50% Wood Fiber Limitation in the Claims of the '027 Patent

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

**Nicholas Boebel**
nsboebel@rkmc.com smashwill@rkmc.com;gmparish@rkmc.com

**Ronald J Schutz**
rjschutz@rkmc.com

**Scott Ray Strand**
srstrand@rkmc.com lmzimmerman@rkmc.com;scott_strand@msn.com

**Becky R Thorson**
brthorson@rkmc.com scgeorge@rkmc.com

Date: March 21, 2005

s/ Katherine A. Moerke
Katherine A. Moerke

60283937.doc