**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Andersen Corporation,

Plaintiff,

v.

Fiber Composites, LLC,

Defendant.

Case No. 00-CV-2548 JNE/JGL

**PLAINTIFF ANDERSEN'S WITNESS LIST**

Plaintiff Andersen Corporation ("Andersen") submits the following list of proposed trial witnesses pursuant to Local Rule 39.1(b). Andersen expects to call the following witnesses in its case-in-chief:

1. Michael Deaner (testifying live at trial)
Andersen Corporation
100 Fourth Avenue North
Bayport, Minnesota 55003-1096

2. Michael Koenig (testifying live at trial)
Andersen Corporation
100 Fourth Avenue North
Bayport, Minnesota 55003-1096

3. Robert Liukkonen (testifying live at trial)
Aspen Research Corporation
1700 Buerkle Road
White Bear Lake, Minnesota 55110-5249

4. Carol Ludington (testifying live at trial)
Ludington Ltd., PC
4550 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402-2228

5. John Simonsen (testifying live at trial, if necessary, on rebuttal)
Wood Science and Engineering

Oregon State University
120 Richardson Hall
Corvalis, Oregon 97331-5751

6. Douglas Mancosh (testifying live if at trial or by designated deposition testimony)
Fiber Composites, LLC
34570 Random Drive
New London, North Carolina 28127-9727

7. James Przybylinski (testifying live if at trial or by designated deposition testimony)
Fiber Composites, LLC
34570 Random Drive
New London, North Carolina 28127-9727

8. Paul Brestelli, Jr. (testifying live if at trial or by designated deposition testimony)
Fiber Composites, LLC
34570 Random Drive
New London, North Carolina 28127-9727

9. Peter Domalavage (testifying live if at trial or by designated deposition testimony)
Fiber Composites, LLC
34570 Random Drive
New London, North Carolina 28127-9727

10. Kimberly Alanis (testifying by deposition)
PolyOne Corporation
33587 Walker Road
Avon Lake, Ohio 44012-1145

11. James Pajer (testifying by deposition)
PolyOne Corporation
33587 Walker Road
Avon Lake, Ohio 44012-1145

Dated: March 23, 2005.

**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

By: s/ Misti Nelc
Ronald J. Schutz (#130849)
Becky R. Thorson (#254861)
Misti Nelc (#296090)
Nicholas S. Boebel (#030217X)

2800 LaSalle Plaza

800 LaSalle Avenue
Minneapolis, Minnesota 55402-2015
(612) 349-8500

**ATTORNEYS FOR PLAINTIFF ANDERSEN CORPORATION**