**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Andersen Corporation, Case No. 00-CV-2548 JNE/JGL

Plaintiff,

v.

Fiber Composites, LLC,

Defendant.

**PLAINTIFF ANDERSEN'S MEMORANDUM IN RESPONSE TO DEFENDANT FIBER COMPOSITES' MOTION IN LIMINE TO PRECLUDE ANDERSEN FROM ASSERTING INFRINGEMENT UNDER THE DOCTRINE OF EQUIVALENTS**

At this trial Plaintiff Andersen Corporation ("Andersen") will not assert infringement under the doctrine of equivalents against Defendant Fiber Composites, LLC ("Fiber Composites"). Accordingly, Plaintiff Andersen does not oppose Fiber Composites' motion in limine to preclude Andersen from asserting infringement under the doctrine of equivalents in this case because the issue is moot. In not opposing Fiber Composites' motion, however, Andersen does not make any concessions about Mr. Liukkonen's expert report regarding infringement under the doctrine of equivalents or about whether there has been additional literal infringement of the Deaner patents for which an accounting will be required. Further, Andersen does not waive any rights to assert infringement under the doctrine of equivalents against any infringer to the extent allowed by law. At trial against Fiber Composites, Andersen will try the following issues: willful infringement, damages and validity of the Deaner patents. Therefore, Fiber Composites' motion in limine should be denied as moot.

After trial, when the issue is ripe, Andersen will move for a post-judgment accounting of infringing product production and sales that have occurred since discovery closed to ensure that Andersen is adequately compensated for all of Fiber Composites' infringement of the Deaner patents. 35 U.S.C. § 284 (2003); *Maxwell v. J. Baker*, 879 F. Supp. 1007, 1011 (D. Minn. 1995). Andersen, of course, does reserve its right to examine Fiber Composites' post-discovery products for infringement to the extent necessary during the post-judgment accounting process.

Dated: March 23, 2005.

**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

By: /s/ Misti Nelc
Ronald J. Schutz (#130849)
Becky R. Thorson (#254861)
Misti Nelc (#296090)
Nicholas S. Boebel (#030217X)

2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, Minnesota 55402-2015
(612) 349-8500

**ATTORNEYS FOR PLAINTIFF ANDERSEN CORPORATION**