**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Andersen Corporation,

Plaintiff,

v.

Fiber Composites, LLC,

Defendant.

**Case No.: 00-CV-2548 (JNE/JGL)**

**CERTIFICATE OF SERVICE**

I hereby certify that on March 23, 2005, I caused the following documents:

1. Plaintiff Andersen's Memorandum in Response to Defendant Fiber Composites' Motion in Limine to Preclude Andersen From Asserting Infringement Under the Doctrine of Equivalents

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

| | |
|---|---|
| Jonathan E. Singer | singer@fr.com |
| John M. Skenyon | skenyon@fr.com |
| J. Richard Soderberg | soderberg@fr.com |
| Michael E. Zeliger | zeliger@fr.com |

I further certify that I caused the proposed order to be filed with the court via e-mail to the following judge who is hearing the motion:

| | |
|---|---|
| Judge Joan N. Ericksen | joanericksen_chambers@mnd.uscourts.gov |

and I certify that I caused a copy of the proposed order to be mailed by first class mail or Federal Express, as indicated, postage paid, to the following:

**Via U.S. Mail**
Richard J. Soderberg, Esq.
Jonathan Singer, Esq.
FISH & RICHARDSON P.C.
60 South Sixth Street
Suite 3300
Minneapolis, MN 55402

**Via Federal Express**
John M. Skenyon, Esq.
Michael Zeliger, Esq.
FISH & RICHARDSON P.C.
225 Franklin Street
Boston, MA 02110-2804

Dated this 23rd day of March, 2005.

By ____/s/ Misti Nelc ____________________
Misti Nelc