**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Andersen Corporation, Case No. 00-CV-2548 JNE/JGL

Plaintiff,

v.

Fiber Composites, LLC,

Defendant.

**PLAINTIFF ANDERSEN'S MEMORANDUM IN RESPONSE TO FIBER COMPOSITES' MOTION IN LIMINE TO EXCLUDE ANY EVIDENCE OF TESTING NOT PRODUCED IN ITS EXPERT REPORTS ON INFRINGEMENT**

Andersen Corporation ("Andersen") does not oppose Fiber Composites LLC's ("Fiber Composites") motion in limine to exclude from trial all evidence of testing that was not included in the parties' expert reports. Accordingly, at this trial Andersen will not offer any evidence of product testing that was not set forth in its expert reports. In not opposing Fiber Composites' motion, however, Andersen does not concede that the Douglas J. Gardner and Shane O'Neill research report ("research report") is admissible or that Gardner should be permitted to testify. Andersen's Motions to Exclude Testimony of Douglas J. Gardner and to Preclude Mohini Sain From Testifying on Matters Not Contained in His Expert Report set forth the reasons for excluding the research report and any testimony regarding the research report.

After trial, when the issue is ripe, Andersen will move for a post-judgment accounting of infringing product production and sales that have occurred since discovery closed to ensure that Andersen is adequately compensated for all of Fiber Composites' infringement of the Deaner patents. 35 U.S.C. § 284 (2003); *Maxwell v. J. Baker, Inc.*, 879 F. Supp. 1007, 1011 (D. Minn.

1995). Andersen, of course, does reserve its right to test Fiber Composites' products for infringement to the extent necessary during the post-judgment accounting process.

Dated: March 23, 2005.

**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

By: /s/ Misti Nelc

Ronald J. Schutz (#130849)
Becky R. Thorson (#254861)
Misti Nelc (#296090)
Nicholas S. Boebel (#030217X)

2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, Minnesota 55402-2015
(612) 349-8500

**ATTORNEYS FOR PLAINTIFF ANDERSEN CORPORATION**