**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Andersen Corporation,

Plaintiff,

v.

Fiber Composites, LLC,

Defendant.

**Case No.: 00-CV-2548 (JNE/JGL)**

**[UNDER SEAL]**

**NOTIFICATION OF CONVENTIONAL FILING OF PLAINTIFF ANDERSEN'S MEMORANDUM IN RESPONSE TO DEFENDANT FIBER COMPOSITES' MOTION IN LIMINE TO EXCLUDE ROBERT LIUKKONEN'S EXPERT TESTIMONY AS TO THE PROCESS OF EXTRUSION OR PERCENTAGES OF COMPOSITES FOR EXTRUSIONS**

This document is a place holder for the following item(s) which are filed in conventional or physical form with the Clerk's Office:

> Plaintiff Andersen's Memorandum in Response to Defendant Fiber Composites' Motion in Limine to Exclude Robert Liukkonen's Expert Testimony As To The Process of Extrusions Or Percentages of Composites For Extrusions

If you are a participant in this case, this filing will be served upon you in conventional format.

This filing was not e-filed for the following reason(s):

____ Voluminous Document* (Document number of order granting leave to file conventionally: _________)

____ Unable to Scan Documents (PDF file size larger than the e-filing system allows)

____ Physical Object (description):

____ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

_X_ Item Under Seal * [Document number of protective order: 36]

____ Conformance with the Judicial Conference Privacy Policy (General Order 53) (Document number of redacted version: __________ )

____ Other (description):

Dated this 23rd day of March, 2005.

**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

By____/s/ Misti Nelc ________________

Ronald J. Schutz (#130849)
Becky R. Thorson (#254861)
Misti Nelc (#0296090)
Nicholas S. Boebel (#030217X)

2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, Minnesota 55402-2015
(612) 349-8500

**ATTORNEYS FOR PLAINTIFF ANDERSEN CORPORATION**