**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Andersen Corporation,

Plaintiff,

v.

Fiber Composites, LLC,

Defendant.

**Case No.: 00-CV-2548 (JNE/JGL)**

**DECLARATION OF NICHOLAS S. BOEBEL AND EXHIBIT INDEX**

I, NICHOLAS S. BOEBEL, declare:

1. I am an associate with the law firm of Robins, Kaplan, Miller & Ciresi L.L.P., and am one of the attorneys representing plaintiff Andersen Corporation ("Andersen").

2. I submit this declaration and exhibit index in support of plaintiff Andersen's Memorandum in Response to Fiber Composites' Motion In Limine to Exclude Robert Liukkonen's Expert Testimony as to the Process of Extrusion or Percentages of Composites for Extrusions.

3. I have personal knowledge of the facts stated herein. If called as a witness, I could and would testify competently concerning these matters.

4. Attached hereto as Exhibit 1 is a true and correct copy of excerpts of the Expert Report of Aspen Research Corporation by Robert Liukkonen, dated July 12, 2002.

5. Attached hereto as Exhibit 2 is a true and correct copy of excerpts of the Expert Report of Mohini M. Sain, dated July 12, 2002.

6. Attached hereto as Exhibit 3 is a true and correct copy of excerpts of the transcript of the deposition of Robert J. Liukkonen taken on September 10, 2002.

To the best of my knowledge and belief, I declare, under penalty of perjury, that all the statements made by me are true.

Dated this 23rd day of March, 2005.

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

/s/ Nicholas S. Boebel
Nicholas S. Boebel