**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Andersen Corporation,

Plaintiff,

v.

Fiber Composites, LLC,

Defendant.

**Case No.: 00-CV-2548 (JNE/JGL)**

**DECLARATION OF NICHOLAS S. BOEBEL AND EXHIBIT INDEX**

I, NICHOLAS S. BOEBEL, declare:

1. I am an associate with the law firm of Robins, Kaplan, Miller & Ciresi L.L.P., and am one of the attorneys representing plaintiff Andersen Corporation ("Andersen").

2. I submit this declaration and exhibit index in support of plaintiff Andersen's Memorandum in Response to Fiber Composites' Motion In Limine to Limit Testimony of the Infringement and Invalidity Experts to Matters Addressed in Their Expert Reports.

3. I have personal knowledge of the facts stated herein. If called as a witness, I could and would testify competently concerning these matters.

4. Attached hereto as Exhibit 1 is a true and correct copy of this Court's October 21, 2003 Order.

5. Attached hereto as Exhibit 2 is a true and correct copy of this Court's December 5, 2003 Order.

6. Attached hereto as Exhibit 3 is a true and correct copy of the June 12, 2002 Stipulation and Order.

7. Attached hereto as Exhibit 4 is a true and correct copy of an excerpt from Carol Ludington's July 12, 2002 Report.

8. Attached hereto as Exhibit 5 is a true and correct copy of an excerpt from Christopher Barry's August 26, 2002 Report.

9. Attached hereto as Exhibit 6 is a true and correct copy of an August 29, 2002 letter from Rita Coyle DeMeules to R.J. Zayed.

10. Attached hereto as Exhibit 7 is a true and correct copy of *Itron, Inc. v. Benghiat*, Civ. No. 99-501, 2003 WL 22037710 (D. Minn. Aug. 29, 2003) (unpublished).

To the best of my knowledge and belief, I declare, under penalty of perjury, that all the statements made by me are true.

Dated this 23rd day of March, 2005.

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

/s/ Nicholas S. Boebel
Nicholas S. Boebel