**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Andersen Corporation,

Plaintiff,

v.

Fiber Composites, LLC,

Defendant.

**Case No.: 00-CV-2548 (JNE/JGL)**

**PLAINTIFF ANDERSEN'S PROPOSED VOIR DIRE PURSUANT TO 39.1(b)(2)(A)**

1. Name

2. Age

3. Gender

4. Trial is expected to last about one week. Will the length of this trial cause hardship?

5. Do you have any health problems that might affect service? Is there a way for the court/parties to accommodate you?

6. This case will involve written technical materials. Are you able to read, write and understand English fluently?

7. Do you speak a foreign language? Which one?

8. What is your marital status?

9. Do you have children?

10. What is your educational background?

    a. For those with a college degree, in what subject did you major or minor?

b. For those with a college degree, do you have additional education? In what area?

11. Have you, your spouse or significant other taken any courses or had training in any of the following areas?

a. Law
b. Chemistry
c. Science
d. Materials analysis
e. Engineering
f. Architecture
g. Construction, including carpentry
h. Forestry or the study of wood
i. Marketing
j. Accounting
k. Economics

12. Are you currently employed?

13. If so, what is your current occupation?

14. Do you work at a business which competes against other businesses in the same field?

If so, do you generally compete against larger or smaller businesses than yours? How do you think your company fares in the competition? Why?

15. What is your spouse's or significant other's employment status?

16. What is the current occupation of your spouse or significant other?

17. Have you, or any family member or close friend ever worked for an attorney, law firm, judge or court?

18. Have you, or any family member or close friend ever served in the military?

19. If you have served in the military, what was your rank at time of discharge?

20. In this lawsuit, Andersen has sued Fiber Composites relating to infringement of patents relating to components made from PVC and wood fiber composites.

a. Have you ever heard of this lawsuit?

21. Have you, any family member or close friend, worked in the manufacture, distribution, or sale of decking, railing, window or door products?

22. Have you or any family member or close friend ever worked in a field that involves knowledge of building products used for decks, railings, doors or windows?

23. Have you or any family member or close friend ever worked in the field of construction?

24. Have you or any family member or close friend ever worked in retail sales of building materials, such as windows, doors, fencing, decking and railings?

25. Have you or any family member or close friend worked for The Home Depot or Lowes?

26. Do you or any family member or close friend have a deck, fencing or railing made from plastic or an alternative to wood, such as a composite material?

27. Have you ever shopped around for decking, fencing or railing material that is an alternative to wood products?

28. Are you familiar with decking, fencing or railing products made from wood alternatives?

29. Do you or any family member or close friend have Andersen products, including doors or windows?

    If so, how would you describe your satisfaction with Andersen's products?

30. Have you, any family member or close friend ever been employed by or had any business affiliation or association with:

    a. Andersen Corporation?

    b. Fiber Composites?

    c. Renewal by Andersen?

    d. EMCO?

    e. Dashwood?

    f. Andersen Logistics?

    g. B.B. & S Treated Lumber of New England?

    h. PolyOne?

i. Aspen?

j. University of Toronto?

k. University of Oregon?

l. University of Maine?

m. Any other manufacturer of building products including, windows, doors, decks and railings for decks?

31. Has anyone attended the following universities:

a. University of Toronto?

b. University of Oregon?

c. University of Maine?

32. Robins, Kaplan, Miller and Ciresi will be representing Andersen in this case. Have you had any dealings with the lawyers or employees of that firm?

33. Fish and Richardson will be representing Fiber Composites in this case. Have you had any dealings with the lawyers or employees of that firm?

34. Have you, any family member or close friend, ever been self-employed or an owner or partner in a business?

35. Have you ever invented something that is unique which you wanted to market?

36. Do you know anyone who has invented something?

37. Have you ever applied for a patent, trademark or copyright?

38. Do you know anyone who has applied for a patent, trademark or copyright?

39. Have you or do you know anyone who has been involved in a patent, trademark, or copyright dispute?

40. In your work or hobbies, do you ever deal with patents, trademarks or copyrights?

41. Do you think that the United States government does a good job of deciding what kinds of inventions should be given a United States patent?

42. Generally, what type of experiences have you had with agencies of the federal government?

43. Have you ever been employed by the government?

44. Do you think government workers are generally competent at their jobs?

45. There is some discussion in this country about the verdict amounts being awarded by juries. Some believe juries are giving verdict amounts that are too high and others believe that juries are giving verdict amounts that are too low. Some believe that verdict amounts are about right. How many of you have a strong opinion about the verdict amounts awarded by juries these days?

46. Do you think there are too many lawsuits today?

47. Have you ever filed a legal claim or sued any other party in a court of law?

48. Have you ever been sued by another party or had a legal claim filed against you?

49. Have you ever been a witness in a lawsuit where you were asked to testify under oath?

50. Has anyone close to you ever filed a legal claim or sued any other party in a court of law?

51. Has anyone close to you ever been sued by another party or had a legal claim filed against them?

52. Has anyone close to you ever been a witness in a lawsuit where they were asked to testify under oath?

53. Has any employer of yours, past or present, ever sued someone else? If so, what was the nature of the lawsuit? What was your personal involvement, if any in that process?

54. Have you ever served on a jury or a grand jury?

55. If you served on a jury, did the jury reach a verdict? What was it?

56. Do you know anyone in the courtroom?

57. Do you know any of the witnesses in this case (name them)?

58. Have you ever traveled or lived in a foreign country?

59. Have you ever known anyone who was denied a VISA or entry into the United States?

60. Have you ever worked in a supervisory or management position?

61. Do you participate in outdoor recreational activities like hiking or camping?

62. What organizations do you belong to, or volunteer time or donate money to?

63. What magazines, newspapers, or other periodicals do you subscribe to?

64. Do you read technical or computer related publications or magazines?

65. What types of books do you read?

66. Approximately how many hours of television do you watch weekly and what types of programs do you most enjoy?

67. It is difficult to think of all of the questions that might relate to your thoughts about this case. Is there any reason not covered by the previous questions why you think you could not serve as a fair and impartial juror in this case?

68. Based on everything you have heard so far, do you believe you could sit as a fair and impartial juror in this case?

Dated: March 23, 2005

**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

By: /s/ Misti Nelc
Ronald J. Schutz (#130849)
Becky R. Thorson (#254861)
Misti Nelc (#296090)
Nicholas S. Boebel (#030217X)

800 LaSalle Avenue, Suite 2800
Minneapolis, Minnesota 55402-2015
Phone: (612) 349-8500

**ATTORNEYS FOR PLAINTIFF ANDERSEN CORPORATION**