**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Andersen Corporation,

Plaintiff,

v.

Fiber Composites, LLC,

Defendant.

**Case No.: 00-CV-2548 (JNE/JGL)**

**CERTIFICATE OF SERVICE**

I hereby certify that on March 23, 2005, I electronically filed the foregoing:

**1.** ***Notification of Conventional Filing* [UNDER SEAL] of Plaintiff Andersen's Memorandum in Opposition to Fiber Composites' Motion in Limine to Limit Andersen's Infringement Contentions to the Accused Products Made with Formula After January 1, 2001; and**

***Notification of Conventional Filing* [UNDER SEAL] of Exhibit 3 to the Declaration of Nicholas S. Boebel.**

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

| **Name** | **E-mail Address** |
|---|---|
| Jonathan E. Singer | singer@fr.com |
| John M. Skenyon | skenyon@fr.com |
| J. Richard Soderberg | soderberg@fr.com |
| Michael E. Zeliger | zeliger@fr.com |

I further certify that I caused to be served by first class mail copies of the following confidential and sealed documents pursuant to the Protective Order dated June 13, 2001:

1. Plaintiff Andersen Corporation's Memorandum in Opposition to Fiber Composites' Motion in Limine to Limit Andersen's Infringement Contentions to the Accused Products Made with Formula After January 1, 2001 [Filed Under Seal]; and

2. Exhibit 3 to the Declaration of Nicholas S. Boebel [Filed Under Seal]

on:

Richard J. Soderberg, Esq.
Jonathan Singer, Esq.
FISH & RICHARDSON P.C.
60 South Sixth Street
Suite 3300
Minneapolis, MN 55402

and via Federal Express to:

John M. Skenyon, Esq.
Michael Zeliger, Esq.
FISH & RICHARDSON P.C.
225 Franklin Street
Boston, MA 02110-2804

Dated: March 23, 2005

**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

By: /s/ Misti Nelc
Ronald J. Schutz (#130849)
Becky R. Thorson (#254861)
Misti Nelc (#0296090)
Nicholas S. Boebel (#030217X)

2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, Minnesota 55402-2015
(612) 349-8500

**ATTORNEYS FOR PLAINTIFF ANDERSEN CORPORATION**