UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

ANDERSEN CORPORATION,

Plaintiff,

v.

FIBER COMPOSITES, LLC.,

Defendant.

CIV NO. 00-CV-2548 (JNE/JGL)

**FIBER COMPOSITES' OPPOSITION IN PART TO ANDERSEN'S MOTION TO EXCLUDE THE TESTIMONY OF FIBER COMPOSITES' EXPERT WITNESSES WITH RESPECT TO CERTAIN ANDERSEN TEST REPORTS AND TECHNICAL DATA**

Andersen has moved to prevent Fiber Composites' expert witnesses from testifying about certain of Andersen's test reports and technical data relating to the alleged inventions covered by the patents-in-suit (Docket Entry No. 266).

The basis for Andersen's motion is that neither of Fiber Composites' expert witnesses included anything about these documents in their reports. Thus, according to Andersen, as Rule 26 of the Federal Rules of Civil Procedure requires the expert to include a "detailed and complete" statement of the substance of his or her expected testimony, it is prejudicial for the Court to allow the expert to affirmatively testify on anything not in his or her report. As to this, Fiber Composites absolutely agrees, if it applies to both parties. In fact, Fiber Composites has filed two motions in limine to limit the affirmative testimony of the invalidity and infringement experts of *both* parties to what is in their respective reports and to the bases for them as expressed in those reports (*see* Docket Entry Nos. 302, 304).[1]

To the extent, however, Andersen is suggesting that these tests and technical documents, many of which clearly relate to the development work associated with the alleged inventions

[1] It does not appear that Andersen's experts relied upon or even mentioned any of these documents, and therefore, for exactly the same reason, Andersen's experts should be precluded from testifying about then affirmatively.

covered by the patents-in-suit, cannot be discussed by *any* witness on cross-examination, including Andersen's inventors and experts, Fiber Composites opposes the motion. These documents are highly relevant to the case, and to both the issues of infringement and invalidity, and they should be available for cross-examination purposes, if otherwise admissible.

Dated: March 23, 2005

FISH & RICHARDSON P.C., P.A.

By: s/ Katherine A. Moerke
Jonathan E. Singer (#283459)
Katherine A. Moerke (#312277)
3300 Dain Rauscher Plaza
60 South Sixth Street
Minneapolis, MN 55402
Telephone: (612) 335-5070

John M. Skenyon
Michael E. Zeliger
Fish & Richardson P.C.
225 Franklin Street
Boston, MA 02110-2804
Tel.: (617) 542-5070
Fax: (617) 542-8906

Attorneys for Defendant
FIBER COMPOSITES, LLC.

21052142.doc