**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Andersen Corporation,

Plaintiff,

v.

Fiber Composites, LLC,

Defendant.

**Case No.: 00-CV-2548 (JNE/JGL)**

**DECLARATION OF NICHOLAS S. BOEBEL AND EXHIBIT INDEX**

I, NICHOLAS S. BOEBEL, declare:

1. I am an associate with the law firm of Robins, Kaplan, Miller & Ciresi L.L.P., and am one of the attorneys representing plaintiff Andersen Corporation ("Andersen").

2. I submit this declaration and exhibit index in support of plaintiff Andersen's Memorandum in Opposition to defendant Fiber Composites' Motion in Limine to Exclude Andersen From Introducing Any Evidence Relating to the Prior Art Not Specified in Andersen's Response of January 8, 2002.

3. I have personal knowledge of the facts stated herein. If called as a witness, I could and would testify competently concerning these matters.

4. Attached hereto as Exhibit 1 is a true and correct copy of the decision in *ADC Telecommunications, Inc. v. Thomas & Betts Corp.*, 2001 U.S. Dist. LEXIS 17796 (D. Minn. Oct. 18, 2001).

5. Attached as Exhibit 2 is a true and correct copy of excerpts from the Expert Report of Professor Mohini M. Sain.

6. Attached as Exhibit 3 is a true and correct copy of excerpts from the deposition of Dr. John Simonsen, dated September 17, 2002. **(Filed Under Seal).**

To the best of my knowledge and belief, I declare, under penalty of perjury, that all the statements made by me are true.

Dated this 23rd day of March, 2005.

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

/s/ Nicholas S. Boebel
Nicholas S. Boebel