UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| ANDERSEN CORPORATION, Plaintiff, v. FIBER COMPOSITES, LLC., Defendant. | **Case No. 00-CV-2548 (JNE/JGL)** **CERTIFICATE OF SERVICE** |

I certify that on March 23, 2005, I caused the following documents:

- Fiber Composites' Opposition to Andersen's Motion in Limine to Exclude all Evidence and Argument Regarding its Prior Litigation and Licensing Agreement with Formtech **(Filed Under Seal)**;
- Declaration of Katherine A. Moerke in Support of Fiber Composites' Opposition to Andersen's Motion in Limine to Exclude all Evidence and Argument Regarding its Prior Litigation and Licensing Agreement with Formtech **(Filed Under Seal)**;
- Fiber Composites' Opposition to Andersen's Motion to Exclude The Testimony of Douglas Gardner **(Filed Under Seal)**;
- Declaration of Jonathan E. Singer in Support of Fiber Composites' Opposition to Andersen's Motion to Exclude Testimony of Douglas Gardner **(Filed Under Seal)**;
- Fiber Composites' Opposition to Andersen's Motion to Exclude all Evidence and Testimony Regarding any Alleged Non-Infringing Alternative **(Filed Under Seal)**;
- Declaration of Katherine A. Moerke in Support of Fiber Composites' Opposition to Andersen's Motion to Exclude all Evidence and Testimony Regarding any Alleged Non-Infringing Alternative **(Filed Under Seal)**;
- Fiber Composites' Opposition to Andersen's Motion to Exclude all Evidence and Argument Regarding U.S. Patent Nos. 6,015,612; 5,932,334; 5,827,607 and 6,015,611 **(Filed Under Seal)**;
- Declaration of Jonathan E. Singer in Support of Fiber Composites' Opposition to Andersen's Motion to Exclude all Evidence and Argument Regarding U.S. Patent Nos. 6,015,612; 5,932,334; 5,827,607 and 6,015,611 **(Filed Under Seal)**;
- Fiber Composites' Opposition in Part to Andersen's Motion to Preclude Mohini Sain from Testifying to Matters not Contained in his Expert Report **(Filed Under Seal)**;
- Declaration of Katherine A. Moerke in Support of Fiber Composites' Opposition in Part to Andersen's Motion to Preclude Mohini Sain from Testifying to Matters not Contained in his Expert Report **(Filed Under Seal)**;
- Fiber Composites' Opposition in Part to Andersen's Motion to Exclude Evidence of Alleged Inequitable Conduct at Trial **(Filed Under Seal)**;

- Declaration of Jonathan E. Singer in Support of Fiber Composites' Opposition in Part to Andersen's Motion to Exclude Evidence of Alleged Inequitable Conduct at Trial **(Filed Under Seal)**;

- Fiber Composites' Opposition in Part to Andersen's Motion to Exclude Documents, Exhibits and Testimony Related to the Vannelli Window **(Filed Under Seal)**;

- Declaration of Katherine A. Moerke in Support of Fiber Composites' Opposition to Andersen's Motion to Exclude Documents, Exhibits and Testimony Related to the Vannelli Window **(Filed Under Seal)**;

- Fiber Composites' Opposition in Part to Andersen's Motion to Exclude the Testimony of Fiber Composites' Expert Witnesses with Respect to Certain Andersen Test Reports and Technical Data; and

- Fiber Composites' Opposition to Andersen's Motion in Limine to Compel Fiber Composites to Make Available its Witnesses to Andersen During Trial

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

**Nicholas Boebel**
nsboebel@rkmc.com smashwill@rkmc.com;gmparish@rkmc.com

**Ronald J Schutz**
rjschutz@rkmc.com

**Scott Ray Strand**
srstrand@rkmc.com lmzimmerman@rkmc.com;scott_strand@msn.com

**Becky R Thorson**
brthorson@rkmc.com scgeorge@rkmc.com

Date: March 23, 2005

s/ Katherine A. Moerke
Katherine A. Moerke

60284293.doc