UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

ANDERSEN CORPORATION,

Plaintiff,

v.

FIBER COMPOSITES, LLC.,

Defendant.

CIV NO. 00-CV-2548 (JNE/JGL)

**FIBER COMPOSITES' PROPOSED VOIR DIRE QUESTIONS**

The defendant, Fiber Composites, proposes the following voir dire questions in addition to the usual questions as to knowledge of the parties, their attorneys or witnesses.

1. Have you ever purchased any Andersen windows or doors?

2. Have you ever purchased any of Fiber Composites' deck railing products?

3. Have you ever purchased any deck railing products from Home Depot or Lowes?

4. Have you ever worked for the United States Patent and Trademark Office or the United States Department of Commerce? If so, tell us your job title and explain what your duties were.

5. Has any close relative ever worked for the United States Patent and Trademark Office or the United States Department of Commerce? If so, who was the relative and what was their job?

6. Have you or a close relative ever obtained or attempted to obtain a U.S. patent? If so, describe the circumstances.

7. Have you or a close relative ever been involved in a lawsuit relating to a patent? If so, tell us the circumstances.

8. As part of your duties at any company you may have worked for, have you ever been involved with patents or with a lawsuit involving patents? If so, tell us the circumstances.

9. Have you ever been involved in licensing patents?

10. Have you ever worked making or selling decking or railing? If so, did any of your work involve wood-substitute products?

11. Have you ever installed any wood-substitute products such as deck railing?

12. Do you now or have you ever been involved in the selling or purchasing of deck railing products? If so, tell us your experience.

13. Are you related to anyone who works in the field of home improvement products? If so, who is it, and what do they do?

14. Have you ever seen or encountered any product called FIBERON?

15. Have you ever seen or encountered any product called FIBREX?

16. Have you ever worked with extrusions or any extruding of plastic?

17. Have you or any relative ever been employed by Andersen Corporation or Fiber Composites, LLC?

18. Have you ever worked with compositions of polymer and wood?

19. Have you ever been involved with extruding compositions of polymer and wood?

20. Have you ever purchased any outdoor product such as decking or railing that was not wood? If so, did you ever have any bad experiences with it?

21053042.doc