UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| ANDERSEN CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>FIBER COMPOSITES, LLC.,<br><br>Defendant. | CIV NO. 00-CV-2548 (JNE/JGL) |

**FIBER COMPOSITES' PROPOSED VERDICT FORM**

The following is Fiber Composites' Proposed Verdict Form.

**VERDICT FORM**

We, the jury, unanimously find as follows:

1. Has the defendant, Fiber Composites, proved by clear and convincing evidence that the claims of U.S. Patent No. 5,486,553 are invalid as anticipated?

YES ___ NO ____

2. Has the defendant, Fiber Composites, proved by clear and convincing evidence that the claims of U.S. Patent No. 5,539,027 are invalid as anticipated?

YES ___ NO ____

3. Has the defendant, Fiber Composites, proved by clear and convincing evidence that the claims of U.S. Patent No. 5,486,533 are invalid as obvious?

YES ___ NO ____

4. Has the defendant, Fiber Composites, proved by clear and convincing evidence that the claims of U.S. Patent No. 5,539,027 are invalid as obvious?

YES ____ NO ____

5. Has the defendant, Fiber Composites, proved by clear and convincing evidence that the claims of U.S. Patent No. 5,486,553 are invalid due to an inadequate written description?

YES ____ NO ____

6. Has the defendant, Fiber Composites, proved by clear and convincing evidence that the claims of U.S. Patent No. 5,539,027 are invalid due to an inadequate written description?

YES NO ____

7. Has the defendant, Fiber Composites, proved by clear and convincing evidence that the claims of U.S. Patent No. 5,486,553 are invalid due to lack of enablement?

YES ____ NO ____

8. Has the defendant, Fiber Composites, proved by clear and convincing evidence that the claims of U.S. Patent No. 5,539,027 are invalid due to lack of enablement?

YES ____ NO ____

9. Has the defendant, Fiber Composites, proved by clear and convincing evidence that the claims of U.S. Patent No. 5,486,553 are invalid because they are overly broad?

YES ____ NO ____

10. Has the defendant, Fiber Composites, proved by clear and convincing evidence that the claims of U.S. Patent No. 5,539,027 are invalid because they are overly broad?

YES ____ NO ____

If in answering Questions 1 to 10, both patents are invalid for at least one reason (and it does not have to be the same reason), **STOP HERE**.

If in answering Questions 1 to 10, there is at least one patent for which all the answers are "no", go on to the next questions.

11. If in answering Questions 1 to 10, there is at least one patent that is valid, what is the amount of reasonable royalty damages, if any, the plaintiff, Andersen, is entitled to?

$____________________

12. If in answering Questions 1 to 10, you find that at least one patent is valid, has the plaintiff, Andersen, shown by clear and convincing evidence that any infringement by Fiber Composites of that patent has been willful?

YES ____ NO ____

You each must sign this Verdict Form:

Dated:________________________ ______________________________
(Foreperson)

______________________________

______________________________

______________________________

______________________________

______________________________

______________________________

______________________________

______________________________

21053047.doc