UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| ANDERSEN CORPORATION,<br>Plaintiff,<br>v.<br>FIBER COMPOSITES, LLC.,<br>Defendant. | **Case No. 00-CV-2548 (JNE/JGL)**<br><br>**CERTIFICATE OF SERVICE** |

I certify that on March 23, 2005, I caused the following documents:

1. Fiber Composites' Proposed Voir Dire Questions; and

2. Fiber Composites' Proposed Verdict Form

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

**Nicholas Boebel**
nsboebel@rkmc.com smashwill@rkmc.com;gmparish@rkmc.com

**Ronald J Schutz**
rjschutz@rkmc.com

**Scott Ray Strand**
srstrand@rkmc.com lmzimmerman@rkmc.com;scott_strand@msn.com

**Becky R Thorson**
brthorson@rkmc.com scgeorge@rkmc.com

Date: March 23, 2005

s/ Katherine A. Moerke
Katherine A. Moerke

60284691.doc