**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Andersen Corporation,

Plaintiff,

v.

Fiber Composites, LLC,

Defendant.

**Case No.: 00-CV-2548 (JNE/JGL)**

**DECLARATION OF NICHOLAS S. BOEBEL AND EXHIBIT INDEX**

I, NICHOLAS S. BOEBEL, declare:

1. I am an associate with the law firm of Robins, Kaplan, Miller & Ciresi L.L.P., and am one of the attorneys representing plaintiff Andersen Corporation ("Andersen").

2. I submit this declaration and exhibit index in support of plaintiff Andersen's Memorandum in Opposition to Fiber Composites' Motion in Limine to Preclude Andersen From Using Purportedly Inadmissible Documents of Non-Party PolyOne.

3. I have personal knowledge of the facts stated herein. If called as a witness, I could and would testify competently concerning these matters.

4. Attached hereto as Exhibit 1 is a true and correct copy of excerpts from the Kimberly Alanis deposition transcript. **(Filed Under Seal).**

5. Attached hereto as Exhibit 2 is a true and correct copy of an email from James Pajer to Kim Alanis, et al. dated February 15, 2000 [bates nos. PolyOne 140-41]. **(Filed Under Seal).**

6. Attached hereto as Exhibit 3 is a true and correct copy of Formulas Used in Production by Month dated August 21, 2001 [bates no. FC28280]. **(Filed Under Seal).**

7. Attached hereto as Exhibit 4 is a true and correct copy of an email string cite from Kim Alanis to Roman Hawrylko and James Pajer dated February 15, 2000 [bates nos. PolyOne 34-35]. **(Filed Under Seal).**

8. Attached hereto as Exhibit 5 is a true and correct copy of excerpts from the James Pajer deposition transcript dated March 12, 2002. **(Filed Under Seal).**

9. Attached hereto as Exhibit 6 is a true and correct copy of an email string from Kim Alanis to Joe Powell dated November 30, 2000 [bates nos. PolyOne 28]. **(Filed Under Seal).**

10. Attached hereto as Exhibit 7 is a true and correct copy of an email from Kim Alanis to Joe Powell dated November 30, 2000 [bates nos. PolyOne 32 and PolyOne 30]. **(Filed Under Seal).**

11. Attached hereto as Exhibit 8 is a true and correct copy of an email from Otto Rihtaric to James Pajer, et al. dated March 23, 2001 [bates nos. PolyOne 45-46]. **(Filed Under Seal).**

12. Attached hereto as Exhibit 9 is a true and correct copy of a facsimile from Jim Przybylinski to Kimberly Alanis dated October 5, 2000 [bates nos. PolyOne 08-10]. **(Filed Under Seal).**

To the best of my knowledge and belief, I declare, under penalty of perjury, that all the statements made by me are true.

Dated this 23rd day of March, 2005.

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

/s/ Nicholas S. Boebel
Nicholas S. Boebel