**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Andersen Corporation,

Plaintiff,

v.

Fiber Composites, LLC,

Defendant.

**Case No.: 00-CV-2548 (JNE/JGL)**

**ANDERSEN'S DEPOSITION DESIGNATIONS, FIBER COMPOSITES' OBJECTIONS, ANDERSEN'S RESPONSE TO OBJECTIONS, FIBER COMPOSITES' COUNTER-DESIGNATIONS AND ANDERSEN'S OBJECTIONS TO COUNTER-DESIGNATIONS**

Andersen will play or read depositions at trial as designated; however, it will omit attorney colloquy and objections. Appropriate and admissible counter-designations made by Fiber Composites will also be read. Time for Fiber Composites' designations will be allocated and will be counted against Fiber Composites' allotted time for trial. Attached as Exhibit 1 are deposition transcripts with Andersen's deposition designations highlighted in yellow, and Fiber Composites' counterdesignations highlighted in orange.

| DEPONENT | DATE | PAGE/LINE RANGE | FIBER COMPOSITE'S OBJECTIONS | ANDERSEN'S RESPONSE |
|---|---|---|---|---|
| Kimberly Alanis | March 1, 2002 | | General objection: Fiber Composites objects to Andersen calling this witness by deposition until it establishes that this witness is unavailable pursuant to Fed.R.Civ.P. 32(a)(3) and Fed.R.Ev. 801, et seq. See also, Fiber Composites Motion in Limine concerning the PolyOne documents. | 32(a)(3)(B) 801, 803(6), 807; see also Andersen's opposition to Fiber Composites' Motion in Limine concerning the PolyOne documents |
| | | 5:8-9 | No objection. | |
| | | 6:11-7:4 | Lack of Relevance Rule 402 | 402 |
| | | 7:17-8:10 | Lack of Relevance Rule 402 | 402 |
| | | 8:16-9:5 | Lack of Relevance Rule 402 | 402 |
| | | 9:16-20 | Lack of Relevance Rule 402 | 402 |
| | | 10:1-13 | Lack of Relevance; Lack of Foundation; Leading | 402 ; No objection "foundation" "leading" |

| DEPONENT | DATE | PAGE/LINE RANGE | FIBER COMPOSITE'S OBJECTIONS | ANDERSEN'S RESPONSE |
|---|---|---|---|---|
| | | | | made/waived under FRCP 32; foundation objection inappropriate because witness was 30(b)(6) witness |
| | | 10:22-24 (note: Line 24 added) | No objection. | |
| | | 17:13-18:1 | Lack of Relevance Rule 402; Leading; Lack of Foundation | 402, Objection "leading" "foundation" not made/waived under FRCP 32, foundation objection inappropriate because witness was 30(b)(6) |
| | | 18:17-19 | Lack of Relevance Rule 402; Speculative; Lack of Foundation | 402, Objection "speculation" "foundation" not made/waived under FRCP 32, foundation objection inappropriate because witness was 30(b)(6) |
| | | 18:21-25 | Lack of Relevance Rule 402; Lack of Foundation | 402; Objection "foundation" not made/waived under FRCP 32; foundation objection inappropriate because witness was 30(b)(6) |
| | | 19:2-5 | Lack of Relevance Rule 402; Speculative; Lack of Foundation | 402; Objection "speculation" "foundation" not made/waived under FRCP 32; foundation objection inappropriate because witness was 30(b)(6) |
| | | 19:11-13 | Lack of Relevance Rule 402; Lack of Foundation | 402 ; Objection "foundation" not made/waived |

| DEPONENT | DATE | PAGE/LINE RANGE | FIBER COMPOSITE'S OBJECTIONS | ANDERSEN'S RESPONSE |
|---|---|---|---|---|
| | | | | under FRCP 32 foundation objection inappropriate because witness was 30(b)(6); |
| | | 19:15-19 | Lack of Relevance Rule 402; Lack of Foundation | 402 ; Objection not made/waived under FRCP 32; foundation objection inappropriate because witness was 30(b)(6) |
| | | 19:21-22 | Lack of Relevance Rule 402 | 402 |
| | | 20:5-7 | Lack of Relevance Rule 402; Lack of Foundation. | 402 ; no objection made by Fiber Composites' counsel; foundation objection inappropriate because witness was 30(b)(6) |
| | | 20:12-21 | Lack of Relevance Rule 402 | 402 |
| | | 20:24-21:13 | Lack of Relevance Rule 402; Hearsay Rules 801-802; Speculative; Lack of Personal Knowledge Rule 602 | 402 ; 801; 803(6); 807; 602 objections inappropriate because witness was a 30(b)(6) witness; Objection "speculative" not made/waived under FRCP 32 |
| | | 22:7-14 | Lack of Relevance Rule 402; Hearsay Rules 801-802 | 402; 801, 803(6), 807 |
| | | 35:8-16 | Lack of Relevance Rule 402 | 402 |
| | | 35:22-36:6 | Lack of Relevance Rule 402; Hearsay Rules 801-802 | 402; 801, 803(6), 807 |
| | | 36:8-13 | Lack of Relevance Rule 402; Hearsay Rules 801-802 | 402; 801, 803(6), 807 |
| | | 37:19-22 | Lack of Relevance Rule 402; Lack of Foundation; Compound | 402; Objections "foundation" "compound" not made/waived under FRCP 32 |
| | | 38:4-39:2 | Lack of Relevance Rule 402; Hearsay Rules 801-802; Lack | 402 ; 801; 803(6); 807; 602 and |

| DEPONENT | DATE | PAGE/LINE RANGE | FIBER COMPOSITE'S OBJECTIONS | ANDERSEN'S RESPONSE |
|---|---|---|---|---|
| | | | of Foundation Speculative; Lack of Personal Knowledge Rule 602 | foundation objections inappropriate because witness was a 30(b)(6) witness; Objections "foundation" "speculative" not made/waived under FRCP 32 |
| | | 43:23-25 | Lack of Relevance Rule 402; Speculative; Hearsay Rules 801-802 | 402 ; 801; 803(6); 807; objection "speculative" not made/waived under FRCP 32 |
| | | 45:22-46:10 | Lack of Relevance Rule 402; Hearsay Rules 801-802 | 402; 801, 803(6), 807 |
| | | 46:12-46:19 | Lack of Relevance Rule 402; Hearsay Rules 801-802 | 402; 801, 803(6), 807 |
| | | 47:7-21 | Lack of Relevance Rule 402; Hearsay Rules 801-802 | 402; 801, 803(6), 807 |
| | | 48:11-49:4 | Lack of Relevance Rule 402; Hearsay Rules 801-802 | 402; 801, 803(6), 807 |
| | | 50:15-56:20 | Lack of Relevance Rule 402; Hearsay Rules 801-802; Speculative; Lack of Personal Knowledge Rule 602; Assumes Facts Not in Evidence | 402 ; 801; 803(6); 807; 602 objections inappropriate because witness was a 30(b)(6) witness; Objection "speculative" not made/waived under FRCP 32 |
| | | 56:22-57:18 | Lack of Relevance Rule 402; Hearsay Rules 801-802; Speculative; Lack of Personal Knowledge Rule 602; Assumes Facts Not in Evidence | 402 ; 801; 803(6); 807; 602 objections inappropriate because witness was a 30(b)(6) witness; "speculative" "assumes facts not in evidence" objections not made/waived under FRCP 32 |
| | | 57:20-59:5 | Lack of Relevance Rule 402; Hearsay Rules 801-802; Speculative; Lack of Personal Knowledge Rule 602; Assumes Facts Not in | 402 ; 801; 803(6); 807; 602 objections inappropriate because witness |

| DEPONENT | DATE | PAGE/LINE RANGE | FIBER COMPOSITE'S OBJECTIONS | ANDERSEN'S RESPONSE |
|---|---|---|---|---|
| | | | Evidence | was a 30(b)(6) witness; "speculative" "assumes facts not in evidence" objections not made/waived under FRCP 32 |
| | | 59:8-12 | Lack of Relevance Rule 402; Hearsay Rules 801-802; Speculative; Lack of Personal Knowledge Rule 602; Assumes Facts Not in Evidence | 402 ; 801; 803(6); 807; 602 objections inappropriate because witness was a 30(b)(6) witness; "speculative" "assumes facts not in evidence" inappropriate given witness answer; objection not made/waived under FRCP 32 |
| | | 59:15-62:6 | Lack of Relevance Rule 402; Hearsay Rules 801-802; Speculative; Lack of Personal Knowledge Rule 602; Assumes Facts Not in Evidence | 402 ; 801; 803(6); 807; 602 objections inappropriate because witness was a 30(b)(6) witness; "assumes facts not in evidence" objection regarding "speculation" inappropriate given witness answer; objections not made/waived under FRCP 32 |
| | | 62:9-13 | Lack of Relevance Rule 402; Hearsay Rules 801-802; Speculative; Lack of Personal Knowledge Rule 602; Assumes Facts Not in Evidence | 402 ; 801; 803(6); 807; 602 objections inappropriate because witness was a 30(b)(6) witness; objection regarding "speculation" inappropriate given witness answer; "assumes facts not in |

| DEPONENT | DATE | PAGE/LINE RANGE | FIBER COMPOSITE'S OBJECTIONS | ANDERSEN'S RESPONSE |
|---|---|---|---|---|
| | | | | evidence" objections not made/waived under FRCP 32 |
| | | 62:16-65:22 | Lack of Relevance Rule 402; Hearsay Rules 801-802; Speculative; Lack of Personal Knowledge Rule 602; Assumes Facts Not in Evidence | 402 ; 801; 803(6); 807; 602 objections inappropriate because witness was a 30(b)(6) witness; does not call for speculation; does not assume facts not in evidence and these objection not made/waived FRCP 32 |
| | | 68:1-69:20 | Lack of Relevance Rule 402; Hearsay Rules 801-802; Compound; Leading; Lack of Foundation Rule 602 | 402 ; 801; 803(6); 807; 602 and foundation objections inappropriate because witness was a 30(b)(6) witness; objections "foundation" "compound" "leading" not made/waived under FRCP 32 |
| | | 70:6-70:11 | Lack of Relevance Rule 402; Hearsay Rules 801-802 | 402 ; 801; 803(6); 807 |
| | | 80:6-14 | Lack of Relevance Rule 402 | 402 |
| | | 80:22-23 | Lack of Relevance | 402 |
| | | 80:25-81:2 | Lack of Relevance | 402 |
| | | 81:4-8 | Lack of Relevance | 402 |
| | | 82:23-24 | Lack of Relevance Rule 402 | 402 |
| | | 83:4-5 | Lack of Relevance Rule 402; Hearsay Rules 801-802; Lack of Foundation; Lack of Personal Knowledge Rule 602 | 402 ; 801; 803(6); 807;602 and foundation objections inappropriate because witness was a 30(b)(6) witness; objection |

| DEPONENT | DATE | PAGE/LINE RANGE | FIBER COMPOSITE'S OBJECTIONS | ANDERSEN'S RESPONSE |
|---|---|---|---|---|
| | | | | to "foundation" not made/waived under FRCP 32 |
| | | 83:7-84:23 | Lack of Relevance Rule 402; Hearsay Rules 801-802; Lack of Foundation; Lack of Personal Knowledge Rule 602 | 402 ; 801; 803(6); 807; 602 and foundation objections inappropriate because witness was a 30(b)(6) witness; objection to "foundation" not made/waived under FRCP 32 |
| | | 84:25-85:4 | Lack of Relevance Rule 402; Hearsay Rules 801-802; Lack of Foundation; Lack of Personal Knowledge Rule 602 | 402 ; 801; 803(6); 807;602 and foundation objections inappropriate because witness was a 30(b)(6) witness; objection to "foundation" not made/waived under FRCP 32; |
| | | 85:6-12 | Lack of Relevance Rule 402; Hearsay Rules 801-802; Lack of Foundation; Lack of Personal Knowledge Rule 602 | 402 ; 801; 803(6); 807;602 and foundation objections inappropriate because witness was a 30(b)(6) witness; objection to "foundation" not made/waived under FRCP 32 |
| | | 86:23-25 | Lack of Relevance Rule 402; Hearsay Rules 801-802 | 402; 801; 803(6); 807 |
| | | 87:2-12 | Lack of Relevance Rule 402; Hearsay Rules 801-802 | 402; 801; 803(6); 807 |
| | | 87:15 | Lack of Relevance Rule 402; Hearsay Rules 801-802 | 402; 801; 803(6); 807 |
| | | 87:17-21 | Lack of Relevance Rule 402; Hearsay Rules 801-802 | 402; 801; 803(6); 807 |
| | | 88:4-6 | Lack of Relevance Rule 402; Hearsay Rules 801-802 | 402; 801; 803(6); 807 |
| | | 88:14-15 | Lack of Relevance Rule 402 | 402 |
| | | 88:17-21 | Lack of Relevance Rule 402 | 402 |
| | | 89:15-17 | Lack of Relevance Rule 402; Hearsay Rules 801-802 | 402; 801; 803(6); 807 |

| DEPONENT | DATE | PAGE/LINE RANGE | FIBER COMPOSITE'S OBJECTIONS | ANDERSEN'S RESPONSE |
|---|---|---|---|---|
| | | 89:19-23 | Lack of Relevance Rule 402; Hearsay Rules 801-802 | 402; 801; 803(6); 807 |
| | | 90:2-16 | Lack of Relevance Rule 402; Hearsay Rules 801-802 | 402; 801; 803(6); 807 |
| | | 91:22-92:10 | Lack of Relevance Rule 402; Hearsay Rules 801-802; Lack of Foundation; Speculative; Lack of Personal Knowledge Rule 602 | 402; 801; 803(6); 807; 602 and foundation objections inappropriate because witness was a 30(b)(6) witness; objection to "foundation" not made/waived under FRCP 32 |
| | | 95:13-15 | Lack of Relevance Rule 402; Hearsay Rules 801-802; Lack of Personal Knowledge Rule 602 | 402; 801; 803(6); 807;602 objections inappropriate because witness was a 30(b)(6) witness |
| | | 95:17-18 | Lack of Relevance Rule 402; Hearsay Rules 801-802; Lack of Personal Knowledge Rule 602 | 402 ; 801; 803(6); 807; 602 objections inappropriate because witness was a 30(b)(6) witness |
| | | 95:20-24 | Lack of Relevance Rule 402; Hearsay Rules 801-802; Lack of Personal Knowledge Rule 602 | 402 ; 801; 803(6); 807; 602 objections inappropriate because witness was a 30(b)(6) witness |
| | | 96:1-16 | Lack of Relevance Rule 402; Hearsay Rules 801-802; Lack of Personal Knowledge Rule 602 | 402 ; 801; 803(6); 807; 602 objections inappropriate because witness was a 30(b)(6) witness |
| | | 96:18-97:1 | Lack of Relevance Rule 402; Hearsay Rules 801-802; Lack of Personal Knowledge Rule 602 | 402 ; 801; 803(6); 807; 602 objections inappropriate because witness was a 30(b)(6) witness |

| DEPONENT | DATE | PAGE/LINE RANGE | FIBER COMPOSITE'S OBJECTIONS | ANDERSEN'S RESPONSE |
|---|---|---|---|---|
| Paul Thomas Brestelli, Jr. | February 26, 2002 | 4:24-5:11 | No objection | |
| | | 60:6-17 | Lack of Relevance including without limitation to the extent it refers to products or formulas from prior to Jan. 1, 2001 (see motion in limine), and without limitation to the extent it refers to experimental (i.e. not commercial) material; Prejudicial Rule 403 | 402; 403 see Andersen's Opposition to Fiber Composites' Motion in Limine |
| | | 100:11-101:16 | Lack of Relevance Rule 402 | 402 |
| | | 101:25-102:2 | Lack of Relevance Rule 402; Lack of Personal Knowledge Rule 602 | 402, 602 objections inappropriate because witness was a 30(b)(6) witness |
| | | 102:5 | Lack of Relevance Rule 402; Lack of Personal Knowledge Rule 602 | 402, 602 objections inappropriate because witness was a 30(b)(6) witness |
| | | 102:9-102:19 | Lack of Relevance Rule 402; Lack of Personal Knowledge Rule 602 | 402, 602 objections inappropriate because witness was a 30(b)(6) witness |
| | | 102:21-103:24 | Lack of Relevance Rule 402; Lack of Personal Knowledge Rule 602 | 402, 602 objections inappropriate because witness was a 30(b)(6) witness |
| | | 104:1-2 | Lack of Relevance Rule 402; Lack of Personal Knowledge Rule 602 | 402, 602 objections inappropriate because witness was a 30(b)(6) witness |

| DEPONENT | DATE | PAGE/LINE RANGE | FIBER COMPOSITE'S OBJECTIONS | ANDERSEN'S RESPONSE |
|---|---|---|---|---|
| | | 124:1-9 | Lack of Relevance 402; Hearsay Rules 801-802; Lack of Foundation; Speculative; Lack of Personal Knowledge Rule 602 | 402; 602 objections inappropriate because witness was a 30(b)(6) witness; no objections made/waived under FRCP 32 |
| | | 124:24-126:2 | Lack of Relevance 402; Hearsay Rules 801-802; Lack of Foundation; Speculative; Lack of Personal Knowledge Rule 602 | 402; 801; 803(6); 807; 602 and foundation objections inappropriate because witness was a 30(b)(6) witness; no objections "foundation" "speculation" made/waived under FRCP 32 |
| | | 126:6-127:6 | Lack of Relevance 402; Hearsay Rules 801-802; Lack of Foundation; Speculative; Lack of Personal Knowledge Rule 602 | 402; 801; 803(6); 807;602 and foundation objections inappropriate because witness was a 30(b)(6) witness; no objections "foundation" "speculation" made/waived under FRCP 32 |
| James D. Pajer | March 12, 2002 | | General Objection: Fiber Composites objects to Andersen calling this witness by deposition until it establishes that this witness is unavailable pursuant to Fed.R.Civ.P. 32(a)(3) and Fed.R.Ev. 801, et seq. See also, Fiber Composites Motion in Limine concerning the PolyOne documents | 32(a)(3)(B) 801, 803(6), 807; see also Andersen's Opposition to Fiber Composites' Motion in Limine concerning the PolyOne documents |
| | | 4:9-11 | No objection. | |



Word 20128341.1

| DEPONENT | DATE | PAGE/LINE RANGE | FIBER COMPOSITE'S OBJECTIONS | ANDERSEN'S RESPONSE |
|---|---|---|---|---|
| | | 8:16-12:5 | Lack of Relevance 402; Hearsay Rules 801-802 | 402, 801, 803(6), 807 |
| | | 10:14-25 | Lack of Relevance 402; Hearsay Rules 801-802 | 402, 801, 803(6), 807 |
| | | 11:16-18 | Lack of Relevance 402; Hearsay Rules 801-802 | 402, 801, 803(6), 807 |
| | | 14:8-21 | Lack of Relevance Rule 402; Hearsay Rules 801-802; Speculative; Lack of Personal Knowledge Rule 602 | 402, 801, 803(6), 807, 602 objections inappropriate because witness was a 30(b)(6) witness "speculative" objection made/waived under FRCP 32 |
| | | 16:17-21 | Lack of Relevance Rule 402; Hearsay Rules 801-802; Leading | 402, 801, 803(6), 807; no "leading" objection made/waived |
| | | 17:25-18:20 | Lack of Relevance Rule 402; Hearsay Rules 801-802; Lack of Foundation; Speculative; Lack of Personal Knowledge Rule 602 | 402, 801, 803(6), 807, 602 and foundation objections inappropriate because witness was a 30(b)(6) witness; no "foundation" "speculative" objections made/waived under FRCP 32 |
| | | 18:23-19:5 | Lack of Relevance Rule 402; Hearsay Rules 801-802; Lack of Foundation; Speculative; Lack of Personal Knowledge Rule 602 | 402, 801, 803(6), 807, 602 and foundation objections inappropriate because witness was a 30(b)(6) witness; untimely objection to form; no objection "foundation" |

| DEPONENT | DATE | PAGE/LINE RANGE | FIBER COMPOSITE'S OBJECTIONS | ANDERSEN'S RESPONSE |
|---|---|---|---|---|
| | | | | "speculative" made/waived |
| | | 19:7-10 | Lack of Relevance Rule 402; Hearsay Rules 801-802; Lack of Foundation; Speculative; Lack of Personal Knowledge Rule 602 | 402, 801, 803(6), 807, 602 and foundation objections inappropriate because witness was a 30(b)(6) witness; no "foundation" "speculative" objections made/waived |
| | | 19:16-21:1 | Lack of Relevance Rule 402; Hearsay Rules 801-802; Lack of Foundation; Leading | 402, 801, 803(6), 807; foundation objection inappropriate because witness was a 30(b)(6) witness; objections "foundation" "leading" not made/waived |
| | | 21:5-10 | Lack of Relevance Rule 402; Hearsay Rules 801-802; Lack of Foundation; Leading | 402, 801, 803(6), 807; foundation objection inappropriate because witness was a 30(b)(6) witness; no objection to "leading" made/waived; "foundation" objection improper |
| | | 21:13 | Lack of Relevance Rule 402; Hearsay Rules 801-802; Lack of Foundation; Leading | 402, 801, 803(6), 807; foundation objection inappropriate because witness was a 30(b)(6) witness; no objection to "leading" made/waived; "foundation" objection improper |

| DEPONENT | DATE | PAGE/LINE RANGE | FIBER COMPOSITE'S OBJECTIONS | ANDERSEN'S RESPONSE |
|---|---|---|---|---|
| | | 21:17-21 | Lack of Relevance Rule 402; Hearsay Rules 801-802; Lack of Foundation; Leading | 402, 801, 803(6), 807; no objection to "leading" made/waived; "foundation" objection improper |
| | | 22:14-23:20 | Lack of Relevance Rule 402; Hearsay Rules 801-802; Lack of Foundation; Speculative; Lack of Personal Knowledge Rule 602 | 402, 801, 803(6), 807, 602 and foundation objections inappropriate because witness was a 30(b)(6) witness; no objection to "speculative" made/waived |
| | | 24:25-25:12 | Lack of Relevance Rule 402; Hearsay Rules 801-802; Lack of Foundation; Speculative; Lack of Personal Knowledge Rule 602 | 402, 801, 803(6), 807, 602 and foundation objections inappropriate because witness was a 30(b)(6) witness; no objection to "speculative" made/waived |
| | | 25:15-26:22 | Lack of Relevance Rule 402; Hearsay Rules 801-802; Lack of Foundation; Speculative; Lack of Personal Knowledge Rule 602 | 402, 801, 803(6), 807, 602 and foundation objections inappropriate because witness was a 30(b)(6) witness; no objection to "speculative" "foundation" made/waived |
| | | 27:9-15 | Lack of Relevance Rule 402; Hearsay Rules 801-802 | 402, 801, 803(6), 807 |
| | | 27:19-24 | Lack of Relevance Rule 402; Hearsay Rules 801-802; Lack of Foundation; Speculative; Lack of Personal Knowledge Rule 602 | 402, 801, 803(6), 807, 602 and foundation objections inappropriate because witness was a 30(b)(6) witness; no |

| DEPONENT | DATE | PAGE/LINE RANGE | FIBER COMPOSITE'S OBJECTIONS | ANDERSEN'S RESPONSE |
|---|---|---|---|---|
| | | | | objection to "foundation" "speculative" made/waived |
| | | 28:9-19 | Lack of Relevance Rule 402; Hearsay Rules 801-802; Lack of Foundation; Speculative; Lack of Personal Knowledge Rule 602 | 402, 801, 803(6), 807, 602 and foundation objections inappropriate because witness was a 30(b)(6) witness; no objection to "speculative" "foundation" made/waived |
| | | 34:18-35:12 | Lack of Relevance Rule 402; Hearsay Rules 801-802; Lack of Foundation; Speculative; Lack of Personal Knowledge Rule 602 | 402, 801, 803(6), 807, 602 and foundation objections inappropriate because witness was a 30(b)(6) witness; no objection to "foundation" "speculative" made/waived |
| | | 35:16-18 | Lack of Relevance Rule 402; Hearsay Rules 801-802; Lack of Foundation; Speculative; Lack of Personal Knowledge Rule 602 | 402, 801, 803(6), 807, 602 and foundation objections inappropriate because witness was a 30(b)(6) witness; no objection to "speculative" "foundation" made/waived |
| | | 36:21-37:7 | Lack of Relevance Rule 402; Hearsay Rules 801-802; Lack of Foundation; Leading | 402, 801, 803(6), 807, objection to foundation inappropriate because witness is a 30(b)(6) witness; no objection to "leading" "foundation" made/waived |

| DEPONENT | DATE | PAGE/LINE RANGE | FIBER COMPOSITE'S OBJECTIONS | ANDERSEN'S RESPONSE |
|---|---|---|---|---|
| | | 39:5-10 | Lack of Relevance Rule 402 | 402 |
| James Paul Przybylinski | June 6, 2002 | | General objection: Fiber Composites objects to Andersen calling this witness by deposition until it establishes that this witness is unavailable pursuant to Fed.R.Civ.P. 32(a)(3) and Fed.R.Ev. 801, et seq. | 32(a)(3)(B) 801, 803(6), 807; see also Andersen's opposition to Fiber Composites' Motion in Limine concerning the PolyOne documents |
| | | 93:8-10 | No Objection. | |
| | | 93:11-12 | No Objection. | |
| | | 93:15-16 | No Objection. | |
| | | 289:9-24 | Lack of Relevance Rule 402; Prejudicial Rule 403 | 402, 403 |
| | | 290:1-24 | Lack of Relevance Rule 402; Prejudicial Rule 403 | 402, 403 |
| | | 291:1-24 | Lack of Relevance Rule 402; Prejudicial Rule 403 | 402, 403 |
| | | 292:1-8 | Lack of Relevance Rule 402; Prejudicial Rule 403 | 402, 403 |

**FIBER COMPOSITES' DEPOSITION COUNTERDESIGNATIONS AND ANDERSEN'S OBJECTIONS**

| DEPONENT | DATE | PAGE/LINE RANGE | ANDERSEN'S OBJECTIONS |
|---|---|---|---|
| Kimberly Alanis | March 1, 2002 | Pg. 7, lines 5-16 | |
| | | Pg. 8, lines 11-15 | |
| | | Pg. 18, lines 2-10 | FRCP 32 (a)(4); FRE 106, 402, 403 |
| | | Pg. 18, lines 14-16 | FRCP 32 (a)(4); FRE 106, 402, 403 |
| | | Pg. 19, lines 6-10 | FRCP 32 (a)(4); FRE 106, 402, 403 |
| | | Pg. 19, lines 23 - 20, line 4 | FRCP 32 (a)(4); FRE 106, 402, 403 |
| | | Pg. 39, lines 3-5 | FRCP 32 (a)(4); FRE 106, 402, 403 |
| | | Pg. 46, lines 20 – p. 47, line 6 | FRCP 32 (a)(4); FRE 106, 402, 403 |
| | | Pg. 48, lines 2-10 | FRCP 32 (a)(4); FRE 106, 402, 403 |
| | | Pg. 49, lines 5-8 | FRCP 32 (a)(4); FRE 106, 402, 403 |
| | | Pg. 66, lines 6-7 | FRCP 32 (a)(4); FRE 106, 402, 403; question only |
| | | Pg. 66, lines 21-24 | FRCP 32 (a)(4); FRE 106, 402, 403; begins mid-question |
| | | Pg. 73, lines 16-18 | FRCP 32 (a)(4); FRE 106, 402, 403 |
| | | Pg. 74, lines 13-19 | FRCP 32 (a)(4); FRE 106, 402, 403 |
| | | Pg. 85, lines 13-21 | FRCP 32 (a)(4); FRE 106, 402, 403 |
| | | Pg. 86, lines 18-21 | FRCP 32 (a)(4); FRE 106, 402, 403 |
| | | Pg. 88, line 13 | FRCP 32 (a)(4); FRE 106, 402, 403; no question 611 |
| | | Pg. 90, line 23 – 91, line 21 | FRCP 32 (a)(4); FRE 106, 402, 403 |

| DEPONENT | DATE | PAGE/LINE RANGE | ANDERSEN'S OBJECTIONS |
| --- | --- | --- | --- |
| | | Pg. 92, lines 13-14 | FRCP 32 (a)(4); FRE 106, 402, 403; no question 611 |
| | | Pg. 93, line 13 – 94, line 6 | FRCP 32 (a)(4); FRE 106, 402, 403 |
| | | Pg. 101, line 7 – pg. 102, line 6 | FRCP 32 (a)(4); FRE 106, 402, 403; 611 |
| | | Pg. 102, line 17 – pg. 103, line 17 | FRCP 32 (a)(4); FRE 106, 402, 403, 611 |

| | | | |
|---|---|---|---|
| Paul Thomas Brestelli, Jr. | February 26, 2002 | Pg. 5, lines 12-14 | FRCP 32 (a)(4); FRE 106, 402, 403 |
| | | Pg. 41, lines 3-7 | |
| | | Pg. 59, line 3 – 60, line 5 | |
| James D. Pajer | March 12, 2002 | Pg. 27, lines 16-18 | FRCP 32 (a)(4); FRE 106, 402, 403 |
| | | Pg. 45, line 10 – 46, line 3 | FRCP 32 (a)(4); FRE 106, 402, 403 |
| | | Pg. 48, line 5 – 49, line 19 | FRCP 32 (a)(4); FRE 106, 402, 403; 611 |
| James Paul Przybylinski | June 6, 2002 | None | |

Dated: March 23, 2005

**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

By: /s/ Misti Nelc
Ronald J. Schutz (#130849)
Becky R. Thorson (#254861)
Misti Nelc (#296090)
Nicholas S. Boebel (#030217X)

800 LaSalle Avenue, Suite 2800
Minneapolis, Minnesota 55402-2015
Phone: (612) 349-8500

**ATTORNEYS FOR PLAINTIFF ANDERSEN CORPORATION**