UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

ANDERSEN CORPORATION,

Plaintiff,

v.

FIBER COMPOSITES, LLC.,

Defendant.

CIV NO. 00-CV-2548 (JNE/JGL)

**FIBER COMPOSITES, LLC.'S WITNESS LIST**

I. Fiber Composites identifies the following witnesses whom it currently expects to present at trial. However, if Andersen's case-in-chief is narrowed, either as a result of Court orders or Andersen's trial strategy, this list may shorten.

Douglas J. Gardner, Ph.D. (expert)
Professor of Wood Science
5793 AEWC Building
University of Maine
Orono, ME 04469

Professor Gardner will provide expert testimony concerning the field of wood-fiber composites generally; the level of ordinary skill in this art; Andersen's expert's infringement report and testimony; and his ability to make the material disclosed in the prior art.

Douglas Mancosh
Fiber Composites, LLC.
30 Kennedy Plaza, Suite 408
Providence, RI 02903

Mr. Mancosh will testify about Fiber Composites' history, the accused products, and various sales, marketing and financial matters.

James P. Przybylinski
Fiber Composites, LLC.
34570 Random Drive
New London, NC 28127

Mr. Przybylinski will testify about Fiber Composites' history, the accused products, various research and development, manufacturing and other technical issues.

II. Fiber Composites identifies the following witnesses whom it may call at trial if the need arises:

Mohini M. Sain, Ph.D. (expert)
Professor and Director, Centre for Biocomposites and Biomaterials Processing University of Toronto
33 Willcocks Street
Toronto, ON, M5S 3B3

Professor Sain may be asked to provide expert testimony about the asserted patents, the prior art and Fiber Composites' invalidity contentions.

Christopher C. Barry (expert)
PricewaterhouseCoopers LLP
One Post Office Square
Boston, MA 02109

Mr. Barry may provide testimony concerning Andersen's expert's damages theories and various financial and accounting matters.

Michael J. Deaner
1696 35th Avenue
Osceola, WI 54020

Mr. Deaner may be asked to testify about the patents-in-suit, Andersen's research and development of the technology related to the patents-in-suit and prior art.

Peter Domalavage
Fiber Composites, LLC
34570 Random Drive
New London, NC 28127

Mr. Domalavage may be asked to testify about various manufacturing, quality control and other technical issues related to the accused products.

Donald L. Garofalo
10633 Stonebridge Trail
Stillwater, MN 55082

Mr. Garofalo may be asked to testify about various sales and marketing activities concerning Andersen and the wood-fiber composites market.

Kurt E. Heikkila
c/o Andersen Corporation
100 Fourth Ave. North
Bayport, MN 55003-1096

Mr. Heikkila may be asked to testify about the patents-in-suit, Andersen's research and development of the technology related to the patents-in-suit and prior art.

Giuseppe Puppin
c/o Andersen Corporation
100 Fourth Ave. North
Bayport, MN 55003-1096

Mr. Puppin may be asked to testify about the patents-in-suit, Andersen's research and development of the technology related to the patents-in-suit and prior art.

Dated: March 23, 2005

FISH & RICHARDSON P.C.

By: s/Katherine A. Moerke

Jonathan E. Singer (#283459)
Katherine A. Moerke (#312277)
3300 Dain Rauscher Plaza
60 South Sixth Street
Minneapolis, MN 55402
Telephone: (612) 335-5070

John M. Skenyon
Michael E. Zeliger
Fish & Richardson P.C.
225 Franklin Street
Boston, MA 02110-2804
Tel.: (617) 542-5070
Fax: (617) 542-8906

Attorneys for Defendant
FIBER COMPOSITES, LLC.

21042988.doc