# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## PRETRIAL CONFERENCE AND CIVIL MOTION HEARING

| | | |
|---|---|---|
| Andersen Corporation, | ) | **COURT MINUTES** |
| | ) | BEFORE: Joan N. Ericksen |
| Plaintiff, | ) | U.S. Judge |
| | ) | |
| v. | ) | Case No: 00cv2548 (JNE/JGL) |
| | ) | Date: March 29, 2005 |
| Fiber Composites, LLC, | ) | Court Reporter: Maria Weinbeck |
| | ) | Time Commenced: 9:30 a.m. |
| Defendant. | ) | Time Concluded: 11:00 a.m. |
| | ) | Time in Court: 1 Hour & 30 Minutes |
| | ) | |

Hearing on: **The following motions in limine were ruled on the minutes. No further order will be issued:**

1. Andersen's Motion to Compel [#245] - Withdrawn;
2. Andersen's Motion to Exclude [#249] - Granted in part;
3. Andersen's Motion to Exclude [#254] - Denied;
4. Andersen's Motion to Preclude [#260] - Denied;
5. Andersen's Motion to Exclude [#266] - Granted; but Defendant may use exhibits in cross examination;
6. Andersen's Motion to Exclude [#272] - Ruling reserved;
7. Andersen's Motion to Exclude [#278] - Withdrawn;
8. Andersen's Motion to Exclude [#284] - Denied;
9. Andersen's Motion to Exclude [#288] - Denied;

1. Fiber's Motion to Change [294] - Denied;
2. Fiber's Motion to Exclude [#296] - Denied;
3. Fiber's Motion to Preclude [#298] - Denied;
4. Fiber's Motion to Limit Testimony [#302] - Denied as Moot;
5. Fiber's Motion to Exclude [#304] - Granted with Consent of Plaintiff;
6. Fiber's Motion to Exclude [#306] - Denied;
7. Fiber's Motion to Preclude [#309] - Denied as Moot;

8. Fiber's Motion to Limit [#312] - Withdrawn;
9. Fiber's Motion to Preclude [#314] - Denied as Moot;
10. Fiber's Motion to Preclude [#317] - Denied.

APPEARANCES:

Plaintiff: Ronald Schutz/Becky Thorson/Nicholas Boebel/Busala Akiwak/Misti Nelc/Andrea Nordaune
Defendant: John Skenyon/Michael Zeliger/Katherine Moerke

PROCEEDINGS:

9 Plaintiff's Witnesses:
9 Plaintiff' Exhibits:
9 Defendant's Witnesses:
9 Defendant's Exhibits:

9 **Submitted** 9 **Sustained** 9 **Overruled**
9 Brief time set:
9 Written order forthcoming.

s/Sheri L. Frette
Calendar Clerk