# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| ANDERSEN CORPORATION, | ) | COURT MINUTES - CIVIL |
| | ) | BEFORE: JONATHAN LEBEDOFF |
| Plaintiff, | ) | CHIEF U.S. MAGISTRATE JUDGE |
| | ) | |
| v. | ) | Case No: CIVIL 00-2548 (JNE/JGL) |
| | ) | Date: 3/30/05 |
| FIBER COMPOSITES, | ) | Court Reporter: N/A |
| | ) | Time Commenced: 9:00 A.M. |
| Defendant. | ) | Time Concluded: 3:00 P.M. |
| | ) | Time in Court: 6 Hours & 0 Minutes |

Hearing on: **SETTLEMENT CONFERENCE**

APPEARANCES:

Plaintiff: Ron Schutz, Becky Thorson, Andrea Nordaun

Defendant: Katherine Moerke, John Skenyon, Michael Zeliger

PROCEEDINGS:

☐ Settlement reached.

☒ No settlement reached.

s/Jonathan Lebedoff
Chief, U.S. Magistrate Judge