UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Andersen Corporation,

Plaintiff,

v.

Fiber Composites, LLC,

Defendant.

**Case No.: 00-CV-2548 (JNE/JGL)**

**ANDERSEN'S REVISED DEPOSITION DESIGNATIONS, FIBER COMPOSITES' OBJECTIONS, ANDERSEN'S RESPONSE TO OBJECTIONS, FIBER COMPOSITES' COUNTER-DESIGNATIONS AND ANDERSEN'S OBJECTIONS TO COUNTER-DESIGNATIONS**

Andersen will play or read depositions at trial as designated; however, it will omit attorney colloquy and objections. Appropriate and admissible counter-designations made by Fiber Composites will also be read. Time for Fiber Composites' designations will be allocated and will be counted against Fiber Composites' allotted time for trial. Attached as Exhibit 1 are deposition transcripts with Andersen's deposition designations highlighted in yellow, and Fiber Composites' counterdesignations highlighted in orange.

| DEPONENT | DATE | PAGE/LINE RANGE | FIBER COMPOSITE'S OBJECTIONS | ANDERSEN'S RESPONSE |
|---|---|---|---|---|
| Kimberly Alanis | March 1, 2002 | | General objection denied by Court rulings dated April 4, 2005 | |
| | | 5:8-9 | No objection | |
| | | 6:11-7:4 | No objection | |
| | | 7:17-8:10 | No objection | |
| | | 8:16-9:5 | No objection | |
| | | 9:16-20 | No objection | |
| | | 10:1-13 | No objection | |
| | | 10:22-24 (note: Line 24 added) | No objection | |
| | | 17:13-18:1 | Leading: Objection denied by Court rulings dated April 4, 2005 | |
| | | 18:17-19 | Speculative: Objection denied by Court rulings dated April 4, 2005 | |

| DEPONENT | DATE | PAGE/LINE RANGE | FIBER COMPOSITE'S OBJECTIONS | ANDERSEN'S RESPONSE |
|---|---|---|---|---|
| | | 18:21-25 | No objection | |
| | | 19:2-5 | Speculative: Objection denied by Court rulings dated April 4, 2005 | |
| | | 19:11-13 | No objection | |
| | | 19:15-19 | No objection | |
| | | 19:21-22 | No objection | |
| | | 20:5-7 | No objection | |
| | | 20:12-21 | No objection | |
| | | 20:24-21:13 | No objection | |
| | | 22:7-14 | No objection | |
| | | 35:8-17 | No objection | |
| | | 35:22-36:6 | Hearsay Rules 801-802: Objection denied by Court rulings dated April 4, 2005 | |
| | | 36:8-13 | Hearsay Rules 801-802: Objection denied by Court rulings dated April 4, 2005 | |
| | | 37:19-22 | Compound: Objection denied by Court rulings dated April 4, 2005 | |
| | | 38:4-39:2 | Hearsay Rules 801-802: Objection denied by Court rulings dated April 4, 2005 | |
| | | 43:23-25 | No objection | |
| | | 45:22-46:10 | No objection | |
| | | 46:12-46:19 | No objection | |
| | | 47:7-21 (excluding objection at 48:18-19) | No objection | |
| | | 48:11-49:4 | No objection | |
| | | 50:15-56:20 | Objection withdrawn in light of Court rulings dated April 4, 2005 | |
| | | 56:22-57:18 | No objection | |

| DEPONENT | DATE | PAGE/LINE RANGE | FIBER COMPOSITE'S OBJECTIONS | ANDERSEN'S RESPONSE |
|---|---|---|---|---|
| | | 57:20-59:5 | No objection | |
| | | 59:8-12 | No objection | |
| | | 59:15-62:6 | No objection | |
| | | 62:9-13 | No objection | |
| | | 62:16-65:22 | No objection | |
| | | 68:1-69:20 | No objection | |
| | | 70:6-70:11 | No objection | Withdrawn: Reporter reading back question |
| | | 80:6-14 | No objection | |
| | | 80:22-23 | No objection | |
| | | 80:25-81:2 | No objection | |
| | | 81:4-8 | No objection | |
| | | 82:23-24 | No objection | |
| | | 83:4-5 | Leading: Objection denied by Court rulings dated April 4, 2005 | |
| | | 83:7-84:23 | Leading; Lack of Personal Knowledge Rule 602: Objection denied by Court rulings dated April 4, 2005 | |
| | | 84:25-85:4 | Leading: Objection denied by Court rulings dated April 4, 2005 | |
| | | 85:6-12 | No objection | |
| | | 86:23-25 | Leading: Objection denied by Court rulings dated April 4, 2005 | |
| | | 87:2-12 | Hearsay Rules 801-802: Objection denied by Court rulings dated April 4, 2005 | |
| | | 87:15 | Hearsay Rules 801-802: Objection denied by Court rulings dated April 4, 2005 | |
| | | 87:17-21 | Hearsay Rules 801-802: Objection denied by Court rulings dated April 4, 2005 | |
| | | 88:4-6 | No objection | |

| DEPONENT | DATE | PAGE/LINE RANGE | FIBER COMPOSITE'S OBJECTIONS | ANDERSEN'S RESPONSE |
|---|---|---|---|---|
| | | 88:14-15 | No objection | |
| | | 88:17-21 | No objection | |
| | | 89:15-17 | Leading: Objection denied by Court rulings dated April 4, 2005 | |
| | | 89:19-23 | Leading: Objection denied by Court rulings dated April 4, 2005 | |
| | | 90:2-16 | Hearsay Rules 801-802: Objection denied by Court rulings dated April 4, 2005 | |
| | | 91:22-92:10 | No objection | |
| | | 95:13-15 | Leading: Objection denied by Court rulings dated April 4, 2005 | |
| | | 95:17-18 | Leading: Objection denied by Court rulings dated April 4, 2005 | |
| | | 95:20-24 | Leading: Objection denied by Court rulings dated April 4, 2005 | |
| | | 96:1-16 | No objection | |
| | | 96:18-97:1 | No objection | |
| Paul Thomas Brestelli, Jr. | February 26, 2002 | 4:24-5:11 | No objection | |
| | | 60:6-17 | No objection | **Withdrawn** |
| | | 100:11-101:16 | No objection | |
| | | 101:25-102:2 | No objection | |
| | | 102:5 | No objection | |

| DEPONENT | DATE | PAGE/LINE RANGE | FIBER COMPOSITE'S OBJECTIONS | ANDERSEN'S RESPONSE |
|---|---|---|---|---|
| | | 102:9-102:19 | No objection | |
| | | 102:21-103:24 | No objection | |
| | | 104:1-2 | No objection | |
| | | 124:1-9 | No objection | |
| | | 124:24-126:2 | No objection | |
| | | 126:6-127:6 | No objection | |
| James D. Pajer | March 12, 2002 | | General Objection denied by Court rulings dated April 4, 2005 | |
| | | 4:9-11 | No objection | |
| | | 8:16-12:5 | No objection | |
| | | 10:14-25 | No objection | |
| | | 11:16-18 | No objection | |
| | | 14:8-21 | No objection | |

| DEPONENT | DATE | PAGE/LINE RANGE | FIBER COMPOSITE'S OBJECTIONS | ANDERSEN'S RESPONSE |
|---|---|---|---|---|
| | | 16:17-21 | Leading objection withdrawn in light of Court rulings dated April 4, 2005 | |
| | | 17:25-18:20 | Hearsay Rules 801-802 objection withdrawn in light of Court rulings dated April 4, 2005 | |
| | | 18:23-19:5 | No objection | |
| | | 19:7-10 | No objection | |
| | | 19:16-21:1 | No objection | |
| | | 21:5-10 | Leading objection withdrawn in light of Court rulings dated April 4, 2005 | |
| | | 21:13 | No objection | |
| | | 21:17-21 | No objection | |
| | | 22:14-23:20 | Lack of foundation; Speculative; Lack of Personal Knowledge Rule 602 objections withdrawn in light of Court rulings dated April 4, 2005 | |
| | | 24:25-25:12 | Lack of Relevance; unnecessarily duplicative objections withdrawn in light of Court rulings dated April 4, 2005 | |
| | | 25:15-26:22 | No objection | |

| DEPONENT | DATE | PAGE/LINE RANGE | FIBER COMPOSITE'S OBJECTIONS | ANDERSEN'S RESPONSE |
|---|---|---|---|---|
| | | 27:9-15 | No objection | |
| | | 27:19-24 | No objection | |
| | | 28:9-19 | No objection | |
| | | 34:18-35:12 | No objection to 34:18-35:8<br><br>35:9-12 struck in Court rulings dated April 4, 2005 | |
| | | 35:16-18 | Struck in Court rulings dated April 4, 2005 | |
| | | 36:21-37:7 | Leading objection withdrawn in light of Court rulings dated April 4, 2005 | |
| | | 39:5-10 | No objection | |
| James Paul Przybylinski | June 6, 2002 | | General objection denied by Court rulings dated April 4, 2005 | |
| | | 93:8-10 | No objection | |
| | | 93:11-12 | No objection | |
| | | 93:15-16 | No objection | |
| | | 289:9-24 | No objection | |

| DEPONENT | DATE | PAGE/LINE RANGE | FIBER COMPOSITE'S OBJECTIONS | ANDERSEN'S RESPONSE |
|---|---|---|---|---|
| | | 290:1-24 | No objection | |
| | | 291:1-24 | No objection | |
| | | 292:1-8 | No objection | |

## FIBER COMPOSITES' DEPOSITION COUNTERDESIGNATIONS AND ANDERSEN'S OBJECTIONS

| DEPONENT | DATE | PAGE/LINE RANGE | ANDERSEN'S OBJECTIONS |
|---|---|---|---|
| Kimberly Alanis | March 1, 2002 | Pg. 7, lines 5-16 | No objection |
| | | Pg. 8, lines 11-15 | No objection |
| | | Pg. 18, lines 2-10 | No objection |
| | | Pg. 18, lines 14-16 | No objection |
| | | Pg. 19, lines 6-10 | No objection |
| | | Pg. 19, lines 23 - 20, line 4 | No objection |
| | | Pg. 39, lines 3-5 | No objection |
| | | Pg. 46, lines 20 – p. 47, line 6 | No objection |
| | | Pg. 48, lines 2-10 | No objection |
| | | Pg. 49, lines 5-8 (attorney objection removed at 49:7) | No objection |
| | | Pg. 66, lines 6-7 | No objection |
| | | Pg. 66, lines 21-24 | No objection |
| | | Pg. 73, lines 16-18 | No objection |
| | | Pg. 74, lines 13-19 | No objection |
| | | Pg. 85, lines 13-21 | No objection |
| | | Pg. 86, lines 18-21 | No objection |
| | | Pg. 88, line 13 | No objection |
| | | Pg. 90, line 23 – 91, line 21 | No objection |
| | | Pg. 92, lines 13-14 | No objection |
| | | Pg. 93, line 13 – 94, line 6 | No objection |
| | | Pg. 101, line 7 – pg. 102, line 6 | No objection |
| | | Pg. 102, line 17 – pg. 103, line 17 | No objection |

| | | | |
|---|---|---|---|
| Paul Thomas Brestelli, Jr. | February 26, 2002 | Pg. 5, lines 12-14 | No objection |
| | | Pg. 41, lines 3-7 | This counterdesignation should be withdrawn following withdrawal of designation 60:6-17 |
| | | Pg. 59, line 3 – 60, line 5 | This counterdesignation should be withdrawn following withdrawal of designation 60:6-17 |
| James D. Pajer | March 12, 2002 | Pg. 27, lines 16-18 | No objection |
| | | Pg. 45, line 10 – 46, line 3 | No objection |
| | | Pg. 48, line 5 – 49, line 19 | No objection |
| James Paul Przybylinski | June 6, 2002 | None | |

Dated: April 5, 2005

**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

By: /s/ Misti Nelc
Ronald J. Schutz (#130849)
Becky R. Thorson (#254861)
Misti Nelc (#296090)
Nicholas S. Boebel (#030217X)

800 LaSalle Avenue, Suite 2800
Minneapolis, Minnesota 55402-2015
Phone: (612) 349-8500

**ATTORNEYS FOR PLAINTIFF ANDERSEN CORPORATION**