**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Andersen Corporation,

Plaintiff,

v.

Fiber Composites, LLC,

Defendant.

**Case No.: 00-CV-2548 (JNE/JGL)**

**CERTIFICATE OF SERVICE**

I hereby certify that on April 5, 2005, I caused the following documents:

1. Andersen's Revised Deposition Designations, Fiber Composites' Objections, Andersen's Response to Objections, Fiber Composites' Counter-Designations and Andersen's Objections to Counter-Designations

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

| | |
|---|---|
| Jonathan E. Singer | singer@fr.com |
| John M. Skenyon | skenyon@fr.com |
| J. Richard Soderberg | soderberg@fr.com |
| Michael E. Zeliger | zeliger@fr.com |

Dated this 5th day of April, 2005.

By____/s/ Misti Nelc ___________________
Misti Nelc