# UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

**NOTIFICATION OF CONVENTIONAL FILING OF DEFENDANT FIBER COMPOSITES, LLC.'S REVISED OBJECTIONS TO PLAINTIFF ANDERSEN'S TRIAL EXHIBIT NOS. 0044-51 AND 0139-51**

ANDERSEN CORPORATION,

Plaintiff,

v.

Case Number: 00-CV-2548 (JNE/JGL)

FIBER COMPOSITES, LLC.,

Defendants.

This document is a place holder for the following item(s) which are filed in conventional or physical form with the Clerk's Office:

**DEFENDANT FIBER COMPOSITES, LLC.'S REVISED OBJECTIONS TO PLAINTIFF ANDERSEN'S TRIAL EXHIBIT NOS. 0044-51 AND 0139-51**

If you are a participant in this case, this filing will be served upon you in conventional format.

This filing was not e-filed for the following reason(s):

___ Voluminous Document* (Document number of order granting leave to file conventionally: ___ )

___ Unable to Scan Documents (PDF file size larger than the e-filing system allows)

___ Physical Object (description):

___ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

_X_ Item Under Seal* (Document number of protective order: **36**)

___ Conformance with the Judicial Conference Privacy Policy (General Order 53)
(Document number of redacted version: ___ )

___ Other (description):

* Filing of these items requires Judicial Approval.

This Notice is e-filed as a place holder in ECF for the documents filed conventionally. A copy of this Notice and a copy of the NEF are filed with the Clerk's Office along with the conventionally filed item(s).

60287144.doc