UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| ANDERSEN CORPORATION,<br>Plaintiff,<br>v.<br>FIBER COMPOSITES, LLC.,<br>Defendant. | **Case No. 00-CV-2548 (JNE/JGL)**<br><br>**CERTIFICATE OF SERVICE** |

I certify that on April 5, 2005, I caused the following documents:

1. Defendant Fiber Composites, LLC's Revised Objections to Plaintiff Andersen's Trial Exhibit Nos. 0044-51 and 0139-51 (Filed under Seal);

2. Fiber Composites, LLC's Revised Objections to Andersen's Deposition Designations (Filed under Seal); and

3. Fiber Composites, LLC's Objections to Plaintiff's Exhibit List (Filed under Seal)

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

**Nicholas Boebel**
nsboebel@rkmc.com smashwill@rkmc.com;gmparish@rkmc.com

**Ronald J Schutz**
rjschutz@rkmc.com

**Scott Ray Strand**
srstrand@rkmc.com lmzimmerman@rkmc.com;scott_strand@msn.com

**Becky R Thorson**
brthorson@rkmc.com scgeorge@rkmc.com

and I certify I have caused a copy of the above documents filed under seal to be forwarded as noted below to the following:

Misti Nelc
Robins, Kaplan, Miller & Ciresi L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015

**Via E-Mail and U.S. Mail**

Date: April 5, 2005

s/ Margaret L. Anderson
Margaret L. Anderson

60287114.doc