**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Andersen Corporation,

Plaintiff,

v.

Fiber Composites, LLC,

Defendant.

**Case No.: 00-CV-2548 (JNE/JGL)**

**PLAINTIFF ANDERSEN'S RENEWED MOTION TO PRECLUDE DOUGLAS J. GARDNER FROM TESTIFYING AS AN EXPERT WITNESS**

Plaintiff Andersen Corporation moves this Court to preclude Douglas J. Garner from testifying as an expert witness.

The grounds for this motion are set forth and supported in the accompanying memorandum, declaration of Misti Nelc, attached exhibits, the arguments of counsel, and all of the papers and proceedings in this matter.

Dated this 7th day of April, 2005.

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

/s/ Misti Nelc
Ronald J. Schutz (#130849)
Becky R. Thorson (#254861)
Misti Nelc (#0296090)
Nicholas S. Boebel (#030217X)

2800 LaSalle Plaza
800 LaSalle Ave. S.
Minneapolis, MN 55402-2015
(612) 349-8500

ATTORNEYS FOR PLAINTIFF
ANDERSEN CORPORATION