**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Andersen Corporation,

Plaintiff,

v.

Fiber Composites, LLC,

Defendant.

**Case No.: 00-CV-2548 (JNE/JGL)**

**PLAINTIFF ANDERSEN'S NOTICE OF RENEWED MOTION TO PRECLUDE DOUGLAS J. GARDNER FROM TESTIFYING AS AN EXPERT WITNESS**

PLEASE TAKE NOTICE that Plaintiff Andersen Corporation will move this Court, on April 7, 2005, in Courtroom 3, United States District Court, Federal Building, 316 North Robert Street, St. Paul, Minnesota, for an Order granting Plaintiff Andersen's Renewed Motion to Preclude Douglas J. Gardner from Testifying as an Expert Witness. The grounds for this motion are set forth and supported in the accompanying motion, memorandum, declaration of Misti Nelc, attached exhibits, the arguments of counsel, and all of the papers and proceedings in this matter.

Dated this 7th day of April 2005.

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

/s/ Misti Nelc

Ronald J. Schutz (#130849)
Becky R. Thorson (#254861)
Misti Nelc (#0296090)
Nicholas S. Boebel (#030217X)

2800 LaSalle Plaza
800 LaSalle Ave. S.

Minneapolis, MN 55402-2015
(612) 349-8500

ATTORNEYS FOR PLAINTIFF
ANDERSEN CORPORATION



Word 20130377.1