**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Andersen Corporation,

Plaintiff,

v.

Fiber Composites, LLC,

Defendant.

**Case No.: 00-CV-2548 (JNE/JGL)**

**DECLARATION OF MISTI NELC**

I, MISTI NELC, declare:

1. I am an associate with the law firm of Robins, Kaplan, Miller & Ciresi L.L.P., and am one of the attorneys representing plaintiff Andersen Corporation ("Andersen").

2. I submit this declaration and exhibit index in support of plaintiff Andersen's Renewed Motion to Preclude Douglas J. Gardner from Testifying as an Expert Witness.

3. I have personal knowledge of the facts stated herein. If called as a witness, I could and would testify competently concerning these matters.

4. Attached hereto as Exhibit 1 is a true and correct copy of an excerpt of the transcript dated March 25, 2005, of the pretrial conference.

5. Attached hereto as Exhibit 2 is a true and correct copy of an excerpt of the transcript dated April 5, 2005 of trial.

To the best of my knowledge and belief, I declare, under penalty of perjury, that all the statements made by me are true.

Dated this 7th day of April, 2005.

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

/s/ Misti Nelc

Misti Nelc