# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CONTINUED CIVIL JURY TRIAL

Andersen Corporation,
Plaintiff,
v.

Fiber Composites, LLC,
Defendant.

**COURT MINUTES**
Case Number: 00cv2548 (JNE/JGL)

Date: April 7, 2005
Court Reporter: Maria Weinbeck and Myrina Kleinschmidt
Time Commenced: 9:00 a.m.
Time Concluded: 5:00 p.m.
Time in Court: 6 Hours & 30 Minutes

Trial before Joan N. Ericksen, United States District Judge, at St. Paul, Minnesota.

APPEARANCES:

For Plaintiff: Ronald J. Schutz/Becky R. Thorson/Misti Nelc/Nicholas S. Boebel
For Defendant: John M. Skenyon/Michael E. Zilinger/Katherine A. Moerke

PROCEEDINGS:

9 **Jury Selection.**
9 **JURY Trial - Began.**
9 **JURY Trial - Ended**
9 Jury impaneled.
9 Opening statements.
: **JURY Trial continued.**
9 Trial continued to .
: Plaintiff's witnesses: **Carol Ludington**
: Defendant's witnesses: **Douglas Mancosh, Mohini M. Sain**
: Plaintiff rests.
**Defendant moves for a directed verdict.**
9 Jury received case at.
9 Jury resumed deliberations on.
9 Jury returned at without verdict. IT IS ORDERED: to separate and to return and resume deliberations on.

9 Verdict Rec'd at for:
- 9 Plaintiff
- 9 Defendant

9 Court's Ruling:
- 9 Judgment in favor of Plaintiff.
- 9 Judgment in favor of Defendant.

IT IS ORDERED:

9 Oral motion to dismiss for judgment as a matter of law.
9 Clerk to file Verdict and enter Judgment.
9 Clerk to file Verdict, but withhold entry of Judgment until further order.
9 Clerk to file Order.
9 Clerk to file Order and enter Judgment.
9 Clerk to enter Judgment.
9 Written order forthcoming.
9 Case submitted.

CLERK'S USE ONLY:

9 Number of trial days with evidence - .

s/Sheri L. Frette
Signature of Calendar Clerk