# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CONTINUED CIVIL JURY TRIAL

Andersen Corporation,
Plaintiff,
v.

Fiber Composites, LLC,
Defendant.

**COURT MINUTES**
Case Number: 00cv2548 (JNE/JGL)

Date: April 12, 2005
Court Reporter: Maria Weinbeck
Time Commenced:
Time Concluded:
Time in Court:

Trial before Joan N. Ericksen, United States District Judge, at St. Paul, Minnesota.

APPEARANCES:

For Plaintiff: Ronald J. Schutz/Becky R. Thorson/Misti Nelc/Nicholas S. Boebel
For Defendant: John M. Skenyon/Michael E. Zilinger/Katherine A. Moerke

PROCEEDINGS:

9 **Jury Selection.**
9 **JURY Trial - Began**.
9 **JURY Trial - Ended**
9 Jury impaneled.
9 Opening statements.
: **JURY Trial continued.**
9 Trial continued to .
9 Plaintiff's witnesses:
9 Defendant's witnesses:
9 Plaintiff rests. 9 Defendant rests.
9 Closing arguments.
9 Jury received case at
: Jury resumed deliberations on **at 9:00 a.m..**
9 Jury returned at without verdict. IT IS ORDERED: to separate and to return and resume deliberations on.

: Verdict Rec'd at **3:30p.m**.for:
: Plaintiff
9 Defendant

9 Court's Ruling:
9 Judgment in favor of Plaintiff.
9 Judgment in favor of Defendant.

IT IS ORDERED:

9 Oral motion to dismiss for judgment as a matter of law.
9 Clerk to file Verdict and enter Judgment.
: Clerk to file Verdict, but withhold entry of Judgment until further order.
9 Clerk to file Order.
9 Clerk to file Order and enter Judgment.
9 Clerk to enter Judgment.
9 Written order forthcoming.
9 Case submitted.

CLERK'S USE ONLY:

9 Number of trial days with evidence - .

s/Sheri L. Frette
Signature of Calendar Clerk