UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| ANDERSEN CORPORATION, Plaintiff, v. FIBER COMPOSITES, LLC., Defendant. | **Case No. 00-CV-2548 (JNE/JGL)** **CERTIFICATE OF SERVICE** |

I certify that on April 12, 2005, I caused the following documents:

1. Fiber Composites' Motion for Judgment of Non-Infringement;

2. Fiber Composites' Notice of Motion; and

3. Fiber Composites' Memorandum of Law in Support of Its Motion for Judgment of Non-Infringement

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

**Nicholas Boebel**
nsboebel@rkmc.com smashwill@rkmc.com;gmparish@rkmc.com

**Ronald J Schutz**
rjschutz@rkmc.com

**Scott Ray Strand**
srstrand@rkmc.com lmzimmerman@rkmc.com;scott_strand@msn.com

**Becky R Thorson**
brthorson@rkmc.com scgeorge@rkmc.com

and I certify I have caused the proposed Order to be filed with the court via e-mail to the following judge:

**U.S. District Court Judge Joan N. Ericksen**
joanericksen_chambers@mnd.uscourts.gov

and I certify that I have caused a copy of the Proposed Order to be sent as noted below to the following:

Ronald J. Schutz
Robins, Kaplan, Miller & Ciresi L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015

**Via E-Mail and U.S. Mail**

Date: April 12, 2005

s/ Katherine A. Moerke
Katherine A. Moerke

60288536.doc