RECEIVED
APR 12 2005
CLERK U.S. DIST. COURT
ST.PAUL, MN

SCANNED
APR 14 2005
U.S. DISTRICT COURT ST. PAUL

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

ANDERSEN CORPORATION,

Plaintiff,

v.

FIBER COMPOSITES, LLC.,

Defendant.

CIV NO. 00-CV-2548 (JNE/JGL)

For Andersen's general objections to Fiber Composites' Exhibit List, see the end of this document. To the extent Andersen has incorporated any motion in limine into this document, Fiber Composites hereby incorporates its opposition to the same.

**Defendant's Amended Trial Exhibit List**
**April 5, 2005**

| Deft. Number | Bates Range | Date | Description | Objection/ FRE Basis | FRE Basis for Admission | Admitted | Not Admitted |
|---|---|---|---|---|---|---|---|
| 1 | | (R) | U.S. Pat. No. 5,516,472 (Strandex Patent) | | | | |
| 2 | FC 28239-28279 | (R) | Strandex License | | | | |

| Deft. Number | Bates Range | Date | Description | Objection/ FRE Basis | FRE Basis for Admission | Admitted | Not Admitted |
|---|---|---|---|---|---|---|---|
| 3 | FC 28162 | | Strandex 3600 Wood Flour/PVC Composite Test Methods; lists advantages of Strandex 3600 | | | | |
| 4 R | | | Physical sample of failed Fiber samples (with high wood content) | | | | |
| 5 | FC 28167-28168 | | Strandex Problem Timeline 1994 – February, 1999 | | | | |
| 6 R | FC 28169-28172 | | Strandex Water Absorption Timeline Notes | | | | |
| 7 R | FC 29004-290089 | 8/15/99 | Memo from Douglas G. Mancosh to Jim Przybylinski: Production Problems | | | | |
| 8 R | FC 29076-29101 | 8/17/00 | Fiber Composites test result data sheets | | | | |
| 9 R | FC 29066-29067 | 7/16/00 | Memo from PKD to Jim Przybylinski: PVC Railing System – Conclusively Solve the Problem | | | | |
| 10 | FC 29064-29065 | 7/16/00 | Memo from PKD to Jim Przybylinski: PVC Project – Determine if the current Railing System has potential defects | | | | |

| Deft. Number | Bates Range | Date | Description | Objection/ FRE Basis | FRE Basis for Admission | Admitted | Not Admitted |
|---|---|---|---|---|---|---|---|
| 11 | | Rev1 10/00 | Brochure: Fiberon Composite Deck & Porch Railing | | | X | |
| 12 | | 08/21/01 | Chart entitled Formulas Used in Production by Month Wood/PVC Blends | | | X | |
| 13 | | | Curriculum Vitae of Douglas Gardner | 802; 703, 705; see notes 2 and 5; subject to motion in limine, see note 1 | 402; 702; 703 | | X |
| 14 | | | Assembled Fiberon Composite Railing (Physical Exhibit) | | | | |
| 15 | | | Disassembled Fiberon Composite Railing (Physical Exhibit) | | | | |
| 16 | | 01/08/02 | Plaintiff Andersen Corporation's Response to Defendant Fiber Composites' Prior Art Statement | | | | |
| 17 | | 11/01/01 | Defendant's Prior Art Statement with page 3 of Appendix A | 802; 403; 703, 705; see note 2 | 801(d)(2) | | X |
| 18 | | | Curriculum Vitae of Mohini Sain | 802; 703, 705; see notes 2 and 5 | 402; 702; 703 | | X |
| 19 | | 07/25/89 | Hopperdietzel, U.S. Patent 4,851,458 | | | | |
| 20 | | 08/25/71 | DE 2042176 | | | | |
| 21 | | | Certified Translation of DE 2042176 | 1002, 1003; 901, 802; 703, 705; 105 see notes 2, 4, 5 and 7 | 402; 801 (not hearsay); 803(8); 807 | | X |

| Deft. Number | Bates Range | Date | Description | Objection/ FRE Basis | FRE Basis for Admission | Admitted | Not Admitted |
|---|---|---|---|---|---|---|---|
| 22 | | 05/31/74 | French Patent 2,205,586 | | | | |
| 23 | | 10/08/75 | British Patent 1,409,187 | | | | |
| 24 | | 04/15/75 | Baumann et al., U.S. 3,878,143 | | | | |
| 25 | | 07/25/89 | Hopperdietzel, U.S. 4,851,458 | | | | |
| 26 | | 07/08/02 | Expert Report of Douglas J. Gardner and Shane O'Neill | 802; 402, 403; 705, 703; subject to motion in limine, note 1; see note 2; object calling this an "expert report" | 402; 702; 703 | | X |
| 27 | | 10/27/98 | Deaner et al., U.S. Patent 5,827,607 | | | | |
| 28 | | 08/03/99 | Deaner et al., U.S. Patent 5,932,334 | | | | |
| 29 | | 01/18/00 | Deaner et al., U.S. Patent 6,015,611 | | | | |
| 30 | | 01/18/00 | Deaner et al., U.S. Patent 6,015,612 | | | | |
| 31 | A 61390-61393 | 07/26/74 | Andersen Test Report No. 51-74 | | | | |
| 32 | A 11347-11348 | 09/16/92 | Andersen Test Report No. 043-92 | | | | |
| 33 | A 12026 | 01/08/69 | Andersen Test Report No. 5-69 | | | | |
| 34 | A 12027 | 04/01/69 | Andersen Test Report No. 25-69 | | | | |
| 35 | A 4810 | 01/29/82 | Andersen Test Report No. 12-84 | | | | |

| Deft. Number | Bates Range | Date | Description | Objection/ FRE Basis | FRE Basis for Admission | Admitted | Not Admitted |
|---|---|---|---|---|---|---|---|
| 36 | A 4809 | 12/19/ 83 | Andersen Test Report No. 30-84 | | | | |
| 37 | A 4812-4814 | 06/19/ 84 | Andersen Test Report No. 142-84 | | | | |
| 38 | A 4236 | | Andersen Test Data | | | | |
| 39 | A 4192-4194 | | Andersen Test Data | | | | |
| 40 (R) | A 66873-66875 | 10/24/ 74 | Letter to Ernst van der Pals from John O. Kohl | | | | |
| 41 (R) | | 05/00/ 74 | *Fill thermoplastics with wood*, Modern Plastics, Volume 51, Number 5 | | | | |
| 42 | A 53845-53849 | Fax line of 08/08/ 96 | Edited article sent by Assoc Publications: Fibres By Anissa Andersen Building Components Manufacturing | 1002, 1003, 802, 901, 106, 403 | 402 | | X |
| 43 | A 28794 | July 1991 | Organizational chart for Andersen Research & Produce Development Department | | | Subject to 105 and 106, see notes 6 and 7 | |
| 44 (R) | A 2379 | 08/27/ 92 | PS II Research Project Administrative Structure | | | Subject to 105 and 106, see notes 6 and 7 | |
| 45 | A 11446-11456 | 02/18/ 86 | Research Report No. 3-86 Stiffness Calculations for Engineered Stiles Project | | | | |
| 46 | A 11462-11463 | 06/12/ 86 | Andersen Test Report No. 131-86 | | | | |

| Deft. Number | Bates Range | Date | Description | Objection/ FRE Basis | FRE Basis for Admission | Admitted | Not Admitted |
|---|---|---|---|---|---|---|---|
| 47 | A 11340 | 08/10/87 | Andersen Test Report No. 177-87 | | | | |
| 48 | A 12013 | 08/30/73 | Memo from Don Garofalo to Jack Piepel, cc: VF, JW, JOK re Colored Perma-Shield Casement Experiment Job | | | | |
| 49 | A 12010-12012 | 09/24/73 | Unexecuted engagement letter from Jerry Wulf to Daniel Vannelli | | | | |
| 50 | A 12029 | 04/06/72 | Andersen Test Report No. 23-72 | | | | |
| 51 | A 4928-4929 | 12/13/76 | Andersen Test Report No. 99-76 | | | | |
| 52 | A 12030-12031 | 08/01/72 | Andersen Test Report No. 34-72 | | | | |
| 53 | A 11340 | 08/10/87 | Andersen Test Report No. 177-87 | | | | |
| 54 | A 12040-12047 | 02/27/75 | Andersen Test Report No. 10-75 | | | | |
| 55 | A 12009 | 12/31/76 | Weathering Request No. 34 | | | | |
| 56 | A 2662 | 03/20/74 | Memo from Jack Piepel to John O. Kohl, cc: JWulf, JPiepel re wood flour formulations used on first A-1 door profile extrusion run | | | | |

| Deft. Number | Bates Range | Date | Description | Objection/ FRE Basis | FRE Basis for Admission | Admitted | Not Admitted |
|---|---|---|---|---|---|---|---|
| 57 | A 12006-12008 | 04/21/73 | Letter form John O. Kohl to Art Korney, cc: JPiepel, EJohnson, JWulf, SGruetzman, JTanzilli, OReidl, WSmith re wood flour formulation | | | | |
| 58 | | 10/17/96 | Simonsen et al., *The Reaction of Boric Acid with Wood in a Polystyrene Matrix*, Journal of Applied Polymer Science, Volume 62, Number 3, pp. 501-508 | 402, 403, 802, 703, 705 | 402; 403 (not unduly prejudicial); 801 (not hearsay); 702; 703 | | X |
| 59 | | 1991 | Excerpts of wood references | | | Withdrawn | |
| 60 | | | Pages from Pulp & Paper Dictionary, Third Edition | Source not disclosed; objections reserved pending production of document | | Withdrawn | X |
| 61 | | 1994 | McGraw-Hill Dictionary of Scientific and Technical Terms, Fifth Edition, page 2174 | Source not disclosed; objections reserved pending production of document | | Withdrawn | X |
| 62 | | 08/06/02 | Web page: Wood World | | | Withdrawn | |
| 63 | | 08/06/02 | Web page: Second Chance Wood | | | Withdrawn | |
| 64 | | 08/26/02 | Expert Report of Christopher C. Barry | 802, 703, 705 | 402; 801 (not hearsay); 702; 703 | | X |

| Deft. Number | Bates Range | Date | Description | Objection/ FRE Basis | FRE Basis for Admission | Admitted | Not Admitted |
|---|---|---|---|---|---|---|---|
| 65 | | | Group Exhibit – Documents Considered by Christopher Barry (See Appendix A to Report) | Reserve objections pending disclosure and identification of actual documents intend to introduce; 802, 703, 705, 402, 403, 901, 1002, 1003, notes 1, 2, 5, 6, 7, and 8; Andersen also objects to the disclosure of its Annual Reports to the public | | | X |
| 66 | | | Exhibit 1 to Expert Report of Christopher Barry: Damage Calculation | 901, 802, 703, 705, note 2 | 402; 702; 703 | | X |
| 67 | | | Exhibit 2 to Expert Report of Christopher Barry: Sales (Short Period) | Object 803, 901, 703, 705; not offered under 1006; further object title "short period" and EMVR Sales subtitle argumentative; "value of Balusters/Spindles" and "Apportioned Sales" sections irrelevant under 402, 403, see notes 2, 5, and 7 | 402; 702; 703 | | X |
| 68 | | | Exhibit 2A to Expert Report of Christopher Barry: Inventory Calculation (12/31/00) | 802, 703, 705, notes 2 and 5 | 402; 702; 703 | | X |

| Deft. Number | Bates Range | Date | Description | Objection/ FRE Basis | FRE Basis for Admission | Admitted | Not Admitted |
|---|---|---|---|---|---|---|---|
| 69 | | | Exhibit 3 to Expert Report of Christopher Barry: Sales (Full Period) | Object 803, 901, 703, 705; not offered under 1006; further object title "full period" and EMVR Sales subtitle argumentative; "value of Balusters/Spindles" and "Apportioned Sales" sections irrelevant under 402, 403, see notes 2, 5, and 7 | 402; 702; 703 | | X |
| 70 | | | Exhibit 4 to Expert Report of Christopher Barry: Royalty Rate Calculations | 802, 703, 705, notes 2 and 5 | 402; 702; 703 | | X |
| 71 | | | Exhibit 4A to Expert Report of Christopher Barry: Unit Price Calculations for Average Rail Section and Post | 802, 703, 705, notes 2 and 5 | 402; 702; 703 | | X |
| 72 | | | Exhibit 5 to Expert Report of Christopher Barry: Curriculum Vitae of Christopher C. Barry | 802, 703, 705, notes 2 and 5 | 402; 702; 703 | | X |
| 73 | | | Exhibit 6 to Expert Report of Christopher Barry: Testimony of Christopher C. Barry – Last Four Years | 802, 703, 705, notes 2 and 5 | 402; 702; 703 | | X |
| 74 | A 55113-55122 | 11/10/95 | Draft Andersen Renewal 1996 Sales & Marketing Plan | | | Subject to 105, 106; see notes 6-7 | |

| Deft. Number | Bates Range | Date | Description | Objection/ FRE Basis | FRE Basis for Admission | Admitted | Not Admitted |
|---|---|---|---|---|---|---|---|
| 75 | A 57590-57663 | 04/02/98 | Renewal Board Update | | | Subject to 105, 106; see notes 6-7 | |
| 76 | A 65628-65668 | | Fibrex Presentation | | | Subject to 105, 106; see notes 6-7 and subject to removal of any "intentionally omitted" pages | |
| 77 | A 53795 | | Document entitled Andersen® Fibrex™ Decking Debuts | | | Subject to 105, 106; see notes 6-7 | |
| 78 | A 65749-65751 | 09/14/98 | Meeting minutes: Fibrex Non-Fenestation Opportunities | | | Subject to 105 (including instruction to jury regarding "redacted"), 106; see notes 6-7 | |
| 79 | A 62269-62270 | | Decking Project Plan – Customer Attribute Research | | | Subject to 105, 106; see notes 6-7 | |
| 80 | A 62271-62274 | 07/21/98 | Fibrex Decking Project Job Site Visit Summary Masterpiece Homes Steve Peters – Sales | | | Subject to 105, 106; see notes 6-7 | |
| 81 | A 62297-62305 | 05/28/98 | Decking Project – Preliminary Market Investigation Update | | | Subject to 105, 106; see notes 6-7 | |

| Deft. Number | Bates Range | Date | Description | Objection/ FRE Basis | FRE Basis for Admission | Admitted | Not Admitted |
|---|---|---|---|---|---|---|---|
| 82 | A 62503-62527 | 08/16/00 | Fibrex Decking Pilot | | | Subject to 105, 106; see notes 6-7 | |
| 83 | A 61797-61800 | | Andersen Fibrex Decking Pilot Consumer Research | | | Subject to 105, 106; see notes 6-7 | |
| 84 | A 62312-62329 | | Andersen Decking – Merchandising | | | Subject to 105, 106; see notes 6-7 | |
| 85 | A 61439-61461 | | Presentation: Andersen® Engineered Decking – Engineered to give you more. | | | Subject to 105, 106; see notes 6-7 | |
| 86 | A 61404-61429 | 11/00/01 | 2002 Fibrex Decking Business Plan | | | | |
| 87 | A 64121-64129 | 06/24/99 R | Executed License Agreement between Andersen and Formtech Enterprises | | | | |
| 88 | A 65593-65597 | | Decking Market, Tables 16-19, 11-15 | | | | |
| 89 | A 65588-65610 | | Decking Market, Tables 6-10, 16-19, 11-15, 1-5, 25-30 | | | | |
| 90 | A 65016 | 07/14/99 | Graph: Fibrex Opportunity Long Term Potential | | | | |

| Deft. Number | Bates Range | Date | Description | Objection/ FRE Basis | FRE Basis for Admission | Admitted | Not Admitted |
|---|---|---|---|---|---|---|---|
| 91 | A 45109-45110 | 01/13/99 | Memo to Jim O'Brien, Mike Deaner, Rod Williams from Mark Berglund re Thought on Moving Fibrex into the Full Commercialization Phase | | | Subject to 105, 106; see notes 6-7 | |
| 92 | A 53812-53814 | 01/00/00 | News Release: Fibrex™ Material from Andersen Corporation: Both Customer and Environmentally Friendly (marked up w/ handwritten notes) | | | Subject to 105, 106; see notes 6-7 | |
| 93 | A 54180 | 07/17/95 | Memo to All Members of Management from Jerry Wulf re F.A.R.M. (Future Andersen Replacement Market) Introduction of Renewal™ Window Solutions by Andersen | | | Subject to 105, 106; see notes 6-7 | |
| 94 | A 60839-60861 | | Presentation: Fibrex Commercialization (FARM – Main Street - Reposition N/L) | | | Subject to 105, 106; see notes 6-7 | |
| 95 | | | File history for U.S. Pat. No. 5,539,027 | 901, 802, 402, 403 | 402; 403 (not unduly prejudicial); 801 (not hearsay); 803(4); 807 | | X (in part) |
| 96 | | | Cited art for U.S. Pat. No. 5,539,027 (Group Exhibit) | | | | |

| Deft. Number | Bates Range | Date | Description | Objection/ FRE Basis | FRE Basis for Admission | Admitted | Not Admitted |
|---|---|---|---|---|---|---|---|
| 97 | | | File history for U.S. Pat. No. 5,486,553 | 901, 802, 402, 403 | 402; 403 (not unduly prejudicial); 801 (not hearsay); 803(4); 807 | | X (in part) |
| 98 | | | Cited art for U.S. Pat. No. 5,486,553 (Group Exhibit) | | | | |
| 99 | FC 29357 | | American Wood Fibers Technical Data Sheet | 901, 402, 403, 802, 703, 705 | 402; 403 (not unduly prejudicial); 801 (not hearsay) | | X |
| 100 | FC 30327 | | Email from American Wood Fibers | 901, 802, 402, 403, 703, 705 | 402; 403 (not unduly prejudicial); 801 (not hearsay) | | X |
| 101 | A46677-46679 | | Test Results - Modulus as a function of percent wood | | | | |
| 102 | A4181-4683 | | Test Results - Tensile and Elongation Test Data | | | | |
| 103 | A11359-11444 | | Barstad Lab. Notebook (1992) | | | | |
| 104 | A6797-7019 | | Plummer Lab. Notebook (1992) | | | | |
| 105 | A7020-7235 | | Plummer Lab. Notebook (1991) | | | | |
| 106 | A12554-12779 | | Deaner Lab Notebook | | | | |

| Deft. Number | Bates Range | Date | Description | Objection/ FRE Basis | FRE Basis for Admission | Admitted | Not Admitted |
|---|---|---|---|---|---|---|---|
| 107 | | | Plaintiff's Supplemental Answers to Defendant's First Set of Interrogatories | Subject to motions in limine, see note 1, 802; 402 (many of the interrogatories and responses are irrelevant); 403; reserve further objections pending disclosure of specific interrogatories Fiber Composites proposes come into evidence | 402; 801(d)(2) | | X |
| 108 | | | Andersen Corporation's Answers to Defendant's Second Set of Interrogatories | Subject to motions in limine, see note 1; 802; 402 (many of the interrogatories and responses are irrelevant); 403; reserve further objections pending disclosure of specific interrogatories Fiber Composites proposes come into evidence | 402; 801(d)(2) | | X |
| 109 | | | Plaintiff's Responses to Defendant's First Set of Requests for Admissions | Subject to motions in limine, see note 1; 402 (many of the interrogatories and responses are irrelevant); 403; reserve further objections pending disclosure of specific interrogatories Fiber Composites proposes come into evidence; 802 | 402; 801(d)(2) | | X |

| Deft. Number | Bates Range | Date | Description | Objection/ FRE Basis | FRE Basis for Admission | Admitted | Not Admitted |
|---|---|---|---|---|---|---|---|
| 110 | A28804-29115 | | Tensile Data | | | | |
| 111 | A29116-29229 | | Tensile and Equation Data | | | | |
| 112 | A12780-12904 | | Deaner Lab. Notebook | | | | |

Andersen's General Objections to Fiber Composites' Exhibit List

1. Fiber Composites has listed exhibits on its list that are subject to Andersen's motions in limine, including Motions to (a) Exclude All Evidence and Argument Regarding Its Prior Litigation and Licensing Agreement With Formtech (b) Exclude Documents, Exhibits and Testimony Related to the Vannelli Window (c) Preclude Mohini Sain From Testifying on Matters Not Contained in His Expert Report; (d) Exclude the Testimony of Fiber Composites' Expert Witnesses with Respect to Certain Andersen Test Reports and Technical Data; (e) Exclude Evidence of Alleged Inequitable Conduct; (f) Exclude the Testimony of Douglas J. Gardner; (g) Exclude All Evidence and Testimony Regarding Any Alleged Non-Infringing Alternative; (h) Exclude All Evidence and Argument Regarding U.S. Patents Nos. 6,015,612; 5,932,334; 5,827,607; and 6,015,611. Andersen incorporates all of the objections made in such motions in its references to note 1 in the chart below.
2. Andersen has raised hearsay objections to documents that are inadmissible hearsay if offered by Fiber Composites, but which may be admissible if offered by Andersen as admissions of Fiber Composites or for impeachment. Andersen reserves the right to offer in evidence trial exhibits that are hearsay or offered by Fiber Composites but which are admissible or offered by Andersen.
3. For US patents: 402, 403, 802. All alleged prior art references that are not referred to in Defendant's expert reports are the subject of a motion in limine. All prior art that is not included in Defendant's prior art statement is also objected to. Andersen reserves the right, however, to offer such references in rebuttal to show that Fiber Composites' alleged prior art references are cumulative of art disclosed and considered by the PTO or to use such references for purposes of impeachment.
4. For alleged prior art other than US patents: 402, 403, 802, 901, 1002, and 1003. All alleged prior art not relied upon by Fiber Composites that is not referred to in Defendant's expert reports are subject to a motion in limine. All prior art that is not included in Defendant's prior art statement is also objected to. Andersen reserves the right, however, to offer such references in rebuttal to show that Fiber Composites' alleged prior art references are cumulative of art disclosed and considered by the PTO or to use such references for purposes of impeachment
5. Andersen objects to the admission of certain documents that are relied upon by Fiber Composites' experts under Rules 703 and 705 because facts or data that are otherwise inadmissible shall not be disclosed to the jury; however, the expert in any event may be required to disclose the underlying facts or data in cross-examination.
6. Andersen reserves the right to object under Rule 106 when a writing or part thereof may require the introduction at that time of any other part or any other writing, which ought in fairness to be considered contemporaneously with it.
7. Andersen reserves the right to object under Rule 105 when evidence admissible as to one party or for one purpose but not admissible as to another party or for another purpose is admitted and will request the Court to restrict the evidence to its proper scope and instruct the jury accordingly. For example, certain documents listed by Fiber Composites may be used in cross-examination; however, the same documents may not be offered as evidence through any of Fiber Composites' witnesses, including fact witnesses.

8. Andersen reserves the right to object under Rules 402, 403 to certain content contained in voluminous exhibits such as Andersen's lab notebooks as these exhibits may include notations or entries that are irrelevant or unfairly prejudicial.
9. Andersen reserves the right to use objected to exhibits in cross-examination of Fiber Composites' witnesses, for purposes of impeachment, even though it will not seek to admit certain exhibits into evidence.