RECEIVED
APR 12 2005
CLERK U.S. DIST. COURT
ST.PAUL, MN.

00CV2548 JNE/JGL

SCANNED
APR 14 2005
U.S. DISTRICT COURT ST. PAUL

# PLAINTIFF ANDERSEN'S AMENDED TRIAL EXHIBIT LIST

**April 5, 2005**

| # | Description | Date | DX NO. | Bates | | Objection and Rule of Evidence | Rule of Evidence Supporting |
|---|---|---|---|---|---|---|---|
| 0001 | Certified Copy of USPN 5,539,027 | 07/23/1996 | | | | | |
| 0002 | Certified Copy of USPN 5,486,553 | 01/23/1996 | | | | | |
| 0003 | Letter from MN Dept. of Trade and Economic Development | 06/04/1992 | | A007918-A007919 | | | |
| 0004 | Letter from J. Wulf to All Members of Management | 07/17/1995 | 005 | A054180-A054181 | | | |
| 0005 | Advertisement: Renewal by Andersen | 01/00/1997 | 006 | A053801-A053804 | | | |
| 0006 | Advertisement: Renewal by Andersen | 02/00/1997 | | A053805-A053808 | | | |
| 0007 | Advertisement: Renewal by Andersen | 01/00/1997 | | A053809-A053810 | | | |
| 0008 | Advertisement: Renewal by Andersen | 00/00/0000 | | A053815-A053822 | | | |
| 0009 | Memo from Deaner to Koenig | 09/30/1991 | | A002536-A002539 | | | |
| 0010 | Renewal by Andersen: Long-Range Strategic Plan | 05/13/1997 | | A011206-A011216 | | | |
| 0011 | Fibrex Composite: A Better Alternative. A Better Window. | 00/00/1996 | | A011259-A011260 | | | |
| 0012 | Energy Efficiency Whole-Window Performance is Key. | 00/00/1997 | | A011280-A011283 | | | |
| 0013 | Memo to MEP Steering Committee | 02/05/1992 | | A011820-A011823 | | | |
| 0014 | Advertisement: | 03/21/2002 | | A064130- | | | |



Word 20129725.1

**PLAINTIFF ANDERSEN'S AMENDED TRIAL EXHIBIT LIST**
**April 5, 2005**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Millenium Windows | | | A064135 | | | |
| 0015 | **WITHDRAWN** | | | | | | |
| 0016 | Advertisement: Millenium Windows | 00/00/1997 | | A010807-A010808 | | | |
| 0017 | Advertisement: Renewal by Andersen | 00/00/1996 | | A010809-A010817 | | | |
| 0018 | Advertisement: Millenium Windows | 00/00/0000 | | A010830-A010831 | | | |
| 0019 | Advertisement: Millenium Windows | 00/00/0000 | | A010832-A010833 | | | |
| 0020 | Advertisement: Millenium Windows | 00/00/0000 | | A010834-A010835 | | | |
| 0021 | Advertisement: Millenium Windows | 00/00/0000 | | A010836-A010837 | | | |
| 0022 | Advertisement: Millenium Windows | 00/00/0000 | | A010838-A010839 | | | |
| 0023 | Advertisement: Millenium Windows | 00/00/0000 | | A010840-A010841 | | | |
| 0024 | Advertisement: Millenium Windows | 00/00/0000 | | A010845-A010846 | | | |
| 0025 | Andersen Fibrex Decking Debut | 00/00/0000 | 011 | A053795 | | | |
| 0026 | Advertisement: Renewal by Andersen | 00/00/0000 | | A010862-A010867 | | | |
| 0027 | Advertisement: Renewal by Andersen | 00/00/0000 | | A011248 | | | |
| 0028 | Advertisement: Renewal by Andersen | 00/00/1997 | | A011276-A011279 | | | |
| 0029 (R) | Advertisement: Renewal by Andersen | 00/00/1997 | | A011309-A011310 | | | |
| 0030 (R) | Advertisement: Renewal by Andersen | 00/00/0000 | | A011326-A011331 | | | |
| 0031 (R) | Advertisement: Renewal by Andersen | 00/00/0000 | | A066425-A066436 | | | |
| 0032 | Advertisement: Millenium Windows | 00/00/0000 | | A066454-A066455 | | | |



Word 20129725.1

**PLAINTIFF ANDERSEN'S AMENDED TRIAL EXHIBIT LIST**

**April 5, 2005**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 0033 R | Charter Permashield II Steering Committee | | | A008239 | | | |
| 0034 | Testing Results | 06/17/1992 | | A007851-A007852 | | | |
| 0035 | Memo from Piepel to Koenig, et al. | 03/21/1991 | | A011652-A011654 | | | |
| 0036 R | Letter from J. Kohl to Van Der Pals | 10/24/1974 | | A066873-A066875 | | | |
| 0037 R | Test Report Requested by John O. Kohl | 07/26/1974 | | A061390-A061393 | | | |
| 0038 | Fibrex Composite [Andersen Document] | 00/00/0000 | | A053871-A053884 | | | |
| 0039 | A Glossary of Wood by Thomas Corkhill | 00/00/0000 | | | | Lack of Relevant Rule 402; Hearsay Rule 801(a-c); Not produced during the litigation. | Plaintiff will not offer this document into evidence, but reserves the right to cross-examine witnesses using this document. |
| 0040 | Vita Technical Paper #47 Understanding Non-Fuel Uses of Wood Wastes by Jon Vogler | 09/19/2002 | | | | Authenticity Rule 901(a); Lack of Relevant Rule 402; Hearsay Rule 801(a-c); Not produced during the litigation. | Plaintiff will not offer this document into evidence, but reserves the right to cross-examine witnesses using this document. |
| 0041 | Tensile Test - Andersen Corp. | 08/07/1992 | | A028946 | | | |
| 0042 | Memo from Deaner to Koenig | 12/05/1991 | | A007772-A007775 | | | |

**PLAINTIFF ANDERSEN'S AMENDED TRIAL EXHIBIT LIST**
**April 5, 2005**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 0043 (R) | Aspen Research Corporation Lab Notebook | | | A012554-A012779 | | | |
| 0044 (R) | Fibrex Test Strip Sample | | | | | | |
| 0045 | Permashield Sample | | | | | | |
| 0046 (R) | Fibrex Pellets | | | | | | |
| 0047 (R) | Corner Piece Window Sample | | | | | | |
| 0048 | Piece Subsill FWHD Sample | | | | | | |
| 0049 | Fibrex Intermediary Sample | | | | | | |
| 0050 (R) | Fibrex Lineal Sample | | | | | | |
| 0051 (R) | Permashield Lineal Sample | | | | | | |
| 0052 | Easy Maintenance Fiberon Composite Deck & Porch Railing | 02/02/2001 | | FC28288-FC28289 | | | |
| 0053 | Performance Test Report | 01/21/2002 | | FC29683-FC29801 | | | |
| 0054 | Fiberon Composite Deck & Porch Railing Ad | 00/00/0000 | | | | | |
| 0055 | Fiberon "Your Deck for the Future" Ad | 01/25/2002 | | | | | |
| 0056 | Easy Maintenance Fiberon Composite Deck & Porch Railing | 11/00/2001 | | FC30221-FC30222 | | | |
| 0057 | Fiberon Ads, Warranty, & Maintenance Docs (Easy Maintenance Fiberon Composite Deck & Porch Railing) | 02/00/2001 | | FC28284-FC28291 | | | |
| 0058 | Fiber Composite | 08/06/2001 | | | | | |

**PLAINTIFF ANDERSEN'S AMENDED TRIAL EXHIBIT LIST**
**April 5, 2005**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Webpages | | | | | | |
| 0059 | Fiberon Pamphlet (Easy Maintenance Fiberon Composite Deck & Porch Railing) | 12/14/2001 | | FC28905-FC28906 | | | |
| 0060 | Rail and Post Installation Instructions | 00/00/0000 | 007 | | | | |
| 0061 | Fiber Composites Website "Your Deck for the Future" | 01/25/2002 | 019 | | | | |
| 0062 | Fiberon Physical Properties - Railing | 00/00/0000 | | US Fence 023 | | | |
| 0063 | Email from Paul O'Reilly to Doug Mancosh | 01/31/2002 | | US Fence 144-145 | | | |
| 0064 | Fiberon Deck and Porch Railings Ad | 03/01/1999 | | US Fence 082 | | | |
| 0065 | Fiberon Composite Rail System Ad | 00/00/0000 | | US Fence 083 | | | |
| 0066 | Fiberon Decking and Railing Ad | 00/00/0000 | | US Fence 085 | | | |
| 0067 | Product Tracking Documents | | | ARC 00055-57; ARC 00313 | | | |
| 0068 | Easy Maintenance Fiberon Composite Deck & Porch Railing | | 054 | FC30154-FC30161 | | | |
| 0069 | Memo to Jim Przybylinski from Douglas Mancosh | 08/15/1999 | 040 | FC29004-FC29008 | | | |
| 0070 | Memo to Jim Przybylinski from PKD | 07/18/2000 | 041 | FC29066-FC29067 | | | |
| 0071 | Raw Material Codes | 02/09/2000 | 010 | FC29106 | | | |
| 0072 | Architectural Testing | 08/22/2001 | 024 | FC29359-FC29360 | | | |
| 0073 (R) | Excerpts from Fiber | | 085 | FC30151 | | | |



Word 20129725.1

**PLAINTIFF ANDERSEN'S AMENDED TRIAL EXHIBIT LIST**
**April 5, 2005**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Composites Article | | | | | | |
| 0074 | Formulas Used In Production By Month | 08/21/2001 | 006 | FC28280 | | | |
| 0075 | Fiber Composites - A Composite of Another Sort | | 086 | FC39052 | | | |
| 0076 | Formula 120902 | 00/00/0000 | | FC29616 | | | |
| 0077 | Formula 121801 | 00/00/0000 | | FC29619 | | | |
| 0078 | Cost/Usage 120804 | 12/08/2000 | | FC41913 | | | |
| 0079 | Formula 121802 | 00/00/0000 | | FC29620 | | | |
| 0080 | Cost/Usage 121802 | 12/18/2000 | | FC29643 | | | |
| 0081 | Formula 121803 | 00/00/0000 | | FC29621 | | | |
| 0082 | Formula 1010901 | 00/00/0000 | | FC29411 | | | |
| 0083 | Cost/Usage 1010901 | 01/09/2001 | | FC29447 | | | |
| 0084 | Cost/Usage 1010901 | 01/09/2001 | | FC41914 | | | |
| 0085 | Formula 1011502 | 00/00/0000 | | FC29414 | | | |
| 0086 | Cost/Usage 1011501 | 01/15/2001 | | FC29448 | | | |
| 0087 | Cost/Usage 1011501 | 01/15/2001 | | FC41915 | | | |
| 0088 | Formula 1010902 | 00/00/0000 | | FC29412 | | | |
| 0089 | Formula 1011902 | 00/00/0000 | | FC29416 | | | |
| 0090 | Cost/Usage 1011901/1011902 | 01/18/2001 | | FC29449 | | | |
| 0091 | Formula 1011902 | 02/25/2001 | | FC29417 | | | |
| 0092 | Cost/Usage 1011901/1011902 | 01/18/2001 | | FC41916 | | | |
| 0093 | Formula 1011901 | 01/19/2001 | | FC29415 | | | |
| 0094 | Formula 1011501 | 01/15/2001 | | FC29413 | | | |
| 0095 | Formula 120801 | 00/00/0000 | | FC29615 | | | |
| 0096 | Cost/Usage 120401 | 12/04/2000 | | FC29639 | | | |
| 0097 | Cost/Usage 120401 | 12/08/2000 | | FC41909 | | | |
| 0098 | Formula 1021301 | 02/13/2001 | | FC29418 | | | |
| 0099 | Cost/Usage 1021301 | 02/14/2001 | | FC29450 | | | |
| 0100 | Formula 1021302 | 02/13/2001 | | FC29419 | | | |
| 0101 | Formula 1022801 | 02/28/2001 | | FC29423 | | | |
| 0102 | Formula 1022801 | 02/25/2001 | | FC29424 | | | |
| 0103 | Cost/Usage | 02/28/2001 | | FC29452 | | | |



Word 20129725.1

**PLAINTIFF ANDERSEN'S AMENDED TRIAL EXHIBIT LIST**
**April 5, 2005**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | 1022706/1022801 | | | | | | |
| 0104 | Cost/Usage 1022801 | 03/06/2001 | | FC29453 | | | |
| 0105 | Cost/Usage 1022801 | 03/19/2001 | | FC29454 | | | |
| 0106 | Cost/Usage 1022801 | 03/19/2001 | | FC41920 | | | |
| 0107 | Cost/Usage 1022706/1022801 | 02/28/2001 | | FC41919 | | | |
| 0108 | Formula 1022802 | 02/25/2001 | | FC29425 | | | |
| 0109 | Formula 1031902 | 02/25/2001 | | FC29427 | | | |
| 0110 | Cost/Usage 1031901/1031902 | 03/19/2001 | | FC41926 | | | |
| 0111 | Formula 1031901 | 02/25/2001 | | FC29426 | | | |
| 0112 | Formula 1032009 | 02/25/2001 | | FC29436 | | | |
| 0113 | Cost/Usage 1032009/1032010 | 03/19/2001 | | FC29461 | | | |
| 0114 | Formula 1032001 | 02/25/2001 | | FC29428 | | | |
| 0115 | Cost/Usage 1032001 | 03/19/2001 | | FC29456 | | | |
| 0116 | Formula 1032004 | 02/25/2001 | | FC29431 | | | |
| 0117 | Cost/Usage 1032003/1032004 | 03/19/2001 | | FC41924 | | | |
| 0118 | Formula 1032008 | 02/25/2001 | | FC29435 | | | |
| 0119 | Cost/Usage 10320017/103008 | 03/19/2001 | | FC29460 | | | |
| 0120 | Cost/Usage 1032007/1032008 | 03/19/2001 | | FC41921 | | | |
| 0121 | Formula 1032007 | 02/25/2001 | | FC29434 | | | |
| 0122 | Formula 1032003 | 02/25/2001 | | FC29430 | | | |
| 0123 | Formula 1032006 | 02/25/2001 | | FC29433 | | | |
| 0124 | Cost/Usage 1032005/1032006 | 05/30/2001 | | FC29459 | | | |
| 0125 | Cost/Usage 1032005/1032006 | 03/19/2001 | | FC41923 | | | |
| 0126 | Cost/Usage 1032005/1032006 | 05/30/2001 | | FC41930 | | | |
| 0127 | Formula 1041701 | 02/25/2001 | | FC29441 | | | |
| 0128 | Cost/Usage 1041201/1041701 | 04/17/2001 | | FC29465 | | | |



Word 20129725.1

**PLAINTIFF ANDERSEN'S AMENDED TRIAL EXHIBIT LIST**
**April 5, 2005**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 0129 | Cost/Usage 1041201/1041701 | 04/17/2001 | | FC41929 | | | |
| 0130 | Cost/Usage 1041201 | 04/12/2001 | | FC29464 | | | |
| 0131 | Formula 011101 | 00/00/0000 | | **FC29467** | | | |
| 0132 | Production Records | | | FC15896-FC15897, FC15899-FC15901, FC15905-FC15906, FC15910, FC15925 | | | |
| 0133 | Production Records | 11/00/2000 | | FC08494-FC08547 | | | |
| 0134 | Production Records | 12/00/2000 | | FC06874-FC07003 | | | |
| 0135 | Production Records | | | FC09084, FC09090-FC09092, FC09094, FC09098, FC09134, FC09140 | | | |
| 0136 | Production Records Produced By Fiber Composites for November and December 2000 | | | **FC005750-FC008493; FC009037-FC009083** | | | |
| 0137 | Partial Requirements for Southern Building Code Congress Int'l Public Safety and Evaluation Services, Inc. Fiberon Guardrail Systems Supporting Data Quality Assurance Manual | 02/19/2002 | | **FC029802-FC030149** | | | |

**PLAINTIFF ANDERSEN'S AMENDED TRIAL EXHIBIT LIST**
**April 5, 2005**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 0138 | Photo of Repro | 00/00/0000 | | | | | |
| 0139 | Repro Sample | | | | | | |
| 0140 | Fibron PVC Spindle Sample | | | | | | |
| 0141 | Post 32305, 117252 Sample | | | | | | |
| 0142 | Deluxe Rail Item 3, 32305, 117253 | | | | | | |
| 0143 | Testing Piece, 890-3-CAP, 117253 32305 | | | | | | |
| 0144 | Testing Piece, Post 32305, 117252 | | | | | | |
| 0145 | Bottom Rail Item 3-1, 32305, 117254 | | | | | | |
| 0146 | Testing Piece Bottom Rail Item 3, 32305, 117254 | | | | | | |
| 0147 | Testing Piece Top Rail 32305, 117226 | | | | | | |
| 0148 | Testing Piece Bottom Rail 32305, 117227 | | | | | | |
| 0149 | Strip 32305, 117225 | | | | | | |
| 0150 | Testing Piece Post 32305, 117225 | | | | | | |
| 0151 | Testing Piece Post 32305, 117229 | | | | | | |
| 0152 (R) | Fiber Composites Revenue Summaries and Quantity Summaries: Exhibit C to Ludington Expert Report [Rule 1006 Summary, underlying documents [FC030228-235; FC030236-243] | 07/12/2002 | | | | | |



Word 20129725.1

**PLAINTIFF ANDERSEN'S AMENDED TRIAL EXHIBIT LIST**
**April 5, 2005**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 0153 | Fiber Composites Revenue Summaries, Selling Price Summaries, and Quantity Summaries: Exhibit D to Ludington Expert Report [Rule 1006 Summary, underlying documents FC028292; FC030228-235; FC030236-243] | 07/12/2002 | | | | | |
| 0154 | Fiber Composites Home Depot and Lowes Sales Summaries: Exhibit E to Ludington Expert Report [Rule 1006 Summary, underlying documents FC038961; FC030236-243; FC030236-243] | 07/12/2002 | | | | | |
| 0155 | Fiber Composites Dollar Cost Summaries: Exhibit F to Ludington Expert Report | 07/12/2002 | | | | | |
| 0156 | Fiber Composites Gross Profit Summaries: Exhibit G to Ludington Expert Report [Rule 1006 Summary, underlying documents FC028292; FC030228-235; | 07/12/2002 | | | | | |

**PLAINTIFF ANDERSEN'S AMENDED TRIAL EXHIBIT LIST**
**April 5, 2005**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | FC030236-243] | | | | | | |
| 0157 | Fiber Composites GP Summaries: Exhibit H to Ludington Expert Report [Rule 1006 Summary, underlying documents FC030228-235; FC030236-243; FC030236-243] | 07/12/2002 | | | | | |
| 0158 | Fiber Composites Production, Labor, and Overhead Summary: Exhibit I to Ludington Expert Report | 07/12/2002 | | | | | |
| 0159 | Fiber Composites Statements of Operations External Financial Statements Summary: Exhibit J to Ludington Expert Report [Rule 1006 Summary, underlying documents FC028843, 50-51; FC042057, 67-68; fc042057, 67-68] | 07/12/2002 | | | | | |
| 0160 | Fiber Composites Statements of Earnings / Income Statements Internal Financial Statements Summaries: Exhibit K to Ludington Expert Report [Rule 1006 Summary, underlying | 07/12/2002 | | | | | |

**PLAINTIFF ANDERSEN'S AMENDED TRIAL EXHIBIT LIST**

**April 5, 2005**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | documents FC028626; FC028815; FC028887; FC028901] | | | | | | |
| 0161 | Fiber Composites Balance Sheets External Financial Statements Summaries: Exhibit L to Ludington Expert Report [Rule 1006 Summary, underlying documents FC028842; FC042056; FC042056] | 07/12/2002 | | | | | |
| 0162 | Fiber Composites Formula Summary Chart: Exhibit N to Ludington Expert Report [Rule 1006 Summary, underlying documents FC41904, FC41902, FC41905, FC41909, FC41915, FC41916, FC41917, FC41922, FC41926, FC41929, FC41933, FC41934, FC41935, FC41936, FC41897, FC41898, FC41901, FC41900, FC41889, FC41927, FC41928, FC41929, FC41896, FC41903, FC41906, FC41908, FC41911, | 07/12/2002 | | | | | |

**PLAINTIFF ANDERSEN'S AMENDED TRIAL EXHIBIT LIST**
**April 5, 2005**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | FC41913, FC41907, FC41912, FC41914, FC41918, FC41919, FC41920, FC41921, FC41923, FC41924, FC41925, FC41930, FC41931, FC41932] | | | | | | |
| 0163 | Fiber Composites Manufactured Railing Inventory: Exhibit O to Ludington Expert Report [Rule 1006 Summary, underlying documents FC41968, FC41846, FC41967] | | | | | | |
| 0164 | Fiber Composites Inventory Material Cost: Exhibit P to Ludington Expert Report [Rule 1006 Summary, underlying documents FC41844, FC41968, FC41967, FC41846, FC30228-235, FC30236-243, FC30454-456] | | | | | | |
| 0165 (R) | Fiber Composites Inventory Sales Dollars: Exhibit Q to Ludington Expert Report [Rule 1006 Summary, underlying documents FC41844, FC41968, FC41967, FC41846, FC30228-235, FC30236-243, FC30454-456] | | | | | | |

**PLAINTIFF ANDERSEN'S AMENDED TRIAL EXHIBIT LIST**
**April 5, 2005**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 0166 (R) | Fiber Composites Infringing Sales November 16, 2000 - December, 2001: Exhibit R to Ludington Expert Report [Rule 1006 Summary, underlying documents FC30228-235, FC30236-243] | | | | | | |
| 0167 | Fiber Composites Infringing Sales November 16, 2000 - December, 2001: Exhibit S to Ludington Expert Report [Rule 1006 Summary, underlying documents FC30228-235, FC30236-243] | | | | | | |
| 0168 | Memo To Doug Mancosh from Paul O'Reilly | 11/05/1999 | | FC39185-FC39186 | | | |
| 0169 | Memo from Doug Mancosh to George Stauffer | 04/22/1999 | | FC28179-FC28182 | | | |
| 0170 | Letter from Douglas Mancosh to Strandex Corp. | 01/25/1999 | | FC28193 | | | |
| 0171 (R) | Fax from Doug Mancosh to George Stauffer | 10/09/1998 | | FC28204-FC28209 | | | |
| 0172 | Letter to Al England at Strandex Corp. | 07/30/1998 | | FC28220-FC28222 | | | |
| 0173 | Fax from Doug Mancosh to George Stauffer | 11/10/1998 | | FC28229-FC28233 | | | |



Word 20129725.1

**PLAINTIFF ANDERSEN'S AMENDED TRIAL EXHIBIT LIST**
**April 5, 2005**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 0174 | License Agreement between Strandex Corp. and Fiber Composites Corp. | 08/01/1997 | | FC28239-FC28279 | | | |
| 0175 | Test Report Requested by J. Lifshits | 08/10/1987 | 008 | A011340 | | | |
| 0176 | Summary of Fibrex Products | 06/18/2001 | | A053123-A053124 | | | |
| 0177 | Andersen Engineered Decking | 00/00/0000 | 019 | A061430-A061461 | | | |
| 0178 | PCRS Plastics Industry Report | 00/00/00 | | A027096-A027287 | | Lack of Relevance Rule 402; Prejudicial Rule 403; Hearsay Rule 801(a-c); Authenticity Rule 901(a) | Plaintiff will not offer this document into evidence, but Andersen's expert may refer to this document during direct testimony. |
| 0179 | *Plastics News* Article | 03/25/2002 | | | | | |
| 0180 | *Plastics News* Article | 06/22/1992 | | | | | |
| 0181 | Easy Maintenance Fiberon Composite Decking - Professional Series Fiberail Composite Railing: Sales Resource Guide | 12/00/2001 | | FC38985-FC39059 | | | |
| 0182 | *Plastics News* Article | 02/25/2002 | | | | | |
| 0183 | Memo from Paul O'Reilly to Doug Mancosh | 12/13/1999 | | US Fence 126 | | | |
| 0184 | Fiber Composites, LLC Financial Statements December | 12/31/1999 | | FC28852-FC28864 [FC28857] | | | |



Word 20129725.1

**PLAINTIFF ANDERSEN'S AMENDED TRIAL EXHIBIT LIST**
**April 5, 2005**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | 31, 1999 | | | | | | |
| 0185 | Fiber Composites Corporation: US Fence Mtg | | | U.S. Fence 063-069 | | | |
| 0186 | Fiber Composites Operating Costs | 01/18/2001 | | FC41816-FC41848 | | | |
| 0187 | Fiber Composites Labor Capitalization Calculation | 01/18/2001 | | FC41978 | | | |
| 0188 | Memo from Paul O'Reilly to Dianne Przybylinski | 11/18/1998 | | U.S. Fence 032 | | | |
| 0189 | Andersen Corporation Profile | | | | | | |
| 0190 | Home Depot Profile | | | | | | |
| 0191 | Articles re: Lowe's. | | | | | | |
| 0192 | Financial Related Documents | 07/12/2002 | | FC28292 | | | |
| 0193 | Financial Related Documents | 07/12/2002 | | FC30228-243 | | | |
| 0194 | Financial Related Documents | 07/12/2002 | | FC28626-FC28627 | | | |
| 0195 | Financial Related Documents | 07/12/2002 | | FC28815-FC28818 | | | |
| 0196 | Financial Related Documents | 07/12/2002 | | FC28887-FC28888 | | | |
| 0197 | Financial Related Documents | 07/12/2002 | | FC28901-FC28902 | | | |
| 0198 | Fiber Composites, LLC Financial Statements December 31, 1998 | 12/31/1998 | | FC28840-FC28851 [FC28842] | | | |
| 0199 | Independent Auditors' Report | 02/01/2001 | | FC42055-FC42068 [FC42056] | | | |
| 0200 | Lowes Meeting Notes | 10/11/2001 | | FC38961 [from | | | |



Word 20129725.1

**PLAINTIFF ANDERSEN'S AMENDED TRIAL EXHIBIT LIST**
**April 5, 2005**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | CD] | | | |
| 0201 | Fiber Composites Corporation Balance Sheet | 12/31/1998 | | FC28614 | | | |
| 0202 | Home Depot 2000 | 03/12/2002 | | FC30454-FC30456 | | | |
| 0203 | Cost/Usage 092701/092702 | 11/09/2000 | | FC41896 | | | |
| 0204 | Cost/Usage Repro Rails | 11/09/2000 | | FC41897 | | | |
| 0205 | Cost/Usage 111002 | 11/10/2000 | | FC41898 | | | |
| 0206 | Cost/Usage 111004 | 11/10/2000 | | FC41899 | | | |
| 0207 | Cost/Usage 111004 | 11/13/2000 | | FC41900 | | | |
| 0208 | Cost/Usage 111301 | 11/13/2000 | | FC41901 | | | |
| 0209 | Cost/Usage 120101 | 12/01/2000 | | FC41902 | | | |
| 0210 | Cost/Usage 111503 | 11/15/2000 | | FC41903 | | | |
| 0211 | Cost/Usage 111004 | 11/15/2000 | | FC41904 | | | |
| 0212 | Cost/Usage 111302 | 11/15/2000 | | FC41905 | | | |
| 0213 | Cost/Usage 120401 | 12/04/2000 | | FC41906 | | | |
| 0214 | Cost/Usage 120804 | 12/08/2000 | | FC41907 | | | |
| 0215 | Cost/Usage 120802 | 12/08/2000 | | FC41908 | | | |
| 0216 | Cost/Usage 120806 | 12/18/2000 | | FC41910 | | | |
| 0217 | Cost/Usage 121804 | 12/18/2000 | | FC41911 | | | |
| 0218 | Cost/Usage 1022704 | 02/28/2001 | | FC41918 | | | |
| 0219 | Cost/Usage 1032101 | 03/22/2001 | | FC41927 | | | |
| 0220 | Cost/Usage 1041201 | 04/12/2001 | | FC41928 | | | |
| 0221 | Cost/Usage 1062901 | 06/28/2001 | | FC41931 | | | |
| 0222 | Cost/Usage 1072602 | 07/26/2001 | | FC41932 | | | |
| 0223 | Cost/Usage 2010304 | 01/03/2002 | | FC41933 | | | |
| 0224 | Cost/Usage 2010304/2010305 | 01/03/2002 | | FC41934 | | | |
| 0225 | Cost/Usage 2010306/2010307 | 01/03/2002 | | FC41935 | | | |
| 0226 | Cost/Usage 2021901 | 02/19/2002 | | FC41936 | | | |
| 0227 | Monthly Sales Report | 12/31/2000 | | FC41952 | | | |
| 0228 | 12/31/2000 Inventory | 01/17/2001 | | FC41967 | | | |



Word 20129725.1

**PLAINTIFF ANDERSEN'S AMENDED TRIAL EXHIBIT LIST**
**April 5, 2005**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | - Manufactured Railing | | | | | | |
| 0229 | 12/31/99 Inventory - Manufactured Railing | 01/17/2001 | | FC41968 | | | |
| 0230 | Labor Capitalization Calculation | 01/23/2001 | | FC42012 | | | |
| 0231 | Plastic and Composite Lumber, Decking and Fencing 2000-2004 | 04/00/2001 | | A061051-A061219 | | | |
| 0232 | Wood Composites in Decking Structures | 00/00/0000 | | A061220-A061377 | | | |
| 0233 | Letter from Stauffer to Mancosh | 11/04/1998 | | FC28197-FC28203 | | | |
| 0234 | Memorandum re: Strandex | 07/23/1998 | | FC28223-FC28224 | | | |
| 0235 | Memo to Fred Costello from Doug Mancosh | 11/06/1999 | 058 | FC30223-FC30224 | | | |
| 0236 | USPN 5,516,472 | 05/14/1996 | | | | | |
| 0237 | Aspen Test Report | 00/00/0000 | | | | Lack of Relevance Rule 402; Prejudicial Rule 403; Hearsay Rule 801(a-c); Additional objections reserved until inspection | Plaintiff will not offer this document into evidence. |
| 0238 | SaiN M. & Kokta, B.V., "Study on Molecular Interaction in Polyfunctional Maleimide - Modified Polypropylene/Pulp Composites by ESCA, | 01/25/1993 | | | | | |

**PLAINTIFF ANDERSEN'S AMENDED TRIAL EXHIBIT LIST**
**April 5, 2005**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | FTIR, and PSC," *Journal of Adhesion Science and Technology* | | | | | | |
| 0239 | Sain, M. & Kokta, B.V., "Effect of Solid-State Modified Polypropylene on the Physical Performance of Sawdust-Filled Polypropylene Composites," *Advances in Polymer Technology* | 00/00/1993 | | | | | |
| 0240 | Sain, M. et al. "Effect of Reactive Additives on the Performance of Cellulose Fiber-Filled Polypropylene Composites," *Journal of Adhesion Science and Technology* | 09/04/1992 | | | | | |
| 0241 | Sain, M. & Kokta, B.V., "Toughened Thermoplastic Composite.I. Cross-Linkable Phenol Formaldehyde and Epoxy Resins-Coated Cellulosic-Filled Polypropylene Composites," *Journal of Applied Polymer Science* | 06/20/1993 | | | | | |
| 0242 | Sain, M. & Kokta, B.V., "Structure-Property | 00/00/1994 | | | | | |

**PLAINTIFF ANDERSEN'S AMENDED TRIAL EXHIBIT LIST**
**April 5, 2005**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Relationships of Wood Fiber-Filled Polypropylene Composite," *Polymer-Plastics Technology and Engineering* | | | | | | |
| 0243 | Pulp and Paper Dictionary, Third Edition | 00/00/0000 | 114 | | | | |
| 0244 | Mcgraw-Hill Dictionary of Scientific and Technical Terms | 00/00/1994 | 115 | | | | |
| 0245 | Web page | 08/06/2002 | 117 | | | | |
| 0246 | "Knock Wood Its Future is Bright in Plastic Building Products," *Plastics Technology* | 03/00/1999 | | A040882-A040889 | | | |
| 0247 | Article: www.hemptown.com | | | | | | |
| 0248 | Article: www.schoolfinder.com | 09/30/2003 | | | | | |
| 0249 R | Fax from Przybylinski to Alanis | 10/05/2000 | 006 | PolyOne 08-10 | | | |
| 0250 | Memo to Przybylinski from Alanis | 10/06/2000 | | Poly One 62 | | | |
| 0251 | Fax from Przybylinski to Alanis | 10/05/2000 | 013 | PolyOne 08-10 | | | |
| 0252 R | E-mail from James Pajer | 02/15/2000 | 017 | PolyOne 140-141 | | | |
| 0253 | Memo to Customers of PolyOne's PVC Compound | 10/06/2000 | 018 | PolyOne 85 | | | |
| 0254 R | E-mail from Kim Alanis to Roman Hawryiko | 02/15/2000 | 009 | PolyOne 34-35 | | | |

**PLAINTIFF ANDERSEN'S AMENDED TRIAL EXHIBIT LIST**
**April 5, 2005**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 0255 | E-mail from Joe Powell to Kim Alanis | 11/30/2000 | 010 | PolyOne 28 | | | |
| 0256 | E-mail from Joe Powell to Kim Alanis | 11/30/2000 | 011 | PolyOne 32, PolyOne 30 | | | |
| 0257 | E-mail from Paul Brestelli to Kim Alanis | 11/30/2000 | 012 | PolyOne 31 | | | |
| 0258 | E-mail from Otto Rihtaric | 03/23/2001 | 014 | PolyOne 45-46 | | | |
| 0259 | Visit Report | 05/04/2001 | 015 | PolyOne 165 | | | |
| 0260 | USPN 2,188,396 | | | A000374-A000375 | | | |
| 0261 | USPN 2,489,373 | | | A000376-A000380 | | | |
| 0262 | USPN 2,519,442 | | | A000381-A000383 | | | |
| 0263 | USPN 2,558,378 | | | A000384-A000386 | | | |
| 0264 | USPN 2,635,976 | | | A000387-A000393 | | | |
| 0265 | USPN 2,680,102 | | | A000394-A000396 | | | |
| 0266 | USPN 2,789,903 | | | A000397-A000398 | | | |
| 0267 | USPN 2,926,729 | | | **A000399-A000403** | | | |
| 0268 | USPN 2,935,763 | | | **A000404-A000409** | | | |
| 0269 | USPN 3,287,480 | | | A000410-A000412 | | | |
| 0270 | USPN 3,308,218 | | | A000413-A000418 | | | |
| 0271 | USPN 3,309,444 | | | A000419-A000423 | | | |
| 0272 | USPN 3,349,538 | | | A000429-A000433 | | | |
| 0273 | USPN 3,432,885 | | | A000424- | | | |



Word 20129725.1

**PLAINTIFF ANDERSEN'S AMENDED TRIAL EXHIBIT LIST**
**April 5, 2005**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | A000428 | | | |
| 0274 | USPN 3,492,388 | | | A000434-A000438 | | | |
| 0275 | USPN 3,493,527 | | | A000439-A000443 | | | |
| 0276 | USPN 3,562,373 | | | A000444-A000448 | | | |
| 0277 | USPN 3,645,939 | | | A000449-A000454 | | | |
| 0278 | USPN 3,671,615 | | | A000455-A000459 | | | |
| 0279 | USPN 3,833,325 | | | A000460-A000466 | | | |
| 0280 | USPN 3,878,143 | | | A000467-A000469 | | | |
| 0281 | USPN 3,888,810 | | | A000470-A000473 | | | |
| 0282 | USPN 3,899,559 | | | A000474-A000477 | | | |
| 0283 | USPN 3,904,726 | | | A000478-A000481 | | | |
| 0284 | USPN 3,931,384 | | | A000482-A000488 | | | |
| 0285 | USPN 3,943,079 | | | A000489-A000497 | | | |
| 0286 | USPN 3,956,541 | | | A000498-A000502 | | | |
| 0287 | USPN 3,956,555 | | | A000503-A000509 | | | |
| 0288 | USPN 3,969,459 | | | A000510-A000513 | | | |
| 0289 | USPN 4,005,162 | | | A000514-A000518 | | | |
| 0290 | USPN 4,012,348 | | | A000519-A000526 | | | |
| 0291 | USPN 4,016,232 | | | A000527- | | | |



Word 20129725.1

# PLAINTIFF ANDERSEN'S AMENDED TRIAL EXHIBIT LIST
April 5, 2005

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | A000531 | | | |
| 0292 | USPN 4,018,722 | | | A000532-<br>A000536 | | | |
| 0293 | USPN 4,033,913 | | | A000537-<br>A000542 | | | |
| 0294 | USPN 4,045,603 | | | A000543-<br>A000546 | | | |
| 0295 | USPN 4,056,591 | | | A000547-<br>A000559 | | | |
| 0296 | USPN 4,058,580 | | | A000560-<br>A000570 | | | |
| 0297 | USPN 4,071,479 | | | A049580-<br>A049591 | | | |
| 0298 | USPN 4,097,648 | | | A000577-<br>A000581 | | | |
| 0299 | USPN 4,102,106 | | | A000582-<br>A000586 | | | |
| 0300 | USPN 4,115,497 | | | A000587-<br>A000590 | | | |
| 0301 | USPN 4,145,389 | | | A000591-<br>A000610 | | | |
| 0302 | USPN 4,168,251 | | | A000611-<br>A000614 | | | |
| 0303 | USPN 4,181,764 | | | A000615-<br>A000618 | | | |
| 0304 | USPN 4,187,352 | | | A000619-<br>A000623 | | | |
| 0305 | USPN 4,203,876 | | | A000624-<br>A000627 | | | |
| 0306 | USPN 4,228,116 | | | A000628-<br>A000634 | | | |
| 0307 | USPN 4,239,679 | | | A000635-<br>A000640 | | | |
| 0308 | USPN 4,244,903 | | | A000641-<br>A000644 | | | |
| 0309 | USPN 4,248,743 | | | A000645- | | | |

**PLAINTIFF ANDERSEN'S AMENDED TRIAL EXHIBIT LIST**
**April 5, 2005**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | A000653 | | | |
| 0310 | USPN 4,248,820 | | | A000654-<br>A000658 | | | |
| 0311 | USPN 4,250,222 | | | A000659-<br>A000664 | | | |
| 0312 | USPN 4,263,184 | | | A000665-<br>A000675 | | | |
| 0313 | USPN 4,273,688 | | | A000676-<br>A000680 | | | |
| 0314 | USPN 4,277,428 | | | A000681-<br>A000687 | | | |
| 0315 | USPN 4,281,039 | | | A000688-<br>A000693 | | | |
| 0316 | USPN 4,290,988 | | | A000694-<br>A000700 | | | |
| 0317 | USPN 4,305,901 | | | A000701-<br>A000704 | | | |
| 0318 | USPN 4,311,554 | | | A000705-<br>A000709 | | | |
| 0319 | USPN 4,311,621 | | | A000710-<br>A000716 | | | |
| 0320 | USPN 4,328,136 | | | A000717-<br>A000729 | | | |
| 0321 | USPN 4,376,144 | | | A000730-<br>A000737 | | | |
| 0322 | USPN 4,382,108 | | | A000738-<br>A000743 | | | |
| 0323 | USPN 4,393,020 | | | A000744-<br>A000749 | | | |
| 0324 | USPN 4,414,267 | | | A000750-<br>A000755 | | | |
| 0325 | USPN 4,420,351 | | | A000756-<br>A000758 | | | |
| 0326 | USPN 4,426,470 | | | A000759-<br>A000764 | | | |
| 0327 | USPN 4,440,708 | | | A000765- | | | |



Word 20129725.1

**PLAINTIFF ANDERSEN'S AMENDED TRIAL EXHIBIT LIST**

**April 5, 2005**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | A000774 | | | |
| 0328 | USPN 4,454,091 | | | A000775-A000779 | | | |
| 0329 | USPN 4,455,709 | | | A048643-A048646 | | | |
| 0330 | USPN 4,481,701 | | | A000781-A000796 | | | |
| 0331 | USPN 4,491,553 | | | A000797-A000805 | | | |
| 0332 | USPN 4,503,115 | | | A000806-A000813 | | | |
| 0333 | USPN 4,505,869 | | | A000814-A000817 | | | |
| 0334 | USPN 4,506,037 | | | A000818-A000826 | | | |
| 0335 | USPN 4,551,294 | | | A000846-A000851 | | | |
| 0336 | USPN 4,562,218 | | | A000852-A000858 | | | |
| 0337 | USPN 4,594,372 | | | A000866-A000868 | | | |
| 0338 | USPN 4,597,928 | | | A000869-A000874 | | | |
| 0339 | USPN 4,610,900 | | | A000875-A000880 | | | |
| 0340 | USPN 4,645,631 | | | A000881-A000890 | | | |
| 0341 | USPN 4,659,754 | | | A000891-A000899 | | | |
| 0342 | USPN 4,663,225 | | | A000900-A000908 | | | |
| 0343 | USPN 4,686,251 | | | A000909-A000913 | | | |
| 0344 | USPN 4,687,793 | | | A000914-A000921 | | | |
| 0345 | USPN 4,716,062 | | | A000922- | | | |

**PLAINTIFF ANDERSEN'S AMENDED TRIAL EXHIBIT LIST**
**April 5, 2005**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | A000931 | | | |
| 0346 | USPN 4,734,236 | | | A000932-<br>A000939 | | | |
| 0347 | USPN 4,737,532 | | | A000940-<br>A000943 | | | |
| 0348 | USPN 4,769,109 | | | A000944-<br>A000951 | | | |
| 0349 | USPN 4,769,274 | | | A000952-<br>A000960 | | | |
| 0350 | USPN 4,774,272 | | | A048897-<br>A048903 | | | |
| 0351 | USPN 4,790,966 | | | A048904-<br>A048913 | | | |
| 0352 | USPN 4,818,604 | | | A048930-<br>A48937 | | | |
| 0353 | USPN 4,820,763 | | | A048946-<br>A048961 | | | |
| 0354 | USPN 4,837,977 | | | A048962-<br>A048970 | | | |
| 0355 | USPN 4,851,458 | | | A048971-<br>A048974 | | | |
| 0356 | USPN 4,865,788 | | | A048975-<br>A048981 | | | |
| 0357 | USPN 4,889,673 | | | A048982-<br>A048985 | | | |
| 0358 | USPN 4,894,192 | | | A048995-<br>A048997 | | | |
| 0359 | USPN 4,915,764 | | | A048998-<br>A049004 | | | |
| 0360 | USPN 4,927,579 | | | A049005-<br>A049009 | | | |
| 0361 | USPN 4,929,409 | | | A049010-<br>A049013 | | | |
| 0362 | USPN 4,935,182 | | | A049014-<br>A049018 | | | |
| 0363 | USPN 4,957,809 | | | A049025- | | | |



Word 20129725.1

**PLAINTIFF ANDERSEN'S AMENDED TRIAL EXHIBIT LIST**
**April 5, 2005**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | A049031 | | | |
| 0364 | USPN 4,960,548 | | | A049032-A049046 | | | |
| 0365 | USPN 4,968,463 | | | A049047-A049051 | | | |
| 0366 | USPN 4,973,440 | | | A049052-A049058 | | | |
| 0367 | USPN 4,978,489 | | | A049059-A049065 | | | |
| 0368 | USPN 4,978,575 | | | A049066-A049075 | | | |
| 0369 | USPN 4,988,478 | | | A049076-A049085 | | | |
| 0370 | USPN 5,002,713 | | | A049086-A049091 | | | |
| 0371 | USPN 5,008,310 | | | A049092-A049096 | | | |
| 0372 | USPN 5,009,586 | | | A049097-**A049102** | | | |
| 0373 | USPN 5,020,915 | | | A001129-A001133 | | | |
| 0374 | USPN 5,021,490 | | | A049108-A049115 | | | |
| 0375 | USPN 5,049,334 | | | A049138-A049144 | | | |
| 0376 | USPN 5,057,167 | | | A049145-A049150 | | | |
| 0377 | USPN 5,075,057 | | | A049151-A049156 | | | |
| 0378 | USPN 5,075,359 | | | A049157-A049162 | | | |
| 0379 | USPN 5,078,937 | | | A049163-A049172 | | | |
| 0380 | USPN 5,082,605 | | | A049173-A049179 | | | |
| 0381 | USPN 5,084,135 | | | A049180- | | | |



Word 20129725.1

**PLAINTIFF ANDERSEN'S AMENDED TRIAL EXHIBIT LIST**
**April 5, 2005**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | A049182 | | | |
| 0382 | USPN 5,087,400 | | | A049183-A049191 | | | |
| 0383 | USPN 5,088,910 | | | A049192-A049208 | | | |
| 0384 | USPN 5,093,058 | | | A049209-A049217 | | | |
| 0385 | USPN 5,096,046 | | | A049218-A049234 | | | |
| 0386 | USPN 5,096,406 | | | A049235-A049239 | | | |
| 0387 | 2042176 - Germany | | | A047998-A048011 | | | |
| 0388 | 2270311 - France | | | A001357-A001359 | | | |
| 0389 | 2200112 - France | | | A048019-A048039 | | | |
| 0390 | 2344101 - France | | | A047942-A047947 | | | |
| 0391 | 2445885 - France | | | A048058-A048089 | | | |
| 0392 | 0062533A2 - EPO | | | A048090-A048117 | | | |
| 0393 | 0062533A3 - EPO | | | | | | |
| 0394 | 2104903A - UK | | | A001316-A001322 | | | |
| 0395 | 2564374 - France | | | A048135-A048143 | | | |
| 0396 | 2171953A - UK | | | A001323-A001328 | | | |
| 0397 | 2186655A - UK | | | A048150-A048156 | | | |
| 0398 | WO/9008020 - WIPO | | | A048178-A048186 | | | |
| 0399 | WO/9207022 - WIPO | | | A047923-A047939 | | | |



Word 20129725.1

**PLAINTIFF ANDERSEN'S AMENDED TRIAL EXHIBIT LIST**
**April 5, 2005**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 0400 | NR.7022 - Norway | | | A048189-A048190 | | | |
| 0401 | 0007022 - EPO | | | A048191-A048234 | | | |
| 0402 | BF Goodrich, et al., "Fiberloc Polymer Composites" | 00/00/0000 | | A049683-A049690 | | | |
| 0403 | Kokta, Bohuslav, et al., "Use of Grafted Wood Fibers in Thermoplastic Composites V. Polystyrene" | 00/00/0000 | | A049691-A049697 | | | |
| 0404 | "Mechanical Properties of Wood," revised by Bendtsen, Alan, et al. | 00/00/0000 | | A049698-A049738 | | | |
| 0405 | Klason, C., et al., "The Efficiency of Cellulosic Fillers in Common Thermoplastics. Part I. Filling Without Processing Aids or Coupling Agents" | 03/001984 | | A049739-A049753 | | | |
| 0406 | Kokta, Bohuslav, et al., "Use of Wood Fibers in Thermoplastic Composites" | 10/00/1983 | | A049754-A049757 | | | |
| 0407 | Dalvag, H., et al., "The Efficiency of Cellulosic Fillers in Common Thermoplastics. Part II. Filing with Processing Aids and Coupling Agents" | 00/00/1984 | | A049758-A049772 | | | |



Word 20129725.1

**PLAINTIFF ANDERSEN'S AMENDED TRIAL EXHIBIT LIST**

**April 5, 2005**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 0408 | "Wood Fibers as reinforcing Fillers for Polyolefins," Woodhams, R.T., et al. | 10/00/1984 | | A049774-A049779 | | | |
| 0409 | "Poly(Vinyl-Chloride) Wood Fiber Composites," Rogalski, Mark E., et al. | 00/00/1987 | | A049812-A049814 | | | |
| 0410 | Raj, R.G., et al., "Use of Wood Fibers in Thermoplastics. VII. The Effect of Coupling Agents in Polyethylene - Wood Fiber Composites" | 00/00/1989 | | A049818-A049832 | | | |
| 0411 | Kokta, B.V., et al., "Composites of Polyvinyl Chloride - Wood Fibers. I. Effect of Isocyanate As A Bonding Agent" | 00/00/1990 | | A049780-A049811 | | | |
| 0412 | Raj, R.G., et al., "Use of Wood Fiber as Filler in Common Thermoplastics: Studies on Mechanical Properties" | 00/00/1989 | | A049838-A049851 | | | |
| 0413 | Zadorecki, Paul, et al., "Future Prospects for Wood Cellulose as Reinforcement in Organic Polymer Composites" | 04/00/1989 | | A049856-A049863 | | | |
| 0414 | Maldas, D., et al., | 06/00/1989 | | A049864- | | | |

**PLAINTIFF ANDERSEN'S AMENDED TRIAL EXHIBIT LIST**
**April 5, 2005**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | "Composites of Polyvinyl Chloride-Wood Fibers: IV. Effect of the Nature of Fibers" | | | A049872 | | | |
| 0415 | Kokta, B.V., et al., "Composites of Poly (Vinyl Chloride) and Wood Fibers. Part II. Effect of Chemical Treatment" | 04/00/1990 | | A049897-A049925 | | | |
| 0416 | Yam, Kit L., et al., "Composites From Compounding Wood Fibers With Recycled High Density Polyethylene" | 06/00/1990 | | A049926-A049932 | | | |
| 0417 | Kokta, B.V., et al."Composites of Polyvinyl Chloride-Wood Fibers. III: Effect of Silane as Coupling Agent" | 09/00/1990 | | A049933-A049940 | | | |
| **0418** | **USPN 4,508,595** | **04/02/1985** | | **A000827-A000845** | | | |
| **0419** | **"A Complete Guide to Andersen Windows & Patio Doors," 1992 Product Guide** | **00/00/1992** | | | | | |
| **0420** | **Database WPI, Week 8402, Derwent Publications Ltd., London, GB; AN 84-008707 & JP-A-58 204 049 (Ein Eng.), 28 Nov. 1983** | **11/28/1983** | | | | | |
| **0421** | **Database WPI, Week 84721 Derwent** | **04/20/1987** | | | | | |

**PLAINTIFF ANDERSEN'S AMENDED TRIAL EXHIBIT LIST**

**April 5, 2005**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Publications Ltd., London, GB; AN 87-147663 & JP-A-61 086 042 (Chisso), 20 Apr. 1987 | | | | | | |
| 0422 | Database WPI, Week 8652, Derwent Publications Ltd., London, GB; AN 86-341745 & JP-A-61 236 858 (Chisso), 22 Oct. 1986 | 10/22/1986 | | | | | |
| 0423 | Database WPI, Week 8442, Derwent Publications Ltd., London, GB; AN 83-0030686 & JP-A-59 156 712 (Ain Eng.), 6 Sep. 1984 | 09/06/1984 | | | | | |
| 0424 | European Search Report dated Nov. 10, 1993 | 11/10/1993 | | | | | |
| 0425 | European Search Report dated Nov. 19, 1993 | 11/19/1993 | | | | | |
| 0426 | A.E.R.T. (Advanced Environmental Recycling Technologies, Inc.) Technical Brochure | 00/00/0000 | | | | | |
| 0427 | Appendix: Copies of email correspondence between Mike Zeliger and Doug Gardner | 04/15/2002 | | | | | |
| 0428 | Letter from Heidi Harvey to Douglas Gardner | 04/15/2002 | | | | | |
| 0429 (R) | AEWC Center | | | | | | |



Word 20129725.1

**PLAINTIFF ANDERSEN'S AMENDED TRIAL EXHIBIT LIST**

**April 5, 2005**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | **webpage** | | | | | | |
| | | | | | | | |
| **Contingent Exhibits: Andersen Intends to Bring Motions in Limine that Relate to the Documents Below. If the Court Denies Andersen's Motions, Andersen Reserves the Right to Add these Exhibits to its Exhibit List** | | | | | | | |
| | Letter to D. Vannelli | 09/24/1973 | | A012010-A012012 | | | To avoid duplication, Plaintiff may use the Letter to D. Vannelli listed on Defendant's exhibit list. |
| | License Agreement between Andersen and Formtech | 06/24/1999 | | A064121-A064129 | | | To avoid duplication, Plaintiff may use the Formtech License Agreement listed on Defendant's exhibit list. |
| | Test Report | 09/16/1992 | | A037945-A037946 | | | To avoid duplication, Plaintiff may use the Test Report listed on Defendant's exhibit list. |

505(R)