AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

DISTRICT OF

Andersen Corp.
v.
Fiber Composite

EXHIBIT AND WITNESS LIST

CASE NUMBER: 00CV2548(JNE/JGL)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Ericksen | Ron Schutz | John Skenyon |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 4-5-05 to 4-12-05 | Weinbeck | Frette |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | 1 | | Jury Question |
| | | | 1a | | Jury Answer |

RECEIVED
APR 12 2005
CLERK U.S. DIST. COURT
ST.PAUL, MN.

SCANNED
APR 14 2005
U.S. DISTRICT COURT ST. PAUL

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.