Judge Erickson,

~~Is it the~~

when looking at invalidating a patent do you consider just the claims or do you also look at specifications or teachings?

[signature]

Jury Foreperson [signature]

00CV.2548

Ct. exh # 1