UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

CHAMBERS OF
JUDGE JOAN N. ERICKSEN
DISTRICT JUDGE
316 NORTH ROBERT STREET
SUITE 778
ST. PAUL, MINNESOTA 55101
(651) 848-1230

April 11, 2005

Members of the Jury:

You have asked the following question:

> When looking at invalidating a patent, do you consider just the claims or do you also look at specifications or teachings?

The best answer I can give you is that you should re-read the instructions that relate to the particular question you are considering. I am sorry not to be able to give you a more specific response.

Sincerely,

Joan N. Ericksen
United States District Judge

Court Exh. 1a
00cv2548

**UNITED STATES DISTRICT COURT**
DISTRICT OF MINNESOTA

CHAMBERS OF
JUDGE JOAN N. ERICKSEN
DISTRICT JUDGE
316 NORTH ROBERT STREET
SUITE 778
ST. PAUL, MINNESOTA 55101
(651) 848-1230

April 11, 2005

Members of the Jury:

You have asked the following question:

> When looking at invalidating a patent, do you consider just the claims or do you also look at specifications or teachings?

The best answer I can give you is that you should re-read the instructions that relate to the particular question you are considering. I am sorry not to be able to give you a more specific response.

Sincerely,

Joan N. Ericksen
United States District Judge