**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Andersen Corporation,

Plaintiff,

v.

Fiber Composites, LLC,

Defendant.

**Case No.: 00-CV-2548 (JNE/JGL)**

**ORDER**

Pursuant to the parties' Stipulation Regarding Post-Trial Motions Briefing Schedule, which was filed electronically on April 19, 2005, and assigned ECF document number 439, it is ordered that the briefing schedule for post trial motions is as follows:

| POST-TRIAL MOTIONS | DEADLINE |
|---|---|
| Andersen's Memorandum in Opposition to Fiber Composites' Motion for Judgment of Non-Infringement | May 6, 2005 |
| Fiber Composites' Reply Memorandum in Support of Its Motion For Judgment of Non-Infringement | May 16, 2005 |
| Initial memoranda supporting all other post-trial motions (except for any JMOL and new trial motions) | May 16, 2005 |
| Memoranda opposing post-trial motions (other than any JMOL and new trial motions) | May 30, 2005 |
| Reply memoranda supporting post-trial motions (other than any JMOL and new trial motions) | June 10, 2005 |
| Any JMOL and new trial motions | Due 10 days after entry of final judgment, pursuant to Fed. R. Civ. P. 50 and 59 |
| Initial memoranda supporting any JMOL and new trial motions | Due 28 days after entry of final judgment |
| Memoranda opposing any JMOL and new trial motions | Due 42 days after entry of final judgment |
| Reply memoranda supporting any JMOL and new trial motions | Due 52 days after entry of final judgment |

The above briefing schedule supercedes any briefing deadlines set forth in the Federal Rules of Civil Procedure and the Local Rules of this Court.

IT IS SO ORDERED.

Dated this 3rd day of May, 2005.

s/ Joan N. Ericksen_______________
Judge Joan N. Ericksen