UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Andersen Corporation,

Plaintiff,

v.

Civ. No. 00-2548 (JNE/JGL)
ORDER FOR JUDGMENT

Fiber Composites, LLC,

Defendant.

The above-entitled action came on for trial before the undersigned and a jury on April 5, 2005. On April 12, 2005, the jury returned its verdict in the form of a Special Verdict Form, a copy of which is attached hereto. The Court accepts and adopts the Special Verdict of the jury.

Therefore, IT IS ORDERED that the Clerk enter judgment as follows:

1. Judgment shall be entered herein in favor of Andersen Corporation in the amount of $46,020.00.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: May 11, 2005

JOAN N. ERICKSEN
United States District Judge

SCANNED
MAY 12 2005
U.S. DISTRICT COURT ST. PAUL