UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Andersen Corporation,

Plaintiff,

v.

Fiber Composites, LLC,

Defendant.

Case No. 00-CV-2548 JNE/JGL

RECEIVED
APR 12 2005
CLERK U.S. DIST. COURT
ST.PAUL, MN.

# SPECIAL VERDICT FORM

SCANNED
APR 14 2005
U.S. DISTRICT COURT ST. PAUL

SCANNED
MAY 12 2005
U.S. DISTRICT COURT ST. PAUL

Please answer all of the following questions:

## Willful Infringement

**(1) Has Andersen proven by clear and convincing evidence that Fiber Composites' infringement of the '027 and '553 patents was willful?**

*Answer the following question regarding willful infringement with a "Yes" or "No." A "Yes" is a finding for Andersen. A "No" is a finding for Fiber Composites.*

Yes_____ No ✓

## Validity

**(2) Has Fiber Composites proven by clear and convincing evidence that the following claims of U.S. Patent No. 5,539,027 are invalid on the ground of anticipation?**

*Answer the following questions regarding validity of the '027 patent with a "Yes" or "No." A "Yes" is a finding for Fiber Composites. A "No" is a finding for Andersen.*

| | | | |
|---|---|---|---|
| (a) | Claim 1 | Yes_____ | No ✓ |
| (b) | Claim 2 | Yes_____ | No ✓ |
| (c) | Claim 3 | Yes_____ | No ✓ |
| (d) | Claim 4 | Yes_____ | No ✓ |
| (e) | Claim 5 | Yes_____ | No ✓ |
| (f) | Claim 6 | Yes_____ | No ✓ |
| (g) | Claim 9 | Yes_____ | No ✓ |

If you found any claim of the '027 patent invalid by reason of anticipation, state which specific art you find anticipates________________________________________.

(3) **Has Fiber Composites proven by clear and convincing evidence that the following claims of U.S. Patent No. 5,486,553 are invalid on the ground of anticipation?**

*Answer the following questions regarding validity of the '553 patent with a "Yes" or "No." A "Yes" is a finding for Fiber Composites. A "No" is a finding for Andersen.*

| | | | |
|---|---|---|---|
| (a) | Claim 1 | Yes_____ | No ✓ |
| (b) | Claim 2 | Yes_____ | No ✓ |
| (c) | Claim 3 | Yes_____ | No ✓ |
| (d) | Claim 4 | Yes_____ | No ✓ |
| (e) | Claim 5 | Yes_____ | No ✓ |
| (f) | Claim 6 | Yes_____ | No ✓ |
| (g) | Claim 22 | Yes_____ | No ✓ |

If you found any claim of the '553 patent invalid by reason of anticipation, state which specific art you find anticipates_______________________________________________.

Note: *If you find that a claim is invalid by reason of anticipation, do not consider the question of invalidity on the ground of obviousness as to that claim.*

(4) **Has Fiber Composites proven by clear and convincing evidence that the following claims of U.S. Patent No. 5,539,027 are invalid on the ground of obviousness?**

*Answer the following questions regarding validity of the '027 patent with a "Yes" or "No." A "Yes" is a finding for Fiber Composites. A "No" is a finding for Andersen.*

| | | | |
|---|---|---|---|
| (a) | Claim 1 | Yes_____ | No ✓ |
| (b) | Claim 2 | Yes_____ | No ✓ |
| (c) | Claim 3 | Yes_____ | No ✓ |
| (d) | Claim 4 | Yes_____ | No ✓ |
| (e) | Claim 5 | Yes_____ | No ✓ |
| (f) | Claim 6 | Yes_____ | No ✓ |
| (g) | Claim 9 | Yes_____ | No ✓ |

If you found any claim of the '027 patent invalid by reason of obviousness, list separately for each claim the combinations of prior art upon which you based the decision of obviousness_______________________________________________

_______________________________________________

(5) **Has Fiber Composites proven by clear and convincing evidence that the following claims of U.S. Patent No. 5,486,553 are invalid on the ground of obviousness?**

*Answer the following questions regarding validity of the '553 patent with a "Yes" or "No." A "Yes" is a finding for Fiber Composites. A "No" is a finding for Andersen.*

| | | | |
|---|---|---|---|
| (a) | Claim 1 | Yes_____ | No ✓ |
| (b) | Claim 2 | Yes_____ | No ✓ |
| (c) | Claim 3 | Yes_____ | No ✓ |
| (d) | Claim 4 | Yes_____ | No ✓ |
| (e) | Claim 5 | Yes_____ | No ✓ |
| (f) | Claim 6 | Yes_____ | No ✓ |
| (g) | Claim 22 | Yes_____ | No ✓ |

If you found any claim of the '553 patent invalid by reason of obviousness, list separately for each claim the combinations of prior art upon which you based the decision of obviousness______________________________

______________________________

(6) **Has Fiber Composites proven by clear and convincing evidence that the claims of U.S. Patent No. 5,539,027 are invalid due to an inadequate written description?**

*Answer the following questions regarding validity of the '027 patent with a "Yes" or "No." A "Yes" is a finding for Fiber Composites. A "No" is a finding for Andersen.*

| | | | |
|---|---|---|---|
| (a) | Claim 1 | Yes_____ | No ✓ |
| (b) | Claim 2 | Yes_____ | No ✓ |
| (c) | Claim 3 | Yes_____ | No ✓ |
| (d) | Claim 4 | Yes_____ | No ✓ |
| (e) | Claim 5 | Yes_____ | No ✓ |
| (f) | Claim 6 | Yes_____ | No ✓ |
| (g) | Claim 9 | Yes_____ | No ✓ |

(7) **Has Fiber Composites proven by clear and convincing evidence that the claims of U.S. Patent No. 5,486,553 are invalid due to an inadequate written description?**

*Answer the following questions regarding validity of the '553 patent with a "Yes" or "No." A "Yes" is a finding for Fiber Composites. A "No" is a finding for Andersen.*

| | | | |
|---|---|---|---|
| (a) | Claim 1 | Yes_____ | No ✓ |
| (b) | Claim 2 | Yes_____ | No ✓ |
| (c) | Claim 3 | Yes_____ | No ✓ |
| (d) | Claim 4 | Yes_____ | No ✓ |
| (e) | Claim 5 | Yes_____ | No ✓ |
| (f) | Claim 6 | Yes_____ | No ✓ |
| (g) | Claim 22 | Yes_____ | No ✓ |

(8) **Has Fiber Composites proven by clear and convincing evidence that the claims of U.S. Patent No. 5,539,027 are invalid due to lack of enablement?**

*Answer the following questions regarding validity of the '027 patent with a "Yes" or "No." A "Yes" is a finding for Fiber Composites. A "No" is a finding for Andersen.*

| | | | |
|---|---|---|---|
| (a) | Claim 1 | Yes_____ | No ✓ |
| (b) | Claim 2 | Yes_____ | No ✓ |
| (c) | Claim 3 | Yes_____ | No ✓ |
| (d) | Claim 4 | Yes_____ | No ✓ |
| (e) | Claim 5 | Yes_____ | No ✓ |
| (f) | Claim 6 | Yes_____ | No ✓ |
| (g) | Claim 9 | Yes_____ | No ✓ |

(9) **Has Fiber Composites proven by clear and convincing evidence that the claims of U.S. Patent No. 5,486,553 are invalid due to lack of enablement?**

*Answer the following questions regarding validity of the '553 patent with a "Yes" or "No." A "Yes" is a finding for Fiber Composites. A "No" is a finding for Andersen.*

| | | | |
|---|---|---|---|
| (a) | Claim 1 | Yes_____ | No ✓ |
| (b) | Claim 2 | Yes_____ | No ✓ |
| (c) | Claim 3 | Yes_____ | No ✓ |
| (d) | Claim 4 | Yes_____ | No ✓ |
| (e) | Claim 5 | Yes_____ | No ✓ |
| (f) | Claim 6 | Yes_____ | No ✓ |
| (g) | Claim 22 | Yes_____ | No ✓ |

**Damages**

Regardless of your decision on the validity of the claims of the '027 and '553 patents, you must now reach a decision on damages.

**(10) What is the reasonable royalty rate to which Andersen is entitled on the sale of Fiber Composites' infringing products?**

3 %

**(11) What is the dollar amount of Fiber Composites' infringing sales and inventory from November 16, 2000 through December 31, 2000 upon which the reasonable royalty should apply?**

$ $ 1,534,000.00

**(12) Based upon your response to questions (10) and (11) above, what total amount of damages should be awarded to Andersen as a reasonable royalty.**

$ 1,534,000.00 No. 11 above
x 3 Decimal royalty rate from No. 10 above

$ 46,020.00 **TOTAL**

Dated: 4/12/05

[signature]
Jury Foreperson