**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Andersen Corporation,

Plaintiff,

v.

Fiber Composites, LLC,

Defendant.

Case No. 00-CV-2548 JNE/JGL

**ORAL ARGUMENT REQUESTED**

---

**PLAINTIFF ANDERSEN CORPORATION'S MOTION FOR A PERMANENT INJUNCTION PROHIBITING INFRINGEMENT OF U.S. PATENT NO. 5,539,027 AND U.S. PATENT NO. 5,486,553**

Pursuant to 35 U.S.C. § 283 (2003) and Federal Rule of Civil Procedure 65(d), Andersen Corporation moves this Court to enter against Fiber Composites a permanent injunction prohibiting infringement of U.S. Patent No. 5,539,027 and U.S. Patent No. 5,486,553 in the form found in the Proposed Order submitted with this motion.

Dated: May 16, 2005 ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

By: /s/ Misti Nelc
Ronald J. Schutz (#130849)
Becky R. Thorson (#254861)
Misti Nelc (#0296090)
Nicholas S. Boebel (#030217X)
Busola A. Akinwale (#0338217)

2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, Minnesota 55402-2015
(612) 349-8500

ATTORNEYS FOR PLAINTIFF
ANDERSEN CORPORATION