**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Andersen Corporation,

Plaintiff,

Case No. 00-CV-2548 JNE/JGL

v.

Fiber Composites, LLC,

Defendant.

---

**PLAINTIFF ANDERSEN CORPORATION'S NOTICE OF MOTION FOR A PERMANENT INJUNCTION PROHIBITING INFRINGEMENT OF U.S. PATENT NO. 5,539,027 AND U.S. PATENT NO. 5,486,553**

PLEASE TAKE NOTICE that Plaintiff Andersen Corporation will move this Court on a date and time to be determined, in the United States District Court, Federal Building, 316 North Robert Street, St. Paul, Minnesota, for an Order granting Andersen Corporation's Motion for a Permanent Injunction Prohibiting Patent Infringement of U.S. Patent No. 5,539,027 and U.S. Patent No. 5,486,553. The grounds for this motion are set forth and supported in the motion, memorandum, the arguments of counsel, and all of the papers and proceedings in this matter.

Dated: May 16, 2005

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

By: /s/ Misti Nelc
Ronald J. Schutz (#130849)
Becky R. Thorson (#254861)
Misti Nelc (#0296090)
Nicholas S. Boebel (#030217X)
Busola A. Akinwale (#0338217)



Word 20134400.1

2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, Minnesota 55402-2015
(612) 349-8500

ATTORNEYS FOR PLAINTIFF
ANDERSEN CORPORATION