**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Andersen Corporation,

Plaintiff,

v.

Fiber Composites, LLC,

Defendant.

**Case No.: 00-CV-2548 (JNE/JGL)**

**CERTIFICATE OF SERVICE**

I hereby certify that on May 16, 2005, I caused the following documents:

1. Plaintiff Andersen Corporation's Motion for a Permanent Injunction Prohibiting Infringement of U.S. Patent No. 5,539,027 and U.S. Patent No. 5,486,553;

2. Plaintiff Andersen Corporation's Notice of Motion for a Permanent Injunction Prohibiting Infringement of U.S. Patent No. 5,539,027 and U.S. Patent No. 5,486,553;

3. Plaintiff Andersen Corporation's Memorandum in Support of Its Motion for a Permanent Injunction Prohibiting Infringement of U.S. Patent No. 5,539,027 and U.S. Patent No. 5,486,553;

4. Plaintiff Andersen Corporation's Local Rule 7.1 Word Count Compliance Certificate Regarding Plaintiff's Memorandum in Support of Its Motion for a Permanent Injunction Prohibiting Infringement of U.S. Patent No. 5,539,027 and U.S. Patent No. 5,486,553.

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

| | |
|---|---|
| Jonathan E. Singer | singer@fr.com |
| John M. Skenyon | skenyon@fr.com |
| J. Richard Soderberg | soderberg@fr.com |
| Michael E. Zeliger | zeliger@fr.com |

Katherine A. Moerke moerke@fr.com

I further certify that I caused the proposed order to be filed with the court via e-mail to the following judge who is hearing the motion:

Judge Joan N. Ericksen joanericksen_chambers@mnd.uscourts.gov

and I certify that I caused a copy of the proposed order to be mailed by first class mail or Federal Express, as indicated, postage paid, to the following:

**Via U.S. Mail**
Richard J. Soderberg, Esq.
Jonathan Singer, Esq.
Katherine A. Moerke, Esq.
FISH & RICHARDSON P.C.
60 South Sixth Street
Suite 3300
Minneapolis, MN 55402

**Via Federal Express**
John M. Skenyon, Esq.
Michael Zeliger, Esq.
FISH & RICHARDSON P.C.
225 Franklin Street
Boston, MA 02110-2804

Dated this 16th day of May, 2005.

By /s/ Misti Nelc
Misti Nelc



Word 20134402.1