**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Andersen Corporation,

Plaintiff,

v.

Fiber Composites, LLC,

Defendant.

Case No. 00-CV-2548 JNE/JGL

**ORAL ARGUMENT REQUESTED**

---

**PLAINTIFF ANDERSEN CORPORATION'S MOTION FOR A DETERMINATION AND AWARD OF PREJUDGMENT AND POST-JUDGMENT INTEREST**

Pursuant to 35 U.S.C. § 284 (2003) and 28 U.S.C. § 1961 (2003), Andersen Corporation ("Andersen") respectfully moves this Court for a determination and award of prejudgment and post-judgment interest in the form found in the Proposed Order submitted with this motion.

Dated: May 16, 2005 ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

By: /s/ Busola A. Akinwale
Ronald J. Schutz (#130849)
Becky R. Thorson (#254861)
Misti Nelc (#0296090)
Nicholas S. Boebel (#030217X)
Busola A. Akinwale (#0338217)

2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, Minnesota 55402-2015
(612) 349-8500

ATTORNEYS FOR PLAINTIFF
ANDERSEN CORPORATION