| | | |
|---|---|---|
| ANDERSEN CORPORATION<br><br>Plaintiff<br><br>v.<br><br>FIBER COMPOSITES, LLC<br><br>Defendant. | ) | Case No. 00-CV-2548 RHK/AJB |

**DECLARATION OF CAROL A. LUDINGTON**

1. I am President of Ludington Ltd., 4550 IDS Center, 80 South Eighth Street, Minneapolis, Minnesota 55402.

2. Ludington Ltd. a professional corporation, has been retained by Robins, Kaplan, Miller & Ciresi on behalf of Andersen Corporation to assist in various matters, including financial and analytical projects related to damages in the above referenced matter.

3. I testified as an expert witness at trial of this matter.

4. I have calculated prejudgment interest based on the jury's award of $46,000 at prime rates compounded annually through May 12, 2005.

5. These calculations result in prejudgment interest of $11,058, as reflected in Exhibit A.

I, Carol A. Ludington, declare under penalty of perjury, that the foregoing is true and correct.

Carol A. Ludington
Carol A. Ludington

May 13, 2005
Date