# EXHIBIT A

**Exhibit A**

# Andersen Corporation v. Fiber Composites, LLC
## Reasonable Royalties and Prejudgment Interest Based on Average Prime Rate

| | 11/16/00 - 12/31/00 | 1/01/01 - 12/31/01 | 1/01/02 - 12/31/02 | 1/01/03 - 12/31/03 | 1/01/04 - 12/31/04 | 1/01/05 - 5/12/05 | Total |
|---|---|---|---|---|---|---|---|
| Reasonable Royalties | $46,000 | | | | | | **$46,000** |
| Beginning Balance - Reasonable Royalties and Cumulative Prejudgment Interest | | $46,000 | $49,183 | $51,485 | $53,606 | $55,933 | |
| Interest Rate | | 6.92% | 4.68% | 4.12% | 4.34% | 5.56% | |
| Number of Days | | 365 | 365 | 365 | 365 | 132 | |
| Prejudgment Interest - Current Year | | $3,183 | $2,302 | $2,121 | $2,327 | $1,125 | **$11,058** |
| Cumulative Reasonable Royalties and Prejudgment Interest | $46,000 | $49,183 | $51,485 | $53,606 | $55,933 | $57,058 | **$57,058** |