**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Andersen Corporation,

Plaintiff,

v.

Fiber Composites, LLC,

Defendant.

**Case No.: 00-CV-2548 (JNE/JGL)**

**DECLARATION OF BUSOLA A. AKINWALE AND EXHIBIT INDEX**

I, BUSOLA A. AKINWALE, declare:

1. I am an associate with the law firm of Robins, Kaplan, Miller & Ciresi L.L.P., and am one of the attorneys representing plaintiff Andersen Corporation ("Andersen").

2. I submit this declaration and exhibit index in support of Plaintiff Andersen's Motion for a Determination and Award of Prejudgment and Post-Judgment Interest.

3. I have personal knowledge of the facts stated herein. If called as a witness, I could and would testify competently concerning these matters.

4. Attached hereto as Exhibit 1 is a true and correct copy of a case entitled *Transclean Corp. v. Bridgewood Services, Inc.*, Civ. No. 97-2298, 2001 U.S. Dist. LEXIS 24383 (D. Minn. Jan. 8, 2001).

5. Attached hereto as Exhibit 2 is a true and correct copy of a case entitled *Itron, Inc. v. Benghiat*, Civ. NO. 99-501, 2003 U.S. Dist. LEXIS 15039 (D. Minn. Aug. 29, 2003).

To the best of my knowledge and belief, I declare, under penalty of perjury, that all the statements made by me are true.

Dated this 16th day of May, 2005.

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

/s/ Busola A. Akinwale
Busola A. Akinwale



Word 20135377.1