# CERTIFICATE OF SERVICE

I certify that on May 16, 2005, I have caused the following documents:

FIBER COMPOSITES' REPLY MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION FOR JUDGMENT OF NON-INFRINGEMENT

LR 7.1(c) WORD COUNT COMPLIANCE CERTIFICATE REGARDING DEFENDANT FIBER COMPOSITES' REPLY MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION FOR JUDGMENT OF NON-INFRINGEMENT

to be filed electronically with the Clerk of Court through ECF, and ECF will send an e-notice of the electronic filing to the following:

**Nicholas Boebel**
nsboebel@rkmc.com smashwill@rkmc.com;gmparish@rkmc.com

**Ronald J Schutz**
rjschutz@rkmc.com

**Scott Ray Strand**
srstrand@rkmc.com lmzimmerman@rkmc.com;scott_strand@msn.com

**Becky R Thorson**
brthorson@rkmc.com scgeorge@rkmc.com

Date: May 16, 2005

s/Katherine A. Moerke
Katherine A. Moerke

60294683.doc