**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Andersen Corporation,

Plaintiff,

Case No. 00-CV-2548 JNE/JGL

v.

Fiber Composites, LLC,

Defendant.

---

**PLAINTIFF ANDERSEN CORPORATION'S MOTION FOR AN ACCOUNTING OF FIBER COMPOSITES' INFRINGING SALES FROM AUGUST 23, 2002 TO MAY 12, 2005**

Pursuant to 35 U.S.C. § 284 (2003), Andersen Corporation ("Andersen") respectfully moves this Court for an accounting of Fiber Composites, L.L.C.'s ("Fiber Composites") infringing sales from August 23, 2002, the date Fiber Composites last produced documents, through May 12, 2005, the date the Court entered final judgment in this case, in the form found in the attached Proposed Order.

Dated: May 16, 2005 ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

By: /s/ Busola Akinwale
Ronald J. Schutz (#130849)
Becky R. Thorson (#254861)
Misti Nelc (#0296090)
Nicholas S. Boebel (#030217X)
Busola A. Akinwale (#0338217)

2800 LaSalle Plaza
800 LaSalle Avenue

Minneapolis, Minnesota 55402-2015
(612) 349-8500

ATTORNEYS FOR PLAINTIFF
ANDERSEN CORPORATION