**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Andersen Corporation,

Plaintiff,

Case No. 00-CV-2548 JNE/JGL

v.

Fiber Composites, LLC,

Defendant.

---

**PLAINTIFF ANDERSEN CORPORATION'S NOTICE OF MOTION FOR AN ACCOUNTING OF FIBER COMPOSITES' INFRINGING SALES FROM AUGUST 23, 2002 TO MAY 12, 2005**

PLEASE TAKE NOTICE that Plaintiff Andersen Corporation ("Andersen") will move this Court on a date and time to be determined, in the United States District Court for the District of Minnesota, Federal Building, 316 North Robert Street, St. Paul, Minnesota, for an Order granting Andersen's Motion for an Accounting of Fiber Composites' Infringing Sales from August 23, 2002 to May 12, 2005. The grounds for this motion are set forth in the accompanying motion, memorandum, the Declaration of Busola A. Akinwale, attached exhibits, the arguments of counsel, and all of the papers and proceedings in this matter.

Dated: May 16, 2005 ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

By: /s/ Busola A. Akinwale
Ronald J. Schutz (#130849)
Becky R. Thorson (#254861)



Word 20135215.1

Misti Nelc (#0296090)
Nicholas S. Boebel (#030217X)
Busola A. Akinwale (#0338217)

2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, Minnesota 55402-2015
(612) 349-8500

ATTORNEYS FOR PLAINTIFF
ANDERSEN CORPORATION



Word 20135215.1