**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Andersen Corporation,<br><br>Plaintiff,<br><br>v.<br><br>Fiber Composites, LLC,<br><br>Defendant. | **Case No.: 00-CV-2548 (JNE/JGL)**<br><br>**DECLARATION OF BUSOLA A. AKINWALE AND EXHIBIT INDEX** |

I, BUSOLA A. AKINWALE, declare:

1. I am an associate with the law firm of Robins, Kaplan, Miller & Ciresi L.L.P., and am one of the attorneys representing plaintiff Andersen Corporation ("Andersen").

2. I submit this declaration and exhibit index in support of plaintiff Andersen's Motion for an Accounting of Fiber Composites' Infringing Sales from August 23, 2002 to May 12, 2005.

3. I have personal knowledge of the facts stated herein. If called as a witness, I could and would testify competently concerning these matters.

4. Attached hereto as Exhibit 1 is a true and correct copy of a letter dated August 23, 2002 from Emily A. Berger to Rita Coyle DeMueles.

5. Attached hereto as Exhibit 2 is a true and correct copy of a case entitled *Itron, Inc. v. Benghiat*, Civ. NO. 99-501, 2003 U.S. Dist. LEXIS 15039 (D. Minn. Aug. 29, 2003).

6. Attached hereto as Exhibit 3 is a true and correct copy of a case entitled *Mikohn Gaming Corp v. Acres Gaming, Inc.*, No. CV-S-97-1383, 2001 U.S. Dist. LEXIS 23416 (D. Nev. Aug. 1, 2001).

7. Andersen Corporation has retained Stork Twin City Testing Corporation, located at 662 Cromwell Avenue, St. Paul, Minnesota 55114, to test Fiber Composites' railing products currently being sold. It is my understanding that preliminary testing performed to date indicates that Fiber Composites is making and selling products that contain more than 30% wood-fiber weight.

To the best of my knowledge and belief, I declare, under penalty of perjury, that all the statements made by me are true.

Dated this 16th day of May, 2005.

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

/s/ Busola A. Akinwale
Busola A. Akinwale