# EXHIBIT 1

# FISH & RICHARDSON P.C.

225 Franklin Street
Boston, Massachusetts
02110-2804

Telephone
617 542-5070

Facsimile
617 542-8906

Web Site
www.fr.com

Frederick P. Fish
1855-1930

W.K. Richardson
1859-1951

BOSTON
DALLAS
DELAWARE
NEW YORK
SAN DIEGO
SILICON VALLEY
TWIN CITIES
WASHINGTON, DC

VIA FAX AND BY MAIL

August 23, 2002

Rita Coyle DeMeules, Esq.
Robins, Kaplan, Miller & Ceresi, L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015

Re: Anderson Corp. v. Fiber Composites, LLC
Civ. No. 00-CV-2548 (RHK/AJB)

Dear Ms. DeMeules:

Enclosed please find documents produced by Fiber Composites, bearing production numbers FC043016-FC043020. Please note that this material is subject to the protective order and is marked accordingly.

Very truly yours,

Emily A. Berger, Esq.

Enclosure

RECEIVED
DATE 8/26/02
BY RITA COYLE DEMEULES
ROBINS, KAPLAN,
MILLER & CIRESI