**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Andersen Corporation,

Plaintiff,

v.

Fiber Composites, LLC,

Defendant.

Case No. 00-CV-2548 JNE/JGL

---

**PLAINTIFF ANDERSEN CORPORATION'S NOTICE OF MOTION FOR JUDGMENT OF WILLFUL INFRINGEMENT AS A MATTER OF LAW PURSUANT TO RULE 50 OF THE FEDERAL RULES OF CIVIL PROCEDURE**

PLEASE TAKE NOTICE that Plaintiff Andersen Corporation will move this Court on a date and time to be determined, in the United States District Court for the District of Minnesota, Federal Building, 316 North Robert Street, St. Paul, Minnesota, for Judgment of Willful Infringement as a Matter of Law pursuant to Rule 50 of the Federal Rules of Civil Procedure. The grounds for this motion will be set forth in the memorandum, any declaration of Misti Nelc, and attached exhibits, all of which will be filed in accordance with the Court's May 3, 2005 Order Regarding Post-Trial Motions Briefing Schedule, document number 441, the arguments of counsel, and all other papers and proceedings in this matter.

Dated: May 23, 2005

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

By: /s/ Misti Nelc
Ronald J. Schutz (#130849)

Becky R. Thorson (#254861)
Misti Nelc (#0296090)
Nicholas S. Boebel (#030217X)
Busola A. Akinwale (#0338217)

2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, Minnesota 55402-2015
(612) 349-8500

ATTORNEYS FOR PLAINTIFF
ANDERSEN CORPORATION