UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| ANDERSEN CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>FIBER COMPOSITES, LLC.,<br><br>Defendant. | CIV NO. 00-CV-2548 (JNE/JGL) |

**FIBER COMPOSITES' MOTION FOR A NEW TRIAL ON INVALIDITY**

On May 12, 2005, the Court entered judgment in this matter in favor of the plaintiff, Andersen Corporation ("Andersen"), in part and in favor of Defendant Fiber Composites, LLC ("Fiber Composites"), in part. The Court's judgment referenced the jury's special verdict form, which: (a) found that Fiber Composites' uncontested infringement was not willful, (b) found that the asserted claims of the patent-in-suit were not proven invalid; and (d) awarded reasonable royalty damages to Andersen.

Pursuant to Fed. R. Civ. P. 59, Fiber Composites hereby moves for a new trial on issues of invalidity.[1] As will be described in the Memorandum in Support of this Motion, the Court improperly excluded Fiber Composites from offering expert testimony at trial that the primary prior art reference, the *Modern Plastics* article, was properly enabled. Andersen's own expert testified that each element of every asserted claim was disclosed in the *Modern Plastics* article. Andersen's only remaining argument was that the article

[1] Fiber Composites has moved separately for Judgment as a Matter of Law on these and other issues. This Motion for a New Trial is presented in the alternative, in the event the Court does not grant JMOL.

was not properly enabled. The Court allowed Andersen's expert to testify about this matter, but precluded Fiber Composites' experts from responding. This missing testimony is all that prevented the jury from finding all of the asserted claims anticipated and therefore invalid.

WHEREFORE, for the reasons stated above and in the Memorandum in Support of this Motion, which will be filed according to the dates set forth in the Court's order of May 3, 2005, Fiber Composites requests that this motion be granted, and that the Court order a new trial.

Dated: May 23, 2005

FISH & RICHARDSON P.C.

By: s/Katherine A. Moerke

Katherine A. Moerke (#312277)
3300 Dain Rauscher Plaza
60 South Sixth Street
Minneapolis, MN 55402
Telephone: (612) 335-5070

John M. Skenyon
Michael E. Zeliger
Fish & Richardson P.C.
225 Franklin Street
Boston, MA 02110-2804
Tel.: (617) 542-5070
Fax: (617) 542-8906

Attorneys for Defendant
FIBER COMPOSITES, LLC.

21092723.doc