UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| ANDERSEN CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>FIBER COMPOSITES, LLC.,<br><br>Defendant. | CIV NO. 00-CV-2548 (JNE/JGL) |

**FIBER COMPOSITES' NOTICE OF MOTION FOR A NEW TRIAL ON INVALIDITY**

PLEASE TAKE NOTICE THAT on a date and time to be determined by the Court, the undersigned will move, on behalf of the defendant, Fiber Composites, LLC ("Fiber Composites"), for an Order granting Fiber Composites' Motion for a New Trial on Invalidity. Fiber Composites will submit a memorandum in further support of this motion, as well as the arguments of counsel, and all papers and pleadings in this matter.

Dated: May 23, 2005

FISH & RICHARDSON P.C., P.A.

By: s/Katherine A. Moerke

Jonathan E. Singer (#283459)
Katherine A. Moerke (#312277)
3300 Dain Rauscher Plaza
60 South Sixth Street
Minneapolis, MN 55402
Telephone: (612) 335-5070

John M. Skenyon
Michael E. Zeliger
Fish & Richardson P.C.
225 Franklin Street
Boston, MA 02110-2804
Tel.: (617) 542-5070
Fax: (617) 542-8906

Attorneys for Defendant
FIBER COMPOSITES, LLC.

60295913.doc