UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| ANDERSEN CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>FIBER COMPOSITES, LLC.,<br><br>Defendant. | CIV NO. 00-CV-2548 (JNE/JGL) |

**FIBER COMPOSITES' MOTION FOR JUDGMENT AS A MATTER OF LAW ON THE ISSUES OF INVALIDITY AND DAMAGES**

On May 12, 2005, the Court entered judgment in this matter in favor of the plaintiff, Andersen Corporation ("Andersen"), in part and in favor of Defendant Fiber Composites, LLC ("Fiber Composites"), in part. The Court's judgment referenced the jury's special verdict form, which: (a) found that Fiber Composites' uncontested infringement was not willful, (b) found that the asserted claims of the patent-in-suit were not proven invalid; and (d) awarded reasonable royalty damages to Andersen.

Pursuant to Fed. R. Civ. P. 50(b), Fiber Composites hereby renews its Motions for judgment as a matter of law.[1] As will be described in the Memorandum in Support of this Motion, the jury's findings on invalidity are not supported by substantial evidence in the record, and are legally unsound. In particular, the jury's verdict regarding validity is unsupportable. In addition, the Court's construction of the claims of the asserted patents was erroneous. Properly construed, the claims of the asserted patents are all limited to

[1] Fiber Composites timely moved for judgment as a matter of law pursuant to Rule 50(a) at the close of plaintiff's case-in-chief (Tr. Pg. 575).

material made from pellets. As so construed, none of the claims are infringed by any of Fiber Composite's products. Accordingly, the Court should enter judgment as a matter of law in favor of Fiber Composites on these issues.

WHEREFORE, for the reasons stated above and in the Memorandum in Support of this Motion, which will be filed according to the dates set forth in the Court's order of May 3, 2005, Fiber Composites requests that this motion be granted, and that the Court enter judgment as a matter of law.[2]

Dated: May 23, 2005

FISH & RICHARDSON P.C.

By: s/Katherine A. Moerke
Katherine A. Moerke (#312277)
3300 Dain Rauscher Plaza
60 South Sixth Street
Minneapolis, MN 55402
Telephone: (612) 335-5070

John M. Skenyon
Michael E. Zeliger
Fish & Richardson P.C.
225 Franklin Street
Boston, MA 02110-2804
Tel.: (617) 542-5070
Fax: (617) 542-8906

Attorneys for Defendant
FIBER COMPOSITES, LLC.

21092734.doc

[2] Fiber Composites has moved separately, in the alternative, for a new trial on issues of invalidity.