**CERTIFICATE OF SERVICE**

I certify that on May 23, 2005, I have caused the following documents:

FIBER COMPOSITES' NOTICE OF MOTION FOR A NEW TRIAL ON INVALIDITY

FIBER COMPOSITES' MOTION FOR A NEW TRIAL ON INVALIDITY

FIBER COMPOSITES' NOTICE OF MOTION FOR JUDGMENT AS A MATTER OF LAW ON THE ISSUES OF INVALIDITY AND DAMAGES

FIBER COMPOSITES' MOTION FOR JUDGMENT AS A MATTER OF LAW ON THE ISSUES OF INVALIDITY AND DAMAGES

to be filed electronically with the Clerk of Court through ECF, and ECF will send an e-notice of the electronic filing to the following:

**Nicholas Boebel**
nsboebel@rkmc.com smashwill@rkmc.com;gmparish@rkmc.com

**Ronald J Schutz**
rjschutz@rkmc.com

**Scott Ray Strand**
srstrand@rkmc.com lmzimmerman@rkmc.com;scott_strand@msn.com

**Becky R Thorson**
brthorson@rkmc.com scgeorge@rkmc.com

I further certify that I have caused the proposed order to be filed with the court via e-mail to the following judge:

**U.S. District Court Judge Joan N. Ericksen**
joanericksen_chambers@mnd.uscourts.gov

and I certify that I have caused a copy of the proposed order to be e-mailed or mailed by first class mail, postage paid, as noted below to the following:

Ronald J. Schutz — **Via E-Mail and U.S. Mail**
Robins, Kaplan, Miller & Ciresi L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015

Date: May 23, 2005

s/Katherine A. Moerke
Katherine A. Moerke

60295915.doc