**CERTIFICATE OF SERVICE**

I certify that on May 31, 2005, I have caused the following documents:

DEFENDANT FIBER COMPOSITES, LLC'S MEMORANDUM IN OPPOSITION TO PLAINTIFF ANDERSEN CORPORATION'S MOTION FOR AN ACCOUNTING OF FIBER COMPOSITES' INFRINGING SALES FROM AUGUST 23, 2002 TO MAY 12, 2005

LR 7.1(c) WORD COUNT COMPLIANCE CERTIFICATE REGARDING DEFENDANT FIBER COMPOSITES, LLC'S MEMORANDUM IN OPPOSITION TO PLAINTIFF ANDERSEN CORPORATION'S MOTION FOR AN ACCOUNTING OF FIBER COMPOSITES' INFRINGING SALES FROM AUGUST 23, 2002 TO MAY 12, 2005

DEFENDANT FIBER COMPOSITES, LLC'S MEMORANDUM IN RESPONSE TO PLAINTIFF ANDERSEN CORPORATION'S MOTION FOR A DETERMINATION AND AWARD OF PREJUDGMENT AND POST-JUDGMENT INTEREST

LR 7.1(c) WORD COUNT COMPLIANCE CERTIFICATE REGARDING DEFENDANT FIBER COMPOSITES, LLC'S MEMORANDUM IN RESPONSE TO PLAINTIFF ANDERSEN CORPORATION'S MOTION FOR A DETERMINATION AND AWARD OF PREJUDGMENT AND POST-JUDGMENT INTEREST

DEFENDANT FIBER COMPOSITES, LLC'S MEMORANDUM IN OPPOSITION TO PLAINTIFF ANDERSEN CORPORATION'S MOTION FOR A PERMANENT INJUNCTION PROHIBITING INFRINGEMENT OF U.S. PATENT NO. 5,539,027 AND U.S. PATENT NO. 5,486,553

LR 7.1(c) WORD COUNT COMPLIANCE CERTIFICATE REGARDING DEFENDANT FIBER COMPOSITES, LLC'S MEMORANDUM IN OPPOSITION TO PLAINTIFF ANDERSEN CORPORATION'S MOTION FOR A PERMANENT INJUNCTION PROHIBITING INFRINGEMENT OF U.S. PATENT NO. 5,539,027 AND U.S. PATENT NO. 5,486,553

to be filed electronically with the Clerk of Court through ECF, and ECF will send an e-notice of the electronic filing to the following:

**Nicholas Boebel**
nsboebel@rkmc.com; smashwill@rkmc.com; gmparish@rkmc.com

**Ronald J Schutz**
rjschutz@rkmc.com

**Scott Ray Strand**
srstrand@rkmc.com; lmzimmerman@rkmc.com; scott_strand@msn.com

**Becky R Thorson**
brthorson@rkmc.com; scgeorge@rkmc.com

I further certify that I have caused the proposed order to be filed with the court via e-mail to the following judge:

**U.S. District Court Judge Joan N. Ericksen**
joanericksen_chambers@mnd.uscourts.gov

and I certify that I have caused a copy of the proposed order to be e-mailed or mailed by first class mail, postage paid, as noted below to the following:

Ronald J. Schutz **Via E-Mail and U.S. Mail**
Robins, Kaplan, Miller & Ciresi L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015

Date: May 31, 2005 s/Katherine A. Moerke
Katherine A. Moerke

60297400.doc