**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Andersen Corporation,

Plaintiff,

v.

Fiber Composites, LLC,

Defendant.

**Case No.: 00-CV-2548 (JNE/JGL)**

**AMENDED STIPULATION REGARDING POST-TRIAL MOTIONS BRIEFING SCHEDULE**

Plaintiff Andersen Corporation and Defendant Fiber Composites, LLC stipulate to the following amended briefing schedule for post-trial motion practice.

| POST-TRIAL MOTIONS | DEADLINE |
|---|---|
| Andersen's Memorandum in Opposition to Fiber Composites' Motion for Judgment of Non-Infringement | May 6, 2005 |
| Fiber Composites' Reply Memorandum in Support of Its Motion For Judgment of Non-Infringement | May 16, 2005 |
| Initial memoranda supporting all other post-trial motions (except for any JMOL and new trial motions) | May 16, 2005 |
| Memoranda opposing post-trial motions (other than any JMOL and new trial motions) | May 30, 2005 |
| Reply memoranda supporting post-trial motions (other than any JMOL and new trial motions) | June 15, 2005 (instead of the previous deadline of June 10, 2005) |
| Any JMOL and new trial motions | Due 10 days after entry of final judgment, pursuant to Fed. R. Civ. P. 50 and 59 |
| Initial memoranda supporting any JMOL and new trial motions | June 16, 2005 (instead of the previous deadline of 28 days after entry of final judgment) |
| Memoranda opposing any JMOL and new trial motions | June 29, 2005 (instead of the previous deadline of 42 days after entry of final judgment) |
| Reply memoranda supporting any JMOL and new trial motions | July 8, 2005 (instead of the previous deadline of 52 days after entry of final judgment) |

The Parties, by stipulating to the above amended briefing schedule, intend for the stipulation to supercede any briefing deadlines set forth in the Federal Rules of Civil Procedure and the Minnesota Local Rules.

Dated: June 7, 2005.

**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

By: s/Misti Nelc
Ronald J. Schutz (#130849)
Becky R. Thorson (#254861)
Misti Nelc (#296090)
Nicholas S. Boebel (#030217X)

2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, Minnesota 55402-2015
(612) 349-8500

**ATTORNEYS FOR PLAINTIFF ANDERSEN CORPORATION**

and

Dated: June 7, 2005

**FISH & RICHARDSON P.C.**

By: s/Katherine A. Moerke
Jonathan E. Singer (#283459)
Katherine A. Moerke (#312277)
3300 Dain Rauscher Plaza
60 South Sixth Street
Minneapolis, MN 55402
Telephone: (612) 335-5070

John M. Skenyon
Michael E. Zeliger
Fish & Richarson P.C.
225 Franklin Street
Boston, MA 02110-2804
Tel.: (617) 542-5070
Fax: (617) 542-8906

**ATTORNEYS FOR DEFENDANT FIBER COMPOSITES, LLC**