**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Andersen Corporation,

Plaintiff,

v.

Fiber Composites, LLC,

Defendant.

---

Case No. 00-CV-2548 JNE/JGL

**NOTICE OF APPEAL**

Notice is hereby given that Andersen Corporation in the above named case hereby appeals to the United States Court of Appeals for the Federal Circuit from:

1. April 9, 2002 Memorandum Opinion and Order, Docket No. 105;

2. July 22, 2003 Order, Docket No. 215;

3. May 11, 2005 Order for Judgment, Docket No. 446; and

4. May 12, 2005 Judgment in a Civil Case, Docket No. 447.

Andersen reserves its right to appeal from any order disposing of currently pending post-trial motions, or a judgment altered or amended upon such a motion, under Federal Rule of Appellate Procedure 4(a)(4)(B)(ii).

Dated: June 10, 2005. **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

By: /s/ Misti Nelc
Ronald J. Schutz (#130849)
Becky R. Thorson (#254861)
Misti Nelc (#296090)
Nicholas S. Boebel (#030217X)
Busola A. Akinwale (#0338217)

2800 LaSalle Plaza

800 LaSalle Avenue
Minneapolis, Minnesota 55402-2015
(612) 349-8500

**ATTORNEYS FOR PLAINTIFF ANDERSEN CORPORATION**