**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Andersen Corporation,<br><br>Plaintiff,<br><br>v.<br><br>Fiber Composites, LLC,<br><br>Defendant. | **Case No.: 00-CV-2548 (JNE/JGL)**<br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that on June 10, 2005, I caused Plaintiff Andersen Corporation's Notice of Appeal to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

| | |
|---|---|
| Jonathan E. Singer | singer@fr.com |
| John M. Skenyon | skenyon@fr.com |
| J. Richard Soderberg | soderberg@fr.com |
| Michael E. Zeliger | zeliger@fr.com |
| Katherine A. Moerke | moerke@fr.com |

Dated this 10th day of June, 2005.

By /s/ Misti Nelc
Misti Nelc