Fri Jun 10 14:59:34 2005

UNITED STATES DISTRICT COURT

MPLS, MN

Receipt No. 700 435555
Cashier deborah

Check Number: 582898

| DO Code | Div No |
|---|---|
| 4641 | 4 |

| Sub Acct | Type | Tender | Amount |
|---|---|---|---|
| 1:086900 | N | 2 | 105.00 |
| 2:510000 | N | 2 | 150.00 |

Total Amount $ 255.00

ROBINS KAPLAN, ET AL/ 00CV2548 JNE

APPLAL TO THE 8TH CIRCUIT

SCANNED
JUN 10 2005
U.S. DISTRICT COURT MPLS