# UNITED STATES DISTRICT COURT
## District of Minnesota

Richard D. Sletten, Clerk
Wendy S. Osterberg, Chief Deputy Clerk

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 Federal Building
515 West First Street
Duluth, MN 55802
(218) 529-3500

212 U.S. Courthouse
118 South Mill Street
Fergus Falls, MN 56537
(218) 739-5758

June 14, 2005

Ms. Jan Horbaly, Clerk
Court of Appeals for the Federal Circuit
National Courts Building
717 Madison Place NW, Room 401
Washington, DC 20439

RE: District Court Civil Case #: 00-2548 JNE/JGL
Federal Circuit Case #:
Case Caption: Andersen Corp v. Fiber Composites

Dear Ms. Horbaly:

Enclosed, please find one certified copy of each of the following (except for the documents marked with an asterisk (*)):

_X_ Federal Circuit Appeal Information Sheet *

_X_ Notice of Appeal

_X_ Pleading(s) being appealed

_X_ Docket entries

_____ Other:

The Statutory filing fee has:

_X_ been paid. Receipt number: 435555

_____ not been paid:

- ____ USA appealed
- ____ In Forma Pauperis
- ____ Fee wasn't included with the appeal
- ____ Motion Pending
- ____ Other:

Please acknowledge receipt of these documents by returning the enclosed copy of this letter.

Sincerely,

RICHARD D. SLETTEN, CLERK

BY: Rena L. Riemer
Deputy Clerk

# FEDERAL CIRCUIT APPEAL INFORMATION SHEET

X United States District Court for the District of Minnesota

____ United States Court of International Trade

____ United States Court of Federal Claims

____ United States Court of Appeals for Veterans Claims

Type of Case: Patent

Andersen Corporation v. Fiber Composites, LLC

(List all parties. Use an asterisk to indicate dismissed or withdrawn parties. Use a separate sheet if needed. Explain any discrepancy with the caption used on the judgment, order or opinion.)

Docket No. 485 Date of Judgment / Order 447

Cross or related appeal? n/a Date of Notice of Appeal 6/10/05

Appellant is: X Plaintiff ____ Defendant ____ Other: ____

FEES: Court of Appeals docket fee paid? X Yes ____ No

U.S. Appeal? ____ Yes X No

In forma pauperis? ____ Yes X No

Is this matter under seal? ____ Yes X No

COUNSEL: (List name, firm, address and telephone of lead counsel for each party. Indicate party represented. Use separate sheet if needed.)

| PLAINTIFF'S ATTYS | DEFENDANT ATTYS | DEFENDANT ATTYS |
|---|---|---|
| Becky R. Thorson<br>Nicholas Boebel<br>Ronald Schutz<br>Scott Strand<br>Busola Akinwale<br>Misti Nelc<br>612-349-8500<br>Robins Kaplan Miller & Ciresi<br>800 LaSalle Ave, Ste 2800<br>Mpls, MN 55402 | J Richard Soderberg<br>Jonathan Singer<br>Katherine Moerke<br>612-335-5070<br>Fish & Richardson<br>3300 Dain Rauscher Plz<br>60 S 6th Street, Ste 3300<br>Mpls, MN 55402 | John Skenyon<br>Michael Zeliger<br>617-542-5070<br>Fish & Richardson<br>225 Franklin Street, Ste 3100<br>Boston, MA 02110 |

| DEFENDANT ATTY | DEFENDANT ATTY |
|---|---|
| R J Zayed<br>612-436-9643<br>Carlson Caspers<br>Vandenburgh & Lindquist<br>225 South 6th Street, Ste 3200<br>Minneapolis, MN 55402 | James Hall<br>Meckler Bulger & Tilson<br>123 North Wacker Drive, Ste 1800<br>Chicago, IL 60606 |

Court Reporter (name and telephone): Maria Weinbeck 651-848-1224

IMPORTANT: Attach a copy of the judgement or order appealed from and any supporting opinion or memorandum. Forward together with a copy of the notice of appeal and certified docket entries.