**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Andersen Corporation,<br><br>Plaintiff<br><br>v.<br><br>Fiber Composites, L.L.C.<br><br>Defendant. | **LR 7.1(c) WORD COUNT COMPLIANCE CERTIFICATE REGARDING PLAINTIFF'S REPLY MEMORANDUM IN SUPPORT OF ITS MOTION FOR AN ACCOUNTING OF FIBER COMPOSITES' INFRINGING SALES FROM AUGUST 23, 2002 TO MAY 12, 2005**<br><br>Case Number: 00-CV-2548 JNE/JGL |

I, Busola Akinwale, certify that Plaintiff's Reply Memorandum in Support of Its Motion for an Accounting of Fiber Composites' Infringing Sales from August 23, 2002 to May 12, 2005 complies with Local Rule 7.1(c).

I further certify that, in preparation of this memorandum, I used Microsoft Word 2003, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

I further certify that the above referenced memorandum contains 928 words.

Dated: June 15, 2005

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

By: /s/ Busola A. Akinwale

Ronald J. Schutz (#130849)
Becky R. Thorson (#254861)
Misti Nelc (#0296090)
Nicholas S. Boebel (#030217X)
Busola A. Akinwale (#0338217)

2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, Minnesota 55402-2015
(612) 349-8500

ATTORNEYS FOR PLAINTIFF
ANDERSEN CORPORATION