**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Andersen Corporation,

Plaintiff,

v.

Fiber Composites, LLC,

Defendant.

**Case No.: 00-CV-2548 (JNE/JGL)**

**CERTIFICATE OF SERVICE**

I hereby certify that on June 15, 2005, I caused the following documents:

1. Plaintiff Andersen Corporation's Reply Memorandum in Support of Its Motion for an Accounting of Fiber Composites' Infringing Sales from August 23, 2002 to May 12, 2005;

2. LR 7.1(c) Word Count Compliance Certificate Regarding Plaintiff's Reply Memorandum in Support of Its Motion for an Accounting of Fiber Composites' Infringing Sales from August 23, 2002 to May 12, 2005;

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

| | |
|---|---|
| Jonathan E. Singer | singer@fr.com |
| John M. Skenyon | skenyon@fr.com |
| J. Richard Soderberg | soderberg@fr.com |
| Michael E. Zeliger | zeliger@fr.com |
| Katherine A. Moerke | moerke@fr.com |

Dated this 15th day of June, 2005.

By /s/ Busola A. Akinwale
Busola A. Akinwale