**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Andersen Corporation,

Plaintiff

v.

Fiber Composites, L.L.C.

Defendant.

**LR 7.1(c) WORD COUNT COMPLIANCE CERTIFICATE REGARDING PLAINTIFF'S REPLY MEMORANDUM IN SUPPORT OF ITS MOTION FOR A PERMANENT INJUNCTION PROHIBITING INFRINGEMENT OF U.S. PATENT NO. 5,539,027 AND U.S. PATENT NO. 5,486,553**

Case Number: 00-CV-2548 JNE/JGL

I, Busola Akinwale, certify that Plaintiff's Reply Memorandum in Support of Its Motion for a Permanent Injunction Prohibiting Infringement of U.S. Patent No. 5,539,027 and U.S. Patent No. 5,486,553 complies with Local Rule 7.1(c).

I further certify that, in preparation of this memorandum, I used Microsoft Word 2003, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

I further certify that the above referenced memorandum contains 842 words.

Dated: June 15, 2005

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

By: /s/ Busola A. Akinwale

Ronald J. Schutz (#130849)
Becky R. Thorson (#254861)
Misti Nelc (#0296090)
Nicholas S. Boebel (#030217X)
Busola A. Akinwale (#0338217)

2800 LaSalle Plaza
800 LaSalle Avenue

Minneapolis, Minnesota 55402-2015
(612) 349-8500

ATTORNEYS FOR PLAINTIFF
ANDERSEN CORPORATION