**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Andersen Corporation,

Plaintiff,

v.

Fiber Composites, LLC,

Defendant.

**Case No.: 00-CV-2548 (JNE/JGL)**

**CERTIFICATE OF SERVICE**

I hereby certify that on June 15, 2005, I caused the following documents:

1. Plaintiff Andersen Corporation's Reply Memorandum in Support of Its Motion for a Permanent Injunction Prohibiting Infringement of U.S. Patent No. 5,539,027 and U.S. Patent No. 5,486,553;

2. LR 7.1(c) Word Count Compliance Certificate Regarding Plaintiff's Reply Memorandum in Support of Its Motion for a Permanent Injunction Prohibiting Infringement of U.S. Patent No. 5,539,027 and U.S. Patent No. 5,486,553;

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

| | |
|---|---|
| Jonathan E. Singer | singer@fr.com |
| John M. Skenyon | skenyon@fr.com |
| J. Richard Soderberg | soderberg@fr.com |
| Michael E. Zeliger | zeliger@fr.com |
| Katherine A. Moerke | moerke@fr.com |

I further certify that I caused the revised proposed order to be filed with the court via e-mail to the following judge who is hearing the motion:

Judge Joan N. Ericksen joanericksen_chambers@mnd.uscourts.gov

and I certify that I caused a copy of the revised proposed order to be mailed by first class

mail or Federal Express, as indicated, postage paid, to the following:

**Via U.S. Mail**
Richard J. Soderberg, Esq.
Jonathan Singer, Esq.
Katherine A. Moerke, Esq.
FISH & RICHARDSON P.C.
60 South Sixth Street
Suite 3300
Minneapolis, MN 55402

**Via Federal Express**
John M. Skenyon, Esq.
Michael Zeliger, Esq.
FISH & RICHARDSON P.C.
225 Franklin Street
Boston, MA 02110-2804

Dated this 15th day of June, 2005.

By ___ /s/ Busola A. Akinwale __________
Busola A. Akinwale



MP3 20139083.1
MP3 20139090.1