**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Andersen Corporation,

Plaintiff,

v.

Fiber Composites, LLC,

Defendant.

**Case No.: 00-CV-2548 (JNE/JGL)**

**DECLARATION OF BUSOLA A. AKINWALE AND EXHIBIT INDEX**

I, BUSOLA A. AKINWALE, declare:

1. I am an associate with the law firm of Robins, Kaplan, Miller & Ciresi L.L.P., and am one of the attorneys representing plaintiff Andersen Corporation ("Andersen").

2. I submit this declaration and exhibit index in support of Plaintiff Andersen's Memorandum in Support of Its Motion for a Judgment of Willful Infringement as a Matter of Law Pursuant to Rule 50 of the Federal Rules of Civil Procedure.

3. I have personal knowledge of the facts stated herein. If called as a witness, I could and would testify competently concerning these matters.

4. Attached hereto as Exhibit 1 is a true and correct copy of excerpts from the trial transcript of *Andersen Corp. v. Fiber Composites, L.L.C.*, No. 00-CV-2548 (D. Minn. April 2005);

5. Attached hereto as Exhibit 2 is a true and correct copy of Plaintiff's Trial Exhibit No. 252;

6. Attached hereto as Exhibit 3 is a true and correct copy of Plaintiff's Trial Exhibit No. 254;

7. Attached hereto as Exhibit 4 is a true and correct copy of Defendant's Trial Exhibit No. 12;

8. Attached hereto as Exhibit 5 is a true and correct copy of Plaintiff's Trial Exhibit No. 1;

9. Attached hereto as Exhibit 6 is a true and correct copy of Plaintiff's Trial Exhibit No. 2;

10. Attached hereto as Exhibit 7 is a true and correct copy of Plaintiff's Trial Exhibit No. 249.

To the best of my knowledge and belief, I declare, under penalty of perjury, that all the statements made by me are true.

Dated this 16th day of June, 2005

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

/s/ Busola A. Akinwale
Busola A. Akinwale