# EXHIBIT 2

PLAINTIFF'S EXHIBIT 17 PAJER

**Pajer, James D. (OGC)**

**From:** Pajer, James D. (OGC)
**Sent:** Wednesday, February 16, 2000 8:08 PM
**To:** Pajer, James D. (OGC)
**Subject:** FW: Fiber Composites - New London, NC

-----Original Message-----
**From:** Pajer, James D. (OGC)
**Sent:** Tuesday, February 15, 2000 3:37 PM
**To:** Alanis, Kim (SYN); Jones, Roger B. (OGC); Hawrylko, Roman B. (OGC)
**Cc:** Learn, Mark (ORG); Krause, Peter (ORG); Roy, Michel (OGC); Kessell, Sherwood W. (OGC)
**Subject:** Fiber Composites - New London, NC

**First: I want to thank Roger Jones for passing this lead on to me.**

Contact: Jim Przyblinski, General Manager

Address: 34570 Random Drvie
New London, NC 28127

Ph: 704-463-7120

**Pltf. # 252**
Civ. 00-2548
(JNE/JGL)

**Action Items:**

Jim Przylinski to send Roman Hawrylko 5 pound samples of Condea Vista 1084 Natural (dry blend) and 9145 pellets.
- 1084 is used to blend <30% wood flour for use in railing balasteres and railing. He says <30% allows him to avoid violation of the Andersen patent.
- 9145 is a white capstock which is coextruded over the 1084 substrate.
- consumtion ratio is roughly 90/10
- will also send you COAs and MSDS which hopefully will be of value to you in evaluating these materials.

Roman: Please evaluate these samples to determine our best fit both for the dry blend and capstock (pellet). Jim did not know if the 1084 contained any compatiblizer.

**Background:**

This company has been in business about 2 years. They make decking (from HDPE - wood flour blends) and railing from (from PVC wood flour blends). He uses the HDPE because it is cheaper than PVC but must use the PVC in the railing in order to pass the lateral force test requirement for such products. He is also begining to look at PP blends.

Volume of PVC is currently slightly more that 2 T/L/month and is expected to more than double during 2000.

Equipment: one CM 55 and one CM 80 used for both PVC and HDPE.
to buy 2 more CM 80s and one CM 96 in 2000.

Major suppliers are now GG and Chevron. Says he has 30 day credit terms with both suppliers but credit line limited.

**Woody Kessell:** Please check these people out to adivse credit standing. Feel free to call Jim

directly if you want. He says the owner also has a company called B.B.&S. located in North Kingston, RI that you may find more infor on.

Reason for looking is currently due to inconsistent service from GG and general lack of attention. I asked him how he got hooked up with Condea in the first place. He said that when he called them, they did not agressrively pursue his business but gave him the technical support to get him started. Both the sales and tech people from CV have been let go.

**Molding**:

Jim said that he currently is purchasing molded components (fence caps and spindles) from two companies in Ohio. He is also talking to Atlas Precision, a molder in Ashville, NC. At this point, he seems to be leaning more toward continued purchasing of components as opposed to actual molding. With this situation, you may be better off working toward a material spec to assure the desired performance.