# EXHIBIT 3

Called 5/27 left message
Am compound will be available for sampling mid May

**Alanis, Kim (SYN)**
**To:** Hawrylko, Roman B. (OGC); Pajer, James D. (OGC)
**Subject:** FW: Fiber Composites - New London, NC

Exhibit Alanis 9
Date: 3/1/02
David A. Campeau
Stirewalt & Associates

Roman:

I met with Jim Przyblinski today to discuss the decking and railing application described below. I asked for the samples of the Condea Vista material for us to evaluate and Jim says he is uncomfortable giving us the samples. He would like to see our best candidates to meet his specs.

DRY BLEND

- He needs an interior natural dry blend compound that he can add wood flour to at his location. He is using less than 30% - 60 mesh pine wood flour.
- The parts must meet a high break strength - The spec for PVC is 500 lbs. on the lateral force for PVC. The wood spec is 200 lbs.
- The compound must be consistent
- The compound should have good melt stiffness coming out of the die – they do not have any downstream equipment.

CUBES

- The exterior capstock compound is currently sold only in white
- Typical thickness is 10,000 up to 15 – 18,000.
- Have had some complaints about capstock cracking in the field.

The Condea Vista material has been running well but the delivery is poor and the material needs to have better melt stiffness out of the die. He is running most of the material on the CM 80. He is running 2 CM 80's and is the 3rd is starting up later this week. They are currently running 1 truckload per week and going to 3 truckloads per week by mid year. They have plans to go to bulk early next year.

Their main customers are Lowes and Home Depot and their product is advertised as FIBERON.

Jim says they do not have much experience and feels if we could help him with technical support maybe even help train some of his people that would be a big advantage over our competition. They just hired a new Technology Manager – Pete Domalavage

Roman, please let me know if you need additional information in order to recommend a compound. He wants a gaylord sample and will evaluate it then call you with the results. I think we have an opportunity if we give them some technical attention – I believe this will be Gary Sadowski's account.

-----Original Message-----
**From:** Pajer, James D. (OGC)
**Sent:** Tuesday, February 15, 2000 3:44 PM
**To:** Alanis, Kim (SYN); Jones, Roger B. (OGC); Hawrylko, Roman B. (OGC)
**Cc:** Learn, Mark (ORG); Krause, Peter (ORG); Roy, Michel (OGC); Kessell, Sherwood W. (OGC)
**Subject:** Fiber Composites - New London, NC

**First: I want to thank Roger Jones for passing this lead on to me.**

Email to Roman 5/16/00

**Pltf. # 254**
Civ. 00-2548
(JNE/JGL)

90000033

CONFIDENTIAL

ATTORNEYS EYES ONLY

Poly One
34

Contact: Jim Przyblinski, General Manager

Address: 34570 Random Drvie
New London, NC 28127

Ph: 704-463-7120

**Action Items:**

Jim Przylinski to send Roman Hawrylko 5 pound samples of Condea Vista 1084 Natural (dry blend) and 9145 pellets.
- 1084 is used to blend <30% wood flour for use in railing balasteres and railing. He says <30% allows him to avoid violation of the Andersen patent.
- 9145 is a white capstock which is coextruded over the 1084 substrate.
- consumtion ratio is roughly 90/10
- will also send you COAs and MSDS which hopefully will be of value to you in evaluating these materials.

Roman: Please evaluate these samples to determine our best fit both for the dry blend and capstock (pellet). Jim did not know if the 1084 contained any compatiblizer.

**Background:**

This company has been in business about 2 years. They make decking (from HDPE - wood flour blends) and railing from (from PVC wood flour blends). He uses the HDPE because it is cheaper than PVC but must use the PVC in the railing in order to pass the lateral force test requirement for such products. He is also begining to look at PP blends.

Volume of PVC is currently slightly more that 2 T/L/month and is expected to more than double during 2000.

Equipment: one CM 55 and one CM 80 used for both PVC and HDPE.
to buy 2 more CM 80s and one CM 96 in 2000.

Major suppliers are now GG and Chevron. Says he has 30 day credit terms with both suppliers but credit line limited.

**Woody Kessell:** Please check these people out to adivse credit standing. Feel free to call Jim directly if you want. He says the owner also has a company called B.B.&S. located in North Kingston, RI that you may find more infor on.

Reason for looking is currently due to inconsistent service from GG and general lack of attention. I asked him how he got hooked up with Condea in the first place. He said that when he called them, they did not agressrively pursue his business but gave him the technical support to get him started. Both the sales and tech people from CV have been let go.

**Molding:**

Jim said that he currently is purchasing molded components (fence caps and spindles) from two companies in Ohio. He is also talking to Atlas Precision, a molder in Ashville, NC. At this point, he seems to be leaning more toward continued purchasing of components as opposed to actual molding. With this situation, you may be better off working toward a material spec to assure the desired performance.