# EXHIBIT 4

OCT 16 '01 12:45 FR R.K.M.& C. L.L.P. 612 339 4181 TO 2464#121338#0001 P.02/03

DX0012-0001

DX0012-0001 / 1

EXHIBIT Anderson 6 10-17-01

Deft. Trial Exhibit 12 Civ. No. 00-CV-2548 (JNE/JGL)

FORMULAS USED IN PRODUCTION BY MONTH
WOOD/PVC BLENDS

| Date | Formula | Wood Content % | Wood/ Polymer Ratio | Formula | Wood Content % | Wood/ Polymer Ratio | Formula | Wood Content % | Wood/ Polymer Ratio | Formula | Wood Content % | Wood/ Polymer Ratio | Formula | Wood Content % | Wood/ Polymer Ratio | Formula | Wood Content % | Wood/ Polymer Ratio |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Aug-98 | 072481 | 50.0 | 50/50 | | | | | | | | | | | | | | | |
| Sep-98 | 072481 | 50.0 | 50/50 | | | | | | | | | | | | | | | |
| Oct-98 | 072481 | 50.0 | 50/50 | | | | | | | | | | | | | | | |
| Nov-98 | 072481 | 50.0 | 50/50 | 111981 | 49.5 | 50/50 | | | | | | | | | | | | |
| Dec-98 | 111981 | 49.5 | 50/50 | | | | | | | | | | | | | | | |
| Jan-99 | 111981 | 49.5 | 50/50 | 010891 | 49.3 | 50/50 | 011491 | 49.3 | 50/50 | 012094 | 49.5 | 50/50 | | | | | | |
| Feb-99 | 012094 | 49.5 | 50/50 | | | | | | | | | | | | | | | |
| Mar-99 | 012094 | 49.5 | 50/50 | 031091 | 50.0 | 50/50 | | | | | | | | | | | | |
| Apr-99 | 031091 | 50.0 | 50/50 | | | | | | | | | | | | | | | |
| May-99 | 031091 | 50.0 | 50/50 | | | | | | | | | | | | | | | |
| Jun-99 | 031091 | 50.0 | 50/50 | | | | | | | | | | | | | | | |
| Jul-99 | 031091 | 50.0 | 50/50 | 072091 | 45.2 | 46/54 | 072093 | 45.8 | 46/54 | 072791 | 36.6 | 44/56 | 072792 | 36.8 | 44/56 | 072891 | 36.8 | 37/63 |
| Aug-99 | 072891 | 36.8 | 37/63 | 081091 | 36.8 | 37/63 | | | | | | | | | | | | |
| Sep-99 | 081091 | 36.8 | 37/63 | 090791 | 36.8 | 37/63 | 090792 | 36.6 | 37/63 | 090891 | 36.6 | 37/63 | | | | | | |
| Oct-99 | 090891 | 36.6 | 37/63 | | | | | | | | | | | | | | | |
| Nov-99 | 090891 | 36.6 | 37/63 | | | | | | | | | | | | | | | |
| Dec-99 | 090891 | 36.6 | 37/63 | | | | | | | | | | | | | | | |
| Jan-00 | 090891 | 36.6 | 37/63 | 011101 | 34.5 | 34/66 | 011201 | 32.0 | 32/68 | 011301 | 29.3 | 29/71 | | | | | | |
| Feb-00 | 011101 | 34.5 | 34/66 | 011201 | 32.0 | 32/68 | 011301 | 29.3 | 29/71 | | | | | | | | | |
| Mar-00 | 011101 | 34.5 | 34/66 | 011201 | 32.0 | 32/68 | 011301 | 29.3 | 29/71 | 032301 | 32.4 | 33/67 | | | | | | |
| Apr-00 | 011101 | 34.5 | 34/66 | 011201 | 32.0 | 32/68 | 011301 | 29.3 | 29/71 | 041101 | 28.3 | 29/71 | 042001 | 33.1 | 33/67 | | | |
| May-00 | 011101 | 34.5 | 34/88 | 011201 | 32.0 | 32/68 | 011301 | 29.3 | 29/71 | 052601 | 29.3 | 29/71 | 052602 | 33.2 | 33/67 | | | |
| Jun-00 | 052601 | 29.3 | 29/71 | 052602 | 33.2 | 33/67 | | | | | | | | | | | | |
| Jul-00 | 052601 | 29.3 | 29/71 | 052602 | 33.2 | 33/67 | 070100 | 29.3 | 29/71 | 072601 | 29.3 | 29/71 | 072901 | 33.2 | 33/67 | 072902 | 29.4 | 29/71 |
| Aug-00 | 072901 | 33.2 | 33/67 | 072902 | 29.4 | 29/71 | 080701 | 29.4 | 29/71 | 080702 | 33.3 | 33/67 | 082301 | 35.7 | 36/64 | | | |
| Sep-00 | 080701 | 29.4 | 29/71 | 080702 | 33.3 | 33/67 | 092701 | 33.3 | 33/67 | 092702 | 29.4 | 29/71 | | | | | | |
| Oct-00 | 092701 | 33.3 | 33/67 | 092702 | 29.4 | 29/71 | 103001 | 9.9 | 10/90 | 103001 | 9.9 | 10/90 | | | | | | |
| Nov-00 | 092701 | 33.3 | 33/67 | 092702 | 29.4 | 29/71 | 103001 | 9.9 | 10/90 | | | | | | | | | |
| Dec-00 | 092701 | 33.3 | 33/67 | 092702 | 29.4 | 29/71 | 120803 | 29.3 | 29/71 | 120902 | 31.9 | 32/68 | 121801 | 27.1 | 27/73 | 121802 | 27.1 | 27/73 |
| | | | | | | | | | | | | | | | | 121803 | 27.1 | 27/73 |
| Jan-01 | 103001 | 9.9 | 10/90 | 121801 | 27.1 | 27/73 | 121802 | 27.1 | 27/73 | 121803 | 27.3 | 27/73 | 1010901 | 24.9 | 25/75 | 1011502 | 9.9 | 10/90 |
| | 1010902 | 24.9 | 25/75 | | | | | | | | | | | | | | | |
| Feb-01 | 1010902 | 24.9 | 25/75 | 1011502 | 9.9 | 10/90 | 1011901 | 24.9 | 25/75 | 1011501 | 9.9 | 10/90 | 1010901 | 24.9 | 25/75 | 1010902 | 24.9 | 25/75 |
| | 120801 | 9.9 | 10/90 | 1021301 | 24.9 | 25/75 | 1021302 | 9.9 | 10/90 | 103001 | 9.9 | 10/90 | | | | | | |
| Mar-01 | 1011901 | 24.9 | 25/75 | 1011902 | 9.9 | 10/90 | 1022801 | 24.8 | 25/75 | 1022602 | 24.8 | 25/75 | 1021302 | 9.9 | 10/90 | 1031902 | 24.8 | 25/75 |
| | 1031901 | 10.0 | 10/90 | 1032009 | 11.5 | 12/88 | 1032001 | 24.8 | 25/75 | 1032004 | 24.6 | 25/75 | 1032008 | REPRO | | 1032007 | REPRO | |
| | 1032003 | 24.6 | 25/75 | 1022702 | LUBE | TRIAL | 1022703 | LUBE | TRIAL | 1032001 | 24.8 | 25/75 | 1032002 | 24.6 | 25/75 | 1032006 | 24.6 | 25/75 |
| Apr-01 | 1022801 | 24.8 | 25/75 | 1032007 | REPRO | | 1011902 | 9.9 | 10/90 | 1021302 | 9.9 | 10/90 | 1032002 | 24.8 | 25/75 | 1041701 | 9.8 | 10/90 |
| May-01 | 1011902 | 9.9 | 10/90 | 1022801 | 24.8 | 25/75 | 1041701 | 9.9 | 10/90 | 1032007 | REPRO | | | | | | | |
| Jun-01 | | | | | | | | | | | | | | | | | | |
| Jul-01 | | | | | | | | | | | | | | | | | | |
| Aug-01 | | | | | | | | | | | | | | | | | | |
| Sep-01 | | | | | | | | | | | | | | | | | | |
| Oct-01 | | | | | | | | | | | | | | | | | | |
| Nov-01 | | | | | | | | | | | | | | | | | | |
| Dec-01 | | | | | | | | | | | | | | | | | | |

08/21/2001 confidential

CONFIDENTIAL