# EXHIBIT 7

OCT-05-2000 04:57PM FROM-FIBER COMPOSITES CORP 7044631750 T-047 P.001/002 F-971

**FIBER COMPOSITES CORPORATION**
**34570 Random Drive**
**New London, NC 28127**
**Telephone: 704-463-7120**
**Facsimile: 704-463-1750**

# Facsimile Transmittal

Alanis
Exhibit 6
Date: 3/1/02
David A. Campeau
Stirewalt & Associates

**To:** Kimberly Alanis **Fax:**

**From:** Jim Przybylski **Date:** 10-5-00

**Re:** **Pages:**

**CC:**

FAX'D TO Gisele & Pager 10/9/00

ATTORNEYS EYES ONLY

**Pltf. # 249**
Civ. 00-2548
(JNE/JGL)

CONFIDENTIAL

Poly One
08

90000007

## Safety Concerns Regarding the Processing of Wood Flour

As some may know there is a current development project regarding the use of various wood flours as filler media in PVC compounds. Uses of this material are mainly for applications where the look of wood and the weatherability of vinyl is highly desirable. There are several significant safety factors associated with using wood flours that must be considered before usage should be allowed.

Wood flour is highly explosive when dispersed in a dust cloud. The more finely divided it is, the more explosive it becomes. It also has a very low dust to air concentration ratio, which means very small amounts in the air have explosive potentials. Listed below is a chart for comparison of sizes and explosive nature.

| Particle Size MICRONS | Minimum Ignition Energy JOULES | Minimum Explosive Concentration Grams./Cu.Ft |
|---|---|---|
| <1 | 0.002 | 2 |
| 1-2 | 0.004 | 4 |
| 2-5 | 0.004 | 4 |
| 5-10 | 0.01 | 8 |
| 10-20 | 0.01 | 8 |
| >20 | 0.05 | 10 |

Wood flour should be transferred in conditions that do not create static discharge (only bonded and grounded equipment) and should be handled in equipment and areas which are Class 1 Division 2 rated for the prevention of ignition if a dust cloud should be created. Also any machinery that is utilized to mix wood flour should not have any probe, extension, static blade or other object that could act as a static discharge point (lighting rod) internal to the mixing chamber. The mixer should be closed during addition and mixing of the flour. Addition techniques should be such as to minimize the creation of dust clouds. The mixing area should be equipment with deflagration vents to prevent structural collapse in case an explosion should occur.

Wood flour is an organic dust and therefore should be treated as a respirable and nuisance dust with appropriate respirators and industrial hygiene monitoring programs in place. It is also a very hydroscopic and petroscopic material and will readily absorb water and oils from the skin upon contact creating dermal conditions or irritations. It should be handled with impervious gloves and clothing to cover the skin to prevent contact.

Wood flour has an ignition temperature of approximately 450 F and therefore could ignite during processing if it should have to long a retention time in an extruder, come in contact with a 'thermal hot spot' or if processing conditions approach the 450 F range. The use of water or smothering is recommend for fires involving wood flour. Using CO2 or dry powder extinguishers will disperse the wood flour into the air which can create a dust explosion while trying to put out the fire.

ATTORNEYS EYES ONLY

90000008

Poly One
09

CONFIDENTIAL

PolyOne

TO: **Customers of PolyOne's PVC Compound Designed for Accepting Wood Fibers**

PolyOne sells a PVC Compound which is suitable for mixing wood fibers into the compound to make a PVC/wood fiber composite. As a customer of this compound, you should be aware that several U.S. Patents exist which cover various mixtures of PVC and wood fibers as well as end use articles containing this mixture.

The area of PVC/wood fibers has been an active area for patents the past five years and new patents will likely continue to issue. PolyOne would recommend that before you introduce a product containing PVC and wood fibers that you consult an experienced patent attorney to make sure your particular product does not infringe an existing patent.

One company that has several U.S. Patents covering PVC and wood fiber mixtures is Andersen Corporation of Bayport, Minnesota. Andersen likely has other patents pending. There may be patents issued and pending by persons other than Andersen which are relevant to PVC/wood fiber mixtures. The full text of patents is available on the web site of the U.S. Patent and Trademark Office at http://ftp.USPTO.gov/parft/index.html. This web site can also be used to search patents in a particular subject area.

PolyOne believes that its compound, as provided, does not infringe upon any existing patent. However, its use with wood flour could result in a compound or end-use article that does infringe upon existing or future patents belonging to others. As the manufacturer of the compound and/or end use article, it is your responsibility to conduct the necessary patent investigations to assure that you have not infringed upon any patents.

In addition to referenced patent issues, PolyOne would like to make you aware of the possible safety hazards involved with the use of wood flour in your manufacturing operations. Please note the attached "Safety Concerns Regarding the Processing of Wood Flour."

We encourage you to convey this information to others in your organization.

Please sign below to acknowledge that you received a copy of this letter and attachment pertaining to safety and patent concerns with regard to the use of wood flour and PVC.

Name: J. P. Przybylinski

Title: C.O.O. FIBER COMPOSITES CORP.

Date: 10-6-00

90000009

ATTORNEYS EYES ONLY

CONFIDENTIAL

Poly One
10