UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| ANDERSEN CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>FIBER COMPOSITES, LLC,<br><br>Defendant. | CIV NO. 00-CV-2548 (JNE/JGL) |

**DECLARATION OF KATHERINE A. MOERKE IN SUPPORT OF FIBER COMPOSITES, LLC'S MOTION FOR JUDGMENT AS A MATTER OF LAW ON THE ISSUES OF INFRINGEMENT AND VALIDITY**

I, Katherine A. Moerke, declare as follows:

1. I am an attorney at the law firm of Fish & Richardson P.C., P.A., and I am counsel for defendant FIBER COMPOSITES, LLC in the above-captioned matter.

2. Attached as Exhibit 1 is a true and correct copy of U.S. Patent No. 5,486,553.

3. Attached as Exhibit 2 is a true and correct copy of U.S. Patent No. 5,539,027.

4. Attached as Exhibit 3 is a true and correct copy of U.S. Patent Application Serial No. 938,365 filed August 31, 1992 ("the '365 application"), which is the original Group II application.

5. Attached as Exhibit 4 is a true and correct copy of an office action dated August 31, 1993 in the '365 application.

6. Attached as Exhibit 5 is a true and correct copy of an amendment and response dated November 30, 1993 in the '365 application.

7. Attached as Exhibit 6 is a true and correct copy of a preliminary amendment filed in connection with U.S. Patent Application Serial No. 224,399, both filed April 7, 1994.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 16, 2005

By: s/Katherine A. Moerke
Katherine A. Moerke