UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| ANDERSEN CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>FIBER COMPOSITES, LLC,<br><br>Defendant. | CIV NO. 00-CV-2548 (JNE/JGL) |

**DECLARATION OF KATHERINE A. MOERKE IN SUPPORT OF FIBER COMPOSITES, LLC'S MOTION FOR A NEW TRIAL**

I, Katherine A. Moerke, declare as follows:

1. I am an attorney at the law firm of Fish & Richardson P.C., P.A., and I am counsel for defendant FIBER COMPOSITES, LLC. in the above-captioned matter.

2. Attached as Exhibit 1 is a true and correct copy of Plaintiff Andersen Corporation's Response to Defendant Fiber Composites' Prior Art Statement.

3. Attached as Exhibit 2 is a true and correct copy of the Douglas J. Gardner "Report On the Manufacture and Testing of Rigid PVC-Wood Composites".

4. Attached as Exhibit 3 is a true and correct copy of a letter dated August 22, 2003 from R. J. Zayed of Fish & Richardson, P.C., P.A. to The Honorable Joan Ericksen.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 16, 2005

By: s/Katherine A. Moerke
Katherine A. Moerke