"Copy"

# UNITED STATES DISTRICT COURT
## District of Minnesota

RECEIVED BY MAIL

Richard D. Sletten, Clerk
Wendy S. Osterberg, Chief Deputy Clerk

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 Federal Building
515 West First Street
Duluth, MN 55802
(218) 529-3500

212 U.S. Courthouse
118 South Mill Street
Fergus Falls, MN 56537
(218) 739-5758

June 14, 2005

Ms. Jan Horbaly, Clerk
Court of Appeals for the Federal Circuit
National Courts Building
717 Madison Place NW, Room 401
Washington, DC 20439

RECEIVED
JUN 20 2005
United States Court of Appeals
For The Federal Circuit

RE: District Court Civil Case #: 00-2548 JNE/JGL
Federal Circuit Case #:
Case Caption: Andersen Corp v. Fiber Composites

Dear Ms. Horbaly:

Enclosed, please find one certified copy of each of the following (except for the documents marked with an asterisk (*)):

- Federal Circuit Appeal Information Sheet *
- X Notice of Appeal
- Pleading(s) being appealed
- X Docket entries
- Other:

Statutory filing fee has:

- Been paid. Receipt number: 435555
- Not been paid:
  - ____ USA appealed
  - ____ In Forma Pauperis
  - ____ Fee wasn't included with the appeal
  - ____ Motion Pending
  - ____ Other:

Please acknowledge receipt of these documents by returning the enclosed copy of this letter.

Sincerely,

RICHARD D. SLETTEN, CLERK

BY: Rena L. Riemer
Deputy Clerk

JUN 24 2005

# FEDERAL CIRCUIT APPEAL INFORMATION SHEET

X United States District Court for the District of Minnesota

____ United States Court of International Trade

____ United States Court of Federal Claims

____ United States Court of Appeals for Veterans Claims

Type of Case: Patent

Andersen Corporation v. Fiber Composites, LLC

(List all parties. Use an asterisk to indicate dismissed or withdrawn parties. Use a separate sheet if needed. Explain any discrepancy with the caption used on the judgment, order or opinion.)

Docket No. 485 Date of Judgment / Order 447

Cross or related appeal? n/a Date of Notice of Appeal 6/10/05

Appellant is: X Plaintiff ___ Defendant ___ Other: ________

FEES: Court of Appeals docket fee paid? X Yes ___ No

U.S. Appeal? ___ Yes X No

In forma pauperis? ___ Yes X No

Is this matter under seal? ___ Yes X No

COUNSEL: (List name, firm, address and telephone of lead counsel for each party. Indicate party represented. Use separate sheet if needed.)

| PLAINTIFF'S ATTYS | DEFENDANT ATTYS | DEFENDANT ATTYS |
|---|---|---|
| Becky R. Thorson<br>Nicholas Boebel<br>Ronald Schutz<br>Scott Strand<br>Busola Akinwale<br>Misti Nelc<br>612-349-8500<br>Robins Kaplan Miller & Ciresi<br>800 LaSalle Ave, Ste 2800<br>Mpls, MN 55402 | J Richard Soderberg<br>Jonathan Singer<br>Katherine Moerke<br>612-335-5070<br>Fish & Richardson<br>3300 Dain Rauscher Plz<br>60 S 6th Street, Ste 3300<br>Mpls, MN 55402 | John Skenyon<br>Michael Zeliger<br>617-542-5070<br>Fish & Richardson<br>225 Franklin Street, Ste 3100<br>Boston, MA 02110 |

| DEFENDANT ATTY | DEFENDANT ATTY | |
|---|---|---|
| R J Zayed<br>612-436-9643<br>Carlson Caspers<br>Vandenburgh & Lindquist<br>225 South 6th Street, Ste 3200<br>Minneapolis, MN 55402 | James Hall<br>Meckler Bulger & Tilson<br>123 North Wacker Drive, Ste 1800<br>Chicago, IL 60606 | |
| | | |
| | | |
| | | |

Court Reporter (name and telephone): Maria Weinbeck 651-848-1224

IMPORTANT: Attach a copy of the judgement or order appealed from and any supporting opinion or memorandum. Forward together with a copy of the notice of appeal and certified docket entries.