**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Andersen Corporation,

Plaintiff,

v.

Fiber Composites, LLC,

Defendant.

**Case No.: 00-CV-2548 (JNE/JGL)**

**SECOND AMENDED STIPULATION REGARDING POST-TRIAL MOTIONS BRIEFING SCHEDULE**

Plaintiff Andersen Corporation requests and Defendant Fiber Composites, LLC does not oppose the following second amended briefing schedule for post-trial motion practice.

| POST-TRIAL MOTIONS | DEADLINE |
|---|---|
| Memoranda opposing any JMOL and new trial motions | July 6, 2005 (instead of the previous deadline of June 29, 2005) |
| Reply memoranda supporting any JMOL and new trial motions | July 15, 2005 (instead of the previous deadline of July 8, 2005) |

The Parties, by stipulating to the above second amended briefing schedule, intend for the stipulation to supercede any briefing deadlines set forth in the Federal Rules of Civil Procedure and the Minnesota Local Rules.

Dated: June 28, 2005.

**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

By: /s/ Misti Nelc

Ronald J. Schutz (#130849)
Becky R. Thorson (#254861)
Misti Nelc (#296090)
Nicholas S. Boebel (#030217X)

2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, Minnesota 55402-2015
(612) 349-8500

**ATTORNEYS FOR PLAINTIFF ANDERSEN CORPORATION**

and

Dated: June 28, 2005.

**FISH & RICHARDSON P.C.**

By: /s/ Katherine A. Moerke

Jonathan E. Singer (#283459)
Katherine A. Moerke (#312277)
3300 Dain Rauscher Plaza
60 South Sixth Street
Minneapolis, MN 55402
Telephone: (612) 335-5070

John M. Skenyon
Michael E. Zeliger
Fish & Richarson P.C.
225 Franklin Street
Boston, MA 02110-2804
Tel.: (617) 542-5070
Fax: (617) 542-8906

**ATTORNEYS FOR DEFENDANT FIBER COMPOSITES, LLC**



Word 20131555.1
MP3 20140739.1