**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Andersen Corporation,

Plaintiff,

v.

Fiber Composites, LLC,

Defendant.

**Case No.: 00-CV-2548 (JNE/JGL)**

**CERTIFICATE OF SERVICE**

I hereby certify that on June 28, 2005, I caused the following document:

Second Amended Stipulation Regarding Post-Trial Motions Briefing Schedule;

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

| | |
|---|---|
| Jonathan E. Singer | singer@fr.com |
| John M. Skenyon | skenyon@fr.com |
| J. Richard Soderberg | soderberg@fr.com |
| Michael E. Zeliger | zeliger@fr.com |
| Katherine A. Moerke | moerke@fr.com |

I further certify that I caused the proposed order to be filed with the court via e-mail to the following judge:

Judge Joan N. Ericksen joanericksen_chambers@mnd.uscourts.gov

and I certify that I caused a copy of the revised proposed order to be mailed by first class mail or Federal Express, as indicated, postage paid, to the following:

**Via U.S. Mail**
Richard J. Soderberg, Esq.
Jonathan Singer, Esq.
Katherine A. Moerke, Esq.
FISH & RICHARDSON P.C.
60 South Sixth Street
Suite 3300



MP3 20140893.1

Minneapolis, MN 55402

**Via Federal Express**
John M. Skenyon, Esq.
Michael Zeliger, Esq.
FISH & RICHARDSON P.C.
225 Franklin Street
Boston, MA 02110-2804

Dated this 28th day of June, 2005.

By: s/ Busola A. Akinwale_________________
Busola A. Akinwale



**Error! Unknown document property name.**
MP3 20139279.1
MP3 20140893.1