**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Andersen Corporation,<br><br>Plaintiff<br><br>v.<br><br>Fiber Composites, L.L.C.<br><br>Defendant. | **LR 7.1(c) WORD COUNT COMPLIANCE CERTIFICATE REGARDING PLAINTIFF ANDERSEN CORPORATION'S MEMORANDUM OPPOSING FIBER COMPOSITES' MOTION FOR A NEW TRIAL**<br><br>Case Number: 00-CV-2548 JNE/JGL |

I, Busola Akinwale, certify that Plaintiff Andersen Corporation's Memorandum Opposing Fiber Composites' Motion For A New Trial complies with Local Rule 7.1(c).

I further certify that, in preparation of this memorandum, I used Microsoft Word 2003, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

I further certify that the above referenced memorandum contains 2,426 words.

Dated: July 6, 2005 ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

By: /s/ Busola A. Akinwale

Ronald J. Schutz (#130849)
Becky R. Thorson (#254861)
Misti Nelc (#0296090)
Nicholas S. Boebel (#030217X)
Busola A. Akinwale (#0338217)

2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, Minnesota 55402-2015
(612) 349-8500

ATTORNEYS FOR PLAINTIFF
ANDERSEN CORPORATION