**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Andersen Corporation,<br><br>Plaintiff,<br><br>v.<br><br>Fiber Composites, LLC,<br><br>Defendant. | **Case No.: 00-CV-2548 (JNE/JGL)**<br><br>**DECLARATION OF BUSOLA A. AKINWALE AND EXHIBIT INDEX** |

I, BUSOLA A. AKINWALE, declare:

1. I am an associate with the law firm of Robins, Kaplan, Miller & Ciresi L.L.P., and am one of the attorneys representing plaintiff Andersen Corporation ("Andersen").

2. I submit this declaration and exhibit index in support of Plaintiff Andersen Corporation's Memorandum Opposing Fiber Composites' Motion for a New Trial.

3. I have personal knowledge of the facts stated herein. If called as a witness, I could and would testify competently concerning these matters.

4. Attached hereto as Exhibit 1 is a true and correct copy of excerpts from Plaintiff Andersen Corporation's Response to Defendant Fiber Composites' Prior Art Statement;

5. Attached hereto as Exhibit 2 is a true and correct copy of excerpts from the Expert Report of Professor Mohini M. Sain;

6. Attached hereto as Exhibit 3 is a true and correct copy of excerpts from the Expert Report of Dr. John Simonsen in Rebuttal to Expert Opinions and Testimony of Fiber Composites' Expert Dr. Mohini Sain;

7. Attached hereto as Exhibit 4 is a true and correct copy of excerpts from the March 29, 2005 Pretrial Conference Transcript;

8. Attached hereto as Exhibit 5 is a true and correct copy of excerpts from the Trial Transcript;

9. Attached hereto as Exhibit 6 is a true and correct copy of the case *Tex. Instruments, Inc. v. Hyundai Elec. Indus., Co.*, No. 2:98CV74, 1999 U.S. Dist. LEXIS 21523, at *12-15 (E.D. Tex. Mar. 5, 1999).

To the best of my knowledge and belief, I declare, under penalty of perjury, that all the statements made by me are true.

Dated this 6th day of July, 2005

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

/s/ Busola A. Akinwale
Busola A. Akinwale