# EXHIBIT 2

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| ANDERSEN CORPORATION,<br>Plaintiff,<br>v.<br>FIBER COMPOSITES, LLC,<br>Defendant. | CIV NO. 00-CV-2548 (JEL/JGL) |

**EXPERT REPORT OF PROFESSOR MOHINI M. SAIN**

## I. INTRODUCTION

1. My name is Mohini Sain. I have been engaged as an expert by Fiber Composites LLC to analyze and provide opinions concerning whether or not certain claims of U.S. Pat. Nos. 6,015,612, 5,932,334, 5,827,607, 5,539,027, 5,486,553, and 6,015,611 ("the patents") asserted by Andersen Corporation in this matter are valid and to provide my opinions and conclusions of my analysis. This report contains my conclusions and a summary of my analysis. The report is structured as follows:

- A summary of my conclusions;
- An overview of my qualifications to render an expert opinion;
- A list of resources available to me that helped form the basis of my opinions;
- The legal principles applicable to this analysis;
- An overview of the subject matter covered by the patents; and
- My opinion on the validity of the patents.

that the Court's decision indicates that it may construe additional claim terms at a later date. I reserve the right to amend, change, or augment my opinions if the Court does construe additional terms. In addition, I note that the '553 patent claims certain Young's Modulus values without providing a unit of measurement. In my opinion, this value must have a measurable unit, and I assume for purposes of this report that the unit is pounds per square inch.

## VIII. DETAILED CONCLUSIONS REGARDING INVALIDITY

25. The following charts cross reference the asserted claims of the patents with the prior art and, in my opinion, demonstrate that these concepts were well-known and publicly disclosed prior to August of 1991.

**U.S. Patent 5,486,553**

| Claim | Limitation | Invalidating Prior Art Reference(s) |
|---|---|---|
| 1 | A polymer wood thermoplastic composite structural member, suitable for use as a replacement for a wood structural member, | Fill Thermoplastics With Wood, *Modern Plastics*, pgs. 54-55 (May 1974)<br><br>Zusatzstoffe für Kunststoffe, *Plastverarbeiter*, Vol. 28, No. 1, pg. 199 (1977)<br><br>Zusatzstoffe für Kunststoffe, *Plastverarbeiter*, Vol. 28, No.1, pg. 201 (1977)<br><br>DE 2042176 (for claims 1-6)<br><br>Fill Thermoplastics With Wood, *Modern Plastics*, pgs. 54-55 (May 1974) (profile extrusions, such as door thresholds) |

| | | |
|---|---|---|
| | which thermoplastic composite structural member comprises a composite member with a Young's modulus of greater than 500,000, | Filled Thermoplastics With Wood, *Modern Plastics*, pgs. 54-55 (May 1974) (Young's Modulus (or modulus of elasticity) of 850,000) |
| | and a coefficient of thermal expansion less than $3x10^{-5}$ in/in-°F | Fill Thermoplastics With Wood, *Modern Plastics*, pgs. 54-55 (May 1974) (coefficient of thermal expansion of 3.2 x $10^{-5}$ cm/cm° C = 1.79 x $10^{-5}$ in/in-°F) |
| | and which composite member comprises a continuous organic phase comprising about 35 to 65 wt-% of a polymer comprising vinyl chloride and, dispersed in the continuous phase, about 35 to 55 wt-% of wood fiber having an aspect ratio of at least about 2. | U.S. Patent No. 4,851,458, Col.2, lines 28-30 (aspect ratio: 1 to 10); Col.2, lines 34-35 (1-40 wt.% cellulose filler); Col.4, lines 5-6 (cellulose fiber replaced by the same quantity of wood meal)<br><br>DE2042176<br><br>Fill Thermoplastics With Wood, *Modern Plastics*, pgs. 54-55 (May 1974) (33 % wood flour, 67 wt% PVC (latter not referred to directly)) |
| 2. | The composite structural member of claim 1 wherein the coefficient of thermal expansion is about 1.5 to $2.5x10^{-5}$ in/in-°F. | Fill Thermoplastics With Wood, *Modern Plastics*, pgs. 54-55 (May 1974) (1.79 x $10^{-5}$ in/in-°F) |
| 3. | The composite structural member of claim 1 having a rectangular cross-section with a width greater than about 1 cm and a depth greater than about 1 cm. | DE 2042176 (picture shows profiles of extruded products)<br><br>Fill Thermoplastics With Wood, *Modern Plastics*, pgs. 54-55 (May 1974) (picture shows profiles of extruded products)<br><br>Fill Thermoplastics With Wood, *Modern Plastics*, pgs. 54-55 (May 1974) (0.1 to 0.4 in (0.254 cm – 1.006 cm) profiles 2.5 mm to 10.16 mm profiles) |
| 4. | The composite member of claim 2 having a square cross-section with a width greater than about 1 cm. | DE 2042176 (picture shows extruded square profiles)<br><br>Fill Thermoplastics With Wood, *Modern Plastics*, pgs. 54-55 (May 1974) (0.4 in (1.016 cm) profile) |
| 5. | The composite member of claim 1 | Fill Thermoplastics With Wood, |

| | | |
|---|---|---|
| | having a length greater than about 30 cm. | *Modern Plastics*, pgs. 54-55 (May 1974) (extrusions generally can be continuous, i.e. very long) |
| 6. | The composite member of claim 1 having a shaped member cross-section. | DE 2042176 (picture shows profiles of extruded squares)<br><br>Fill Thermoplastics With Wood, *Modern Plastics*, pgs. 54-55 (May 1974) (see picture showing shaped profiles) |
| 22. | A polymer wood composite rail, suitable for use as a replacement for a wood rail, | Fill Thermoplastics With Wood, *Modern Plastics*, pgs. 54-55 (May 1974) (door thresholds)<br><br>Fill Thermoplastics With Wood, *Modern Plastics*, pgs. 54-55 (May 1974) |
| | which composite rail comprises an elongated thermoplastic extrudate having a Youngs modulus of greater than $7.5x10^5$ psi and a coefficient of thermal expansion between 1.5 and $3.0x10^{-5}$ in/in-°F | Fill Thermoplastics With Wood, *Modern Plastics*, pgs. 54-55 (May 1974) (Young's Modulus (E) of 850,000 pounds per square inch; coefficient of thermal expansion = $1.79 \times 10^{-5}$ in/in-°F) |
| | and which composite member comprises a continuous organic phase comprising about 35 to 65 wt-% of a polymer comprising vinyl chloride and, dispersed in the continuous phase, about 35 to 55 wt-% of wood fiber having an aspect ratio of at least about 2. | U.S. Patent No. 4,851,458, Col.2, lines 28-30 (aspect ratio: 1 to 10); Col.2, lines 34-35 (1-40 wt.% cellulose fiber); Col.4, lines 5-6 (cellulose fiber replaced by the same quantity wood meal)<br><br>Fill Thermoplastics With Wood, *Modern Plastics*, pgs. 54-55 (May 1974) (33 % wood flour, 67 wt% PVC) |

**U.S. Patent No. 5,539,027**

| Claim | Limitation | Invalidating Prior Art Reference(s) |
|---|---|---|
| 1. | A wood-thermoplastic polymer composite structural member, suitable for use as a replacement for a wood structural member, | Fill Thermoplastics With Wood, *Modern Plastics*, pgs. 54-55 (May 1974) (door thresholds)<br><br>Zusatzstoffe für Kunststoffe, |

| | | |
|---|---|---|
| | | *Plastverarbeiter*, Vol. 28, No. 1, pg. 201 (1977)<br><br>DE 2042176 |
| | which thermoplastic composite structural member comprises an extrudate having a Youngs modulus of greater than 500,000, and a coefficient of thermal expansion less than $3x10^{-5}$ in/in-°F. | Fill Thermoplastics With Wood, *Modern Plastics*, pgs. 54-55 (May 1974) (Young's Modulus = 850,000; coefficient of thermal expansion = 1.79 x 10-5 in/in°F) |
| | and which composite member comprises a continuous organic phase comprising polyvinyl chloride and, dispersed in the continuous phase, 30-50 wt-% of a wood fiber having an aspect ratio of at least about 2 to provide structural properties to the composite. | U.S. Patent No. 4,851,458, Col.2, lines 28-30 (aspect ratio: 1 to 10); Col.2, lines 34-35 (1-40 wt.% cellulose fiber); Col.4, lines 5-6 (cellulose fiber replaced by the same quantity wood meal) |
| 2. | The composite structural member of claim 1 wherein the polymer is a homopolymer and the composite has a coefficient of thermal expansion is about $1.5x10^{-5}$ to $2.5x10^{-5}$ in/in-°F. | Brydson textbook<br><br>Fill Thermoplastics With Wood, *Modern Plastics*, pgs. 54-55 (May 1974) (coefficient of thermal expansion = 1.79 x $10^{-5}$ in/in°F) |
| 3. | The composite structural member of claim 1 having a rectangular cross-section with a width greater than about 1 cm and a depth greater than about 1 cm. | Fill Thermoplastics With Wood, *Modern Plastics*, pgs. 54-55 (May 1974) (see picture showing section profiles of 2.5 to 10.16 mm) |
| 4. | The composite member of claim 1 having a square cross-section with a width greater than about 1 cm. | Fill Thermoplastics With Wood, *Modern Plastics*, pgs. 54-55 (May 1974) (see picture showing section profiles of 2.5 to 10.16 mm) |
| 5. | The composite member of claim 1 having a length greater than about 30 cm. | Fill Thermoplastics With Wood, *Modern Plastics*, pgs. 54-55 (May 1974) (the extrusion may be continuous) |
| 6. | The composite member of claim 1 having a shaped member cross-section. | Fill Thermoplastics With Wood, *Modern Plastics*, pgs. 54-55 (May 1974) (see picture showing section profiles of 2.5 to 10.16 mm) |
| 9. | The composite member of claim 6 which comprises a rail. | Fill Thermoplastics With Wood, *Modern Plastics*, pgs. 54-55 (May 1974) (door thresholds) |

**U.S. Patent No. 5,827,607**

| Claim | Limitation | Invalidating Prior Art Reference(s) |
|---|---|---|
| 21. | A composite, capable of extrusion into a | Fill Thermoplastics With Wood, |

| | | |
|---|---|---|
| | dimensionally stable structural member, which composition comprises a thermoplastic material consisting essentially of: | *Modern Plastics*, pgs. 54-55 (May 1974) (shows profiles made from PVC) |
| | (a) about 40 to 70 wt-% of a polymer comprising vinyl chloride; | Fill Thermoplastics With Wood, *Modern Plastics*, pgs. 54-55 (May 1974)<br>DE 2042176<br>U.S. Patent No. 4,851,458, Col.2, lines 28-30 (aspect ratio: 1 to 10); Col.2, lines 34-35 (1-40 wt.% cellulose filler); Col.4, lines 5-6 (cellulose fiber replaced by the same quantity of wood meal)<br><br>Fill Thermoplastics With Wood, *Modern Plastics*, pgs. 54-55 (May 1974) (67 wt % PVC) |
| | (b) about 30 to 50 wt-% of wood fiber having a minimum width of about 0.3 mm and a minimum length of about 0.54 mm and an aspect ration of greater than about 1.8; | U.S. Patent No. 4,851,458, Col.2, lines 28-30 (aspect ratio: 1 to 10); Col.2, lines 34-35 (1-40 wt.% cellulose filler); Col.4, lines 5-6 (cellulose fiber replaced by the same quantity of wood meal); Col.4, lines 50-56 (100:35 PVC:Milled wood(w/w))<br>DE 2042176<br>Fill Thermoplastics With Wood, *Modern Plastics*, pgs. 54-55 (May 1974) (33 wt% wood flour) |
| | (c) about 0.1 to 25 wt-% of an intentionally recycled impurity comprising thermoplastic polymer, an adhesive, a paint, a thermoplastic resin or mixtures thereof; and | |
| | (d) less than about 10 wt-% water; wherein the polymer and wood fiber are mixed at an elevated temperature and pressure such that an intimate admixture is formed in which the wood fiber is dispersed throughout a continuous polymer phase and wherein the composite has a Young's modulus | Fill Thermoplastics With Wood, *Modern Plastics*, pgs. 54-55 (May 1974)<br><br>X. Xanthos, Processing Conditions and Coupling Agent Effects in Polypropylene/Wood Flour Composites, *Plastics and Rubber* |

| | | |
|---|---|---|
| | greater than 600,000 psi. | *Processing and Applications*, Vol. 3, No. 2, p. 223-228 (1983)<br><br>C. Klason, J. Kubat, and H.E. Stromvall, The Efficiency of Cellulosic Fillers in Common Thermoplastics, Part 1, Filling without Processing Aids or Coupling Agents, *International Journal Polymeric Matter*, Vol. 10, pp. 161, L3 (1984) (PVC-wood flour – injection molded; cross ref. Kunststoffe, Vol. 12, No. 69 (1975)<br><br>C. Klason, J. Kubat, and H.E. Stromvall, The Efficiency of Cellulosic Fillers in Common Thermoplastics, Part 1, Filling without Processing Aids or Coupling Agents, *International Journal Polymeric Matter*, Vol. 10, pp. 165, L9-14 (1984) (moisture content 7-9% to less than 0.1%)<br><br>Fill Thermoplastics With Wood, *Modern Plastics*, pgs. 54-55 (May 1974) (shows extruded profiles; extrusion inherently occurs at elevated temperature and pressure; Young's Modulus = 850,000) |
| 22. | The composition of claim 21 wherein the polymer comprises a polyvinyl chloride homopolymer. | Fill Thermoplastics With Wood, *Modern Plastics*, pgs. 54-55 (May 1974)<br><br>Brydson textbook<br><br>U.S. Patent No. 4,851,458, Col.5, lines 21-30 (Examples Uses PVC homopolymeric resin) |
| 28. | The composition of claim 21 wherein the wood fiber has a fiber width of about 0.3 to 1.5 mm and an aspect ratio of about 2 to 7. | WO 90/08020 (p. 4, lines 5-9) |
| 29. | The composition of claim 21 wherein the wood concentration of water | C. Klason, J. Kubat, and H.E. Stromvall, The Efficiency of |

| | | |
|---|---|---|
| | comprises about 0.01 to 3.5 wt-% of the composition. | Cellulosic Fillers in Common Thermoplastics, Part 1, Filling without Processing Aids or Coupling Agents, *International Journal Polymeric Matter,* Vol. 10, No. 4, p. 165 (1984) |

**U.S. Patent No. 6,015,611**

| Claim | Limitation | Invalidating Prior Art Reference(s) |
|---|---|---|
| 41. | A composite composition, capable of extrusion into a dimensionally stable structural member, which composition comprises: | Fill Thermoplastics With Wood, *Modern Plastics*, pgs. 54-55 (May 1974)(extruded shapes) |
| | (a) about 40 to 70 wt-% of a polymer comprising vinyl chloride; | Fill Thermoplastics With Wood, *Modern Plastics*, pgs. 54-55 (May 1974) (extruded shapes)<br><br>X. Xanthos, Processing Conditions and Coupling Agent Effects in Polypropylene/Wood Flour Composites, *Plastics and Rubber Processing and Applications*, Vol. 3, No. 2, p. 223-228 (1983)<br><br>Fill Thermoplastics With Wood, *Modern Plastics*, pgs. 54-55 (May 1974) (67 wt% PVC) |
| | (b) about 30 to 50 wt-% of wood fiber having a minimum width of 0.3 mm and a minimum length of 1 mm and an aspect ratio of greater than about 1.8; | Fill Thermoplastics With Wood, *Modern Plastics*, May 1974, pgs. 54-55 (33 wt% wood flour) |
| | (c) about 0.01 to 25 wt-% of an intentionally recycled impurity comprising thermoplastic polymer, an adhesive, a paint, a thermoplastic resin or mixtures thereof; and | |
| | (d) less than about 10 wt-% water; wherein the wood fiber is dispersed throughout a continuous polymer phase. | Fill Thermoplastics With Wood, *Modern Plastics*, pgs. 54-55 (May 1974)<br><br>X. Xanthos, Processing Conditions and Coupling Agent Effects in Polypropylene/Wood Flour Composites, *Plastics and Rubber Processing and Applications*, Vol. 3, |

| | | |
|---|---|---|
| | | No. 2, p. 223-228 (1983)<br><br>C. Klason, J. Kubat, and H.E. Stromvall, The Efficiency of Cellulosic Fillers in Common Thermoplastics, Part 1, Filling without Processing Aids or Coupling Agents, *International Journal Polymeric Matter,* Vol. 10, pp. 161, L3 (1984) (PVC-wood flour – injection molded; cross ref. Kunststoffe, Vol. 12, No. 69 (1975)<br><br>C. Klason, J. Kubat, and H.E. Stromvall, The Efficiency of Cellulosic Fillers in Common Thermoplastics, Part 1, Filling without Processing Aids or Coupling Agents, *International Journal Polymeric Matter,* Vol. 10, pp. 165, L9-14 (1984) (moisture content 7-9% to less than 0.1%) |
| 42. | The composition of claim 41 wherein the polymer comprises a polyvinyl chloride homopolymer. | Fill Thermoplastics With Wood, *Modern Plastics*, pgs. 54-55 (May 1974)<br><br>Brydson textbook<br><br>U.S. Patent No. 4,851,458, Col.5, lines 21-30 |
| 43. | The composition of claim 42 wherein the polymer has a molecular weight of about 95,000±50,000. | Fill Thermoplastics With Wood, *Modern Plastics*, pgs. 54-55 (May 1974) (unplasticized PVC (k=68 and below) M.W. 85,000 range ( M.W. conversion Table))<br><br>Brydson textbook |
| 48. | The composition of claim 41 wherein the wood fiber has a fiber width of about 0.3 to 1.5 mm, a fiber length of about 1 to 10 mm and a aspect ratio of about 2 to 7. | |
| 49. | The composition of claim 41 wherein the concentration of water comprises about 0.01 to 3.5 wt-% of the | C. Klason, J. Kubat, and H.E. Stromvall, The Efficiency of Cellulosic Fillers in Common |

| | | |
|---|---|---|
| | composition. | Thermoplastics, Part 1, Filling without Processing Aids or Coupling Agents, *International Journal Polymeric Matter*, Vol. 10, pp. 161, L3 (1984) (PVC-wood flour – injection molded; cross ref. Kunststoffe, Vol. 12, No. 69 (1975)<br><br>C. Klason, J. Kubat, and H.E. Stromvall, The Efficiency of Cellulosic Fillers in Common Thermoplastics, Part 1, Filling without Processing Aids or Coupling Agents, *International Journal Polymeric Matter*, Vol. 10, pp. 165, L9-14 (1984) (moisture content 7-9% to less than 0.1%) |

**U.S. Patent No. 5,932,334**

| Claim | Limitation | Invalidating Prior Art Reference(s) |
|---|---|---|
| 19. | A thermoplastic composite composition, capable of extrusion into a dimensionally stable structural member, which consists essentially of a thermoplastic composition which comprises: | Fill Thermoplastics With Wood, *Modern Plastics*, pgs. 54-55 (May 1974) (woodflour/PVC shapes) |
| | (a) a continuous phase comprising a polyvinyl chloride homopolymer; | Fill Thermoplastics With Wood, *Modern Plastics*, pgs. 54-55 (May 1974)<br><br>X. Xanthos, Processing Conditions and Coupling Agent Effects in Polypropylene/Wood Flour Composites, *Plastics and Rubber Processing and Applications*, Vol. 3, No. 2, p. 223-228 (1983)<br><br>U.S. Patent No. 4,851,458, Col.5, lines 21-30 |
| | (b) an effective amount of wood fiber having a minimum width of 0.1 mm and an aspect ratio of greater than about 1.8 to provide structural properties to the composite; | |

| | | |
|---|---|---|
| | (c) about 0.01 to 25 wt % of an intentionally recycled impurity comprising thermoplastic polymer, an adhesive, a paint, a thermoplastic resin or mixtures thereof; and | |
| | (d) less than about 10 wt % water; wherein the polyvinyl chloride homopolymer and wood fiber are mixed at elevated temperature and pressure such that an intimate admixture is formed and the wood fiber is dispersed throughout the continuous thermoplastic polyvinyl chloride homopolymer phase and the composite has a Young's modulus of at least about 600,000 psi. | Fill Thermoplastics With Wood, *Modern Plastics*, pgs. 54-55 (May 1974)<br><br>X. Xanthos, Processing Conditions and Coupling Agent Effects in Polypropylene/Wood Flour Composites, *Plastics and Rubber Processing and Applications*, Vol. 3, No. 2, p. 223-228 (1983)<br><br>C. Klason, J. Kubat, and H.E. Stromvall, The Efficiency of Cellulosic Fillers in Common Thermoplastics, Part 1, Filling without Processing Aids or Coupling Agents, *International Journal Polymeric Matter*, Vol. 10, pp. 161, L3 (1984) (PVC-wood flour – injection molded; cross ref. Kunststoffe, Vol. 12, No. 69 (1975)<br><br>C. Klason, J. Kubat, and H.E. Stromvall, The Efficiency of Cellulosic Fillers in Common Thermoplastics, Part 1, Filling without Processing Aids or Coupling Agents, *International Journal Polymeric Matter*, Vol. 10, pp. 165, L9-14 (1984) (moisture content 7-9% to less than 0.1%)<br><br>Fill Thermoplastics With Wood, *Modern Plastics*, pgs. 54-55 (May 1974) (refers to extruded materials, which are inherently processed at elevated temperature and pressures, Young's Modulus = 850,000) |
| 20. | The composition of claim 19 wherein the polymer comprises a polyvinyl | Fill Thermoplastics With Wood, *Modern Plastics*, pgs. 54-55 (May |

| | | |
|---|---|---|
| | chloride homopolymer. | 1974)<br><br>Brydson textbook<br><br>U.S. Patent No. 4,851,458, Col.5, lines 21-30 |
| 24. | The composition of claim 20 wherein the polymer has a molecular weight of about 95,000±50,000. | Fill Thermoplastics With Wood, *Modern Plastics*, pgs. 54-55 (May 1974) (unplasticized PVC (k=68 and below) M.W. 85,000 range ( M.W. conversion Table))<br><br>Brydson textbook<br><br>U.S. Patent No. 4,851,458, Col.4, lines 53-54 (=65) |
| 26. | The composition of claim 19 wherein the wood fiber has a fiber width of about 0.3 to 1.5 mm, a fiber length of about 1 to 10 mm and a aspect ratio of about 2 to 7. | |
| 27. | The composition of claim 19 wherein water comprises about 0.01 to 3.5 wt % of the composition. | C. Klason, J. Kubat, and H.E. Stromvall, The Efficiency of Cellulosic Fillers in Common Thermoplastics, Part 1, Filling without Processing Aids or Coupling Agents, *International Journal Polymeric Matter,* Vol. 10, No. 4, p. 165 (1984)<br><br>C. Klason, J. Kubat, and H.E. Stromvall, The Efficiency of Cellulosic Fillers in Common Thermoplastics, Part 1, Filling without Processing Aids or Coupling Agents, *International Journal Polymeric Matter,* Vol. 10, pp. 161, L3 (1984) (PVC-wood flour – injection molded; cross ref. Kunststoffe, Vol. 12, No. 69 (1975)<br><br>C. Klason, J. Kubat, and H.E. Stromvall, The Efficiency of Cellulosic Fillers in Common Thermoplastics, Part 1, Filling |

| | | |
|---|---|---|
| | | without Processing Aids or Coupling Agents, *International Journal Polymeric Matter*, Vol. 10, pp. 165, L9-14 (1984) (moisture content 7-9% to less than 0.1%)<br><br>WO 90/08020 (p. 3, lines 15-16; p. 4, lines 10-12) |

**United States Patent No. 6,015,612**

| Claim | Limitation | Invalidating Prior Art Reference(s) |
|---|---|---|
| 1. | A thermoplastic polymer composite composition capable of formation into a structural profile or member, the thermoplastic composite composition comprising: | Fill Thermoplastics With Wood, *Modern Plastics*, pgs. 54-55 (May 1974)<br><br>X. Xanthos, Processing Conditions and Coupling Agent Effects in Polypropylene/Wood Flour Composites, *Plastics and Rubber Processing and Applications*, Vol. 3, No. 2, p. 223-228 (1983)<br><br>U.S. Patent No. 4,851,458<br><br>Fill Thermoplastics With Wood, *Modern Plastics*, pgs. 54-55 (May 1974) (extruded shapes) |
| | (a) an effective amount, sufficient to form a continuous phase in the composite, of a thermoplastic polymer composition comprising vinyl chloride; and | Fill Thermoplastics With Wood, *Modern Plastics*, pgs. 54-55 (May 1974) (PVC extrusion w/ 67 wt% PVC) |
| | (b) an effective amount of wood fiber having a minimum aspect ratio of about 2 to provide structural properties to the composite; | U.S. Patent No. 4,851,458, Col.2, lines 28-30 (aspect ratio: 1 to 10); Col.2, lines 34-35 (1-40 wt.% cellulose filler); Col.4, lines 5-6 (cellulose fiber replaced by the same quantity of wood meal)<br><br>Fill Thermoplastics With Wood, *Modern Plastics*, pgs. 54-55 (May 1974) (33 wt % wood flour) |
| | wherein the polymer and wood fiber are mixed at elevated temperature and pressure such that the composition | C. Klason, J. Kubat, and H.E. Stromvall, The Efficiency of Cellulosic Fillers in Common |

| | | |
|---|---|---|
| | comprises less than about 8 wt-% water, the composition comprises an intimate admixture of wood fiber dispersed throughout the continuous thermoplastic polymer phase such that the polymer wets and penetrates into the interior volume of wood fiber cells, | Thermoplastics, Part 1, Filling without Processing Aids or Coupling Agents, *International Journal Polymeric Matter,* Vol. 10, No. 4, pp. 161 (1984)<br><br>C. Klason, J. Kubat, and H.E. Stromvall, The Efficiency of Cellulosic Fillers in Common Thermoplastics, Part 1, Filling without Processing Aids or Coupling Agents, *International Journal Polymeric Matter,* Vol. 10, pp. 161, L3 (1984) (PVC-wood flour – injection molded; cross ref. Kunststoffe, Vol. 12, No. 69 (1975)<br><br>C. Klason, J. Kubat, and H.E. Stromvall, The Efficiency of Cellulosic Fillers in Common Thermoplastics, Part 1, Filling without Processing Aids or Coupling Agents, *International Journal Polymeric Matter,* Vol. 10, pp. 165, L9-14 (1984) (moisture content 7-9% to less than 0.1%)<br><br>Fill Thermoplastics With Wood, *Modern Plastics*, pgs. 54-55 (May 1974) ("extrusion" inherently at elevated temperature and pressures) |
| | the composition is a recyclable thermoplastic and the composite has a Young's modulus of at least about 500,000 psi. | Fill Thermoplastics With Wood, *Modern Plastics*, pgs. 54-55 (May 1974) (Young's Modulus of 850,000) |
| 9. | The composition of claim 1 wherein the polymer comprises a polyvinyl chloride homopolymer. | Fill Thermoplastics With Wood, *Modern Plastics*, pgs. 54-55 (May 1974)<br><br>U.S. Patent No. 4,851,458, Col.5, lines 21-30 |
| 14. | The composition of claim 1 wherein the polymer has a molecular weight (*M.W.*) of about 95,000±50,000. | Fill Thermoplastics With Wood, *Modern Plastics*, pgs. 54-55 (May 1974) (unplasticized PVC (k=68 and below) M.W. 85,000 range ( M.W. |

| | | |
|---|---|---|
| | | conversion Table))<br><br>Brydson textbook<br><br>U.S. Patent No. 4,851,458 |
| 16. | The composition of claim 1 wherein the wood fiber has a fiber width of up to about 1.5 mm, a fiber length of up to about 10 mm and a aspect ratio of about 2 to 7. | |
| 17. | The composition of claim 1 wherein the water comprises about 0.1 to 5 wt-% of the composition. | C. Klason, J. Kubat, and H.E. Stromvall, The Efficiency of Cellulosic Fillers in Common Thermoplastics, Part 1, Filling without Processing Aids or Coupling Agents, *International Journal Polymeric Matter,* Vol. 10, No. 4, p. 165 (1984)<br><br>C. Klason, J. Kubat, and H.E. Stromvall, The Efficiency of Cellulosic Fillers in Common Thermoplastics, Part 1, Filling without Processing Aids or Coupling Agents, *International Journdl Polymeric Matter,* Vol. 10, pp. 161, L3 (1984) (PVC-wood flour – injection molded; cross ref. Kunststoffe, Vol. 12, No. 69 (1975)<br><br>C. Klason, J. Kubat, and H.E. Stromvall, The Efficiency of Cellulosic Fillers in Common Thermoplastics, Part 1, Filling without Processing Aids or Coupling Agents, *International Journal Polymeric Matter,* Vol. 10, pp. 165, L9-14 (1984) (moisture content 7-9% to less than 0.1%) |

26. In my opinion the nature of this science and the problems addressed by the various prior art references naturally create a suggestion to combine their teachings. When creating a composite formula, one of ordinary skill in the art relies on his

knowledge and his awareness of the existing prior art for suggestions and starting places. One naturally consults the published literature to see what combinations of materials have worked and what properties they yield, in similar or related applications. The articles and patents cited in this report are precisely the types of references that one would use when formulating composites.

## IX. CHANGES TO THIS REPORT

27. I reserve the right to supplement or amend my opinions in response to information that either Andersen or Fiber Composites later produces in this case, or in the event an additional ruling from the court on claim construction or any other related matter.

Dated: July 12, 2002

Mohini M. Sain