**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Andersen Corporation,

Plaintiff,

v.

Fiber Composites, LLC,

Defendant.

**Case No.: 00-CV-2548 (JNE/JGL)**

**CERTIFICATE OF SERVICE**

I hereby certify that on July 6, 2005, I caused the following documents:

1. Plaintiff Andersen Corporation's Memorandum Opposing Fiber Composites' Motion for a New Trial;

2. LR 7.1(c) Word Count Compliance Certificate Regarding Plaintiff Andersen Corporation's Memorandum Opposing Fiber Composites' Motion for a New Trial;

3. Declaration of Busola A. Akinwale and Exhibit Index;

4. Exhibits 1-6 to Declaration of Busola A. Akinwale;

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

| | |
|---|---|
| Jonathan E. Singer | singer@fr.com |
| John M. Skenyon | skenyon@fr.com |
| J. Richard Soderberg | soderberg@fr.com |
| Michael E. Zeliger | zeliger@fr.com |
| Katherine A. Moerke | moerke@fr.com |

I further certify that I caused the proposed order to be filed with the court via e-mail to the following judge who is hearing the motion:

| | |
|---|---|
| Judge Joan N. Ericksen | joanericksen_chambers@mnd.uscourts.gov |

and I certify that I caused a copy of the proposed order to be mailed by first class mail or Federal Express, as indicated, postage paid, to the following:

**Via U.S. Mail**
Richard J. Soderberg, Esq.
Jonathan Singer, Esq.
Katherine A. Moerke, Esq.
FISH & RICHARDSON P.C.
60 South Sixth Street
Suite 3300
Minneapolis, MN 55402

**Via Federal Express**
John M. Skenyon, Esq.
Michael Zeliger, Esq.
FISH & RICHARDSON P.C.
225 Franklin Street
Boston, MA 02110-2804

Dated this 6th day of July, 2005.

By: /s/ Busola A. Akinwale________________
Busola A. Akinwale