**CERTIFICATE OF SERVICE**

I certify that on July 6, 2005, I have caused the following documents:

FIBER COMPOSITES, LLC'S MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFF ANDERSEN CORPORATION'S MOTION FOR JUDGMENT OF WILLFUL INFRINGEMENT AS A MATTER OF LAW PURSUANT TO RULE 50 OF THE FEDERAL RULES OF CIVIL PROCEDURE

LR 7.1(c) WORD COUNT COMPLIANCE CERTIFICATE REGARDING DEFENDANT FIBER COMPOSITES, LLC'S MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFF ANDERSEN CORPORATION'S MOTION FOR JUDGMENT OF WILLFUL INFRINGEMENT AS A MATTER OF LAW PURSUANT TO RULE 50 OF THE FEDERAL RULES OF CIVIL PROCEDURE

to be filed electronically with the Clerk of Court through ECF, and ECF will send an e-notice of the electronic filing to the following:

**Nicholas Boebel**
nsboebel@rkmc.com; smashwill@rkmc.com; gmparish@rkmc.com

**Ronald J Schutz**
rjschutz@rkmc.com

**Scott Ray Strand**
srstrand@rkmc.com; lmzimmerman@rkmc.com; scott_strand@msn.com

**Becky R Thorson**
brthorson@rkmc.com; scgeorge@rkmc.com

Date: July 6, 2005

s/Katherine A. Moerke
Katherine A. Moerke

60303583.doc