**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Andersen Corporation,

Plaintiff,

v.

Fiber Composites, LLC,

Defendant.

**Case No.: 00-CV-2548 (JNE/JGL)**

**DECLARATION OF BUSOLA A. AKINWALE AND EXHIBIT INDEX**

I, BUSOLA A. AKINWALE, declare:

1. I am an associate with the law firm of Robins, Kaplan, Miller & Ciresi L.L.P., and am one of the attorneys representing plaintiff Andersen Corporation ("Andersen").

2. I submit this declaration and exhibit index in support of Plaintiff Andersen Corporation's Memorandum Opposing Fiber Composites' Motion For Judgment as a Matter of Law on the Issues of Infringement and Validity.

3. I have personal knowledge of the facts stated herein. If called as a witness, I could and would testify competently concerning these matters.

4. Attached hereto as Exhibit 1 are true and correct copies of excerpts from the Trial Transcript;

5. Attached hereto as Exhibit 2 are true and correct copies of excerpts from the December 10, 2001 Markman Hearing;

6. Attached hereto as Exhibit 3 are true and correct copies of excerpts from the deposition of Professor Mohini M. Sain;

7. Attached hereto as Exhibit 4 is a true and correct copy of Defendant Fiber Composites' Prior Art Statement;

8. Attached hereto as Exhibit 5 is a true and correct copy of the Expert Report of Professor Mohini M. Sain;

To the best of my knowledge and belief, I declare, under penalty of perjury, that all the statements made by me are true.

Dated this 6th day of July, 2005

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

/s/ Busola A. Akinwale
Busola A. Akinwale