# EXHIBIT 5

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

ANDERSEN CORPORATION,

Plaintiff,

v.

FIBER COMPOSITES, LLC,

Defendant.

CIV NO. 00-CV-2548 (JEL/JGL)

**EXPERT REPORT OF PROFESSOR MOHINI M. SAIN**

## I. INTRODUCTION

1. My name is Mohini Sain. I have been engaged as an expert by Fiber Composites LLC to analyze and provide opinions concerning whether or not certain claims of U.S. Pat. Nos. 6,015,612, 5,932,334, 5,827,607, 5,539,027, 5,486,553, and 6,015,611 ("the patents") asserted by Andersen Corporation in this matter are valid and to provide my opinions and conclusions of my analysis. This report contains my conclusions and a summary of my analysis. The report is structured as follows:

- A summary of my conclusions;
- An overview of my qualifications to render an expert opinion;
- A list of resources available to me that helped form the basis of my opinions;
- The legal principles applicable to this analysis;
- An overview of the subject matter covered by the patents; and
- My opinion on the validity of the patents.

## II. SUMMARY OF CONCLUSIONS

2. Based on my experience, my review of the evidence listed below, and in accordance with my understanding of legal principles, it is my opinion that some of the asserted claims of the patents are invalid as anticipated or obvious. The prior art and general well-known scientific principles disclosed or taught the following well before August of 1991:

- PVC/wood fiber thermoplastic composite manufacturing processes and products had been disclosed in the public domain by early 1970's;
- PVC/wood fiber composites were being extruded into structural profiles by early 1970's;
- PVC/wood fiber composites had been extruded and manufactured into replacements for wood structural members, such as door thresholds;
- A profile obtained by extruding PVC/wood fiber composites would have had a coefficient of thermal expansion approximately one half of the value of the coefficient of thermal expansion of virgin PVC. In particular, the profile's thermal coefficient values were less than $3 \times 10^{-5}$ in/in-°F, and typically less than $2.0 \times 10^{-5}$ in/in-°F;
- PVC/wood fiber composites had modulus of elasticity (Young's modulus) values above 500,000 pounds per square inch, and typically in excess of 800,000 pounds per square inch;
- PVC/wood fiber composites contained 50-90 vol.% wood fiber, typically wood flour and 10-50 vol.% PVC;

- Commercial wood fiber from virtually any source would have had an aspect ratio value equal to or greater than 1, typically anywhere between 2-100 depending on the source;
- PVC/wood fiber composites had been extruded into various shapes, including square, rectangular, circular, hollow, and solid forms ranging in thickness from 0.25 to 1.02 cm, and having widths up to 11 cm;
- PVC/wood fiber composites could be extruded into profiles of continuous length that could be cut into any suitable length; and
- PVC/wood fiber composites contained recycled materials.

3. An explanation of these conclusions with typical citations appears below.

## III. QUALIFICATIONS

4. I am currently an Associate Professor of Wood Composite in the Faculty of Forestry and Department of Chemical Engineering and Applied Chemistry at the University of Toronto, Toronto, Canada. I am also an Adjunct Professor of Chemical Engineering at the University of New Brunswick, Fredericton, Canada. I have a Bachelor's Degree in Science and another Bachelor's Degree in Engineering (Plastic and Rubber Technology), both from Calcutta University, India, a Master's of Science in Polymer Technology (Rubber) from the Indian Institute of Technology, India, and a PhD in Chemical Engineering from the Technical University, Bratislava, Czechoslovakia. After receiving my PhD in 1988, I began working with plastic extrusion and wood fiber/plastic composites. In particular, I worked in the areas of filled PVC, nylon and PP extrusions for electrical cable sheathing and insulation applications. I worked in this area

until 1990. After that, I researched and worked in the area of wood fiber/plastic composites, and, more specifically, in production formulation, wood fiber modifications, and performance evaluations for new applications, including structural applications. In 1997, after eight years of working extensively in the field of wood-polymer composites, I returned to academia. Since that time, I have researched numerous aspects of wood fiber development, polymer/wood fiber composite products, brightness stabilization of wood fiber, and many other diverse areas related to forest products. I have taught students including graduate students in areas of wood fiber sciences. I have also supervised the research of graduate students in wood fiber developments, surface science of wood fiber, forest product development, and wood fiber composite processing and performance. During my career I have published well over 100 papers, including 25 papers related to wood-polymer composites. I am also the named inventor on several patents and am familiar with the process and legal standards for obtaining patents. In 2001, I received a Industry-University Synergy Award for Innovation in Applied Research and for Outstanding Industry-University collaboration.

5. Additional details about my background and experience, including a complete list of my publications, appear in my resume, which is attached as Exhibit A.

6. I am being compensated at my standard consulting rate of $200 per hour. I have not testified as an expert at trial or by deposition within the last four years.

## IV. EVIDENCE ANALYZED IN PREPARING THIS REPORT

7. In forming my opinions for this report, I have understood that I had available to me information that I requested and have reviewed some of the following:

- United States Patent Nos. 6,015,612 (the '612 patent), 5,932,334 (the '334 patent), 5,827,607 (the '607 patent), 5,539,027 (the '027 patent), 5,486,553 (the '553 patent), and 6,015,611 (the '611 patent), as well as the references cited in those patents;
- The file histories of those patents;
- 35 U.S.C. §§ 102 and 103 and other information concerning the legal standards for patentability;
- Certain patents and literature produced by Andersen Corporation that relate to this matter;
- Certain patents and literature produced by Fiber Composites LLC that relate to this matter;
- The Court's claim construction ruling in this matter;
- Certain pleadings and orders in this action;
- Standard websites, unit conversion tables, PVC technical data sheets, citations from issued patents, and material science and engineering texts (See, e.g., information in Appendix 1); and
- Research Report Number AEWC 02-20, Advanced Engineered Wood Composites Center, University of Maine, July, 2002;

## V. MY UNDERSTANDING OF THE APPLICABLE LEGAL PRINCIPLES

8. I have been informed and asked to accept for purposes of my analysis the following legal propositions:

9. After claim terms have been construed, one may then assess validity by comparing a patent claim to the "prior art." A prior art "reference" is considered prior art for all that it discloses or teaches to one of ordinary skill in the relevant field. I understand a reference is prior art if it has an effective date (e.g., publication date) more than one year before the date the patent was filed. For purposes of this analysis, my understanding is that the effective date for all prior art is August 31, 1991.

10. It is my understanding that, if a single prior art reference discloses or teaches to one of ordinary skill every element of a patent claim, that claim is invalid. A prior art reference may teach or disclose a claim element either expressly or inherently. A reference inherently discloses an element if one of ordinary skill must recognize from what is expressly disclosed that the element is necessarily present in the method or device that is the subject of the reference.

11. A patent claim may also be invalid if it is obvious in view of one or more prior art references in view of the knowledge of one of ordinary skill. I understand that, to be proven invalid as "obvious," the invention must have been obvious to a person of ordinary skill in the art at the time the invention was made. I understand that, to determine whether a claim is obvious in light of a single piece of prior art, a person must (1) determine the scope and content of the prior art; (2) identify the differences between the asserted claims and the prior art; (3) determine the level of ordinary skill in the pertinent art at the time the invention was made; and then (4) decide whether each claim as a whole would have been obvious to a person of ordinary skill in the pertinent art when viewing the prior art.

12. I also understand that a patent may be obvious in light of more than one prior art references where there is a motivation or suggestion to combine these references. The suggestion or motivation to combine may come from the references themselves, the knowledge of one skilled in the art that certain references are of special interest in a field, or from the nature of the problem to be solved. I have also been advised that it is improper to use hindsight in making the obviousness determination. I also understand that it is incorrect to the use the patents as guides through the prior art references, combining the right references in the right way so as to achieve the result of the claims in suit.

13. I also understand that a prior art reference describing a process may be highly relevant to the patentability of a product that may be produced using the disclosed process. Specifically, if one of ordinary skill in the art would have been motivated to use the teachings of a prior art process, in its normal disclosed operation, to create a product that is claimed in a later patent, then claims to such product are obvious over the former disclosed process.

14. To assess the level of ordinary skill in the art, I understand that one can consider the types of problems encountered in the art, the prior solutions to those problems found in prior art references, the speed with which innovations are made, the sophistication of the technology, and the level of education of active workers in the field.

<u>Level of Ordinary Skill in the Art</u>

15. In my opinion, a person of ordinary skill in the art of wood fiber/polymer composites in August of 1991 would have been a person with a degree in science or

engineering and work experience in the field of wood polymer composites, or a person with less formal education but several years of practical experience in the field of wood polymer composites.

## VI. THE PRINCIPLES OF WOOD POLYMER COMPOSITES

16. Many of our modern technologies require materials with unusual combinations of properties that do not exist with conventional materials, such as metals, metal alloys, ceramics, wood, or polymeric materials. This is especially true for materials that are in short or shrinking supply in the natural environment. For example, building and construction engineers are increasingly searching for structural materials that use less solid wood, are strong, stiff, impact resistant, and decay resistant. In general, wood/polymer composites, which are materials that contain significant proportions of both wood and polymer phases, yield improved combinations of such properties.

17. In the present context, a wood/polymer composite, in the present context, is a two-phase or multi-phase material, as opposed to the natural form of wood. In addition, the constituent phases (typically thermoplastic and wood fiber) are chemically dissimilar and separated by a distinct interface.

18. The use of wood fiber as a filler in plastics goes back to the early 1900's, when they were used to reduce the cost of thermoset plastics. Since World War II, wood flour has been used successfully as a filler in the classes of thermoplastic materials. During the 1960's, the diminishing supply of high quality timber prompted research into the manufacture of plywood-based wood-polymer composites. However, the demand by

the construction industry for structural wood-polymer products continued to grow. Literature citations reveal that the first commercial use of a wood-thermoplastic composite was the use of PVC and wood flour for flooring tiles in the mid-50's. In 1973, the Sonnesson Plast AB company marketed a wood-PVC composite called Sonwood. Another composite developed over twenty-five years ago in Italy was called "Woodstock". In the early 80's, the field of wood-plastic composites attracted many industrial and academic researchers to develop new technology for improved performance. As a result of this intensive research activity, the commercialization of structural thermoplastic-woodfiber composites in North America was realized in the mid 90's.

19. In designing wood/polymer materials, scientists and engineers have ingeniously combined various woody materials, including wood flour, wood fiber, recycled wood fiber, and agro-fibers, with polymers, including thermoplastics such as polyvinyl chloride, polyethylene, polypropylene, and polystyrene, to produce a new generation of extraordinary materials.

20. Most wood composite materials are composed of just two major phases: one is termed the matrix, which is continuous and surrounds the other phase, which is often called the dispersed phase. The properties of a given wood/polymer composite are a function of the properties of the constituent phases, their relative amounts, and the geometry of the dispersed phase. "Dispersed phase geometry" in the context of wood/polymer composites means the shape of the wood particles, as well as the particle size, aspect ratio (i.e. the ratio of length to diameter of the wood particles), and wood particle size distribution and orientation.

21. Depending on the final application, wood/polymer composites are made by one or a combination of process technologies. The most common processes are extrusion, injection molding, blow molding and compression molding. Most wood/polymer composites have been created for application in the automotive, building and construction industries.

## VII. THE PATENTS

22. The patents fall into two general groups. The first group, the so-called "composite composition" patents ('607, '611, '334 and '612), generally relate to a wood polymer composite that can be extruded into wood replacements. These patents are continuation patents from two patent applications that were later abandoned. I have been informed that Andersen has asserted the following claims from these patents: claims 21, 22, 28, and 29 of the '607 patent; claims 41-43, 48, and 49 of the '611 patent, claims 19, 20, 24, 26, and 27 of the '334 patent; and claims 1, 9, 14, 16, and 17 of the '612 patent.

23. The second general group of patents, the so-called "structural member" patents ('553 and '027) relate generally to wood polymer composite structural members that can be used as wood replacements. These patents are continuation patents from a patent application that was later abandoned. I have been informed that Andersen has asserted the following claims from these patents: claims 1-6 and 22 of the '553 patent; and claims 1-6 and 9 of the '027 patent.

Claim Construction

24. For purposes of my analysis, I have adopted the Court's claim construction as set forth in the Memorandum Opinion and Order dated April 9, 2002. I note, however,

that the Court's decision indicates that it may construe additional claim terms at a later date. I reserve the right to amend, change, or augment my opinions if the Court does construe additional terms. In addition, I note that the '553 patent claims certain Young's Modulus values without providing a unit of measurement. In my opinion, this value must have a measurable unit, and I assume for purposes of this report that the unit is pounds per square inch.

## VIII. DETAILED CONCLUSIONS REGARDING INVALIDITY

25. The following charts cross reference the asserted claims of the patents with the prior art and, in my opinion, demonstrate that these concepts were well-known and publicly disclosed prior to August of 1991.

**U.S. Patent 5,486,553**

| Claim | Limitation | Invalidating Prior Art Reference(s) |
|---|---|---|
| 1 | A polymer wood thermoplastic composite structural member, suitable for use as a replacement for a wood structural member, | Fill Thermoplastics With Wood, *Modern Plastics*, pgs. 54-55 (May 1974)<br><br>Zusatzstoffe für Kunststoffe, *Plastverarbeiter*, Vol. 28, No. 1, pg. 199 (1977)<br><br>Zusatzstoffe für Kunststoffe, *Plastverarbeiter*, Vol. 28, No.1, pg. 201 (1977)<br><br>DE 2042176 (for claims 1-6)<br><br>Fill Thermoplastics With Wood, *Modern Plastics*, pgs. 54-55 (May 1974) (profile extrusions, such as door thresholds) |

| | | |
|---|---|---|
| | which thermoplastic composite structural member comprises a composite member with a Young's modulus of greater than 500,000, | Filled Thermoplastics With Wood, *Modern Plastics*, pgs. 54-55 (May 1974) (Young's Modulus (or modulus of elasticity) of 850,000) |
| | and a coefficient of thermal expansion less than 3x10 $^{-5}$ in/in-°F | Fill Thermoplastics With Wood, *Modern Plastics*, pgs. 54-55 (May 1974) (coefficient of thermal expansion of 3.2 x 10$^{-5}$ cm/cm° C = 1.79 x 10$^{-5}$ in/in-°F) |
| | and which composite member comprises a continuous organic phase comprising about 35 to 65 wt-% of a polymer comprising vinyl chloride and, dispersed in the continuous phase, about 35 to 55 wt-% of wood fiber having an aspect ratio of at least about 2. | U.S. Patent No. 4,851,458, Col.2, lines 28-30 (aspect ratio: 1 to 10); Col.2, lines 34-35 (1-40 wt.% cellulose filler); Col.4, lines 5-6 (cellulose fiber replaced by the same quantity of wood meal)<br><br>DE2042176<br><br>Fill Thermoplastics With Wood, *Modern Plastics*, pgs. 54-55 (May 1974) (33 % wood flour, 67 wt% PVC (latter not referred to directly)) |
| 2. | The composite structural member of claim 1 wherein the coefficient of thermal expansion is about 1.5 to 2.5x10$^{-5}$ in/in-°F. | Fill Thermoplastics With Wood, *Modern Plastics*, pgs. 54-55 (May 1974) (1.79 x 10$^{-5}$ in/in-°F) |
| 3. | The composite structural member of claim 1 having a rectangular cross-section with a width greater than about 1 cm and a depth greater than about 1 cm. | DE 2042176 (picture shows profiles of extruded products)<br><br>Fill Thermoplastics With Wood, *Modern Plastics*, pgs. 54-55 (May 1974) (picture shows profiles of extruded products)<br><br>Fill Thermoplastics With Wood, *Modern Plastics*, pgs. 54-55 (May 1974) (0.1 to 0.4 in (0.254 cm – 1.006 cm) profiles 2.5 mm to 10.16 mm profiles) |
| 4. | The composite member of claim 2 having a square cross-section with a width greater than about 1 cm. | DE 2042176 (picture shows extruded square profiles)<br><br>Fill Thermoplastics With Wood, *Modern Plastics*, pgs. 54-55 (May 1974) (0.4 in (1.016 cm) profile) |
| 5. | The composite member of claim 1 | Fill Thermoplastics With Wood, |

| | | |
|---|---|---|
| | having a length greater than about 30 cm. | *Modern Plastics*, pgs. 54-55 (May 1974) (extrusions generally can be continuous, i.e. very long) |
| 6. | The composite member of claim 1 having a shaped member cross-section. | DE 2042176 (picture shows profiles of extruded squares)<br><br>Fill Thermoplastics With Wood, *Modern Plastics*, pgs. 54-55 (May 1974) (see picture showing shaped profiles) |
| 22. | A polymer wood composite rail, suitable for use as a replacement for a wood rail, | Fill Thermoplastics With Wood, *Modern Plastics*, pgs. 54-55 (May 1974) (door thresholds)<br><br>Fill Thermoplastics With Wood, *Modern Plastics*, pgs. 54-55 (May 1974) |
| | which composite rail comprises an elongated thermoplastic extrudate having a Youngs modulus of greater than $7.5x10^5$ psi and a coefficient of thermal expansion between 1.5 and $3.0x10^{-5}$ in/in-°F | Fill Thermoplastics With Wood, *Modern Plastics*, pgs. 54-55 (May 1974) (Young's Modulus (E) of 850,000 pounds per square inch; coefficient of thermal expansion = 1.79 x $10^{-5}$ in/in-°F) |
| | and which composite member comprises a continuous organic phase comprising about 35 to 65 wt-% of a polymer comprising vinyl chloride and, dispersed in the continuous phase, about 35 to 55 wt-% of wood fiber having an aspect ratio of at least about 2. | U.S. Patent No. 4,851,458, Col.2, lines 28-30 (aspect ratio: 1 to 10); Col.2, lines 34-35 (1-40 wt.% cellulose fiber); Col.4, lines 5-6 (cellulose fiber replaced by the same quantity wood meal)<br><br>Fill Thermoplastics With Wood, *Modern Plastics*, pgs. 54-55 (May 1974) (33 % wood flour, 67 wt% PVC) |

**U.S. Patent No. 5,539,027**

| Claim | Limitation | Invalidating Prior Art Reference(s) |
|---|---|---|
| 1. | A wood-thermoplastic polymer composite structural member, suitable for use as a replacement for a wood structural member, | Fill Thermoplastics With Wood, *Modern Plastics*, pgs. 54-55 (May 1974) (door thresholds)<br><br>Zusatzstoffe für Kunststoffe, |

| | | |
|---|---|---|
| | | *Plastverarbeiter*, Vol. 28, No. 1, pg. 201 (1977)<br><br>DE 2042176 |
| | which thermoplastic composite structural member comprises an extrudate having a Youngs modulus of greater than 500,000, and a coefficient of thermal expansion less than $3x10^{-5}$ in/in-°F. | Fill Thermoplastics With Wood, *Modern Plastics*, pgs. 54-55 (May 1974) (Young's Modulus = 850,000; coefficient of thermal expansion = 1.79 x 10-5 in/in°F) |
| | and which composite member comprises a continuous organic phase comprising polyvinyl chloride and, dispersed in the continuous phase, 30-50 wt-% of a wood fiber having an aspect ratio of at least about 2 to provide structural properties to the composite. | U.S. Patent No. 4,851,458, Col.2, lines 28-30 (aspect ratio: 1 to 10); Col.2, lines 34-35 (1-40 wt.% cellulose fiber); Col.4, lines 5-6 (cellulose fiber replaced by the same quantity wood meal) |
| 2. | The composite structural member of claim 1 wherein the polymer is a homopolymer and the composite has a coefficient of thermal expansion is about $1.5x10^{-5}$ to $2.5x10^{-5}$ in/in-°F. | Brydson textbook<br><br>Fill Thermoplastics With Wood, *Modern Plastics*, pgs. 54-55 (May 1974) (coefficient of thermal expansion = 1.79 x $10^{-5}$ in/in°F) |
| 3. | The composite structural member of claim 1 having a rectangular cross-section with a width greater than about 1 cm and a depth greater than about 1 cm. | Fill Thermoplastics With Wood, *Modern Plastics*, pgs. 54-55 (May 1974) (see picture showing section profiles of 2.5 to 10.16 mm) |
| 4. | The composite member of claim 1 having a square cross-section with a width greater than about 1 cm. | Fill Thermoplastics With Wood, *Modern Plastics*, pgs. 54-55 (May 1974) (see picture showing section profiles of 2.5 to 10.16 mm) |
| 5. | The composite member of claim 1 having a length greater than about 30 cm. | Fill Thermoplastics With Wood, *Modern Plastics*, pgs. 54-55 (May 1974) (the extrusion may be continuous) |
| 6. | The composite member of claim 1 having a shaped member cross-section. | Fill Thermoplastics With Wood, *Modern Plastics*, pgs. 54-55 (May 1974) (see picture showing section profiles of 2.5 to 10.16 mm) |
| 9. | The composite member of claim 6 which comprises a rail. | Fill Thermoplastics With Wood, *Modern Plastics*, pgs. 54-55 (May 1974) (door thresholds) |

**U.S. Patent No. 5,827,607**

| Claim | Limitation | Invalidating Prior Art Reference(s) |
|---|---|---|
| 21. | A composite, capable of extrusion into a | Fill Thermoplastics With Wood, |

| | | |
|---|---|---|
| | dimensionally stable structural member, which composition comprises a thermoplastic material consisting essentially of: | *Modern Plastics*, pgs. 54-55 (May 1974) (shows profiles made from PVC) |
| | (a) about 40 to 70 wt-% of a polymer comprising vinyl chloride; | Fill Thermoplastics With Wood, *Modern Plastics*, pgs. 54-55 (May 1974)<br>DE 2042176<br>U.S. Patent No. 4,851,458, Col.2, lines 28-30 (aspect ratio: 1 to 10); Col.2, lines 34-35 (1-40 wt.% cellulose filler); Col.4, lines 5-6 (cellulose fiber replaced by the same quantity of wood meal)<br><br>Fill Thermoplastics With Wood, *Modern Plastics*, pgs. 54-55 (May 1974) (67 wt % PVC) |
| | (b) about 30 to 50 wt-% of wood fiber having a minimum width of about 0.3 mm and a minimum length of about 0.54 mm and an aspect ration of greater than about 1.8; | U.S. Patent No. 4,851,458, Col.2, lines 28-30 (aspect ratio: 1 to 10); Col.2, lines 34-35 (1-40 wt.% cellulose filler); Col.4, lines 5-6 (cellulose fiber replaced by the same quantity of wood meal); Col.4, lines 50-56 (100:35 PVC:Milled wood(w/w))<br>DE 2042176<br>Fill Thermoplastics With Wood, *Modern Plastics*, pgs. 54-55 (May 1974) (33 wt% wood flour) |
| | (c) about 0.1 to 25 wt-% of an intentionally recycled impurity comprising thermoplastic polymer, an adhesive, a paint, a thermoplastic resin or mixtures thereof; and | |
| | (d) less than about 10 wt-% water; wherein the polymer and wood fiber are mixed at an elevated temperature and pressure such that an intimate admixture is formed in which the wood fiber is dispersed throughout a continuous polymer phase and wherein the composite has a Young's modulus | Fill Thermoplastics With Wood, *Modern Plastics*, pgs. 54-55 (May 1974)<br><br>X. Xanthos, Processing Conditions and Coupling Agent Effects in Polypropylene/Wood Flour Composites, *Plastics and Rubber* |

| | | |
|---|---|---|
| | greater than 600,000 psi. | *Processing and Applications*, Vol. 3, No. 2, p. 223-228 (1983)<br><br>C. Klason, J. Kubat, and H.E. Stromvall, The Efficiency of Cellulosic Fillers in Common Thermoplastics, Part 1, Filling without Processing Aids or Coupling Agents, *International Journal Polymeric Matter*, Vol. 10, pp. 161, L3 (1984) (PVC-wood flour – injection molded; cross ref. Kunststoffe, Vol. 12, No. 69 (1975)<br><br>C. Klason, J. Kubat, and H.E. Stromvall, The Efficiency of Cellulosic Fillers in Common Thermoplastics, Part 1, Filling without Processing Aids or Coupling Agents, *International Journal Polymeric Matter*, Vol. 10, pp. 165, L9-14 (1984) (moisture content 7-9% to less than 0.1%)<br><br>Fill Thermoplastics With Wood, *Modern Plastics*, pgs. 54-55 (May 1974) (shows extruded profiles; extrusion inherently occurs at elevated temperature and pressure; Young's Modulus = 850,000) |
| 22. | The composition of claim 21 wherein the polymer comprises a polyvinyl chloride homopolymer. | Fill Thermoplastics With Wood, *Modern Plastics*, pgs. 54-55 (May 1974)<br><br>Brydson textbook<br><br>U.S. Patent No. 4,851,458, Col.5, lines 21-30 (Examples Uses PVC homopolymeric resin) |
| 28. | The composition of claim 21 wherein the wood fiber has a fiber width of about 0.3 to 1.5 mm and an aspect ratio of about 2 to 7. | WO 90/08020 (p. 4, lines 5-9) |
| 29. | The composition of claim 21 wherein the wood concentration of water | C. Klason, J. Kubat, and H.E. Stromvall, The Efficiency of |

| | | |
|---|---|---|
| | comprises about 0.01 to 3.5 wt-% of the composition. | Cellulosic Fillers in Common Thermoplastics, Part 1, Filling without Processing Aids or Coupling Agents, *International Journal Polymeric Matter,* Vol. 10, No. 4, p. 165 (1984) |

**U.S. Patent No. 6,015,611**

| Claim | Limitation | Invalidating Prior Art Reference(s) |
|---|---|---|
| 41. | A composite composition, capable of extrusion into a dimensionally stable structural member, which composition comprises: | Fill Thermoplastics With Wood, *Modern Plastics*, pgs. 54-55 (May 1974)(extruded shapes) |
| | (a) about 40 to 70 wt-% of a polymer comprising vinyl chloride; | Fill Thermoplastics With Wood, *Modern Plastics*, pgs. 54-55 (May 1974) (extruded shapes)<br><br>X. Xanthos, Processing Conditions and Coupling Agent Effects in Polypropylene/Wood Flour Composites, *Plastics and Rubber Processing and Applications*, Vol. 3, No. 2, p. 223-228 (1983)<br><br>Fill Thermoplastics With Wood, *Modern Plastics*, pgs. 54-55 (May 1974) (67 wt% PVC) |
| | (b) about 30 to 50 wt-% of wood fiber having a minimum width of 0.3 mm and a minimum length of 1 mm and an aspect ratio of greater than about 1.8; | Fill Thermoplastics With Wood, *Modern Plastics*, May 1974, pgs. 54-55 (33 wt% wood flour) |
| | (c) about 0.01 to 25 wt-% of an intentionally recycled impurity comprising thermoplastic polymer, an adhesive, a paint, a thermoplastic resin or mixtures thereof; and | |
| | (d) less than about 10 wt-% water; wherein the wood fiber is dispersed throughout a continuous polymer phase. | Fill Thermoplastics With Wood, *Modern Plastics*, pgs. 54-55 (May 1974)<br><br>X. Xanthos, Processing Conditions and Coupling Agent Effects in Polypropylene/Wood Flour Composites, *Plastics and Rubber Processing and Applications*, Vol. 3, |

| | | |
|---|---|---|
| | | No. 2, p. 223-228 (1983)<br><br>C. Klason, J. Kubat, and H.E. Stromvall, The Efficiency of Cellulosic Fillers in Common Thermoplastics, Part 1, Filling without Processing Aids or Coupling Agents, *International Journal Polymeric Matter,* Vol. 10, pp. 161, L3 (1984) (PVC-wood flour – injection molded; cross ref. Kunststoffe, Vol. 12, No. 69 (1975)<br><br>C. Klason, J. Kubat, and H.E. Stromvall, The Efficiency of Cellulosic Fillers in Common Thermoplastics, Part 1, Filling without Processing Aids or Coupling Agents, *International Journal Polymeric Matter,* Vol. 10, pp. 165, L9-14 (1984) (moisture content 7-9% to less than 0.1%) |
| 42. | The composition of claim 41 wherein the polymer comprises a polyvinyl chloride homopolymer. | Fill Thermoplastics With Wood, *Modern Plastics*, pgs. 54-55 (May 1974)<br><br>Brydson textbook<br><br>U.S. Patent No. 4,851,458, Col.5, lines 21-30 |
| 43. | The composition of claim 42 wherein the polymer has a molecular weight of about 95,000±50,000. | Fill Thermoplastics With Wood, *Modern Plastics*, pgs. 54-55 (May 1974) (unplasticized PVC (k=68 and below) M.W. 85,000 range ( M.W. conversion Table))<br><br>Brydson textbook |
| 48. | The composition of claim 41 wherein the wood fiber has a fiber width of about 0.3 to 1.5 mm, a fiber length of about 1 to 10 mm and a aspect ratio of about 2 to 7. | |
| 49. | The composition of claim 41 wherein the concentration of water comprises about 0.01 to 3.5 wt-% of the | C. Klason, J. Kubat, and H.E. Stromvall, The Efficiency of Cellulosic Fillers in Common |

| | | |
|---|---|---|
| | composition. | Thermoplastics, Part 1, Filling without Processing Aids or Coupling Agents, *International Journal Polymeric Matter*, Vol. 10, pp. 161, L3 (1984) (PVC-wood flour – injection molded; cross ref. Kunststoffe, Vol. 12, No. 69 (1975)<br><br>C. Klason, J. Kubat, and H.E. Stromvall, The Efficiency of Cellulosic Fillers in Common Thermoplastics, Part 1, Filling without Processing Aids or Coupling Agents, *International Journal Polymeric Matter*, Vol. 10, pp. 165, L9-14 (1984) (moisture content 7-9% to less than 0.1%) |

**U.S. Patent No. 5,932,334**

| Claim | Limitation | Invalidating Prior Art Reference(s) |
|---|---|---|
| 19. | A thermoplastic composite composition, capable of extrusion into a dimensionally stable structural member, which consists essentially of a thermoplastic composition which comprises: | Fill Thermoplastics With Wood, *Modern Plastics*, pgs. 54-55 (May 1974) (woodflour/PVC shapes) |
| | (a) a continuous phase comprising a polyvinyl chloride homopolymer; | Fill Thermoplastics With Wood, *Modern Plastics*, pgs. 54-55 (May 1974)<br><br>X. Xanthos, Processing Conditions and Coupling Agent Effects in Polypropylene/Wood Flour Composites, *Plastics and Rubber Processing and Applications*, Vol. 3, No. 2, p. 223-228 (1983)<br><br>U.S. Patent No. 4,851,458, Col.5, lines 21-30 |
| | (b) an effective amount of wood fiber having a minimum width of 0.1 mm and an aspect ratio of greater than about 1.8 to provide structural properties to the composite; | |

| | | |
|---|---|---|
| | (c) about 0.01 to 25 wt % of an intentionally recycled impurity comprising thermoplastic polymer, an adhesive, a paint, a thermoplastic resin or mixtures thereof; and | |
| | (d) less than about 10 wt % water; wherein the polyvinyl chloride homopolymer and wood fiber are mixed at elevated temperature and pressure such that an intimate admixture is formed and the wood fiber is dispersed throughout the continuous thermoplastic polyvinyl chloride homopolymer phase and the composite has a Young's modulus of at least about 600,000 psi. | Fill Thermoplastics With Wood, *Modern Plastics*, pgs. 54-55 (May 1974)<br><br>X. Xanthos, Processing Conditions and Coupling Agent Effects in Polypropylene/Wood Flour Composites, *Plastics and Rubber Processing and Applications*, Vol. 3, No. 2, p. 223-228 (1983)<br><br>C. Klason, J. Kubat, and H.E. Stromvall, The Efficiency of Cellulosic Fillers in Common Thermoplastics, Part 1, Filling without Processing Aids or Coupling Agents, *International Journal Polymeric Matter,* Vol. 10, pp. 161, L3 (1984) (PVC-wood flour – injection molded; cross ref. Kunststoffe, Vol. 12, No. 69 (1975)<br><br>C. Klason, J. Kubat, and H.E. Stromvall, The Efficiency of Cellulosic Fillers in Common Thermoplastics, Part 1, Filling without Processing Aids or Coupling Agents, *International Journal Polymeric Matter,* Vol. 10, pp. 165, L9-14 (1984) (moisture content 7-9% to less than 0.1%)<br><br>Fill Thermoplastics With Wood, *Modern Plastics*, pgs. 54-55 (May 1974) (refers to extruded materials, which are inherently processed at elevated temperature and pressures, Young's Modulus = 850,000) |
| 20. | The composition of claim 19 wherein the polymer comprises a polyvinyl | Fill Thermoplastics With Wood, *Modern Plastics*, pgs. 54-55 (May |

| | | |
|---|---|---|
| | chloride homopolymer. | 1974)<br><br>Brydson textbook<br><br>U.S. Patent No. 4,851,458, Col.5, lines 21-30 |
| 24. | The composition of claim 20 wherein the polymer has a molecular weight of about 95,000±50,000. | Fill Thermoplastics With Wood, *Modern Plastics*, pgs. 54-55 (May 1974) (unplasticized PVC (k=68 and below) M.W. 85,000 range ( M.W. conversion Table))<br><br>Brydson textbook<br><br>U.S. Patent No. 4,851,458, Col.4, lines 53-54 (=65) |
| 26. | The composition of claim 19 wherein the wood fiber has a fiber width of about 0.3 to 1.5 mm, a fiber length of about 1 to 10 mm and a aspect ratio of about 2 to 7. | |
| 27. | The composition of claim 19 wherein water comprises about 0.01 to 3.5 wt % of the composition. | C. Klason, J. Kubat, and H.E. Stromvall, The Efficiency of Cellulosic Fillers in Common Thermoplastics, Part 1, Filling without Processing Aids or Coupling Agents, *International Journal Polymeric Matter*, Vol. 10, No. 4, p. 165 (1984)<br><br>C. Klason, J. Kubat, and H.E. Stromvall, The Efficiency of Cellulosic Fillers in Common Thermoplastics, Part 1, Filling without Processing Aids or Coupling Agents, *International Journal Polymeric Matter*, Vol. 10, pp. 161, L3 (1984) (PVC-wood flour – injection molded; cross ref. Kunststoffe, Vol. 12, No. 69 (1975)<br><br>C. Klason, J. Kubat, and H.E. Stromvall, The Efficiency of Cellulosic Fillers in Common Thermoplastics, Part 1, Filling |

| | | |
|---|---|---|
| | | without Processing Aids or Coupling Agents, *International Journal Polymeric Matter*, Vol. 10, pp. 165, L9-14 (1984) (moisture content 7-9% to less than 0.1%)<br><br>WO 90/08020 (p. 3, lines 15-16; p. 4, lines 10-12) |

**United States Patent No. 6,015,612**

| Claim | Limitation | Invalidating Prior Art Reference(s) |
|---|---|---|
| 1. | A thermoplastic polymer composite composition capable of formation into a structural profile or member, the thermoplastic composite composition comprising: | Fill Thermoplastics With Wood, *Modern Plastics*, pgs. 54-55 (May 1974)<br><br>X. Xanthos, Processing Conditions and Coupling Agent Effects in Polypropylene/Wood Flour Composites, *Plastics and Rubber Processing and Applications*, Vol. 3, No. 2, p. 223-228 (1983)<br><br>U.S. Patent No. 4,851,458<br><br>Fill Thermoplastics With Wood, *Modern Plastics*, pgs. 54-55 (May 1974) (extruded shapes) |
| | (a) an effective amount, sufficient to form a continuous phase in the composite, of a thermoplastic polymer composition comprising vinyl chloride; and | Fill Thermoplastics With Wood, *Modern Plastics*, pgs. 54-55 (May 1974) (PVC extrusion w/ 67 wt% PVC) |
| | (b) an effective amount of wood fiber having a minimum aspect ratio of about 2 to provide structural properties to the composite; | U.S. Patent No. 4,851,458, Col.2, lines 28-30 (aspect ratio: 1 to 10); Col.2, lines 34-35 (1-40 wt.% cellulose filler); Col.4, lines 5-6 (cellulose fiber replaced by the same quantity of wood meal)<br><br>Fill Thermoplastics With Wood, *Modern Plastics*, pgs. 54-55 (May 1974) (33 wt % wood flour) |
| | wherein the polymer and wood fiber are mixed at elevated temperature and pressure such that the composition | C. Klason, J. Kubat, and H.E. Stromvall, The Efficiency of Cellulosic Fillers in Common |

| | | |
|---|---|---|
| | comprises less than about 8 wt-% water, the composition comprises an intimate admixture of wood fiber dispersed throughout the continuous thermoplastic polymer phase such that the polymer wets and penetrates into the interior volume of wood fiber cells, | Thermoplastics, Part 1, Filling without Processing Aids or Coupling Agents, *International Journal Polymeric Matter,* Vol. 10, No. 4, pp. 161 (1984)<br><br>C. Klason, J. Kubat, and H.E. Stromvall, The Efficiency of Cellulosic Fillers in Common Thermoplastics, Part 1, Filling without Processing Aids or Coupling Agents, *International Journal Polymeric Matter,* Vol. 10, pp. 161, L3 (1984) (PVC-wood flour – injection molded; cross ref. Kunststoffe, Vol. 12, No. 69 (1975)<br><br>C. Klason, J. Kubat, and H.E. Stromvall, The Efficiency of Cellulosic Fillers in Common Thermoplastics, Part 1, Filling without Processing Aids or Coupling Agents, *International Journal Polymeric Matter,* Vol. 10, pp. 165, L9-14 (1984) (moisture content 7-9% to less than 0.1%)<br><br>Fill Thermoplastics With Wood, *Modern Plastics*, pgs. 54-55 (May 1974) ("extrusion" inherently at elevated temperature and pressures) |
| | the composition is a recyclable thermoplastic and the composite has a Young's modulus of at least about 500,000 psi. | Fill Thermoplastics With Wood, *Modern Plastics*, pgs. 54-55 (May 1974) (Young's Modulus of 850,000) |
| 9. | The composition of claim 1 wherein the polymer comprises a polyvinyl chloride homopolymer. | Fill Thermoplastics With Wood, *Modern Plastics*, pgs. 54-55 (May 1974)<br><br>U.S. Patent No. 4,851,458, Col.5, lines 21-30 |
| 14. | The composition of claim 1 wherein the polymer has a molecular weight (*M.W.*) of about 95,000±50,000. | Fill Thermoplastics With Wood, *Modern Plastics*, pgs. 54-55 (May 1974) (unplasticized PVC (k=68 and below) M.W. 85,000 range ( M.W. |

| | | |
|---|---|---|
| | | conversion Table))<br><br>Brydson textbook<br><br>U.S. Patent No. 4,851,458 |
| 16. | The composition of claim 1 wherein the wood fiber has a fiber width of up to about 1.5 mm, a fiber length of up to about 10 mm and a aspect ratio of about 2 to 7. | |
| 17. | The composition of claim 1 wherein the water comprises about 0.1 to 5 wt-% of the composition. | C. Klason, J. Kubat, and H.E. Stromvall, The Efficiency of Cellulosic Fillers in Common Thermoplastics, Part 1, Filling without Processing Aids or Coupling Agents, *International Journal Polymeric Matter,* Vol. 10, No. 4, p. 165 (1984)<br><br>C. Klason, J. Kubat, and H.E. Stromvall, The Efficiency of Cellulosic Fillers in Common Thermoplastics, Part 1, Filling without Processing Aids or Coupling Agents, *International Journdl Polymeric Matter,* Vol. 10, pp. 161, L3 (1984) (PVC-wood flour – injection molded; cross ref. Kunststoffe, Vol. 12, No. 69 (1975)<br><br>C. Klason, J. Kubat, and H.E. Stromvall, The Efficiency of Cellulosic Fillers in Common Thermoplastics, Part 1, Filling without Processing Aids or Coupling Agents, *International Journal Polymeric Matter,* Vol. 10, pp. 165, L9-14 (1984) (moisture content 7-9% to less than 0.1%) |

26. In my opinion the nature of this science and the problems addressed by the various prior art references naturally create a suggestion to combine their teachings. When creating a composite formula, one of ordinary skill in the art relies on his

knowledge and his awareness of the existing prior art for suggestions and starting places. One naturally consults the published literature to see what combinations of materials have worked and what properties they yield, in similar or related applications. The articles and patents cited in this report are precisely the types of references that one would use when formulating composites.

## IX. CHANGES TO THIS REPORT

27. I reserve the right to supplement or amend my opinions in response to information that either Andersen or Fiber Composites later produces in this case, or in the event an additional ruling from the court on claim construction or any other related matter.

Dated: July 12, 2002

Mohini M. Sain

# APPENDIX 1

- Rigid PVC has thermal expansion coefficient in the range of 7-8x$10^{-5}$ cm/cm-°C. PVC/wood fiber compositions having more than 33% wood fiber would have less than 3x$10^{-5}$ in/in-°F thermal expansion coefficient.

- Typical example of a 33% wood flour and 66% PVC is given as example in prior art.

- A composition containing 50 vol% of wood chip or saw dust and 50% volume percent of PVC would be equivalent to: 50x0.64 = 32 g of wood chip or saw dust and 50x1.4 = 70 g of PVC. It means weight percentage of PVC and wood chip or saw dust in this composition would be 60% PVC and 31% wood chip. In another example: a combination of 10 volume percent of PVC and 90 volume percent saw dust the weight percentage would be: 20 wt% PVC and 80 wt% saw dust. Therefore, this prior art teaches us many possible combinations of PVC and wood flour or other scrap where the weight percentage of PVC can vary typically from 20 wt% to 70 wt% and wood flour composition would vary typically between 30 to 80 wt%.