UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| ANDERSEN CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>FIBER COMPOSITES, LLC,<br><br>Defendant. | CIV NO. 00-CV-2548 (JNE/JGL) |

**DECLARATION OF KATHERINE A. MOERKE IN SUPPORT OF FIBER COMPOSITES, LLC'S REPLY TO ITS MOTION FOR A NEW TRIAL ON INVALIDITY**

I, Katherine A. Moerke, declare as follows:

1. I am an attorney at the law firm of Fish & Richardson P.C., P.A., and I am counsel for defendant FIBER COMPOSITES, LLC. in the above-captioned matter.

2. Attached as Exhibit 1 is a true and correct copy of Defendant Fiber Composites, LLC's Amended Notice Under 35 U.S.C. § 282.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 15, 2005

By: s/Katherine A. Moerke
Katherine A. Moerke

60305355.doc