# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| ANDERSEN CORPORATION,<br>Plaintiff,<br>v.<br>FIBER COMPOSITES, LLC,<br>Defendant. | Civil Action No. 00-CV-2548 JEL/JGL |

**DEFENDANT FIBER COMPOSITES, LLC.'S AMENDED NOTICE UNDER 35 U.S.C. § 282**

Pursuant to 35 U.S.C. § 282 and the Court's order dated November 21, 2002, the defendant, Fiber Composites, LLC, hereby notifies the plaintiff, Andersen Corporation, of the art, patents, publications, evidence of knowledge, prior use and sale, and witnesses with knowledge that may be relied upon at trial by the defendant in connection with its invalidity contentions as to the plaintiff's patents-in-suit.

**U.S. Patents**

| **Number** | **Date** | **Patentee** |
|---|---|---|
| 3,878,143 | April 15, 1975 | Baumann, et al. |
| 4,203,876 | May 20, 1980 | Dereppe |
| 4,228,116 | October 14, 1980 | Colombo, et al. |
| 4,323,625 | April 6, 1982 | Coran, et al. |
| 4,505,869 | March 19, 1985 | Nishibori |
| 4,594,372 | June 10, 1986 | Natov, et al. |
| 4,610,900 | September 9, 1986 | Nishibori |
| 4,687,793 | April 15, 1975 | Baumann, et al. |
| 4,687,793 | August 18, 1987 | Motegi, et al. |
| 4,851,458 | July 25, 1989 | Hopperdietzel, et al. |
| 5,008,310 | April 16, 1991 | Beshay |
| 5,008,310 | April 16, 1991 | Mitsuno, et al. |
| 5,082,605 | January 21, 1992 | Brooks, et al. |
| 5,088,910 | February 18, 1992 | Goforth, et al. |

**Foreign Patents and Patent Applications**

| **Number** | **Date** | **Patentee** |
|---|---|---|
| British Patent 1 298 823 | November 26, 1969 | Sonesson Plast AB |
| German Patent DE2042176 | August 25, 1970 | Showa Marutsutsu Co. |
| Swedish Patent 368793 | November 3, 1972 | Sonesson Plast AB |
| Swedish Patent 389830 | December 1, 1972 | Sonesson Plast AB |
| Canadian Patent 1 009 423 | October 30, 1973 | Sonesson Plast AB |
| German Patent 2 354 392 | October 30, 1973 | Sonesson Plast AB |
| British Patent 1 409 187 | October 30, 1973 | Sonesson Plast AB |
| Swiss Patent 580 130 | November 1, 1973, 17h | Sonesson Plast AB |
| Finnish Patent 60224 | November 2, 1973 | Sondex AB |
| Japanese Patent 49-77951 | November 5, 1973 | Sonesson Plast AB |
| French Patent 2.205.586 | November 5, 1973 | Sonesson Plast AB |
| German Patent 2 422 978 | May 13, 1974 | Sonesson Plast AB |
| Japanese Patent 52-26534 | August 26, 1975 | Sonesson Plast AB |
| Swedish Patent 1,409,187 | October 8, 1975 | Sonesson Plast AB |
| WO 90/08020 | January 10, 1989 | Wuorela |

**Publications**


Balatinecz, J., et al., Properties and Possible Applications on Wood Fiber-Polypropylene Composites, *Wood Ahesives* (1990).

Balatinecz, J., et al., The Manufacture of Plastic Lumber from Industrial and Consumer Waste. (1991).

Beshay, Reinforcement of Polyvinyl Chloride (PVC) and Polystyrene (PS) with Cellulosic Fibers Treated with Silane, 3 *Journal of Thermoplastic Composite Materials* 264 (1990).

Caulfield, F., et al., Reinforcing Polypropylene With Natural Fibers, *J. Reinf. Plastic Composites*, 1994, *J. Wood Chem. and Tech.* 1986.

Felix, et al., The Nature of Adhesion in Composites of Modified Cellulose Fibers and Polypropylene, 42 *Journal of Applied Polymer Science* 609 (1991).

Fill Thermoplastics with Wood – New Melt-Processed Composites of PP or PVC Mixed with Wood Flour or Sawdust are Gaining New Markets, *Modern Plastics*, pp. 54-55 (May, 1974).

Karaim, B., et al, Canada Alberta Forest Resource Development Agreement, April 1, 1984 – March 31, 1989.

Klason, C., et al., The Efficiency of Cellulosic Fillers in Common Thermplastics. Part 1. Filling without Processing Aids or Coupling Agents. *International Journal Polymeric Mater* (1984).

Kotka, et al., Composites of Poly(Vinyl Chloride) and Wood Fibers. Part II. Effects of Chemical Treatment, 11 *Polymer Composites* 84 (1990).

Kotka, et al., Composites of Polyvinyl Chloride-Wood Fibers. I. Effects of Isocyanate as a Bonding Agent, 11 *Polymer Composites* 87 (1990).

Kotka, et al., Composites of Polyvinyl Chloride-Wood Fibers. I. Effects of Isocyanate as a Bonding Agent, 29 *Polym.-Plast. Tech. Eng.* 87 (1990).

Kotka, et al., Composites of Polyvinyl Chloride-Wood Fibers. III. Effect of Silane as a Coupling Agent, 12 *Journal of Vinyl Tech.* 146 (1990).

Kotka, et al., Composites of Polyvinyl Chloride-Wood Fibers. IV. Effect of the Nature of Fibers, 11 *Journal of Vinyl Tech.* 90 (1989).

Maldas & Kotka, Performance of Hybrid Reinforcement in PVC Composites: Part I – Use of Surface-Modified Mica and Wood Pulp as Reinforcements, *American Society for Testing and Materials* (1993).

Meyers, et al., Effects of Composition and Polypropylene Melt Flow on Polypropylene-Waste Newspaper Composites, *ANTEC '92* 606 (1992).

Poster Abstracts, *Woodfiber-Plastic Composite Conference, The University-Industry Research Program* (May 2-4, 1993).

Raj, et al., Low Temperature Mechanical Properties of Filled High Density Polyethylene, *ANTEC '90* 1372 (1990).

Raj, R.G., et al. Polypropylene-Wood Fiber Composites: Effect of Fiber Treatment on Mechanical Properies, *Intern. J. Polymeric Mater* (1989).

Raj, R.G., et al., A Comparative Study on the Effect of Aging on Mechanical Properties of LLDPE-Glass Fiber, Mica and Wood Fiber Composites, *Journal of Applied Polymer Science* (1990).

Raj, R.G., et al., Use of Wood fiber as a Filler in Polyehylene: Studies on Mechanical Properties, *Plastics and Rubber Processing and Applications* (1989).

Raj, R.G., et al., Use of Wood Fibers in Thermoplastics VII The Effect of Coupling Agents in Polyehylene – Wood Fiber Composites, *Journal of Applied Polymer Science* (1989).

Rowell, R., Opportunities for Value-Added Bio-Based Composites, *Pacific Rim Bio-Based Composites Symposium*, November 9-13, 1992, Rotorua, New Zealand.

Simpson et al., Composites Materials from Recycled Multi-Layer Polypropylene Bottles and Wood Fibers, pp. 148-149.

Wolcott, M., Wood Fiber-Polymer Composites: Fundamental Concepts, Processes, and Material Options, Copyright 1993 by the Forest Products Society.

Woodhams, Wood Fibers as Reinforcing Fillers for Polyolefines, 24 *Polymer Engineering and Science* 1166 (1984).

Xanthos, X., et al., Processing Conditions and Coupling Agent Effects in Polypropylene/Wood Flour Composites, *Plastics and Rubber Processing and Applications* (1983).

Yam, et al., Composites from Compounding Wood Fibers with Recycled High Density Polyethylene, 30 *Polymer Engineering and Science* 693 (1990).

Zustatztoffe fur Kunstastsoffe, 28 *Plastverarbeiter* 199 (1977).

**Other Documents**

A061390-A061393

A066873-A066875

Gardner, Douglas, Research Report No. AEWC 2-20, *Advanced Engineered Wood Composites Center, University of Maine*, July 2002

**Devices**

Vanelli Window

**Witnesses With Knowledge**

Doug Mancosh
c/o BB&S Treated Lumber of New England
P.O. Box 982
Route 4
North Kingstown, RI 02852

James Przybylinski
Fiber Composites, LLC
34570 Random Drive
New London, NC 28127

Peter Domalavage
Fiber Composites, LLC
34570 Random Drive
New London, NC 28127

Mohini Sain
University of Toronto
44 Ovida Avenue
Toronto, Ontario
Canada
M5S 3B3

Douglas Gardner
University of Maine
Professor of Wood Science
Advanced Engineered Wood Composites Center
University of Maine
Orono, ME 04469

Dr. John Simonsen
Associate Professor
Wood Science and Engineering
College of Forestry
Oregon State University
Corvallis, Oregon 97331
541-737-4217

Frank Faehner
Chairman
American Wood Fibers
Corporate Office and
Consumer Products
9841 Broken Land Parkway
Suite 302
Columbia, MD 21046
410-290-8700
Fax:410-290-6660
800-624-9663

Mark Faehner
V.P., Eastern Division
American Wood Fibers
Corporate Office and
Consumer Products
9841 Broken Land Parkway

Suite 302
Columbia, MD 21046
410-290-8700
Fax:410-290-6660
800-624-9663

Michael J. Deaner
Osceola, Wisconsin

Joseph Puppin
Bayport, Minnesota

Giuseppe Puppin
Bayport, Minnesota

Kurt E. Heikkila
Circle Pines, Minnesota

Jeffrey R. Brandt
Blacklick, OH

Bryan K. Buhrts,
Reynoldsburg, OH

Terry C. Laver,
Madison, WI

James. M. Miller,
Millersport, OH (US)

William G. Taylor
Columbus, OH

Burch E. Zehner
Gahanna, OH (US)

Jerome Saeman
564 Gately Ter
Madison, WI 53711
(608) 233 – 4071

Dated: November 27, 2002

FISH & RICHARDSON P.C.

John M. Skenyon
Michael E. Zeliger
FISH & RICHARDSON P.C.
225 Franklin Street
Boston, MA 02110-2804
Telephone: (617) 542-5070

R.J. Zayed (#309849)
Jonathan E. Singer (#283459)
J. Richard Soderberg (#0305637)
FISH & RICHARDSON, P.C.
3300 Dain Ruscher Plaza
60 South Sixth Street
Minneapolis, MN 55402
Telephone: (612) 335-5070

Attorneys for Defendant
FIBER COMPOSITES, LLC.