UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| ANDERSEN CORPORATION,<br>Plaintiff,<br>v.<br>FIBER COMPOSITES, LLC,<br>Defendant. | CIV NO. 00-CV-2548 (JNE/JGL) |

**DECLARATION OF KATHERINE A. MOERKE IN SUPPORT OF FIBER COMPOSITES, LLC'S REPLY TO ITS MOTION FOR JUDGMENT AS A MATTER OF LAW ON THE ISSUES OF INFRINGEMENT AND VALIDITY**

I, Katherine A. Moerke, declare as follows:

1. I am an attorney at the law firm of Fish & Richardson P.C., P.A., and I am counsel for defendant FIBER COMPOSITES, LLC. in the above-captioned matter.

2. Attached as Exhibit 1 is a true and correct copy of U.S. Patent No. 5,486,553.

3. Attached as Exhibit 2 is a true and correct copy of U.S. Patent No. 5,539,027.

4. Attached as Exhibit 3 is a true and correct copy of *Edward H. Phillips v. AWH Corp.*, U.S. Court of Appeals No. 03-1269, -1286.

5. Attached as Exhibit 4 is a true and correct copy of U.S. Patent No. 5,827,607.

6. Attached as Exhibit 5 is a true and correct copy of Amendment and Response, Serial No. 07/938,364, dated November 12, 1993.

7. Attached as Exhibit 6 is a true and correct copy of Amendment and Response, Serial No. 08/543,959, dated June 4, 1997.

8. Attached as Exhibit 7 is a true and correct copy of Amendment and Response, Serial No. 08/587,828, dated June 27, 1995.

9. Attached as Exhibit 8 is a true and correct copy of Amendment and Response, Serial No. 08/587,828, dated August 8, 1997.

10. Attached as Exhibit 9 is a true and correct copy of Response, Serial No. 08/969,686, dated August 20, 1998.

11. Attached as Exhibit 10 is a true and correct copy of Amended Response, Serial No. 07/938,365, dated November 30, 1993.

12. Attached as Exhibit 11 is a true and correct copy of Preliminary Amendment, Serial No. 08/224,399, dated April 7, 1994.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 15, 2005

By: s/Katherine A. Moerke
Katherine A. Moerke

60305347.doc