# EXHIBIT 11

08/224399

9340.333US01 PATENT

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicant: Michael J. Deaner et al. Examiner:

Serial # : Group Art Unit:

Filed : Docket: 9340.333-US-01

Title : ADVANCED POLYMER/WOOD COMPOSITE STRUCTURAL MEMBER

#13 D/gm 5.14.94

EXPRESS MAIL" Mailing Label No. RB710462973US

Date of Deposit: 4/7/94

I hereby certify that this paper or fee is being deposited with the United States Postal Service "Express Mail Post Office to Addressee" service under 37 CFR 1.10 on the date indicated above and is addressed to the Commissioner of Patents and Trademarks, Washington, D.C. 20231.

Laura Tulibaski
Printed Name

Laura Tulibaski
Signature

PRELIMINARY AMENDMENT

Hon. Commissioner of Patents
and Trademarks
Washington, D.C. 20231

Dear Sir:

Please amend this application as follows:

In The Specification

In the specification on page 6, at line 24, after "500,000.", please insert

--The structural members of the invention can have a coefficient of thermal expansion less than $3.5x10^{-5}$ in/in-°F, preferably less than $3x10^{-5}$ in/in-°F and most preferably about $1.5-3.0x10^{-5}$ in/in-°F.--

In The Claims

1. (Amended) A polymer wood composite structural member, suitable for use as a replacement for a wood structural member, which thermoplastic composite structural member comprises a composite member with a Youngs modulus of greater than 500,000, and a coefficient of thermal expansion less than $3x10^{-5}$ in/in-°F and which composite member comprises a continuous organic phase comprising about 35 to 65 wt-% of a polymer comprising vinyl chloride and, dispersed in the continuous phase, about 35 to 55 wt-% of wood fiber having an aspect ratio of at least about 2.

D2 Sub. B1

17. (Amended) A polymer wood composite sill, suitable for use as a replacement for a wood sill, which composite sill comprises an elongated thermoplastic extrudate having a Youngs modulus of greater than 500,000, and a coefficient of thermal expansion between 1.5 and 3.0[2.5]$x10^{-5}$ in/in-°F, and which composite member comprises about 35 to 65 wt-% of a polymer comprising vinyl chloride and about 35 to 55 wt-% of wood fiber having an aspect ratio of at least about 2.

D3

18. (Amended) The sill of claim 17 wherein the composite comprises about 50 to 65[70] wt-% of a polymer comprising a vinyl chloride and about 35[30] to 50 wt-% of wood fiber [sawdust].

20. (Amended) A polymer wood composite stile, suitable for use as a replacement for a wood stile, which composite stile comprises an elongated thermoplastic extrudate having a Youngs modulus of greater than 500,000, and a coefficient of thermal expansion between 1.5 and $2.5x10^{-5}$ in/in-°F, and which composite member comprises a continuous organic phase comprising about 35 to 65 wt-% of a polymer comprising vinyl chloride and, dispersed in the continuous phase, about 35 to 55 wt-% of wood fiber having an aspect ratio of at least about 2.

21. (Amended) The stile of claim 20 wherein the composite comprises about 50 to 65[90] wt-% of a polymer comprising a vinyl chloride and about 35[30] to 50 wt-% of wood fiber [sawdust].

23. (Amended) A polymer wood composite jamb, suitable for use as a replacement for a wood jamb, which composite jamb comprises an elongated thermoplastic extrudate having a Youngs modulus of greater than 500,000 and a coefficient of thermal expansion between 1.5 and $3.0x10^{-5}$ in/in-°F and which composite member comprises a continuous organic phase comprising about 50 to 65[70] wt-% of a polymer comprising vinyl chloride and, dispersed in the continuous phase, about 35[30] to 50 wt-% of wood fiber having an aspect ratio of at least about 2.

26. (Amended) A polymer wood composite rail, suitable for use as a replacement for a wood rail, which composite rail comprises an elongated thermoplastic extrudate having a Youngs modulus of greater than $7.5x10^5$, and a coefficient of thermal expansion between 1.5 and $3.0x10^{-5}$ in/in-°F and which composite member comprises a continuous organic phase comprising about 35 to 65 wt-% of a polymer comprising vinyl chloride and, dispersed in the continuous phase, about 35 to 55 wt-% of wood fiber having an aspect ratio of at least about 2.

Remarks

The specification has been amended at page 6 to recite the coefficients of thermal expansion recited in original claims 1, 22 and 25 as filed.

The claims have been amended to recite that the composite structural member is thermoplastic. Support for this amendment is found at page 9, line 21 through page 10, line 3. The use of a thermoplastic polyvinyl chloride and wood fiber in a composite pellet used in the thermoplastic process to form the structural member would result in a thermoplastic composite member. The claims have been amended to recite that the composite member comprises a continuous organic phase comprising a polymer of vinyl chloride and dispersed in the continuous organic phase wood fiber. Support for this amendment is found at page 15, lines 1 through 10. The claims have been amended to recite that the

coefficient of thermal expansion falls between 1.5 and $3 \times 10^{-5}$ in/in-°F. Support for this amendment is found in the claims as originally filed and in the specification as amended. The claims have been amended to recite proportions of thermoplastic polymer and wood fiber that are consistent throughout. Support for the amendment is found in the claims as originally filed. The claims have been amended to remove the recitation of "sawdust" and to insert instead --wood fiber--. Support for this amendment is found in the claims as originally filed.

Conclusion

Applicants assert that the amendments above satisfies the requirements of the Examiner from the Advisory Action dated March 25, 1994. Applicants request the Examiner to pass these claims to allowance.

Respectfully submitted,

MICHAEL J. DEANER ET AL.

By their attorney,

1 April 94
Date

Mark DiPietro

Mark DiPietro
Reg. No. 28,707
MERCHANT, GOULD, SMITH, EDELL,
WELTER & SCHMIDT, P.A.
1000 Norwest Center
St. Paul, Minnesota 55101-2701
Telephone: (612) 298-1055