**CERTIFICATE OF SERVICE**

I certify that on July 15, 2005, I have caused the following documents:

FIBER COMPOSITES, LLC'S REPLY MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION FOR JUDGMENT AS A MATTER OF LAW ON THE ISSUES OF INFRINGEMENT AND VALIDITY

LR 7.1(c) WORD COUNT COMPLIANCE CERTIFICATE REGARDING DEFENDANT FIBER COMPOSITES, LLC'S REPLY MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION FOR JUDGMENT AS A MATTER OF LAW ON THE ISSUES OF INFRINGEMENT AND VALIDITY

DECLARATION OF KATHERINE A. MOERKE IN SUPPORT OF FIBER COMPOSITES, LLC'S REPLY TO ITS MOTION FOR JUDGMENT AS A MATTER OF LAW ON THE ISSUES OF INFRINGEMENT AND VALIDITY

FIBER COMPOSITES, LLC'S REPLY MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION FOR A NEW TRIAL ON INVALIDITY

LR 7.1(c) WORD COUNT COMPLIANCE CERTIFICATE REGARDING DEFENDANT FIBER COMPOSITES, LLC'S REPLY MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION FOR A NEW TRIAL ON INVALIDITY

DECLARATION OF KATHERINE A. MOERKE IN SUPPORT OF FIBER COMPOSITES, LLC'S REPLY TO ITS MOTION FOR A NEW TRIAL ON INVALIDITY

to be filed electronically with the Clerk of Court through ECF, and ECF will send an e-notice of the electronic filing to the following:

**Nicholas Boebel**
nsboebel@rkmc.com; smashwill@rkmc.com; gmparish@rkmc.com

**Ronald J Schutz**
rjschutz@rkmc.com

**Scott Ray Strand**
srstrand@rkmc.com; lmzimmerman@rkmc.com; scott_strand@msn.com

**Becky R Thorson**
brthorson@rkmc.com; scgeorge@rkmc.com

Date: July 15, 2005

s/Katherine A. Moerke
Katherine A. Moerke

60305360.doc