**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

ANDERSEN CORPORATION,

Plaintiff,

v.

FIBER COMPOSITES, LLC,

Defendant.

00CV2548 (JNE/JGL)

**NOTICE OF HEARING**

---

**TAKE NOTICE** that the above entitled matter is **scheduled** for hearing **Post-Trial motions** on Wednesday, August 3, 2005 at 9:30 a.m., before Judge Joan N. Ericksen, Courtroom 3, St. Paul, Minnesota..

DATED: July 20, 2005

RICHARD D. SLETTEN
*Clerk*

s/ Sheri L. Frette
Sheri L. Frette *Deputy Clerk*