**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Andersen Corporation, Case No. 00-CV-2548 JNE/JGL

Plaintiff,

v.

Fiber Composites, LLC,

Defendant.

**PLAINTIFF ANDERSEN CORPORATION'S WITHDRAWAL OF ITS MOTION FOR AN ACCOUNTING OF FIBER COMPOSITES' INFRINGING SALES FROM AUGUST 23, 2002 TO MAY 12, 2005**

Plaintiff Andersen Corporation ("Andersen") hereby withdraws its Motion For An Accounting of Fiber Composites' Infringing Sales From August 23, 2002 to May 12, 2005, which has been assigned ECF document number 463.

Dated: September 8, 2005. **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

By: /s/ Misti Nelc
Ronald J. Schutz (#130849)
Becky R. Thorson (#254861)
Misti Nelc (#296090)
Nicholas S. Boebel (#030217X)
Busola A. Akinwale (#0338217)

2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, Minnesota 55402-2015
(612) 349-8500

**ATTORNEYS FOR PLAINTIFF ANDERSEN CORPORATION**