**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Andersen Corporation,<br><br>Plaintiff,<br><br>v.<br><br>Fiber Composites, LLC,<br><br>Defendant. | Case No.: 00-CV-2548 (JNE/JGL)<br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that on September 8, 2005, I caused the following document:

> Plaintiff Andersen Corporation's Withdrawal of Its Motion for an Accounting of Fiber Composites' Infringing Sales from August 23, 2002 to May 12, 2005

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

| | |
|---|---|
| Jonathan E. Singer | singer@fr.com |
| John M. Skenyon | skenyon@fr.com |
| J. Richard Soderberg | soderberg@fr.com |
| Michael E. Zeliger | zeliger@fr.com |
| Katherine A. Moerke | moerke@fr.com |

Dated this 8th day of September, 2005.

By: /s/ Misti Nelc
Misti Nelc