# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## CIVIL MOTION HEARING

| | | |
|---|---|---|
| Andersen Corporation,<br><br>Plaintiff,<br><br>v.<br><br>Fiber Composites, LLC,<br><br>Defendant. | ) | **COURT MINUTES**<br>BEFORE: Joan N. Ericksen<br>U.S. Judge<br><br>Case No: 00CV2548 (JNE/JGL)<br>Date: September 15, 2005<br>Court Reporter: Maria Weinbeck<br>Time Commenced: 9:30 a.m.<br>Time Concluded: 11:05 a.m.<br>Time in Court: 1 Hour & 35 Minutes |

Hearing on: **PLAINTIFF'S POST TRIAL MOTIONS:**

**A. Motion for Determination and Award of Prejudgment and Post-Judgment Interest [#453] is GRANTED. Fiber Composites shall pay to Andersen prejudgment interest. The interest shall be simple and at the prime rate. Fiber Composites shall pay to Andersen post-judgment interest in conformity with 28USC1961.**

**B. Motion for an Accounting of Fiber Composites' Infringing Sales from August 23, 2002 to May 12, 2005 [#464] is WITHDRAWN.**

**C. Motion for Permanent Injunction Prohibiting Infringement of U.S. Patent No. 5,539,027 and US Patent No. 5,486,553 [#448] is DENIED.**

**D. Motion for Judgment of Willful Infringement as a Matter of Law Pursuant to Rule 50 of the Federal Rules of Civil Procedure [#469] is DENIED.**

**DEFENDANT'S POST TRIAL MOTIONS:**

**A. Motion for Judgment of Noninfringement [#428] is DENIED.**

**B. Andersen's claims that Fiber Composites' products with wood fiber content below 30% infringe the '027 and'553 patents are dismissed with prejudice.**

**C. Motion for New Trial [#472] is DENIED.**

**D. Motion for Judgment as a Matter of Law on the Issues of Invalidity and Damages [#474] is DENIED.**

**IT IS SO ORDERED ON THE MINUTES.**

APPEARANCES:

Plaintiff: Becky R. Thorson/Misti Nelc
Defendant: John Skenyon/Katie Moerke/Michael Zeliger

PROCEEDINGS:

9 Plaintiff's Witnesses:
9 Plaintiff' Exhibits:
9 Defendant's Witnesses:
9 Defendant's Exhibits:

**IT IS ORDERED:

9 **Submitted** 9 **Sustained** 9 **Overruled**
9 Brief time set:
9 Written order forthcoming.

s/Sheri L. Frette
Calendar Clerk