# CERTIFICATE OF SERVICE

I certify that on September 28, 2005, I have caused the following document:

NOTICE OF CROSS APPEAL

to be filed electronically with the Clerk of Court through ECF, and ECF will send an e-notice of the electronic filing to the following:

**Nicholas Boebel**
nsboebel@rkmc.com; smashwill@rkmc.com; gmparish@rkmc.com

**Ronald J Schutz**
rjschutz@rkmc.com

**Scott Ray Strand**
srstrand@rkmc.com; lmzimmerman@rkmc.com; scott_strand@msn.com

**Becky R Thorson**
brthorson@rkmc.com; scgeorge@rkmc.com

Date: September 28, 2005

s/Katherine A. Moerke
Katherine A. Moerke

60316940.doc