Thu Sep 29 08:29:27 2005

UNITED STATES DISTRICT COURT

MPLS, MN

Receipt No. 700 437501
Cashier deborah

Check Number: 815

| DO Code | Div No |
| --- | --- |
| 4641 | 4 |

| Sub Acct | Type | Tender | Amount |
| --- | --- | --- | --- |
| 1:086900 | N | 2 | 105.00 |
| 2:510000 | N | 2 | 150.00 |

Total Amount $ 255.00

FISH & RICHARDSON/ 00CV2548 JNE

APPEAL TO THE 8TH CIRCUIT

SCANNED

SEP 29 2005

U.S. DISTRICT COURT MPLS