FISH & RICHARDSON P.C., P.A.

Frederick P. Fish
1855-1930

W.K. Richardson
1859-1951

3300 Dain Rauscher Plaza
60 South Sixth Street
Minneapolis, Minnesota
55402

Telephone
612 335-5070

Facsimile
612 288-9696

Web Site
www.fr.com

AUSTIN
BOSTON
DALLAS
DELAWARE
NEW YORK
SAN DIEGO
SILICON VALLEY
TWIN CITIES
WASHINGTON, DC

**HAND DELIVERED**

September 28, 2005

Richard D. Sletten, Clerk of Court
United States District Court for the District of Minnesota
U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Re: *Andersen Corporation v. Fiber Composites, LLC*
Court File No. 00-CV-2548 (JNE/JGL)

Dear Clerk of Court:

Enclosed please find a check in the amount of $255.00 as payment for the Notice of Cross Appeal to the Federal Circuit Court of Appeals filed in the above matter via ECF today by defendant Fiber Composites, LLC.

Very truly yours,

Katherine A. Moerke

KAM/sls
Enclosure
cc: Ronald J Schutz, Esq. (w/o enc.; via first class mail)

60316936.doc

RECEIVED
05 SEP 28 PM 4:52
CLERK, U.S. DIST COURT
MINNEAPOLIS, MN

SCANNED
SEP 29 2005
U.S. DISTRICT COURT MPLS