**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Andersen Corporation,

Plaintiff,

v.

Fiber Composites, LLC,

Defendant.

Case No. 00-CV-2548 JNE/JGL

**NOTICE OF PLAINTIFF ANDERSEN CORPORATION'S REQUEST TO ORDER AND DOCKET TRANSCRIPTS**

Notice is hereby given, pursuant to Fed. R. App. P. 10(b)(1)(A)(iii), that Plaintiff Andersen Corporation ("Andersen" )has ordered and requested docketing of the entire transcript of the proceedings in the case referenced above to the extent that it is not already on file. Andersen's written orders and requests to docket the transcript are attached hereto as Exhibits 1-5.

For the purposes of this appeal Andersen reserves the right to rely on any transcripts already on file.

Dated: September 29, 2005.

**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

By: s/ Busola A. Akinwale
Ronald J. Schutz (#130849)
Becky R. Thorson (#254861)
Misti Nelc (#296090)
Nicholas S. Boebel (#030217X)
Busola A. Akinwale (#0338217)

2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, Minnesota 55402-2015
(612) 349-8500

**ATTORNEYS FOR PLAINTIFF ANDERSEN CORPORATION**