ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

ATTORNEYS AT LAW

2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
TEL: 612-349-8500 FAX: 612-339-4181
www.rkmc.com

**Busola A. Akinwale**
**612-349-8246**

September 28, 2005

Bob Riley
Court Reporter for Judge Richard H. Kyle
United States District Court
764 Federal Building
316 North Robert Street
St. Paul, MN 55101

Re: Andersen Corp. v. Fiber Composites, L.L.C.
Civil No. 00-2548
Our File No.: 121338.0001

Dear Mr. Riley:

This letter will confirm my earlier telephone call to you and serve as Andersen Corporation's formal written request that the entire transcript of the following proceeding in the above-referenced action be ordered and docketed for purposes of appeal pursuant to Rule 10(b) of the Federal Rules of Appellate Procedure:

Hearing on Plaintiff Andersen Corporation's Motion for a Claim Construction, heard on December 10, 2001

We also confirmed that financial arrangements for payment for the transcripts have been made.

Sincerely,

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

Busola A. Akinwale

BAA/ba

EXHIBIT
tabbies
1

MP3 20152034.1

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

ATTORNEYS AT LAW

2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
TEL: 612-349-8500 FAX: 612-339-4181
www.rkmc.com

**Busola A. Akinwale**
**612-349-8246**

September 28, 2005

Jeanne Anderson
Court Reporter to Judge Donovan W. Frank (formerly Court Reporter to Judge Joan N. Ericksen)
United States District Court
738 Federal Building
316 N. Robert Street
St. Paul, MN 55101

Re: Andersen Corp. v. Fiber Composites, L.L.C.
Civil No. 00-2548
Our File No.: 121338.0001

Dear Ms. Anderson:

This letter will confirm our earlier telephone conversation and serve as Andersen Corporation's formal written request that the entire transcript of the following proceeding in the above-referenced action be ordered and docketed for purposes of appeal pursuant to Rule 10(b) of the Federal Rules of Appellate Procedure:

> Hearing on Defendant Fiber Composites, L.L.C.'s Motion for Partial Summary Judgment of Invalidity; Defendant's Motion for Partial Summary Judgment of Non-Infringement; Plaintiff Andersen Corporation's Motion for Summary Judgment on Defendant's Defense of Invalidity Under 35 U.S.C. § 112, and for Partial Summary Judgment on Defendant's Defenses of Invalidity under 35 U.S.C. § 102 and 103; and Plaintiff Andersen Corporation's Motion for Partial Summary Judgment of Infringement on Asserted Claims of the '027 and the '553 Patents, heard on November 4, 2002.

We also confirmed that financial arrangements for payment for the transcripts have been made.

Sincerely,

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

Busola A. Akinwale

BAA/ba

EXHIBIT 2

MP3 20152213.1

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

2800 LASALLE PLAZA
800 LASALLE AVENUE
MINNEAPOLIS, MN 55402-2015
TEL: 612-349-8500 FAX: 612-339-4181
www.rkmc.com

ATTORNEYS AT LAW

**BUSOLA A. AKINWALE**
**612-349-8246**

September 28, 2005

Maria Weinbeck
Court Reporter for Judge Joan N. Ericksen
United States District Court
12W U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Re: Andersen Corp. v. Fiber Composites L.L.C.
Civil No. 00-2548
Our File No.: 121338.0001

Dear Ms. Weinbeck:

This letter will confirm our prior telephone conversation and serve as Andersen Corporation's formal written request that the entire transcript of the following proceeding in the above-referenced action be ordered and docketed for purposes of appeal pursuant to Rule 10(b) of the Federal Rules of Appellate Procedure:

> Hearing on Plaintiff Andersen Corporation's Motion for Determination and Award of Prejudgment and Post-Judgment Interest; Plaintiff Andersen Corporation's Motion for an Accounting of Fiber Composites' Infringing Sales from August 23, 2002 to May 12, 2005; Plaintiff Andersen Corporation's Motion for Permanent Injunction Prohibiting Infringement of U.S. Patent No. 5,539,027 and U.S. Patent No. 5,486,553; Plaintiff Andersen Corporation's Motion for Judgment of Willful Infringement as a Matter of Law Pursuant to Rule 50 of the Federal Rules of Civil Procedure; Defendant Fiber Composites' Motion for Judgment of Noninfringement; Defendant Fiber Composites' Motion for New Trial; and Defendant Fiber Composites' Motion for Judgment as a Matter of Law on the Issues of Invalidity and Damages, heard on September 15, 2005.

We also confirmed that financial arrangements for payment for the transcripts have been made.

EXHIBIT
tabbies
3

MP3 20152026.1

Sincerely,

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

Busola A. Akinwale

BAA/ba

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
TEL: 612-349-8500 FAX: 612-339-4181
www.rkmc.com

ATTORNEYS AT LAW

**Busola A. Akinwale**
**612-349-8246**

September 29, 2005

The Honorable Arthur J. Boylan Chambers
United States District Court
638 Federal Building
316 North Robert Street
St. Paul, MN 55101

Re: Andersen Corp. v. Fiber Composites, L.L.C.
Civil No. 00-2548
Our File No.: 121338-0001

Dear Sir or Madam:

Andersen Corporation hereby requests that the entire transcripts of the following proceedings in the above-referenced action be ordered and docketed for purposes of appeal pursuant to Rule 10(b) of the Federal Rules of Appellate Procedure:

1. Telephone conference regarding Defendant Fiber Composites' Motion for Extension of Time for the Amendment of Pleadings, held on September 27, 2001;

2. Hearing on Defendant Fiber Composites' Motion for Protective Order, Plaintiff Andersen Corporation's Motion for Protective Order, Plaintiff Andersen Corporation's Motion to Compel and for an Extension of the Amended Scheduling Order, heard March 11, 2002;

3. Settlement Conference held on May 14, 2002; and

4. Hearing on Defendant Fiber Composites' Motion to Amend Answer, heard on June 6, 2002.

Because the records of these hearings are available only on tape and must be sent for transcription, please contact me as soon as possible with the transcriber's contact information so that I can ensure that they are promptly paid for their services.

Thank you for your assistance in this matter.

Sincerely,

EXHIBIT
tabbies
4

MP3 20152388.1

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

Busola A. Akinwale

BAA/dl

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW

2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
TEL: 612-349-8500 FAX: 612-339-4181
www.rkmc.com

**Busola A. Akinwale**
612-349-8246

September 29, 2005

Ms. Mary Lenner
Former Clerk to Magistrate Judge Jonathan G. Lebedoff
United States District Court
Federal Building
316 North Robert Street
St. Paul, MN 55101

Re: Andersen Windows v. Fiber Composites
Our File No.: 121338-0001
Court File No.: 00-CV-2548 JNE/JGL

Dear Ms. Lenner:

Andersen Corporation requests that the entire transcripts of the following proceedings in the above-referenced action be ordered and docketed for purposes of appeal pursuant to Rule 10(b) of the Federal Rules of Appellate Procedure:

1. Hearing on Defendant Fiber Composites' Motions for Order to Prevent Andersen Corporation from Presenting New Infringement Contentions and to Compel Production of the Vanelli Sample, heard on July 16, 2002;

2. Conference regarding Plaintiff Andersen Corporation's Request for Expedited Hearing on Motion to Extend Schedule, held September 9, 2002;

3. Hearing on Plaintiff Andersen Corporation's Motions to Amend Scheduling Order, and Defendant Fiber Composites' Motions for Leave to Bring Summary Judgment Motions, and to Amend Scheduling Order, heard September 11, 2002;

4. Hearing on Plaintiff Andersen Corporation's Motion to Strike Defendant's Notice Under 26 U.S.C. § 282, heard on November 19, 2002;

5. Hearing on Plaintiff Andersen Corporation's Motion to Strike the Supplemental Report of Douglas A. Gardner, heard on October 17, 2003; and

6. Settlement Conference, held on March 30, 2005.

EXHIBIT
tabbies
5

MP3 20152394.1

Because the records of these hearings are available only on tape and must be sent for transcription, please contact me as soon as possible with the transcriber's contact information so that I can ensure that they are promptly paid for their services.

Thank you for your assistance in this matter.

Sincerely,

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

Busola A. Akinwale

BAA/dl