**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Andersen Corporation,

Plaintiff,

v.

Fiber Composites, LLC,

Defendant.

**Case No.: 00-CV-2548 (JNE/JGL)**

**CERTIFICATE OF SERVICE**

I hereby certify that on September 29, 2005, I caused the following:

1. Plaintiff Andersen Corporation's Amended Notice of Appeal;

2. Notice of Plaintiff Andersen Corporation's Request to Order and Docket Transcripts;

to be filed electronically with the Clerk of Court through ECF and that ECF will send an e-notice of the electronic filing to the following:

| | |
|---|---|
| Jonathan E. Singer | singer@fr.com |
| John M. Skenyon | skenyon@fr.com |
| J. Richard Soderberg | soderberg@fr.com |
| Michael E. Zeliger | zeliger@fr.com |
| Katherine A. Moerke | moerke@fr.com |

Dated this 29th day of September, 2005.

By s/Busola A. Akinwale
Busola A. Akinwale