Case 0:00-cv-02548-JNE-JGL Document 544-2 Filed 09/28/2005 Page 1 of 2

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| ANDERSEN CORPORATION,<br>Plaintiff,<br>v.<br>FIBER COMPOSITES, LLC,<br>Defendant. | CIV NO. 00-CV-2548 (JNE/JGL) |

**NOTICE OF CROSS APPEAL**

Notice is hereby given that Fiber Composites, LLC ("Fiber Composites"), defendant in the above-named case, hereby cross appeals to the United States Court of Appeals for the Federal Circuit. The plaintiff in the above-identified case, Andersen Corporation ("Andersen"), filed a Notice of Appeal on June 10, 2005, which was docketed on June 21, 2005 by the United States Court of Appeals for the Federal Circuit as Appeal No. 05-1434. However, on June 21, 2005, the Federal Circuit ordered the appeal deactivated until a decision by this Court as to the then-pending post-trial motions. This Court decided all those motions on September 15, 2005, thereby reactivating Andersen's appeal.

As to Fiber Composites' cross appeal, it appeals from the following:

1. The District Court's April 9, 2002 Memorandum Opinion and Order on claim construction, Docket No. 105.

2. The District Court's rulings denying Fiber Composites' motion to amend its answer dated June 14, 2002, Docket No. 118, and August 5, 2002, Docket No. 140.

3. The District Court's July 22, 2003 Order on motions for summary judgment, Docket No. 215.

4. The District Court's rulings striking the supplemental expert report of Douglas A. Gardner, dated October 21, 2003, Docket No. 226, and December 4, 2003, Docket No. 233.

5. The District Court's rulings on motions in limine as reflected in the Minute Order of March 29, 2005, Docket No. 400.

6. The District Court's May 11, 2005 Order for Judgment, Docket No. 446, and May 12, 2005 Judgment in a Civil Case, Docket No. 447.

7. The District Court's rulings on the post-trial Rule 50, Rule 59 and other motions as reflected in the Minute Order of September 15, 2005, Docket No. 537.

Dated: September 28, 2005

FISH & RICHARDSON P.C., P.A.

By: s/Katherine A. Moerke

Katherine A. Moerke (#312277)
3300 Dain Rauscher Plaza
60 South Sixth Street
Minneapolis, MN 55402
Telephone: (612) 335-5070

John M. Skenyon
Michael E. Zeliger
Fish & Richardson P.C.
225 Franklin Street
Boston, MA 02110-2804
Tel.: (617) 542-5070
Fax: (617) 542-8906

Attorneys for Defendant
FIBER COMPOSITES, LLC

60316890.doc