# UNITED STATES DISTRICT COURT
## District of Minnesota

Richard D. Sletten, Clerk
Wendy S. Osterberg, Chief Deputy Clerk

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 Federal Building
515 West First Street
Duluth, MN 55802
(218) 529-3500

212 U.S. Courthouse
118 South Mill Street
Fergus Falls, MN 56537
(218) 739-5758

Ms. Jan Horbaly, Clerk
Court of Appeals for the Federal Circuit
National Courts Building
717 Madison Place NW, Room 401
Washington, DC 20439

RE: District Court Civil Case #: 00-2548 JNE/JGL
Federal Circuit Case #:
Case Caption: Andersen Corporation v. Fiber Composites

Dear Ms. Horbaly:

Enclosed, please find one certified copy of each of the following (except for the documents marked with an asterisk (*)):

_X__ Federal Circuit Appeal Information Sheet *

_X__ Notice of Appeal

_X__ Pleading(s) being appealed

_X__ Docket entries

_____ Other:

The Statutory filing fee has:

_____ been paid. Receipt number:

_X__ not been paid:

- ____ USA appealed
- ____ In Forma Pauperis
- _X_ Fee wasn't included with the appeal
- ____ Motion Pending
- ____ Other:

Please acknowledge receipt of these documents by returning the enclosed copy of this letter.

Sincerely,

RICHARD D. SLETTEN, CLERK

BY: Rena L. Riemer
Deputy Clerk

# FEDERAL CIRCUIT APPEAL INFORMATION SHEET

X United States District Court for the District of Minnesota

____ United States Court of International Trade

____ United States Court of Federal Claims

____ United States Court of Appeals for Veterans Claims

Type of Case: Patent

Andersen Corporation v. Fiber Composites

(List all parties. Use an asterisk to indicate dismissed or withdrawn parties. Use a separate sheet if needed. Explain any discrepancy with the caption used on the judgment, order or opinion.)

Docket No. 546 Date of Judgment / Order 9/15/05

Cross or related appeal? Yes Date of Notice of Appeal 9/29/05

Appellant is: X Plaintiff ____ Defendant ____ Other: ____

FEES: Court of Appeals docket fee paid? X Yes ____ No

U.S. Appeal? ____ Yes X No

In forma pauperis? ____ Yes X No

Is this matter under seal? ____ Yes X No

COUNSEL: (List name, firm, address and telephone of lead counsel for each party. Indicate party represented. Use separate sheet if needed.)

| Plaintiffs Counsel: | Defendant's Counsel: |
|---|---|
| Becky Thorson | J Richard Soderbreg |
| Nicholas Boebel | John Skenyon |
| Ronald Schutz | Jonathan Singer |
| Scott Strand | Michelle Zeilger |
| Busola Akinwale | Katherine Moerke |
| Robins Kaplan Miller & Ciresi | Fish & Richardson |
| 800 LaSalle Ave, Ste 2800 | 60 South 6th Str, Ste 3300 |
| Mpls, MN 55402 | Mpls, MN 55402 |
| 612-349-8500 | 612-335-5070 |

Court Reporter (name and telephone): Maria Weinbeck 651-848-1224

IMPORTANT: Attach a copy of the judgement or order appealed from and any supporting opinion or memorandum. Forward together with a copy of the notice of appeal and certified docket entries.