# UNITED STATES DISTRICT COURT
## District of Minnesota

Richard D. Sletten, Clerk
Wendy S. Osterberg, Chief Deputy Clerk

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 Federal Building
515 West First Street
Duluth, MN 55802
(218) 529-3500

212 U.S. Courthouse
118 South Mill Street
Fergus Falls, MN 56537
(218) 739-5758

October 12, 2005

Ms. Jan Horbaly, Clerk
Court of Appeals for the Federal Circuit
National Courts Building
717 Madison Place NW, Room 401
Washington, DC 20439

RE: District Court Civil Case #: 00-2548 JNE/JGL
Federal Circuit Case #:
Case Caption: Anderson Corporation v. Fiber Compostites

Dear Ms. Horbaly:

Enclosed, please find one certified copy of each of the following (except for the documents marked with an asterisk (*)):

_X___ Federal Circuit Appeal Information Sheet *

_X___ Notice of Appeal - AMENDED

_X___ Pleading(s) being appealed

_X___ Docket entries

_____ Other:

The Statutory filing fee has:

_X___ been paid. Receipt number: 435555

_____ not been paid:

- ____ USA appealed
- ____ In Forma Pauperis
- ____ Fee wasn't included with the appeal
- ____ Motion Pending
- ____ Other:

Please acknowledge receipt of these documents by returning the enclosed copy of this letter.

Sincerely,

RICHARD D. SLETTEN, CLERK

BY: Rena Lexvold Riemer
Deputy Clerk

# FEDERAL CIRCUIT APPEAL INFORMATION SHEET

_X_ United States District Court for the District of Minnesota

____ United States Court of International Trade

____ United States Court of Federal Claims

____ United States Court of Appeals for Veterans Claims

Type of Case: Patent

Andersen Corproation v. Fiber Composites

(List all parties. Use an asterisk to indicate dismissed or withdrawn parties. Use a separate sheet if needed. Explain any discrepancy with the caption used on the judgment, order or opinion.)

Docket No. 546 Date of Judgment / Order 9/15/05

Cross or related appeal? yes Date of Notice of Appeal 9/29/05

Appellant is: X Plaintiff ___ Defendant ___ Other: ________

FEES: Court of Appeals docket fee paid? ___ Yes ___ No

U.S. Appeal? ___ Yes ___ No

In forma pauperis? ___ Yes ___ No

Is this matter under seal? ___ Yes ___ No

COUNSEL: (List name, firm, address and telephone of lead counsel for each party. Indicate party represented. Use separate sheet if needed.)

| Plaintiffs Counsel: | Defendants Counsel: | |
|---|---|---|
| Becky Thorson<br>Nicholas Boebel<br>Ronald Schutz<br>Scott Strand<br>Busola Akinwale<br>Robins Kaplan Miller & Ciresi<br>800 La Salle Avenue, Ste 2800<br>Minneapolis, Mn 55402<br>612-349-8500 | Richard Soderberg<br>John Skenyon<br>Jonathan Singer<br>Michelle Zeilger<br>Katherine Moerke<br>Fish & Richardson<br>60 South 6th Street, Ste 3300<br>Minneapolis, Mn 55402<br>61-335-5070 | |

Court Reporter (name and telephone): Maria Weinbeck 612-664-5109

IMPORTANT: Attach a copy of the judgement or order appealed from and any supporting opinion or memorandum. Forward together with a copy of the notice of appeal and certified docket entries.