UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Andersen Corporation,

Plaintiff(s)

v.

Fiber Composites, LLC,

Defendant(s)

**APPLICATION TO WITHDRAW AS COUNSEL OF RECORD**

Case No: 00-CV-2548 JNE/JGL

Pursuant to Rule 83.7 of the Local Rules of the United States District Court for the District of Minnesota, Plaintiff Andersen Corporation ("Andersen") hereby withdraws Nicholas S. Boebel as counsel for Andersen because Mr. Boebel is no longer a member of the Robins, Kaplan, Miller & Ciresi L.L.P. law firm, counsel of record for Andersen in this matter, and he will no longer participate in this litigation.

Robins, Kaplan, Miller & Ciresi, L.L.P. continues to represent Andersen Corporation in this litigation.

Dated: July 13, 2006

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

By: s/ Busola A. Akinwale
Ronald J. Schutz (#130849)
Becky R. Thorson (#254861)
Misti N. Okerlund (#0296090)
Busola A. Akinwale (#0338217)

2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, Minnesota 55402-2015
(612) 349-8500

**ATTORNEYS FOR PLAINTIFF ANDERSEN CORPORATION**