UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Andersen Corporation,

Plaintiff(s)

v.

Fiber Composites, LLC,

Defendant(s)

**APPLICATION TO WITHDRAW AS COUNSEL OF RECORD**

Case No: 00-CV-2548 JNE/JGL

Pursuant to Rule 83.7 of the Local Rules of the United States District Court for the District of Minnesota, the undersigned attorney hereby requests the Court and counsel that Misti N. Okerlund, currently listed as counsel of record for Plaintiff Anderson Corporation wishes to withdraw as counsel for Plaintiff Andersen Corporation in this case because I am no longer a member of the Robins, Kaplan, Miller & Ciresi L.L.P. law firm, counsel of record for Andersen in this matter, and I will no longer participate in this litigation.

Robins, Kaplan, Miller & Ciresi, L.L.P. continues to represent Andersen Corporation in this litigation.

Dated: February 2, 2007

By: /s/ Misti N. Okerlund

Misti N. Okerlund (#0296090)
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, Minnesota 55402-2015
(612) 349-8500

**ATTORNEYS FOR PLAINTIFF ANDERSEN CORPORATION**