**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Andersen Corporation,

Plaintiff,

v.

Fiber Composites, LLC,

Defendant.

00cv2548 (JNE)

**NOTICE OF HEARING**

---

**TAKE NOTICE** that the above entitled matter is **scheduled** for **STATUS CONFERENCE** on Thursday, March 1, 2005 at 11:00 a.m., before Judge Joan N. Ericksen. This hearing will be held in Courtroom 12W, Minneapolis, Minnesota. Counsel are directed to check the kiosk located on the 1st Floor of the Federal Courthouse in Minneapolis, Minnesota for any change in location.

DATED: February 16, 2007

RICHARD D. SLETTEN
*Clerk*

s/ Sheri L. Frette
Sheri L. Frette *Deputy Clerk*