00 2548 JNE

# United States Court of Appeals for the Federal Circuit

05-1434, 06-1009

ANDERSEN CORPORATION,

Plaintiff-Appellant,

v.

FIBER COMPOSITES, LLC,

Defendant-Cross Appellant.

RECEIVED BY U.S. MAIL
2007 FEB 20 AM 9:23
CLERK, U.S. DIST. COURT MINNEAPOLIS, MN

## JUDGMENT

Appeals from the United States District Court for the District of Minnesota in case no. 00-CV-2548, Judge Joan N. Ericksen.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED IN PART, REVERSED IN PART, and REMANDED.

ENTERED BY ORDER OF THE COURT

DATED: JAN 26 2007

Jan Horbaly, Clerk

SCANNED
FEB 20 2007
U.S. DISTRICT COURT MPLS

**ISSUED AS A MANDATE:** FEB 16 2007

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE.
UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT
By: ____ Date: 2/16/07