# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## CIVIL MOTION HEARING

| | | |
|---|---|---|
| Andersen Corporation, | ) | **COURT MINUTES** |
| | ) | BEFORE: Joan N. Ericksen |
| Plaintiff, | ) | U.S. Judge |
| | ) | |
| v. | ) | Case No: 00cv2548 (JNE) |
| | ) | Date: March 1, 2007 |
| Fiber Composites, LLC, | ) | Deputy: Sheri L. Frette |
| | ) | Court Reporter: Maria Weinbeck |
| Defendant. | ) | Time Commenced: 11:02 a.m. |
| | ) | Time Concluded: 11:07 a.m. |
| | ) | Time in Court: 0 Hours & 5 Minutes |

Hearing on: **Status Conference**

APPEARANCES:

Plaintiff: Becky R. Thorson
Defendant: Katherine A. Moerke

PROCEEDINGS:

9 Plaintiff's Witnesses:
9 Plaintiff' Exhibits:
9 Defendant's Witnesses:
9 Defendant's Exhibits:

**IT IS ORDERED:

**9 Submitted** **9 Sustained** **9 Overruled**
9 Brief time set:
9 Written order forthcoming.

s/Sheri L. Frette
Calender Clerk