UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Andersen Corporation,

Plaintiff,

v.

Civil No. 00-2548 (JNE)
ORDER

Fiber Composites, LLC,

Defendant.

After a jury trial, the Court entered judgment on May 12, 2005. The parties appealed to the United States Court of Appeals for the Federal Circuit, which affirmed in part, reversed in part, and remanded. Pursuant to the Federal Circuit's decision, IT IS ORDERED THAT:

1. The judgment of May 12, 2005, is VACATED.

2. Andersen Corporation failed to prove that Fiber Composites, LLC, infringed United States Patent Nos. 5,827,607; 5,932,334; 6,015,611; 6,015,612; 5,486,553; and 5,539,027.

3. Fiber Composites, LLC, failed to prove that United States Patent Nos. 5,486,553 and 5,539,027 are invalid.

4. Each party shall bear its own costs and attorney fees for this action.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: April 16, 2007

s/ Joan N. Ericksen
JOAN N. ERICKSEN
United States District Judge