✎AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Anderson Corporation

V.

Fiber Composites, LLC

## JUDGMENT IN A CIVIL CASE

Case Number: 00-2548 (JNE)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
1. The judgment of May 12, 2005, is VACATED.
2. Andersen Corporation failed to prove that Fiber Composites, LLC, infringed United States Patent Nos. 5,827,607; 5,932,334; 6,015,611; 6,015,612; 5,486,553; and 5,539,027.
3. Fiber Composites, LLC, failed to prove that United States Patent Nos. 5,486,553 and 5,539,027 are invalid.
4. Each party shall bear its own costs and attorney fees for this action.

April 16, 2007
Date

RICHARD D. SLETTEN, CLERK

s/DHalfman
(By) DHalfman, Deputy Clerk